UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, DC 20012,<br>    Plaintiff,<br><br> v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245<br>    Defendant. | C.A. No. |

## NOTICE OF REMOVAL

Defendant DaVita Inc., by its undersigned counsel files this Notice of Removal of this action from the Superior Court for the District of Columbia, C.A. No. 06CA3921, where it is now pending, to the United States District Court for the District of Columbia and for grounds in support hereof, states as follows:

1. Plaintiff, James Mason, commenced this employment discrimination action on May 19, 2006, by filing a Complaint in the Superior Court for the District of Columbia entitled James Mason v. DaVita Inc., C.A. No. 06CA3921. The action is now pending in that court.

2. Defendant was served with a copy of the Complaint on or about July 7, 2006.

3. Defendant has not answered the Complaint. No further proceedings have been had in the above-described state court action, and defendant's time to answer the Complaint has not expired.

DC:673403v1

4. A copy of all process, pleadings and orders served upon the Defendant to date are attached hereto as Exhibit A.

5. The above-described action is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1332 and is an action which may be removed to this Court pursuant to 28 U.S.C. § 1441, in that:

    (a) This is a civil action in which the amount in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between citizens of different states.

    (b) Plaintiff, James Mason, is a citizen of the District of Columbia.

    (c) Defendant, DaVita Inc. is a corporation organized under the laws of the State of Delaware with its principle place of business at 601 Hawaii Street, El Segundo, CA 90245.

6. This Notice of Removal is filed within the time provided by 28 U.S.C. § 1446(b) and the Federal Rules of Civil Procedure.

7. Upon filing of this Notice of Removal, Defendant shall give written notice thereof to the attorney for Plaintiff, David A. Branch, Esq., Law Offices of David A. Branch, PC, 1825 Connecticut Avenue, NW, Suite 690, Washington, DC 20009, and shall file a copy of said Notice of Removal with the Clerk of the Superior Court for the District of Columbia. This Notice of Removal is accompanied by the required filing fee of $350.00.

8. By filing this Notice, Defendant does not waive any available defenses.

**WHEREFORE**, Defendant removes this action now pending against it in the Superior Court for the District of Columbia to the United States District Court for the District of Columbia where it shall proceed as an action originally commenced therein.

Respectfully submitted,

By: _____
Minh N. Vu (# 444305)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037-1175
Telephone: (202) 861-1841
Facsimile: (202) 861-3541

Counsel for Defendant DaVita Inc.

Dated: July 26, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Removal was served July 26, 2006, by first class mail, postage prepaid, upon the following:

David A. Branch, Esq.
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, NW
Suite 690
Washington, DC 20009

Counsel for Plaintiff

_____
Minh N. Vu