CO-386-online
10/03

# United States District Court
# For the District of Columbia

James Mason )
)
)
)
        vs    Plaintiff )    Civil Action No. _____
)
DaVita, Inc. )
)
)
        Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __DaVita, Inc._____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____ which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

444305
BAR IDENTIFICATION NO.

Minh N. Vu, EPSTEIN BECKER & GREEN, P.C.
Print Name

1227 25th Street, N.W., 7th Floor
Address

Washington, DC 20037
City        State        Zip Code

202-861-0900
Phone Number