AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

James Mason

    Plaintiff(s)    )    **APPEARANCE**

    vs.    )    CASE NUMBER

DaVita Inc.

    Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Minh N. Vu__ as counsel in this
                                 (Attorney's Name)

case for: __DaVita Inc.__
         (Name of party or parties)

__July 26, 2006__
Date

*(signature)*
Signature

__444305__
BAR IDENTIFICATION

Minh N. Vu, Epstein Becker & Green, P.C.
Print Name

1227 - 25th Street, NW, # 700
Address

Washington, DC  20037-1175
City    State    Zip Code

202 861 1841
Phone Number