UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, DC 20012,<br>　　　　　　Plaintiff,<br><br>v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA  90245<br>　　　　　　Defendant. | C.A. No. 1:06CV01319 |

UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*

Defendant, DaVita Inc., moves pursuant to LCvR 83.2, that Joseph T. Ortiz, a member of the law firm of Epstein Becker & Green, P.C., and duly admitted and in good standing to practice in the State of California and the United States District Court, Central District of California, be admitted *Pro Hac Vice* for leave to practice in this Court as co-counsel to DaVita Inc., a party in interest, assisting lead and local counsel Minh Vu in these proceedings. Plaintiff's counsel has represented that this motion will not be opposed.  This motion is brought on the following:

　　　　1.　　　　Filed concurrently herewith is a declaration from Joseph T. Ortiz ("Admittee"), stating that (i) the Admittee is duly admitted and in good standing to practice in the State of California and the United States District Court, Central District of California; (ii) there are no disciplinary proceedings pending against the Admittee as a member of the bar of any jurisdiction; and (iii) the Admittee is fully familiar with the facts and circumstances of this case, along with the relevant local rules and procedures.

　　　　2.　　　　Admittee joins, pursuant to LCvR 83.2(c)(2), Minh Vu, local and lead counsel, also of Epstein Becker & Green, P.C., an attorney duly admitted and in good standing in the Bar of this Court.

WHEREFORE, it is respectfully requested that this Court grant leave for Joseph T. Ortiz, to appear and practice as co-counsel, assisting lead and local counsel Minh Vu, representing Defendant DaVita Inc. in this case.

DATED:   September 5, 2006

> Minh Vu, Esq. (Bar No. 444305)
> EPSTEIN BECKER & GREEN, P.C.
> 1227 25th Street, N.W.
> Washington, D.C. 20037
> Tel: (202) 861-0900
> Fax: (202) 296-2882
> Counsel for Defendant,
> DaVita Inc.