## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, DC 20012,<br>        Plaintiff,<br><br>v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245<br>        Defendant. | C.A. No. 1:06CV01319 |

### AFFIDAVIT OF JOSEPH T. ORTIZ IN SUPPORT OF
### UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF CALIFORNIA    )
                                 ) ss.
COUNTY OF LOS ANGELES    )

I, Joseph T. Ortiz, declare under penalty of perjury:

    1.    My full name is Joseph Thomas Ortiz.

    2.    I practice law with the law firm of Epstein Becker & Green, P.C., at 1875 Century Park East, Suite 500, Los Angeles, California 90067-2506; Telephone number 310.557.9542; Facsimile number 310.553.2165;

    3.    I am a member in good standing of the highest court of the State of California and the Central District of California of the United States District Court; My California State Bar number is 218660;

    4.    There are no disciplinary actions against me or pending against me for violations of the rules of that state court, the District Court or any other court;

    5.    Other than this application, I have not applied for admission *Pro Hac Vice* to the District Court of the District of Columbia within the last two calendar years;

6.     I join of record, as required under LCvR 83.2(c)(1), with Minh Vu, Esq., who is local counsel with Epstein Becker & Green, P.C. in the District of Columbia, whose business information is as follows:

>Minh Vu (Bar No. 444305)
>Epstein Becker & Green, P.C.
>1227 25th Street, N.W.
>Washington, D.C. 20037
>Telephone: 202.861.0900
>Facsimile: 202.296.2882

Ms. Vu is a member in good standing of the Bar of this Court and maintains an office in the District of Columbia for the practice of law;

7.     I do not practice or hold out to practice law in the District of Columbia;

8.     I am familiar with Defendant DaVita Inc. and the facts and circumstances underlying this instant case;

9.     I am informed and believe that this instant motion is unopposed by Plaintiff's counsel;

10.    I certify, pursuant to LCvR 83.2(j), that I have made myself personally familiar with the Local Rules of this Court and, as appropriate, the other materials set forth in Rules LcvR 83.8(b) and LcvR 83.9(a).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  August 22, 2006

                                    _____
                                    Joseph T. Ortiz (CA Bar No. 218660)
                                    EPSTEIN BECKER & GREEN, P.C.
                                    1875 Century Park East, Suite 500
                                    Los Angeles, CA 90067-2506
                                    Tele: (310) 557-9542
                                    Fax: (310) 553-2165

## JURAT

State of California         )
                            )
                            ) ss.
                            )
County of Los Angeles       )

Subscribed and sworn to (or affirmed) before me on this 25th day of August, 20 06, by Joseph Thomas Ortiz, ~~personally known to me~~ or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SEAL

_____
NOTARY PUBLIC SIGNATURE



CRYSTAL MC CAREY
Commission # 1492440
Notary Public - California
Los Angeles County
My Comm. Expires May 28, 2008