UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, DC 20012,<br>　　　　　　Plaintiff,<br><br>v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245<br>　　　　　　Defendant. | C.A. No. 1:06CV01319 |

ORDER APPROVING UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*

Upon the motion of Defendant DaVita Inc., dated August ___, 2006 (the "Motion"), a member of the law firm of Epstein Becker & Green, P.C., duly admitted and in good standing to practice in the State of California and the United States District Court, Central District of California, for admission *Pro Hac Vice* of Joseph T. Ortiz; and upon the affidavit of Joseph T. Ortiz, an attorney-at-law, duly admitted and in good standing to practice in the State of California and the United States District Court, Central District of California; and after due deliberation and sufficient cause appearing therefore, it is

　　　　　ORDERED that the Motion is granted; and it is further

　　　　　ORDERED that Joseph T. Ortiz is admitted to practice *Pro Hac Vice* to represent Defendant Davita Inc. and to participate in any proceeding in the above-captioned matter; and it is further

ORDERED that Joseph T. Ortiz familiarize himself with the Local Rules in conjunction with his representation of Defendant DaVita Inc. in the above-captioned case.

SO ORDERED.

///

///

DATED: _____, 2006

_____
Hon. Rosemary M. Collyer
United States District Court Judge