# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | | |
|---|---|---|
| JAMES MASON | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.:06-1319 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| DAVITA INC. | ) | |
| | ) | |
| | ) | **Jury Trial Demand** |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Comes now Plaintiff James Mason, by and through counsel, and files Plaintiff's Motion For Leave to File First Amended Complaint, and in support thereof states as follows.

Plaintiff filed a complaint in the D.C. Superior Court which was later removed to this court alleging discrimination based on his race in the non selection for a pharmacy services representative (PSR) position with Defendant Davita. During the course of discovery, Plaintiff has learned that after he filed an internal complaint of discrimination, Defendant Davita Rx offered to interview him again for a PSR position with no intention of hiring him, and changed the selection criteria to exclude him, despite his performance at the second interview. Plaintiff was later offered another position elsewhere within Defendant Davita, but that position was withdrawn after a Davita manager learned of his EEO complaint/ complaint in court. Plaintiff seeks leave to file an amended complaint to include a claim against Davita Rx, a

wholly owned subsidiary of Davita Inc, and Joshua Golomb, and additional acts of discrimination and retaliation.

Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend shall be freely given when justice so requires. The U.S. Court of Appeals for the District of Columbia Circuit recently reversed a district court's decision which denied of a motion for leave to file an amended complaint at the summary judgment stage. See Jones v. District of Columbia, 429 F.3d 276 (D.C. Cir. 2005). Justice requires that Plaintiff be permitted to amend his complaint to add additional claims which have just recently arisen or which he just discovered. Plaintiff's amended complaint is attached to this motion. Counsel for Plaintiff contacted Defendants' counsel to inquire if she would consent to this motion, and she advised that she would not.

Respectfully submitted,

_____/s/_____
David A. Branch #438764
Law Offices of David A. Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009
(202) 785-2805

**Certificate of Service**

I hereby certify this 3rd day of April 2007 that a copy of the foregoing Plaintiff's First Amended Complaint was sent to Defendants' counsel listed below.

Minh N. Vu
Epstein Becker & Green, P.C.
1227 25th Street, NW, Suite 700
Washington, D.C. 20037-3541

2

/s/

_____
David A. Branch