UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAVITA INC.,<br><br>　　　　　Defendant. | C.A. No. 06-1319 (RMC) |

## CONSENT MOTION FOR A SUSPENSION OF THE
## DISPOSITIVE MOTIONS DEADLINE

　　Defendant DaVita Inc. ("DaVita"), by its counsel, hereby moves the Court for a suspension of the current dispositive motions deadline of May 18, 2007 pending the parties' briefing and the Court's decision on Plaintiff's Motion to File First Amended Complaint (the "Motion to Amend"). The relevant facts are as follows:

　　On October 12, 2006, the Court set a discovery deadline of April 16, 2007, and a dispositive motions deadline of May 18, 2007. On April 3, 2007, Plaintiff filed the Motion to Amend which seeks to add an additional cause of action against DaVita and a new defendant, Josh Golomb. On April 5, 2007, the Court set a briefing schedule for the Motion to Amend and set a telephonic status conference for May 21, 2007 to announce the Court's ruling on the motion. The Court stated that if the motion is granted, the parties and the Court would discuss scheduling issues at this conference. The Court also extended the discovery deadline in this case to May 11, 2007.

　　DaVita moves to suspend the May 18, 2007 deadline for dispositive motions because the Court's ruling on the Motion to Amend will impact the determination of

DC:962317v1

when dispositive motions should be filed to promote judicial economy and the orderly disposition of this case. Since the Court is not expected to rule on the Motion to Amend until May 21, 2007 – after the current May 18, 2007 dispositive motions deadline – the May 18, 2007 deadline should be suspended until the Court determines what claims will be included in this case and what additional discovery, if any, will be required.

Plaintiff, through his counsel, consents to the requested suspension.

Respectfully submitted,

/s/
Minh N. Vu (Bar No. 444305)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Washington, D.C. 20037
Tel: (202) 861-0900
Fax: (202) 296-2882

Joseph T. Ortiz
(admitted pro hac vice)
Epstein Becker & Green, P.C.
1875 Century Park East, Suite 500
Los Angeles, CA 90067-2506
(310) 557-9542
(310) 553-2165 (fax)

Counsel for Defendant

Dated: April 25, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2007, a copy of DaVita Inc.'s Consent Motion For A Suspension Of The Dispositive Motions Deadline was served through the Court's Electronic Court Filing system to counsel listed below:

David A. Branch
Law Office of David A. Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009

_____/s/_____
Minh N. Vu

DC:962317v1