UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DAVITA INC.,<br><br>　　　　　　Defendant. | C.A. No. 06-1319 (RMC) |

### ORDER

AND NOW, this ___ day of _____, 2007, upon consideration of Defendant DaVita Inc.'s Consent Motion for the Suspension of the Dispositive Motions Deadline, and the entire record herein, it is

ORDERED, that the Consent Motion for the Suspension of the Dispositive Motions Deadline is GRANTED in its entirety.

Date: _____, 2007   _____
　　　　　　　　　　　　　　　　　　　　United States District Judge

DC:962317v1