UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JAMES MASON,

        Plaintiff,

v.

DAVITA INC.,

        Defendant.

C.A. No. 06-1319 (RMC)

### ORDER

AND NOW, this ___ day of _____, 2007, upon consideration of Plaintiff's Motion for Leave to File First Amended Complaint, and the entire record herein, it is

ORDERED, that the Motion for Leave to File First Amended Complaint is DENIED in its entirety.

Date: _____, 2007

_____
United States District Judge

DC:962325v1