# INDEX OF EXHIBITS

Expert Report Prepared for DaVita Inc. by Christopher Erath. ..................... Exhibit 1

Declaration of Josh Golomb ................................................................... Exhibit 2

DaVita Phone Records ..................................................................... Attachment A

PSR Offeree Chart ............................................................................... Exhibit 3

Deposition Transcript of Joshua M. Golomb ............................................... Exhibit 4

Deposition Transcript of Kimberly L. Easlon ............................................... Exhibit 5

Deposition Transcript of Christopher W. Jones ............................................ Exhibit 6

Deposition Transcript of James L. Mason .................................................. Exhibit 7

E-mails Between James L. Mason and Kimberly L. Easlon ............................ Exhibit 8

James L. Mason's Response to Interrogatory No. 6 ..................................... Exhibit 9

Unpublished Decisions ......................................................................... Exhibit 10

    Grillo v. Lucent Techs., No. 02-0962-JDB, slip op. (D.D.C. July 28, 2004)

    LaPrade v. Abramson, No. 97-10, 2006 WL 3469532 (D.D.C. No. 29, 2006)

    Martin v. Holiday Universal, No. JH-90-1188, 1990 WL 209266 (D. Md. Oct. 3, 1990)

    Miller v. Bill Harbert Int'l Constr., No. 95-1231, 2007 WL 851860 (D.D.C. Mar. 20, 2007)