Voice Services - Outbound Switched Access Call Detail

T99 CASA DEL NORTE
1350 OLD BAYSHORE HWY
BURLINGAME, CA 94010-1823

Corporation ID 90354678        Bill Payer Y1041471        Node No. 10805136

Billing Period 03/01/2006 through 03/31/2006

Invoice Number    00379402
Invoice Date      04/10/2006
Page Number       8464
Account Number    7DJ34474

| Date | Time | Number Dialed | TYPE Called | Place Called | CODE LEPAN LETC LRAP | Mins | NRTA KWT E | Total | Date | Time | Number Dialed | TYPE Called | Place Called | CODE LEPAN LETC LRAP | Mins | NRTA KWT E | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0316 | 17:29 | (714)428-1335 | 2 | SANTA ANA CA | | 0.7 | E 2 | 0.03 | 0317 | 11:45 | (951)786-0206 | 2 | RIVERSIDE CA | | 0.3 | F 1 | 0.01 |
| 0316 | 17:31 | (603)491-1329 | 2 | CONCORD NH | | 0.7 | F 2 | 0.02 | 0317 | 11:56 | (530)347-5115 | 2 | COTTONWOO CA | | 0.4 | F 1 | 0.01 |
| 0316 | 17:59 | (209)982-5220 | 2 | STOCKTON CA | | 5.6 | F 2 | 0.20 | 0317 | 12:04 | (702)910-0347 | 1 | LAS VEGAS NV | | 0.5 | F 1 | 0.02 |
| 0316 | 21:36 | (301)654-0142 | 1 | BETHESDA MD | | 0.8 | F 2 | 0.03 | 0317 | 12:08 | (209)982-5220 | 2 | STOCKTON CA | | 5.4 | F 1 | 0.20 |
| 0317 | 08:11 | (951)652-7210 | 2 | HEMET DA CA | | 2.7 | F 1 | 0.10 | 0317 | 12:10 | (951)731-6660 | 1 | CORONA CA | | 1.2 | F 1 | 0.04 |
| 0317 | 08:31 | (281)296-7001 | 1 | SPRING TX | | 24.6 | E 1 | 0.80 | 0317 | 12:10 | (202)725-7220 | 2 | WASHINGTO DC | | 0.3 | F 1 | 0.01 |
| 0317 | 08:41 | (972)870-4462 | 1 | IRVING TX | | 0.3 | E 1 | 0.01 | 0317 | 12:11 | (281)798-6472 | 1 | HOUSTON TX | | 1.2 | F 1 | 0.04 |
| 0317 | 08:44 | (202)257-4513 | 1 | WASHINGTO DC | | 0.3 | F 1 | 0.01 | 0317 | 12:12 | (202)257-4513 | 1 | WASHINGTO DC | | 0.3 | F 1 | 0.01 |
| 0317 | 08:45 | (972)870-4462 | 1 | IRVING TX | | 0.6 | F 1 | 0.01 | 0317 | 12:13 | (310)536-2585 | 2 | HAWTHORNE CA | | 0.8 | F 1 | 0.03 |
| 0317 | 08:48 | (310)251-9215 | 2 | CMPTNGRDN CA | | 0.3 | F 1 | 0.01 | 0317 | 12:14 | (951)756-9769 | 2 | RIVERSIDE CA | | 6.8 | F 1 | 0.25 |
| 0317 | 08:51 | (209)982-5220 | 2 | STOCKTON CA | | 1.0 | F 1 | 0.04 | 0317 | 12:41 | (562)618-3638 | 2 | COMPTON CA | | 16.6 | F 1 | 0.61 |
| 0317 | 09:04 | (951)443-1899 | 2 | PERRIS CA | | 0.3 | F 1 | 0.01 | 0317 | 12:57 | (215)862-3000 | 2 | NEW HOPE PA | | 1.5 | F 1 | 0.05 |
| 0317 | 09:09 | (770)423-7344 | 1 | ATLANTA N GA | | 0.8 | F 1 | 0.03 | 0317 | 13:06 | (951)684-1475 | 2 | RIVERSIDE CA | | 1.0 | F 1 | 0.04 |
| 0317 | 09:11 | (443)742-2544 | 1 | BALTIMORE MD | | 1.0 | F 1 | 0.04 | 0317 | 13:11 | (253)475-6728 | 1 | TACOMA WA | | 0.5 | F 1 | 0.02 |
| 0317 | 09:12 | (443)206-1664 | 1 | PERRYVILL MD | | 1.5 | F 1 | 0.05 | 0317 | 13:15 | (951)719-3246 | 2 | TEMECULA CA | | 0.5 | F 1 | 0.02 |
| 0317 | 09:12 | (801)785-7720 | 1 | PLEASATGR UT | | 1.7 | F 1 | 0.06 | 0317 | 13:15 | (212)270-5260 | 1 | NEW YORK NY | | 0.5 | F 1 | 0.02 |
| 0317 | 09:14 | (972)870-4462 | 1 | IRVING TX | | 0.3 | E 1 | 0.01 | 0317 | 13:17 | (602)692-9432 | 1 | PHOENIX AZ | | 1.0 | F 1 | 0.03 |
| 0317 | 09:21 | (831)758-6222 | 2 | PLEASANT CA | | 0.4 | F 1 | 0.01 | 0317 | 13:17 | (202)725-7220 | 1 | WASHINGTO DC | | 15.4 | F 1 | 0.50 |
| 0317 | 09:21 | (215)862-3000 | 2 | NEW HOPE PA | | 0.4 | F 1 | 0.01 | 0317 | 13:22 | (949)930-6801 | 2 | IRVINE CA | | 0.9 | F 1 | 0.03 |
| 0317 | 09:22 | (831)442-2458 | 2 | SALINAS CA | | 0.4 | F 1 | 0.01 | 0317 | 13:33 | (770)423-7344 | 1 | ATLANTA N GA | | 0.3 | F 1 | 0.01 |
| 0317 | 09:27 | (951)925-7917 | 2 | HEMET DA CA | | 0.4 | F 1 | 0.01 | 0317 | 13:35 | (281)205-9868 | 1 | METUCHEN NJ | | 0.9 | F 1 | 0.03 |
| 0317 | 09:29 | (951)247-2844 | 2 | MORENO CA | | 4.5 | F 1 | 0.16 | 0317 | 13:35 | (281)205-9868 | 1 | SPRING TX | | 1.9 | F 1 | 0.06 |
| 0317 | 09:34 | (443)206-1664 | 1 | PERRYVILL MD | | 1.6 | F 1 | 0.05 | 0317 | 13:39 | (732)206-7001 | 1 | METUCHEN NJ | | 2.1 | F 1 | 0.07 |
| 0317 | 09:43 | (918)585-8811 | 1 | TULSA OK | | 0.6 | F 1 | 0.02 | 0317 | 13:44 | (212)333-6402 | 1 | NEW YORK NY | | 0.8 | F 1 | 0.03 |
| 0317 | 09:46 | (443)742-2544 | 1 | BALTIMORE MD | | 0.7 | F 1 | 0.02 | 0317 | 13:44 | (281)296-7001 | 1 | SPRING TX | | 19.4 | F 1 | 0.63 |
| 0317 | 09:50 | (407)264-5100 | 1 | ORLANDO FL | | 8.0 | F 1 | 0.26 | 0317 | 13:50 | (443)474-0136 | 1 | CATONSVL MD | | 2.4 | F 1 | 0.08 |
| 0317 | 09:53 | (817)684-0626 | 1 | EULESS TX | | 4.8 | F 1 | 0.16 | 0317 | 13:52 | (972)870-4462 | 1 | IRVING TX | | 25.5 | E 1 | 0.83 |
| 0317 | 10:00 | (916)344-0183 | 2 | SACRAMENT CA | | 1.7 | F 1 | 0.06 | 0317 | 13:52 | (407)264-5100 | 1 | ORLANDO FL | | 23.1 | F 1 | 0.52 |
| 0317 | 10:03 | (714)809-6163 | 2 | ANAHEIM CA | | 0.4 | F 1 | 0.42 | 0317 | 13:58 | (704)564-0122 | 1 | CHARLOTTE NC | | 2.1 | F 1 | 0.07 |
| 0317 | 10:05 | (817)446-9734 | 1 | GLENDALE TX | | 4.2 | F 1 | 0.14 | 0317 | 13:59 | (443)474-0136 | 1 | MUNDELEIN IL | | 0.9 | F 1 | 0.03 |
| 0317 | 10:06 | (580)482-1197 | 1 | ALTUS OK | | 0.9 | F 1 | 0.03 | 0317 | 14:03 | (847)388-2002 | 1 | BEVERLYHL CA | | 8.7 | F 1 | 0.28 |
| 0317 | 10:10 | (209)948-6024 | 2 | STOCKTON CA | | 0.7 | F 1 | 0.03 | 0317 | 14:33 | (310)229-4697 | 2 | IRVING TX | | 1.6 | F 1 | 0.05 |
| 0317 | 10:16 | (951)487-1737 | 2 | SANJACINT CA | | 1.0 | F 1 | 0.04 | 0317 | 14:36 | (202)236-8609 | 1 | WASHINGTO DC | | 1.6 | F 1 | 0.05 |
| 0317 | 10:44 | (209)983-8606 | 2 | STOCKTON CA | | 4.5 | F 1 | 0.16 | 0317 | 14:36 | (571)426-9934 | 1 | HERNDON VA | | 1.5 | F 1 | 0.05 |
| 0317 | 11:01 | (951)694-1337 | 2 | TEMECULA CA | | 0.5 | F 1 | 0.02 | 0317 | 14:58 | (405)323-0822 | 1 | OKLA CITY OK | | 0.9 | F 1 | 0.03 |
| 0317 | 11:10 | (303)619-2508 | 1 | DENVER CO | | 60.4 | F 1 | 1.96 | 0317 | 14:59 | (919)485-4819 | 1 | DURHAM NC | | 1.7 | F 1 | 0.06 |
| 0317 | 11:18 | (301)589-4244 | 1 | SILVER SP MD | | 49.6 | F 1 | 1.61 | 0317 | 14:59 | (206)369-2099 | 1 | SEATTLE WA | | 1.2 | F 1 | 0.04 |
| 0317 | 11:30 | (702)454-9209 | 1 | LAS VEGAS NV | | 0.4 | F 1 | 0.01 | 0317 | 15:15 | (303)626-6041 | 1 | DENVER CO | | 1.7 | F 1 | 0.05 |
| 0317 | 11:32 | (253)847-7596 | 1 | GRAHAM WA | | 1.0 | F 1 | 0.03 | 0317 | 15:16 | (949)930-6801 | 2 | IRVINE CA | | 2.8 | E 1 | 0.10 |
| 0317 | 11:33 | (734)763-9264 | 1 | ANN ARBOR MI | | 1.3 | F 1 | 0.04 | 0317 | 15:31 | (209)982-5220 | 2 | STOCKTON CA | | 1.0 | F 1 | 0.04 |
| 0317 | 11:35 | (847)491-3168 | 1 | EVANSTON IL | | 7.1 | F 1 | 0.23 | 0317 | 15:49 | (972)870-4462 | 1 | IRVING TX | | 0.3 | E 1 | 0.01 |
| 0317 | 11:38 | (702)255-9596 | 1 | LAS VEGAS NV | | 0.6 | F 1 | 0.02 | 0317 | 15:50 | (972)870-4467 | 1 | IRVING TX | | 0.3 | E 1 | 0.01 |
| | | | | | | | | | 0317 | 15:56 | (404)617-0445 | 1 | ATLANTA GA | | 0.3 | F 1 | 0.01 |

DAV-02286