| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name | First Name | Race | Original Territory | Status | Title | PSR Hire Date | Term Date | Hourly Rate (Confidential) | Interviewed by Josh Golomb | Interviewed by Kim Easton |
| 3 | Evans | Zondra | BLACK | CA | Active | Originally hired as Pharmacy Services Rep, promoted to Regional Sales Manager | 2/28/2005 | | 34.660000 | Yes | |
| 4 | Tomczak (nee Myers) | Courtney | WHITE | CA | Active | Pharmacy Services Rep | 5/22/2005 | | 25.750000 | No | Yes |
| 5 | Richmond | Carol | WHITE | CA | Separated from DaVita RX | Pharmacy Services Rep | 5/22/2005 | 6/9/2005 | 28.850000 | No | Yes |
| 6 | Huey | Michael | WHITE | FL | Separated from DaVita RX | Pharmacy Services Rep | 5/31/2005 | 6/17/2005 | 24.038500 | Yes | Yes |
| 7 | Mayberry | Jessie | BLACK | CA | Active | Pharmacy Services Rep | 6/13/2005 | | 26.438500 | Yes | Yes |
| 8 | Jackson (nee Harmon) | Valerie | WHITE | CA | Active | Pharmacy Services Rep | 6/23/2005 | | 26.238500 | Yes | Yes |
| 9 | Rizzo | Elizabeth | WHITE | CA | Active | Pharmacy Services Rep | 6/23/2005 | | 24.758500 | Yes | Yes |
| 10 | Silva | Mariah | HISPA | CA | Transferred Back to DaVita | Pharmacy Services Rep | 7/21/2005 | 1/6/2006 | | No | Yes |
| 11 | Wendland | Carin | WHITE | WA | Transferred Back to DaVita | Pharmacy Services Rep | 7/23/2005 | 9/16/2005 | | Yes | Yes |
| 12 | Cross | Virginia | WHITE | OK, AK | Active | Pharmacy Services Rep | 9/29/2005 | | 24.760000 | No | Yes |
| 13 | Jimenez | Juan | HISPA | FL | Separated from DaVita RX | Pharmacy Services Rep | 10/25/2005 | 1/16/2007 | 24.038500 | Yes | Yes |
| 14 | Weinrich | Matt | WHITE | FL | Separated from DaVita RX | Pharmacy Services Rep | 10/25/2005 | 1/4/2007 | 24.038500 | Yes | Yes |

All Persons offered PSR positions as of December 18, 2006. Note: Information in column J is CONFIDENTIAL.

Sheet 1 of 2
2/12/2007
884313.3

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Last Name | First Name | Race | Original Territory | Status | Title | PSR Hire Date | Term Date | Hourly Rate (Confidential) | Interviewed by Josh Golomb | Interviewed by Kim Easton |
| 15 | Platt | Kathy | WHITE | WA | Active | Pharmacy Services Rep | 10/26/2005 | | 24.038500 | Yes | Yes |
| 16 | Wales | Alexandra | WHITE | MN | Active | Originally hired as Pharmacy Services Rep, promoted to Regional Sales Manager | 1/3/2006 | | 30.284600 | Yes | Yes |
| 17 | Jones | Christopher | WHITE | DC | Active | Pharmacy Services Rep | 1/15/2006 | | 21.640000 | Yes | Yes |
| 18 | Lamberson | Patricia | WHITE | CO | Active | Pharmacy Services Rep | 1/23/2006 | | 27.170000 | Yes | Yes |
| 19 | Prieto | Jennifer | HISPA | FL | Separated from DaVita RX | Pharmacy Services Rep | 1/23/2006 | 1/23/2006 | 26.443000 | Yes | Yes |
| 20 | Todaro | Ronald | WHITE | PA | Separated from DaVita RX | Pharmacy Services Rep | 2/6/2006 | 2/22/2006 | 26.443000 | Yes | Yes |
| 21 | Jellison | Jackie | WHITE | SC | Separated from DaVita RX | Pharmacy Services Rep | 3/1/2006 | 9/16/2006 | 25.000000 | Yes | Yes |
| 22 | Hill | Reba | BLACK | PA | Active | Pharmacy Services Rep | 3/5/2006 | | 21.635000 | Yes | Yes |
| 23 | Becton | Andrea | WHITE | TX | Separated from DaVita RX | Pharmacy Services Rep | 4/3/2006 | 5/12/2006 | 22.596000 | Yes | No |
| 24 | Bridges | Debbie | WHITE | KS | Active | Pharmacy Services Rep | 4/3/2006 | | 25.000000 | Yes | No |
| 25 | Camper | Derrick | BLACK | MD | Separated from DaVita RX | Pharmacy Services Rep | 4/3/2006 | 12/1/2006 | 25.481000 | Yes | No |
| 26 | Nash | Paula | BLACK | MO | Active | Pharmacy Services Rep | 4/3/2006 | | 24.039000 | Yes | Yes |

All Persons offered PSR positions as of December 18, 2006. Note: Information in column J is CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Last Name | First Name | Race | Original Territory | Status | Title | PSR Hire Date | Term Date | Hourly Rate (Confidential) | Interviewed by Josh Golomb | Interviewed by Kim Easton |
| 27 | Ontiveros | Maria | HISPA | TX | Separated from DaVita RX | Pharmacy Services Rep | 4/3/2006 | 5/12/2006 | 25.000000 | Yes | No |
| 28 | Rosemond | Deidre | BLACK | MI | Active | Pharmacy Services Rep | 4/3/2006 | | 26.443000 | Yes | Yes |
| 29 | Snider | David | WHITE | MD | Active | Pharmacy Services Rep | 4/3/2006 | | 22.600000 | Yes | No |
| 30 | Sudano | Ian | WHITE | CA | Separated from DaVita RX | Pharmacy Services Rep | 4/4/2006 | 6/2/2006 | 26.443000 | Yes | No |
| 31 | Thorne | Helen | WHITE | FL | Active | Pharmacy Services Rep | 5/1/2006 | | 18.750000 | No | No |
| 32 | Madden | Lynne | WHITE | IL | Active | Pharmacy Services Rep | 5/1/2006 | | 26.440000 | No | Yes |
| 33 | Sears | Suzanne | WHITE | GA | Active | Pharmacy Services Rep | 5/1/2006 | | 21.154000 | No | No |
| 34 | Kersey | David | WHITE | AL | Active | Pharmacy Services Rep | 5/22/2006 | | 21.634600 | No | Yes |
| 35 | Scioneaux | Monica | WHITE | LA | Active | Pharmacy Services Rep | 6/12/2006 | | 24.038500 | No | No |
| 36 | Monge | Luz | HISPA | CA | Active | Pharmacy Services Rep | 6/18/2006 | | 28.842700 | No | Yes |
| 37 | Watkins | Detrica | BLACK | NJ | Active | Pharmacy Services Rep | 7/8/2006 | | 25.000000 | No | No |
| 38 | Dannemiller | Amy | WHITE | OH | Active | Pharmacy Services Rep | 7/10/2006 | | 24.038600 | No | No |
| 39 | Brown | Gamaela | WHITE | AZ | Active | Pharmacy Services Rep | 7/28/2006 | | 24.040000 | No | Yes |
| 40 | Cooper | Tawana | BLACK | WI | Active | Pharmacy Services Rep | 8/21/2006 | | 24.038500 | No | Yes |
| 41 | Enriquez | Mary | HISPA | TX | Active | Pharmacy Services Rep | 8/21/2006 | | 24.038500 | No | No |

All Persons offered PSR positions as of December 18, 2006.  Note: Information in column J is CONFIDENTIAL.

Sheet 1 of 2
2/12/2007
884313.3

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| Last Name | First Name | Race | Original Territory | Status | Title | PSR Hire Date | Term Date | Hourly Rate (Confidential) | Interviewed by Josh Golomb | Interviewed by Kim Easton |
| Epling | Rachael | WHITE | OH | Active | Pharmacy Services Rep | 8/21/2006 | | 24.040000 | No | No |
| Pugliese | Sivana | HISPA | MD | Active | Pharmacy Services Rep | 8/21/2006 | | 21.635000 | No | No |
| Yeung | Shirley | ASIAN | CA | Active | Pharmacy Services Rep | 8/21/2006 | | 26.442300 | No | Yes |
| LaMoregese (nee Springer) | Sandra | WHITE | NY | Active | Pharmacy Services Rep | 10/23/2006 | | 24.038500 | No | Yes |
| McDuffie | Danielle | BLACK | NC | Separated from DaVita RX | Pharmacy Services Rep | 10/23/2006 | 1/4/2007 | 25.961500 | No | No |
| Nagrath | Arun | ASIAN | MA | Separated from DaVita RX | Pharmacy Services Rep | 10/23/2006 | 1/4/2007 | 26.442300 | No | Yes |
| Gonzalez | Teresa | HISPA | TN | Active | Pharmacy Services Rep | 11/19/2006 | | 24.038400 | No | No |

Sheet 1 of 2
2/12/2007
884313.3

All Persons offered PSR positions as of December 18, 2006. Note: Information in column J is CONFIDENTIAL.

| OFFERS DECLINED NO OTHER DATA AVAILABLE | | | | | | |
|---|---|---|---|---|---|---|
| LAST NAME | FIRST NAME | OFFER DATE | | RACE | Interviewed by Josh Golomb | Interviewed by Kim Easlon |
| Jennings | Cheryl | 6/12/2006 | LA | Not Available | Do not recall | No |
| Beavers | Dennis | 4/3/2006 | GA | Black | Yes | No |
| Fajardo | Jaime | 3/1/2006 | FL | Hispa | Yes | Yes |
| Burns | Erin | 6/30/2006 | OH | White | No | No |