Kimberly L. Easlon

Page 1

```
 1
 2          UNITED STATES DISTRICT COURT FOR THE
 3               DISTRICT OF COLUMBIA
 4   JAMES MASON              )
                              )
 5       Plaintiff           )
                              )
 6       vs.                  )      C.A. No.
                              )      1:06cv01319(RMC)
 7   DAVITA, INC.             )
                              )
 8       Defendants          )      COPY
 9
10
11
12
13
14       Deposition of Kimberly Latham Easlon
15               Washington, D.C.
16                April 3, 2007
17
18
19
20
21   Reported by:  Bonnie L. Russo
22   JOB NO. 180005
```

**Kimberly L. Easlon**

Page 30

1    different regions at which time I ended up with

2    12 PSRs.

3        Q.    And when did that occur?

4        A.    You have already asked me this

5    question.  I'm not exactly sure when we

6    actually divided into regions.  It was when

7    George Seiler started with the company and

8    Zondra Evans was promoted.

9        Q.    You believe that was sometime in the

10   summer of 2006?

11       A.    Yes.  It may have been as early as

12   April.  I am thinking April.

13       Q.    April of 2006; is that correct?

14       A.    (Witness nodding head.)

15       Q.    You have to say yes or no.

16       A.    I am guessing that it was April or

17   later.

18       Q.    So the PSRs reported to you from

19   February 2005 until you believe maybe April of

20   2006?

21       A.    That's correct.  And when George

22   Seiler was let go, we then split his reps in

Kimberly L. Easlon

Page 33

1      Q.      February 2005 and April of 2006.

2      A.      Through April?

3      Q.      Yes.

4              MS. VU:  You mean through and

5      including April or to the beginning of April?

6              MR. BRANCH:  To the beginning of

7      April.

8              THE WITNESS:  20.

9              BY MR. BRANCH:

10     Q.      Okay.  And did you have any

11     involvement in the hiring of Zondra Evans?

12     A.      Yes, I did.

13     Q.      Okay.  Was her hire date February

14     28, 2005?

15     A.      That's correct.

16     Q.      And when did you start at Davita?

17     Davita Rx?

18     A.      With Davita Rx?

19     Q.      Yes.

20     A.      I was officially hired on the same

21     day as a manager.

22     Q.      You were officially hired on the

**Kimberly L. Easlon**

Page 34

1    same day as of -- on what same day?

2         A.    That Zondra was hired.

3         Q.    So you both started on the same day?

4         A.    That's correct.

5         Q.    And how is it that you had any

6    involvement in her hiring?

7         A.    I was still previously working for

8    them in a part-time position, and I interviewed

9    her and hired her.

10        Q.    Okay.  So you interviewed and hired

11   Zondra Evans.  Okay.

12             And after Zondra Evans was hired,

13   did you hire any more African Americans between

14   February of 2005 and January of 2006?

15        A.    Yes.

16        Q.    Who else did you hire?

17        A.    Jessie Mayberry.

18        Q.    Jessie Mayberry?  When was he -- she

19   hired?

20        A.    She was hired in June of '05.

21        Q.    Okay.  Did you hire any other

22   African Americans between February of 2005 and

**Kimberly L. Easlon**

Page 35

1    January of 2006?

2        A.    January?

3        Q.    Yes.

4        A.    No.  However, I hired several in

5    April.

6        Q.    April of 2006?

7        A.    Yes.

8        Q.    That was after Mr. Mason filed a

9    complaint against Davita?

10       A.    That's correct.

11       Q.    All right.  Okay.  So between the

12   time that you started employment at Davita Rx

13   and when Mr. Mason filed his complaint against

14   Davita Rx, you were involved in the hiring of

15   two African Americans?

16       A.    That's correct.

17       Q.    And how many Davita Rx PSRs were

18   hired between February 2005 and January 2006?

19       A.    17.

20             I would also like to point out that

21   I did hire in that time period three Hispanics.

22       Q.    Okay.  I think you testified that

**Kimberly L. Easlon**

Page 42

1    If they had moved around a lot in different

2    positions.  Those would be reasons that I would

3    not want to talk to them.

4         Q.    Were you the only person responsible

5    for this initial screening of the applicants?

6         A.    Yes.

7         Q.    So Ms. DePillo received all resumes.

8    She sent you all the resumes that she received?

9         A.    That's correct.

10        Q.    What period of time were you the

11   only person responsible for screening resumes?

12        A.    From February of -- I believe we

13   decided it was '05 through the hiring of the

14   regional managers, George and Zondra.  So until

15   that point I was responsible for all hiring.

16        Q.    So you said you would initially

17   receive -- I asked you about the process that

18   was followed in selecting individuals for the

19   PSR positions.

20             You initially received resumes and

21   you screened the resumes.  What was the next

22   step?

**Kimberly L. Easlon**

Page 43

1     A.     The next step is I would call and

2   set up phone interviews.

3     Q.     How would you do that?

4     A.     I would call the numbers listed on

5   the resumes and leave messages for them to call

6   me that I would like to set up an interview if

7   I wasn't able to talk to them directly.  Or I

8   would talk with them directly and set up a time

9   for an interview.

10     Q.     Now, when you set up these telephone

11   interviews, did you call and conduct the

12   interviews at the same time or did you call and

13   say I want to set up an interview at a later

14   time?

15     A.     I would call and say I would like to

16   set up an interview at a later time.

17     Q.     And did you do that on each

18   occasion?

19     A.     There were occasions when I would

20   call and the person would say now is a good

21   time.  Can we go ahead and do it now.  So I

22   would do an interview then.

**Kimberly L. Easlon**

Page 58

1      Q.    Did you decide that you wanted to

2   conduct a telephone interview of Mr. Mason?

3      A.    Yes.

4      Q.    Why did you decide you wanted to

5   interview him on the telephone?

6      A.    Based on the things he had listed on

7   his resume, I was interested in asking him more

8   questions.

9      Q.    Did you make contact with Mr. Mason

10  at some point?

11     A.    Yes.

12     Q.    When did you first speak to

13  Mr. Mason?

14     A.    Are you asking me for a date?

15     Q.    Well, approximately when did you

16  first speak to Mr. Mason about the PSR

17  position?

18     A.    I am sure I called him around the

19  1st of December.

20     Q.    Did you call him for this initial

21  telephone interview?

22     A.    Yes.

**Kimberly L. Easlon**

Page 62

1    wanted to have a face-to-face meeting; is that

2    correct?

3         A.    That's correct.

4         Q.    And you had notes from your

5    interview for the face-to-face meeting?

6         A.    That's correct.  And he was not able

7    to making the meeting that I set up.

8         Q.    Okay.  Then you tossed your notes

9    after -- was it after Mr. Jones accepted the

10   position or when he started working?

11        A.    When he accepted the position.

12        Q.    When did Mr. Jones accept the

13   position?

14        A.    It would have been at the end of

15   December.

16        Q.    So let me ask a couple of questions

17   about this, the telephone interview.

18              Did you call Mr. Mason or did he

19   call you?

20        A.    I contacted him.

21        Q.    Where was he when you called him?

22        A.    I don't recall where he was when I

**Kimberly L. Easlon**

Page 63

1    called him to set up the interview.

2        Q.    Did you conduct the interview on the

3    same day that you called him or did you call

4    him and set up the interview later?

5        A.    I don't recall.

6        Q.    Okay.

7        A.    What would have been my practice

8    would have been to schedule an interview.

9        Q.    Did Mr. Mason tell you he was at

10   work at the time you called him?

11       A.    I don't remember.  Oftentimes I

12   would call people at work to set up an

13   interview.

14       Q.    And did Mr. Mason tell you that he

15   needed to take a break from his work so that he

16   could talk to you?

17       A.    I don't remember our conversation at

18   all.  He could have.  I have no idea.

19       Q.    At what point did you tell Mr. Mason

20   that you wanted to meet him person to person?

21       A.    At the end of our phone interview.

22       Q.    What do you recall telling

**Kimberly L. Easlon**

Page 64

1    Mr. Mason?

2        A.    I asked him to come to a meeting in

3    Richmond, Virginia.  I was going to be there

4    interviewing on a Monday.  I asked him if he

5    could come.  He said no.  That he had work.

6            And so I told him I was going on

7    vacation and I would call him after the first

8    of the year.

9        Q.    Now, you produced today your

10   calendar for the end of 2005 and 2006.

11           MS. VU:  I don't -- okay.  Well, the

12   document is the document.

13           MR. BRANCH:  Okay.

14           BY MR. BRANCH:

15       Q.    This is your calendar for the last

16   week of 2005 and 2006?

17       A.    Yes.

18       Q.    Let's just take a look at that

19   calendar for 2005, December of 2005.

20           Do you recall when you wanted to

21   meet with Mr. Mason in Richmond?  You said it

22   was a Monday?

**Kimberly L. Easlon**

Page 65

1    A.    The 12th.

2    Q.    When did you actually -- when did

3    you have your telephone interview with

4    Mr. Mason?

5    A.    I don't remember.  Prior to the

6    12th.

7    Q.    Was it a week prior or a few days

8    before?

9    A.    I don't remember.

10    Q.    When you interviewed Mr. Mason, did

11    you understand the responsibilities of the

12    patience care technician?

13    A.    Yes.

14    Q.    Did you understand that they worked

15    12-hour shifts?

16    A.    Yes.

17    Q.    Did you understand that it was a

18    very difficult thing to change your workday?

19    A.    No.

20    Q.    Okay.  And when you say you didn't

21    understand that, did you have any understanding

22    of whether it would be difficult to change your

**Kimberly L. Easlon**

Page 66

1    workday?

2        A.    I have had other Davita employees

3    that I have asked to come for interviews, and

4    they were able to rearrange their schedules.

5        Q.    Patient care technicians?

6        A.    Yes.

7        Q.    Okay.  Did you ask Mr. Mason why he

8    was not able to change his schedule?

9        A.    No.

10        Q.    Did he tell you there was a shortage

11    of workers in Washington and it would be

12    impossible to change his schedule?

13        A.    I don't remember this.

14        Q.    Okay.  So you asked Mr. Mason to

15    come to Richmond on December 12, and he told

16    you he was not able to do that because of his

17    work schedule; is that correct?

18        A.    Yes.

19        Q.    How many days were you in Richmond?

20        A.    One.

21        Q.    When was the next day you were in

22    Richmond?

**Kimberly L. Easlon**

Page 67

1      A.    I was not in Richmond again.

2      Q.    And after Mr. Mason told you he had

3   to work on Monday, did you take any other steps

4   to interview him in person?

5      A.    No.

6      Q.    And why not?

7      A.    It's my practice to interview people

8   during the day I'm going to be there.  I

9   interviewed Chris.  He did a very good job.  I

10  selected him as my candidate to move forward.

11     Q.    And you selected Chris without

12  meeting Mr. Mason in person, correct?

13     A.    Yes.

14     Q.    Why did you select Chris without

15  giving Mr. Mason an opportunity to meet with

16  you in person?

17     A.    It isn't my -- it wasn't my practice

18  to compare as many and talk to as many

19  different people as I could.  I was under a

20  specific time line to hire people as quickly as

21  possible.

22            I found a candidate that I thought

**Kimberly L. Easlon**

Page 68

1    was a good candidate, so I advanced him to the

2    next level.

3        Q.    But did you believe that was fair to

4    Mr. Mason to not allow him to even meet with

5    you in person for this position when you were

6    trying to hire someone for the position?

7        A.    To me I thought it was completely

8    fair.  You can't make the interview, it's not

9    my fault.

10       Q.    And you only gave him one day for

11   the interview?

12       A.    Yes, sir, because then I was moving

13   on to the next location to interview more

14   people.

15       Q.    And he provided a legitimate reason

16   why he could not interview on that day, because

17   he had to work and he had specific

18   responsibility for patients on that day?

19            MS. VU:  Objection.  Asked and

20   answered.

21            BY MR. BRANCH:

22       Q.    Did he provide a legitimate

Kimberly L. Easlon

Page 70

1    A.    I don't remember even thinking about

2    it.

3    Q.    So the question is did you suspect

4    that Mr. Mason was African American --

5    A.    No.

6    Q.    -- when you talked to him on the

7    phone?

8    A.    No.

9    Q.    Okay.  Do you recall what

10   Mr. Mason's e-mail address was?

11   A.    No.

12   Q.    Have you used any racial slur to

13   describe African Americans?

14   A.    No.

15   Q.    Have you ever used the word

16   "nigger"?

17   A.    No.

18   Q.    Have you referred to African

19   Americans in any derogatory manner?

20   A.    No.

21   Q.    Your testimony was that you did not

22   learn that Mr. Mason was African American until

**Kimberly L. Easlon**

Page 71

1    he filed the complaint?

2        A.    That's correct.

3        Q.    How did you learn Mr. Mason filed

4    the complaint?

5        A.    Josh Golomb told me there had been a

6    complaint filed.

7        Q.    And what did Josh Golomb tell you?

8        A.    He told me that Mr. Mason had filed

9    a complaint saying that he was not hired

10   because he was African American.

11       Q.    When did Josh Golomb tell you this?

12       A.    In January.

13       Q.    When was Mr. Jones offered the

14   position of PSR?

15       A.    In December.

16       Q.    Did he accept it?

17       A.    Yes.

18       Q.    Did you correspond with Mr. Mason

19   after Jones accepted the position?

20       A.    After Mr. Mason sent me an e-mail.

21       Q.    And why didn't you correspond with

22   Mr. Mason before he sent you an e-mail?

**Kimberly L. Easlon**

Page 72

1      A.     I don't have a good reason for that.

2   I should have.

3             I hired Mr. Jones.  I went on

4   vacation.  As soon as I came back from

5   vacation, I was teaching a training class.

6             Honestly it slipped my mind.  I

7   should have let him know the position had been

8   filled earlier.  As soon as I received an

9   e-mail from him, I let him know that the

10  position had been filled.

11     Q.     When you spoke to Mr. Mason and he

12  told you that he could not come to Richmond for

13  the in-person interview, did you tell him that

14  you would set up an interview with him later?

15             MS. VU:  Asked and answered.

16  Objection.

17             THE WITNESS:  I believe what I told

18  him was we would talk at the first of the year.

19             BY MR. BRANCH:

20     Q.     That you would talk to Mr. Mason at

21  the first of the year?

22     A.     Sure.

Kimberly L. Easlon

1      Q.     And what did you mean by that, you

2   would talk to him at the first of the year?

3      A.     I'm sure what I meant at the time is

4   we would look into this further.

5      Q.     When you said that we would talk at

6   the first of the year, did you mean that you

7   would conduct an in-person interview with him

8   at the first of the year?

9      A.     That was my intent.

10     Q.     You did not conduct an in-person

11  interview with Mr. Mason at any point, correct?

12     A.     That's correct.  The position had

13  been filled.

14     Q.     Were there other positions available

15  on the East Coast as of January 2006, other PSR

16  positions available on the East Coast as of

17  January 2006?

18     A.     I was only considering Mr. Mason for

19  the Washington, D.C. post.

20     Q.     But were there other positions,

21  other PSR positions available on the East Coast

22  in January of 2006?

Kimberly L. Easlon

Page 82

1    referred to California?

2       A.    Correct.

3       Q.    Have you interviewed any applicants

4    for the positions outside of the state where

5    they live?

6             MS. VU:  Objection.  Vague and

7    ambiguous.

8             THE WITNESS:  I have interviewed

9    people who are outside of the state for a

10   position outside of the state in which they

11   live.  However, they told me that they were

12   moving.

13            An example would be Jackie

14   Jellison who lived in Colorado, but was moving

15   to South Carolina and interviewed for the South

16   Carolina position.

17            BY MR. BRANCH:

18      Q.    Did you offer to Mr. Mason an

19   opportunity to interview for a position outside

20   of Washington, D.C.?

21      A.    No, I didn't.

22      Q.    And why not?

**Kimberly L. Easlon**

Page 84

1    longer a candidate because the position had

2    been filled.

3        Q.    Did you tell anyone else that

4    Mr. Mason's e-mail had errors in it?

5        A.    When Josh Golomb was interviewing

6    Mr. Mason or decided to interview him, I sent

7    him the e-mail.

8        Q.    Why did you send Josh Golomb e-mail?

9        A.    Because I didn't feel Mr. Mason was

10   a qualified candidate.

11       Q.    And why was he not a qualified

12   candidate?

13       A.    Based on the fact that a large

14   portion of our work is administrative, I didn't

15   feel the e-mail was professional.

16       Q.    Was it not professional because it

17   was not formal enough or was there some other

18   issue?

19       A.    Because of all the misspellings.

20       Q.    You believe there were a number of

21   misspellings in the e-mail?

22       A.    Yes.

**Kimberly L. Easlon**

Page 85

1      Q.      Have you sent out any e-mails with

2   misspellings or incorrect grammar?

3      A.      I'm sure I have, but I have spell

4   check on my e-mail so they repair a lot of

5   those before they go out.

6      Q.      Did you have a discussion with Josh

7   Golomb concerning the fact that you believe

8   that Mr. Mason had incorrect spellings on his

9   e-mail.

10      A.      I don't recall that we had any type

11   of a discussion about it.  He told me he was

12   going to be interviewing Mr. Mason and I sent

13   him the e-mail.  Like an FYI.

14      Q.      And why did you send him an e-mail?

15      A.      Because I felt for Josh to be able

16   to come to an opinion on what type of a

17   candidate Mr. Mason would be he should have all

18   the information.

19      Q.      Did you have any discussions with

20   anyone concerning the fact that after Mr. Mason

21   sent you this e-mail you would not consider him

22   for any position?

**Kimberly L. Easlon**

Page 86

1    A.    Yes.  Josh had asked my opinion.

2    Q.    By Josh, you mean Josh Golomb?

3    A.    Yes.

4    Q.    What is it that Mr. Golomb asked

5 you?

6    A.    He asked me when he was going to

7 interview Mr. Mason -- or he told me that he

8 thought the right thing to do would be to

9 interview Mr. Mason.  And I said I was not

10 considering Mr. Mason a candidate for any

11 position any longer based on the e-mail I had

12 received.

13    Q.    Did you tell him anything else about

14 the e-mail you received?

15    A.    No.

16    Q.    At that point, that was January of

17 2006; is that correct?

18    A.    Yes.

19    Q.    And you had sole responsibility for

20 all hirings at that point?

21    A.    Right.

22    Q.    Correct?