Page 1

1                 UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3                      CIVIL DIVISION

4    _____

5   JAMES MASON,                          )

6                 Plaintiff,              )

7            V.                           ) Civil Action No:

8 DAVITA, INC.,                           ) 06-1319(RMC)

9                 Defendant.              )

10  _____

11          Deposition of Christopher W. Jones

12              Virginia Beach, Virginia

13              Friday, March 23, 2007

14

15

16

17

18

19

20

21

22

23

24  Reported by:  Jean B. Speights, RPR, RMR, CCR

25  Job. No. 180017

## Christopher W. Jones

Page 32

1    the witness did not have a chance to finish his prior

2    answer.

3    BY MR. BRANCH

4         Q         Mr. Jones, did you work at Chimes between

5    October of '99 and January of 2000?

6         A         Yes.

7         Q         Okay.

8         A         Around that time, yes.

9         Q         And did you work at the United Cerebral

10   Palsy of Central Maryland from January of 2000 through

11   August of 2000?

12        A         Yes, around that time, yes.

13        Q         Okay.  And what did you do there?

14        A         At UCP I was a manager, sort of like what I

15   did at Community Living, and I managed over four homes.

16   I believe it was four homes.  And that was working with

17   the mentally and physically disabled.

18        Q         And that was for, I guess, about eight

19   months?

20        A         Yes.

21        Q         Did you work at Sunrise Assisted Living of

22   Arlington?

23        A         Yes, when I first moved.

24        Q         Is that Sunrise Assisted Living or

25   Assistant Living?

## Christopher W. Jones

Page 33

1    A        Assisted.

2    Q        **Okay.**

3    A        I worked there when I first moved to D.C.,

4  yes.  And I managed the Alzheimer's and "assisting"

5  living wards.  So it was -- basically, the Alzheimer's

6  ward was the top floor of the home and assisted living

7  was the two bottom floors.

8    Q        **So this was a home for elderly --**

9    A        Yes, yes.

10   Q        **-- patients?**

11   A        Yes.

12   Q        **And what is a reminiscence coordinator?**

13   A        That's the Alzheimer's.

14   Q        **Okay.**

15   A        That's the third floor, Alzheimer's floor.

16   Q        **And what did you do in that position?**

17   A        In the position for the reminiscence or the

18  whole --

19   Q        **Yes.  In the reminiscence.**

20   A        In -- reminiscence was managing the staff

21  to make sure the patients were being treated fairly and

22  respectfully; making sure that activities were being

23  done daily; scheduling working when we were low in

24  staff; reviews of both patients and of the staff

25  members' family contacts; making sure that family and

# Christopher W. Jones

Page 34

1  patient needs are being met; quarterly reviews on the

2  patients with the family; meetings to let them know how

3  their parents are doing on the Alzheimer's/dementia

4  ward, if they progressed or if they declined; arranging

5  doctors appointments for the patients so that they could

6  get their monthly physicals or checks, what needed to be

7  done for that patient.

8       Q       **Now, what type of employees did you**

9  **supervise?**

10      A       What type of employees?  They were just --

11      Q       **Yes.  What were the titles of the employees**

12  **that you supervised?**

13      A       They were direct care.

14      Q       **Direct care?**

15      A       Yeah.

16      Q       **Okay.  Were they nurses or were they some**

17  **other position other than nurses?**

18      A       CNAs?

19      Q       **Certified Nursing Assistants?**

20      A       Yeah, yeah.  But back then -- back then, at

21  the time, you didn't have to be a CNA.  We looked for

22  CNAs, but you didn't have to be one.  That's changed

23  since then, but at the time, we trained.  We hired and

24  trained people on the job.

25      Q       **Okay.  So you supervised nursing**

# Christopher W. Jones

Page 38

```
 1      Q       Okay.

 2      A       Just my -- just my mother.  My mother was

 3 on dialysis for three years.

 4      Q       Oh, okay.

 5      A       So I dealt with that.

 6      Q       Other than your, you know, personal

 7 dealings with a dialysis patient, had you had any

 8 professional dealings with dialysis patients or

 9 medications before coming to DaVita?

10      A       No.

11      Q       Okay.  And prior to working at DaVita, had

12 you worked in any type of sales position?

13      A       I used to work for Nordstrom in sales.  And

14 when I worked at Sunrise, it was a part of my job for

15 when we did not have a marketing person or when they

16 were not able, I would have to show the Sunrise home and

17 the rooms, and market to families and new residents

18 coming in.

19              I also worked at coffee shops as managers.

20 They were privately owned coffee shops, and it was

21 basically sales, because it was expected of you to do

22 certain goals every day and to sell the merchandise in

23 the coffee shop besides food and drinks.

24      Q       Okay.  So when you worked at Sunrise --

25      A       Uh-huh.
```

# Christopher W. Jones

Page 39

1    Q         -- you were selling residential units?

2    A         Yes.  So like if a -- if it would be a new

3    family and a patient, that the patient was Alzheimer's

4    or dementia, then it would be my responsibility to show

5    the room and talk to the family and show them the --

6    basically the perks of having their family member live

7    there and what we could provide for the family member,

8    so that, yes, it was sales.

9    Q         Okay.  And when did you work at Nordstrom?

10   A         Nordstrom, I worked there -- I did it

11   seasonal, on and off.  It was -- trying to think when I

12   started -- probably around -- I think it was around '02

13   and '03, I did it for periods of four months, five

14   months, seasonal, for Christmas, and worked in the

15   evenings.

16   Q         So how long did you work at Nordstrom; was

17   it just four months?

18   A         Each time was about five months, four to

19   five months.

20   Q         And how many -- on how many occasions did

21   you work four to five months?

22   A         Twice.  Twice.

23   Q         Twice?

24   A         Yes.

25   Q         Which store did you work at?

**Christopher W. Jones**

Page 40

1    A        Nordstrom, one was in Pentagon City, and

2  before that it was in Baltimore.  I'm trying to think of

3  the name of the location.  I can't recall, off the top

4  of my head.

5    Q        **And what did you do at Nordstrom?**

6    A        I worked in the clothing department for

7  men.

8    Q        **Sorry.  You worked if the men's department?**

9    A        Yeah.

10    Q        **Selling clothing or --**

11    A        Yes.

12    Q        **-- accessories?**

13    A        Clothing.

14    Q        **Okay.  And did you work in the men's**

15  **department at both locations?**

16    A        Yeah, yes.

17    Q        **Okay.  And when did you work at this coffee**

18  **store?**

19    A        I worked at several different ones.  I

20  worked at one in Boston -- well, actually Jamaica Plain.

21    Q        **Wait.  I'm sorry.  Did you say "Boston" or**

22  **"Ballston?"**

23    A        Boston, Massachusetts.

24    Q        **Okay.  And when did you work at the coffee**

25  **shop in Boston?**

## Christopher W. Jones

Page 41

1    A         That would have been -- I think it was

2  around '90, '91.

3    Q         And what did you do there?

4    A         Basically, a barrista, custom -- you know,

5  waiting on the customers, and then they also had

6  merchandise, coffee-related merchandise that --

7    Q         So you were a store clerk?

8    A         Yeah, basically, yeah.

9    Q         Okay.  Any other sales experience?

10   A         No, not that I can think of, off the top of

11  my head.

12   Q         Okay.  All right.  Now, your position when

13  you first started at DaVita, what was your position?

14   A         I was administrative assistant, and then

15  labs.  I also did the labs, spinning the labs and

16  packing and sending them off.

17   Q         I heard you say "administrative assistant."

18  I didn't hear the final part of your statement.

19   A         Labs, L-A-B-S.  I would get the labs ready

20  to go out, spin them, get them packed up and send them

21  out to the laboratories.

22   Q         Okay.  What was your official title?

23   A         Administrative assistant.

24   Q         Hello?

25   A         Yes.

**Christopher W. Jones**

Page 63

1    Q        What happened after you had this California

2  interview?  What was the next step in the process?

3    A        I believe it was two days later, I received

4  a call from Kim asking if I was interested in the

5  position.

6    Q        And what was your response?

7    A        "Yes."

8    Q        Now, at any point, did you develop any type

9  of relationship with Mrs. Easlon other than a

10  professional relationship?

11    A        No.

12    Q        Did she send you any emails that you deemed

13  to be overly friendly?

14    A        No.

15    Q        Did she suggest to you any type of

16  relationship other than a professional relationship?

17    A        No.

18    Q        Okay.  So what happened after you got this

19  call two days later and she asked you if you were still

20  interested in the job?

21    A        I told her, yes, I was.

22    Q        And what was the next step in the process?

23    A        She told me there -- about the training

24  class that I believe was the following -- no, two weeks

25  from then -- to come to California for the training

# Christopher W. Jones

Page 79

1  this document is?

2      A      It's an email from Kim about my interview

3  in Richmond, where she will be staying, at what time the

4  interview will be.

5      Q      Okay.  What is the date of the -- of this

6  communication that she had with you?

7      A      12/7/05.

8      Q      That's when she told you --

9      A      That's when she emailed me.

10      Q      Okay.  And when -- does this email refresh

11  your recollection as to the exact date when you actually

12  met Ms. Easlon for an in-face -- in-person interview?

13      A      It was on 12/12/05.

14      Q      Okay.  And the last exhibit I'm going to

15  mark is DaVita 00015.

16              (Jones Exhibit Number 5 marked for

17  identification.)

18              (Document to witness.)

19  BY MS. VU

20      Q      Mr. Jones, you've been handed what's been

21  marked as Exhibit Number 5.  Can you please tell me what

22  this is?

23      A      Email from Kim after my interview in

24  California, asking me to call her at my earliest

25  convenience.

# Christopher W. Jones

Page 80

1      Q        Okay.  Do you remember what the call was

2   about?

3      A        It was about me getting offered the

4   position.

5      Q        So does this refresh your recollection as

6   to when you received the offer?

7      A        Yes, it was on Tuesday, 12/20/05.

8      Q        Okay.  And that is an offer -- what was the

9   offer for?

10     A        For the position as Pharmacy Service

11  Representative.

12              MS. VU:  Okay.  Thank you.  That's all I

13  have.  Oh, actually, I take that back.  I may have a few

14  additional questions.

15  BY MS. VU

16     Q        Mr. Jones, you said that your facility

17  administrator gave you a flier --

18     A        Uh-huh.

19     Q        -- that advertised the Pharmacy Services

20  Representative position, correct?

21     A        Yes.

22     Q        Okay.  What was your understanding of what

23  your facility administrator wanted you to do with that

24  flier?

25     A        She told me that she thought that it would