```
 1                UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF COLUMBIA

 3                       CIVIL DIVISION

 4

 5    - - - - - - - - - - - - - -x

 6    JAMES MASON,                :

 7            Plaintiff,           :    Civil Action No.

 8        vs.                     :    06-1319(RMC)

 9    DAVITA INC.,                 :

10            Defendant.           :

11    - - - - - - - - - - - - - -x

12

13              DEPOSITION OF JAMES L. MASON

14

15

16                              Washington, DC

17                              Wednesday, February 1, 2007

18

19

20

21    REPORTED BY:

22        CARMEN SMITH
```

ACE-FEDERAL REPORTERS, INC.
Nationwide Coverage
202-347-3700      800-336-6646      410-684-2550

1  mischaracterizes what's stated in the e-mail.
2          BY MS. VU:
3      Q    And shoboat222000@yahoo.com is your
4  personal e-mail address?
5      A    Yes.
6      Q    Did you have any other communications with
7  Ms. DePillo at any time?
8      A    I don't know.  Maybe by phone, when I
9  called.  I don't remember if it was her I spoke to,
10  asking did you receive my resume.  I don't know.  It
11  may have been her.  I believe I spoke to her on the
12  phone, you know, before this call to ask that they
13  receive it.  It was probably her too.
14      Q    After receiving this e-mail from
15  Ms. DePillo, what was the next communication that
16  you had with somebody from DaVita RX about the PSR
17  position?
18      A    As far as my memory, it was Kim Easlon
19  called me.
20      Q    Now, before you had a call with
21  Ms. Easlon, I take it that you had not communicated
22  your race to anyone at DaVita RX; correct?

1    A    No, I didn't have to.

2    Q    What do you mean you didn't have to?

3    A    No, I mean, that's in files and they have
4 a copy of my driver's license on file.

5    Q    All right.

6         MR. BRANCH: And I wanted to object. You
7 mean in relation to this application or at any time?

8         BY MS. VU:

9    Q    That's a really good point. In connection
10 with your application.

11   A    No.

12        MS. VU: I think we might go ahead and
13 take our lunch break, because I'm going to get into
14 the whole Easlon and Josh Golomb discussion. We can
15 continue. That's fine.

16        BY MS. VU:

17   Q    So you said that you had -- your next
18 communication regarding the PSR position was with
19 Ms. Easlon; correct?

20   A    Yes, I believe that was.

21   Q    Why don't you tell me about that
22 communication.

1    A    She called me at work, at the facility. I
2    was on the floor working. And I got the message
3    that she wanted to speak with me. So I got on -- I
4    got on the telephone and she asked me was I busy,
5    would you be able to talk to me.
6         And I said I needed to go on break,
7    because I was on the floor. So I went on break and
8    had someone take my place while she spoke to me in
9    the back.
10   Q    How long was your conversation with
11   Ms. Easlon?
12   A    I don't remember how many minutes exactly,
13   maybe between 10, 15, five. I don't know exactly.
14   Q    It was less than 15 minutes?
15   A    Yes.
16   Q    Okay. And did you say anything about your
17   race in this conversation?
18   A    No.
19   Q    Okay. What did you talk about with
20   Ms. Easlon?
21   A    She asked me background, where I'm from,
22   where I live, the Washington area. She told me a

1   Q   Did you talk about any -- well, strike
2   that.
3       I believe that the only sales experience
4   that you had at this point in time was marketing
5   your sister's catering business.
6   A   At that time, yes.
7   Q   Okay. And you said that you'd never
8   mentioned that to anybody at DaVita RX; correct?
9   A   No, she told me it wasn't necessary to
10  have any sales experience, background.
11  Q   Okay. And did she tell you where the job
12  would be?
13  A   No.
14  Q   Did she tell you how many positions she
15  was looking for, how many positions she was looking
16  to fill?
17  A   No.
18  Q   Did you ask?
19  A   No.
20  Q   What was --
21  A   About which?
22  Q   About where the position would be.

```
 1  RX program.
 2      Q    Forgive me if I've already asked you this.
 3  Did you tell her your race at any time during the
 4  interview?
 5      A    No.
 6      Q    Now, what happened at -- how did this
 7  interview end?
 8      A    She told me that -- she asked me if I
 9  could, I believe, meet with her on one of the days
10  that I was working, and I told her we were short and
11  I couldn't meet her on that particular day.  It was
12  like the day she interviewed me, she said could you
13  come in tomorrow, I believe, she said tomorrow.  And
14  I said I'm working tomorrow.  It was either tomorrow
15  or the day after, I don't know.  And I told her I
16  was working.
17           And she said well, I'll be back in the
18  area soon and what I'll do is when I come back, you
19  can come in to Richmond, I believe, or wherever she
20  would be.  She said I could travel there, and she
21  asked me would I mind traveling to meet her.  And I
22  said no, that's not a problem.
```

1  So she -- that's where it ended that she
2  would get back in contact with me for an in-person
3  interview.
4  Q   So when she offered to meet you in person,
5  where did she want to meet you?
6  A   It wasn't -- it wasn't finalized then.
7  Q   No, but I mean like when she said can you
8  meet me tomorrow or the next day.
9  A   I believe it was in Richmond, Virginia,
10 which is like three, four hours away maybe.
11 Q   Okay.  So she offered to meet you in
12 Richmond?
13 A   Yes.
14 Q   And you couldn't meet her in Richmond
15 because of your work schedule?
16 A   Yes.  It was too short of notice.
17 Q   Right.  And then she said that she would
18 contact you for another face-to-face -- for a
19 face-to-face meeting at some point in Richmond?
20 A   Yes.  Well, not necessarily in Richmond.
21 She said she would be back here, you know.  I guess
22 she travels, I don't know.  A lot.  And she said she

1  would be in this area, back in this area. She
2  didn't say when, but she said she would set up an
3  in-person interview with me.
4      Q    Okay. Now, I think that in your --
5      A    I think -- yeah.
6      Q    I think that in either your complaint or
7  your interrogatory responses, you had stated that
8  Ms. Easlon had said she would get back to you after
9  the end -- in the new year?
10     A    Yes, she said -- they did say she was
11 going on vacation for the holidays, and that she
12 would be back, back in this area.
13     Q    Okay. Was that everything that you
14 discussed on that call that you can remember now?
15     A    That she would meet with me -- what I
16 remember is that it was January that I was supposed
17 to have a meeting with her or, you know, schedule
18 something or speak back with her over the phone.
19 And that's -- yeah, that's the only conversation
20 that we had about that.
21     Q    Okay. And when was the next time that you
22 had any communication with anyone at DaVita RX about

1  your application?
2     A   I just -- I gave her a call the first week
3  of January. I had either her number or
4  Ms. DePillo's number, I don't remember which, and I
5  called and got an answering machine and, you know,
6  left a message on the answering machine, don't
7  remember exactly what I said.
8         But then after that I received the e-mail
9  from her, Ms. DePillo -- I mean Kim Easlon.
10        MS. VU: Let's stop here, because there's
11 an exhibit I want to use, and it's been miscopied.
12 So let's take our lunch break and we can start with
13 the e-mail.
14        (Whereupon, at 12:52 p.m., the deposition
15 was recessed, to be reconvened at 1:20 p.m. this
16 same day.)

1    A    Positive.

2    Q    When you spoke to Ms. Easlon during your
3 interview with her, did she tell you that if you had
4 been invited to go to California, that you would be
5 interviewing with Josh Golomb?

6    A    She didn't say who. She said the DaVita
7 RX crew. I never -- I had never heard his name
8 until he called my house.

9    Q    Okay. So it's your testimony that he said
10 that he had to reinterview a number of candidates
11 that Ms. Easlon had interviewed; correct?

12    A    Yes.

13    Q    Okay. And did he say anything else about
14 Ms. Easlon's interviewing practices?

15    A    To the best of my knowledge right now,
16 that was all. And just he wanted to reinterview me
17 or give me the opportunity for him to interview me
18 over the phone.

19    Q    Did he reference the complaint when he
20 called you?

21    A    No.

22    Q    And did you set up a time to have an

1 interview?

2     A    He did. He suggested a time.

3     Q    What time did you set?

4     A    He suggested a time of 8:00. He said 8:00
5 a.m. I don't remember the day. I don't remember if
6 it was the next day or a couple days later, but he
7 said 8:00 a.m.

8     Q    Okay. And when was the next time you
9 communicated with Mr. Golomb?

10     A    The date that he told me, specified, that
11 was when we spoke over the phone and had the phone
12 interview.

13     Q    Now, who was supposed to initiate the
14 call?

15     A    He was going to call me.

16     Q    In your interrogatory response, you
17 referenced some confusion about the time of the
18 interview?

19     A    Yes. Mr. Golomb said -- he just said
20 8:00, so I assumed -- you know, I tried to
21 recalculate in, thinking 8:00 my time, because I go
22 jogging early in the morning. So I didn't realize

```
 1  fly me to California to meet with the team and see
 2  what they thought, and that would be the final
 3  thing.
 4       Q    Have you described to me everything that
 5  you talked about on this call with Mr. Golomb?
 6       A    I may have forgotten something.  I don't
 7  know.
 8       Q    Okay.  And when was the next time you
 9  communicated with someone at DaVita or DaVita RX
10  about your PSR application?
11       A    Mr. Golomb called me back and we had a
12  conversation, and he told me that he spoke to a lot
13  of people about me and, you know, heard that I was a
14  nice person, good employee, hard-working person, and
15  that I had just missed the cut, I almost made the
16  team, you know, and that they would keep me -- he
17  would keep me in mind in the future if something
18  came up in the future.
19       Q    Do you think that Mr. Golomb didn't give
20  you the job because you're black, or
21  African-American?
22       A    Yes.
```

1    A    I can add to it, the fact that Mr. --

2          MR. BRANCH: Why don't you read it first.

3          THE WITNESS: Okay.

4          (Witness reviewed the document.)

5          MS. VU: Can you read the last phrase of

6   the question?

7          (The reporter read the record as requested.)

8          THE WITNESS: The only thing that I can

9   add is that Mr. -- Chris had what seemed to be an

10  easier time getting through than the four of us

11  combined.

12         BY MS. VU:

13    Q    Okay. Anything else?

14    A    Not at this time that I can remember.

15    Q    Okay. Now, Mr. Mason, after you were

16  informed that you would not be getting the PSR

17  position by Mr. Golomb, did you try to apply for any

18  other job, either within DaVita or outside of

19  DaVita?

20    A    I looked around, but no, I didn't apply

21  exactly. I looked around for positions. I did put

22  in applications at some hospitals or something, but