**From:** Kim Easlon
**Sent:** Mon 1/9/2006 10:20 AM
**To:** james mason
**Subject:** RE: Davita Pharmacy enterview

Hi James,

I'm sorry that I haven't gotten back with you earlier. I have been on vacation for a few weeks and then immediately had training to do for my new hires. I regret that we have filled the position that was available in your area. Thank you very much for your interest.

Kim

---

**From:** james mason [mailto:shoboat222000@yahoo.com]
**Sent:** Wed 1/4/2006 2:50 PM
**To:** Kim Easlon
**Subject:** Davita Pharmacy enterview

        James L. Mason pct
   Unit #190 Davita Georgetown on the Potomac

  Ms Easlon It was very exciting talking with you about the Pharmacy rep. position.
Im just e-maling you, to let you know about my work scedule for Jan.06. I believe that I would be a great asset in recruting patients for Davitas Phamacy program, and Im again excited about the posibility. My work week is Mon.Wed.Fri 5:00am till 8:00pmm.
Again thank you for the opertunity to join the crew.

       Home #(202)723-0245 Cell (202) 236-8609 work (202)333-5211      **DAV-00003**

Yahoo! DSL Something to write home about. Just $16.99/mo. or less

DaVita Inc.

DAV-00004

7/14/2006