## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>    Plaintiff**,**<br><br>  v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>    Defendant**.** | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

Please replace the executed Declaration of Josh Golomb herein attached with that filed electronically via ECF on Wednesday, April 25, 2007 as Exhibit 2 to Davita Inc.'s Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Leave to File First Amended Complaint.

Respectfully submitted,

__/s/ Joseph T. Ortiz_____  
Joseph T. Ortiz  
(admitted pro hac vice)  
EPSTEIN BECKER & GREEN, P.C.  
1875 Century Park East, Suite 500  
Los Angeles, CA 90067-2506  
Tel: (310) 557-9542  
Fax: (310) 553-2165  

April 26, 2007

__/s/ Minh N. Vu_____  
Minh N. Vu (Bar No. 444305)  
EPSTEIN BECKER & GREEN, P.C.  
1227 25th Street, N.W.  
Washington, D.C. 20037  
Tel: (202) 861-0900  
Fax: (202) 296-2882  

Counsel for Defendant DaVita Inc.

CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of April, 2007, a copy of this Praecipe was served through the Court's Electronic Court Filing system to counsel listed below:

    David A. Branch
    Law Office of David A. Branch
    1825 Connecticut Avenue, NW
    Suite 690
    Washington, D.C. 20009

                                                             /s/ Minh N. Vu
                                                             Minh N. Vu