7. On March 17, 2006, I telephoned Mr. Mason from my office in California to tell him that DaVita Rx was not going to advance him in the PSR application process. A copy of DaVita's phone records showing the call that I made to Mr. Mason on March 17, 2006, is at Attachment A. I have had no other communications with Mr. Mason except as described in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 25, 2007

_____
Joshua Matthew Golomb