## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>        Plaintiff**,**<br><br>    v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>        Defendant**.** | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ERRATA

Please replace the last page of the Declaration of Josh Golomb previously filed electronically via ECF on Wednesday, April 25, 2007 as Exhibit 2 to Davita Inc.'s Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Leave to File First Amended Complaint, with the attached signature page which was inadvertently omitted.

Respectfully submitted,

___/s/ Joseph T. Ortiz_____
Joseph T. Ortiz
(admitted pro hac vice)
EPSTEIN BECKER & GREEN, P.C.
1875 Century Park East, Suite 500
Los Angeles, CA 90067-2506
Tel: (310) 557-9542
Fax: (310) 553-2165

___/s/ Minh N. Vu_____
Minh N. Vu (Bar No. 444305)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Washington, D.C. 20037
Tel: (202) 861-0900
Fax: (202) 296-2882

April 26, 2007

Counsel for Defendant DaVita Inc.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 26th day of April, 2007, a copy of this Errata was served

through the Court's Electronic Court Filing system to counsel listed below:

David A. Branch
Law Office of David A. Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009


    /s/ Minh N. Vu
Minh N. Vu