# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| JAMES MASON ) | |
| ) | |
| Plaintiff, ) | Civil Action No.:06-1319 (RMC) |
| ) | |
| v. ) | |
| ) | |
| DAVITA INC. ) | |
| ) | |
| ) | **Jury Trial Demand** |
| Defendants. ) | |
| ) | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Comes now Plaintiff James Mason, by and through counsel, and files Plaintiff's Motion For Extension of Time to File Reply to Motion For Leave to File First Amended Complaint, and in support thereof states as follows.

Plaintiff filed a motion for leave to file an amended complaint. Defendant filed and opposition, which is more akin to a motion for summary judgment or motion to dismiss. The court ordered Plaintiff to file a response by May 9, 2007. Plaintiff requests a two week extension through May 23, 2007 because of time devoted to other matters over the past week, and upcoming court commitment, including Plaintiff's counsel was required to file an exhaustive appellate brief in the matter of Charles Taylor v. WASA on May 2, 2007 in the D.C. Court of Appeals, and was required to prepare for and attend extensive pretrial hearings in the D.C. Superior Court in the matters of Vivek Kumar v. WASA on May 1, 2007, and Patricia Hunter v. WASA on May 2, 2007. In addition, counsel was required to file a response to a dispositive motion in the matter of Kilby

Robb v. Spelling, on May 9, 2007, and the matter of Sharma v. WMATA on May 10, 2007; counsel was required to file a responsive brief in a class action which was certified by Judge Kennedy in the matter of Taylor et al. v. WASA, on May 9, 2007, which was extended and complete post certification discovery in a class action pending before the EEOC before May 11, 2007 in the matter of Armstorng v. Internal Revenue Service; and prepare for a week long trial beginning on May 14, 2007 in the matter of Dandridge v. Winn Residential before Judge Retchin in the D.C. Superior Court.

    Plaintiff sought the consent of Defendant's counsel but Defendant would not consent to an extension beyond a week.

                                                Respectfully submitted,

                                                /s/
                                       David A. Branch #438764
                                       Law Offices of David A. Branch
                                       1825 Connecticut Avenue, NW
                                       Suite 690
                                       Washington, D.C. 20009
                                       (202) 785-2805

**Certificate of Service**

    I hereby certify this 10th day of May 2007 that a copy of the foregoing Plaintiff's Motion for Extension to File Response to Motion for First Amended Complaint was sent to Defendants' counsel listed below.

                                              Minh N. Vu

Epstein Becker & Green, P.C.
1227 25th Street, NW, Suite 700
Washington, D.C. 20037-3541

                                              /s/

                                           David A. Branch