| # | Last Name | First Name | Race | Original Territory | Status | Working Title | Hire Date | Term Date | Hourly Rate (Confidential) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | Evans | Zondra | BLACK | CA | Active | Originally hired as PCT, promoted to Regional Sales Manager | 2/28/2005 | | 34.660000 |
| 4 | Tomczak (nee Myers) | Courtney | WHITE | CA | Active | Pharmacy Services Rep | 5/2/2005 | | 25.750000 |
| 5 | Huey | Michael | WHITE | FL | Separated from DaVita RX | Pharmacy Services Rep | 5/31/2005 | 6/17/2005 | 24.038500 |
| 6 | Richmond | Carol | WHITE | CA | Separated from DaVita RX | Pharmacy Services Rep | 5/22/2005 | 6/9/2005 | 28.850000 |
| 7 | Mayberry | Jessie | BLACK | CA | Active | Pharmacy Services Rep | 6/13/2005 | | 26.438500 |
| 8 | Jackson (nee Harmon) | Valerie | WHITE | CA | Active | Pharmacy Services Rep | 6/23/2005 | | 26.238500 |
| 9 | Rizzo | Elizabeth | WHITE | CA | Active | Pharmacy Services Rep | 6/23/2005 | | 24.758500 |
| 10 | Silva | Mariah | HISPA | CA | Transferred Back to DaVita | Pharmacy Services Rep | 7/21/2005 | 1/6/2006 | |
| 11 | Wendland | Carin | WHITE | WA | Transferred Back to DaVita | Pharmacy Services Rep | 7/23/2005 | 9/16/2005 | |
| 12 | Cross | Virginia | WHITE | OK, AZ | Active | Pharmacy Services Rep | 9/29/2005 | | 24.760000 |
| 13 | Jimenez | Juan | HISPA | FL | Separated from DaVita RX | Pharmacy Services Rep | 10/25/2005 | 1/16/2007 | 24.038500 |
| 14 | Weinrich | Matt | WHITE | FL | Separated from DaVita RX | Pharmacy Services Rep | 10/25/2005 | 1/4/2007 | 24.038500 |
| 15 | Platt | Kathy | WHITE | WA | Active | Pharmacy Services Rep | 10/26/2005 | | 24.038500 |
| 16 | Wales | Alexandra | WHITE | MN | Active | Originally hired as PCT, promoted to Regional Sales Manager | 1/3/2006 | | 30.284600 |

All Pe... offered PSR positions as of December 18, 2006.  Note: Information in column J is c... ENTIAL.



PLAINTIFF'S EXHIBIT 6

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Last Name | First Name | Race | Original Territory | Status | Working Title | Hire Date | Term Date | Hourly Rate (Confidential) |
| 17 | Jones | Christopher | WHITE | DC | Active | Pharmacy Services Rep | 1/15/2006 | | 21.640000 |
| 18 | Lamberson | Patricia | WHITE | CO | Active | Pharmacy Services Rep | 1/23/2006 | | 27.170000 |
| 19 | Prieto | Jennifer | HISPA | FL | Separated from DaVita RX | Pharmacy Services Rep | 1/23/2006 | 1/23/2006 | 26.443000 |
| 20 | Todaro | Ronald | WHITE | PA | Separated from DaVita RX | Pharmacy Services Rep | 2/6/2006 | 2/22/2006 | 26.443000 |
| 21 | Thorne | Helen | WHITE | FL | Active | Pharmacy Services Rep | 2/28/2006 | | 18.750000 |
| 22 | Hill | Reba | BLACK | PA | Separated from DaVita RX | Pharmacy Services Rep | 3/5/2006 | 5/12/2006 | 21.635000 |
| 23 | Becton | Andrea | WHITE | TX | Separated from DaVita RX | Pharmacy Services Rep | 4/3/2006 | 5/12/2006 | 22.596000 |
| 24 | Bridges | Debbie | WHITE | KS | Active | Pharmacy Services Rep | 4/3/2006 | | 25.000000 |
| 25 | Camper | Derrick | BLACK | MD | Separated from DaVita RX | Pharmacy Services Rep | 4/3/2006 | 12/1/2006 | 25.481000 |
| 26 | Nash | Paula | BLACK | MO | Active | Pharmacy Services Rep | 4/3/2006 | | 24.039000 |
| 27 | Ontiveros | Maria | HISPA | TX | Separated from DaVita RX | Pharmacy Services Rep | 4/3/2006 | 5/12/2006 | 25.000000 |
| 28 | Rosemond | Doidre | BLACK | MI | Active | Pharmacy Services Rep | 4/3/2006 | | 26.443000 |
| 29 | Snider | David | WHITE | MD | Active | Pharmacy Services Rep | 4/3/2006 | | 22.600000 |
| 30 | Sudano | Ian | WHITE | CA | Separated from DaVita RX | Pharmacy Services Rep | 4/4/2006 | 6/2/2006 | 26.443000 |
| 31 | Madden | Lynne | WHITE | IL | Active | Pharmacy Services Rep | 5/1/2006 | | 26.440000 |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Last Name | First Name | Race | Original Territory | Status | Working Title | Hire Date | Term Date | Hourly Rate (Confidential) |
| 32 | Sears | Suzanne | WHITE | GA | Active | Pharmacy Services Rep | 5/1/2006 | | 21.154000 |
| 33 | Kersey | David | HISPA | AL | Active | Pharmacy Services Rep | 5/22/2006 | | 21.634600 |
| 34 | Scioneaux | Monica | WHITE | LA | Active | Pharmacy Services Rep | 6/12/2006 | | 24.038500 |
| 35 | Monge | Luz | HISPA | CA | Active | Pharmacy Services Rep | 6/18/2006 | | 28.842700 |
| 36 | Watkins | Detrica | BLACK | NY | Active | Pharmacy Services Rep | 7/8/2006 | | 25.000000 |
| 37 | Dannemiller | Amy | WHITE | OH | Active | Pharmacy Services Rep | 7/10/2006 | | 24.038600 |
| 38 | Brown | Gamaela | WHITE | AZ | Active | Pharmacy Services Rep | 7/28/2006 | | 24.040000 |
| 39 | Enriquez | Mary | HISPA | TX | Active | Pharmacy Services Rep | 8/21/2006 | | 24.038500 |
| 40 | Epling | Rachael | WHITE | OH | Active | Pharmacy Services Rep | 8/21/2006 | | 24.040000 |
| 41 | Pugliese | Sivana | HISPA | MD | Active | Pharmacy Services Rep | 8/21/2006 | | 21.635000 |
| 42 | Yeung | Shirley | ASIAN | CA | Active | Pharmacy Services Rep | 8/21/2006 | | 26.442300 |
| 43 | Jellison | Jackie | WHITE | IN | Separated from DaVita RX | Pharmacy Services Rep | 9/18/2006 | 9/15/2006 | 25.000000 |
| 44 | LaMoregese (nee Springer) | Sandra | WHITE | NY | Active | Pharmacy Services Rep | 10/23/2006 | | 24.038500 |
| 45 | McDuffie | Danielle | BLACK | NC | Separated from DaVita RX | Pharmacy Services Rep | 10/23/2006 | 1/4/2007 | 25.961500 |
| 46 | Nagrath | Arun | ASIAN | MA | Separated from DaVita RX | Pharmacy Services Rep | 10/23/2006 | 1/4/2007 | 25.442300 |
| 47 | Gonzalez | Teresa | HISPA | TN | Active | Pharmacy Services Rep | 11/19/2006 | | 24.038400 |

## OFFERS DECLINED NO OTHER DATA AVAILABLE

| LAST NAME | FIRST NAME | OFFER DATE | | RACE |
|---|---|---|---|---|
| Jennings | Cheryl | 6/12/2006 | LA | Not Available |
| Beavers | Dennis | 4/3/2006 | GA | Black |
| Fajardo | Jaime | 3/1/2006 | FL | Hispa |