**Kim Easlon**

| | | | |
|---|---|---|---|
| **From:** | Kim Easlon [KEaslon@davita.com] | **Sent:** | Thu 3/3/2005 8:12 PM |
| **To:** | Alex Dellon | | |
| **Cc:** | | | |
| **Subject:** | Re: Looking for PSRs to hire | | |
| **Attachments:** | | | |

Thanks Alex. Bill told me that Linda had just been promoted. All of the OVPs and several RDs are now aware of the program. Bill made a presentation at a meeting that several of them attended this week. I'll give Linda an email.

Are you tan?

Kim

>>> Alex Dellon 03/03/05 8:09 PM >>>
Hey Kim,
I'm doing great. Of course I just got back from vacation so I haven't really worked yet.

I think your idea is a good one regarding the PCTs. I don't know of any one off the top of my head but would definitely suggest contacting either Linda Lansing or Helen Como. Linda was just announced as the OVP for Sunsational Division so I would recommend you contact her 1st. She is aware of the Pharmacy Program (as is Helen) from when the pilot was discussed in Florida and should be able to recommend someone

I'll be in LA all next week. Hopefully we can catch up via telephone one evening

Alex


Alex Dellon
Facility Administrator
Center for Kidney Disease
Phone:  (305) 691-2144
Fax:    (305) 691-0362
Cell:   (561) 213-0337
Email:  ADellon@davita.com

PLAINTIFF'S EXHIBIT NO. C

>>> Kim Easlon 03/03 9:52 PM >>>
Hely Alex,

How is it going? I hope you're loving your new job. I have decided that the PCTs within the company might be great as PSRs. It would be a great promotion for them, they know dialysis, and they know how to deal with our patients.

I was wondering if you knew of anyone that might fit within the perameters of what I am looking for:

I need someone who is very outgoing and positive, someone who is very organized and can manage themselves, plus, of course, they need to be willing to travel A LOT! We are currently asking our PSRs to travel three weeks out and one in. They will be home every weekend. After about a year and a half, they will settle into territories where the travel will be reduced substantially.

What do you think? Do you know of anyone who fits into this mold? I know everyone knows down there, but you still need to keep this quiet. Bill has told me that I can contact Linda Lansing and Helen Como. What do you think about them? Trust their judgement?

**DAV-00825**

**Kim Easlon**

| | | | |
|---|---|---|---|
| **From:** | Kim Easlon [KEaslon@davita.com] | **Sent:** | Mon 3/14/2005 2:29 PM |
| **To:** | Josh Golomb | | |
| **Cc:** | | | |
| **Subject:** | Re: Lori's Interview | | |
| **Attachments:** | | | |

I guess I just want the standard barrage! Let me know what you think.

Kim

>>> Josh Golomb 03/14/05 9:43 AM >>>
I wil mark it down

Let me know if there are any specific thigns you would like me to probe...if not, I'll give my standard barrage of questions.


Josh Golomb
DaVita
533 Airport Blvd, Suite 400
Burlingame, CA 94010
(650) 548-2540
(650) 373-2002 (fax)

>>> Kim Easlon 03/14/05 09:33AM >>>
Josh,

If you can see Lori at 10:00, that would be great. I am faxing her resume to Tina who will see that you get a copy.

Kim

**From:** Josh Golomb
**Sent:** Friday, March 17, 2006 4:57 PM
**To:** Gail Gardner
**Cc:** Lisa Joins; Bruce Kraus
**Subject:** RE: Confidential Privileged Information HR Matter We Discussed recently

Gail and Lisa

I wanted to close the loop on this item and let you know where we are.

First, as per my discussion with Gail, I personally phone interviewed both James Mason and the other candidate James identified in his call. James was solid overall. Jeff was mediocre. However, neither of them were as strong as other candidates we have been interviewing in terms of the following key areas:
- Understanding and experience of sales
- Sales effectiveness (in role plays I did with them via phone)
- Thoughtfulness about approach for working with Physicians
- Flexibility (both voiced some concerns about travel)

I have copied Bruce Kraus, our new Director of Sales. He is working to add structure to our hiring process so that

DAV-00005

7/11/2006

we have clearer criteria by which we accept and evaluate interested candidates. We both understand that our existing ambiguous systems leave us open to unnecessary risk.

Purely as FYI, we currently have 16 PSRs. Of those, 4 are African-American and 2 are Latino/a. Although I would like to increase our diversity even more, I believe we are doing a fairly good job in this regard today.

---

**From:** Gail Gardner
**Sent:** Thursday, February 09, 2006 6:40 AM
**To:** Josh Golomb
**Subject:** Confidential Privileged Information HR Matter We Discussed recently

Confidential Information

Hi Josh,

Thanks for talking with me recently regarding the opening in the Maryland DC area. I have attached the Hotline complaint and would like to talk to you. I recently received a call in regard to the DC area and this may be connected. You can reach me at the office today 301 754-3021. I look forward to talking with you.
Thanks
Gail


*Gail Gardner*
People Services Manager
X'Treme Team East
301 754-3021
240 472-7091

DAV-00006

7/11/2006

## Kim Easlon

| | | | |
|---|---|---|---|
| **From:** | Kim Easlon [KEaslon@davita.com] | **Sent:** | Thu 3/3/2005 7:03 PM |
| **To:** | Laura Mildenberger | | |
| **Cc:** | | | |
| **Subject:** | Hiring PSRs!!! | | |
| **Attachments:** | | | |

Hi Laura,

I hope things are going great with you and you are still laughing in your sleep.

I am hiring new pharmacy service representatives for Star RX. We were looking at Pharmacy Techs for the position, but my gut tells me that PCTs from within the company would do a great job. They know dialysis, they know how to approach the patients, they know about problems patients have with their prescriptions and pharmacies.

We are not allowed to post for positions within the company, but Bill Hughson told me that I could contact you and inquire discreetly. Do you know of anyone that might be interested in this position? I need someone who is very enthusiastic and positive. They also need to be well organized and able to work independently. Last of all, they need to be willing to travel A LOT!!! They will be travelling three weeks out and one week in - with them being home on weekends. This kind of travel will last for about a year and a half with each rep settling into a territory after the rollout is complete.

I would love to give "some of our own" this great opportunity. I trust DaVita's managers way more than the recruiters that I am currently working with.

Let me know if you have anyone I can speak with.

Kim

## Josh Golomb

| | |
|---|---|
| From: | Josh Golomb |
| Sent: | Thursday, October 27, 2005 11:24 AM |
| To: | David Prather |
| Subject: | RE: Seeking job opportunity per conversations with Mary Comerford... |

Thanks for the feedback David.

The other thing I should clarify is that the sales position is primarily patient-centric. While part of the PSR job is to meet with facilities and physicians to get them excited about the program, 80% of the job is sitting chairside with patients to talk to them about our service and sign them up. I raise that because, while your physician experience will be of great help, it is a much different position.

If that still sounds interesting, I will forward your information to the person managing our recruiting process to schedule an interview.

Josh

-----Original Message-----
From: David Prather [mailto:drprath53@earthlink.net]
Sent: Thursday, October 27, 2005 10:14 AM
To: Josh Golomb
Subject: RE: Seeking job opportunity per conversations with Mary Comerford...

Hello Josh,

Thanks for getting back to me and for your kind words.

   interest at this point is in a sales rep position leading potentially to advancement opportunities such as the Manager or Director positions you mentioned.

Although the compensation level you described is lower than my present income I would consider other benefits of joining your team as well. My current employer, American Regent expects to struggle next year due to reimbursement (CMS) concerns and no product pipeline and is likely to continue reducing its sales force.

In light of this, job security, the chance to reunite with some of the old "Vivra Gang" and continuing my business relationships with the renal care professionals in Missouri, Kansas and Illinois, almost all of with whom I''ve established relationships makes for an exciting opportunity.

If this fits with your expectations for representation in the St. Louis area then perhaps we should talk.

Again, thanks for your consideration and feel free to circulate my resume to other departments as you see fit.

Continued Success,

David Prather
St. Louis, Missouri
Cell: 314.541.3177


-----Original Message-----
From: Josh Golomb <Josh.Golomb@davita.com>
Sent: Oct 27, 2005 10:52 AM
To: David Prather <drprath53@earthlink.net>
Subject: RE: Seeking job opportunity per conversations with Mary Comerford...

1

DAV-01475

## Josh Golomb

**From:** Josh Golomb
**Sent:** Thursday, February 09, 2006 6:52 AM
**To:** Gail Gardner
**Subject:** RE: Confidential Privileged Information HR Matter We Discussed recently

Thanks Gail. I am actually at the DaVita Medical Directors meetings today and tomorrow. I will try to sneak away and find time to call you, but it may not end up being until Monday.

Unless you advise my otherwise, I will assume it would be inappropriate for me to talk with Kim to try to get the details of the incident. I am guessing it is a case of poor communication on our part. I know that Kim did go on vacation and that we were interviewing a number of folks for different slots...but we did change our roll-out plan around that time. I am confident that Kim did not intentionally discriminate (if anything, we are trying to identify as diverse of a candidate pool as possible), but cognizant that our communication may have been poor and left the candidate with no other plausible explanation.

Josh

---

**From:** Gail Gardner
**Sent:** Thursday, February 09, 2006 6:40 AM
**To:** Josh Golomb
**Subject:** Confidential Privileged Information HR Matter We Discussed recently

Confidential Information

Hi Josh,

Thanks for talking with me recently regarding the opening in the Maryland DC area. I have attached the Hotline complaint and would like to talk to you. I recently received a call in regard to the DC area and this may be connected. You can reach me at the office today 301 754-3021. I look forward to talking with you.
Thanks
Gail

*Gail Gardner*
*People Services Manager*
*XTreme Team East*
*301 754-3021*
*240 472-7091*

2/13/2007

DAV-01464

## Josh Golomb

**From:** Josh Golomb
**Sent:** Thursday, February 09, 2006 6:52 AM
**To:** Gail Gardner
**Subject:** RE: Confidential Privileged Information HR Matter We Discussed recently

Thanks Gail. I am actually at the DaVita Medical Directors meetings today and tomorrow. I will try to sneak away and find time to call you, but it may not end up being until Monday.

Unless you advise my otherwise, I will assume it would be inappropriate for me to talk with Kim to try to get the details of the incident. I am guessing it is a case of poor communication on our part. I know that Kim did go on vacation and that we were interviewing a number of folks for different slots...but we did change our roll-out plan around that time. I am confident that Kim did not intentionally discriminate (if anything, we are trying to identify as diverse of a candidate pool as possible), but cognizant that our communication may have been poor and left the candidate with no other plausible explanation.

Josh

---

**From:** Gail Gardner
**Sent:** Thursday, February 09, 2006 6:40 AM
**To:** Josh Golomb
**Subject:** Confidential Privileged Information HR Matter We Discussed recently

Confidential Information

Hi Josh,

Thanks for talking with me recently regarding the opening in the Maryland DC area. I have attached the Hotline complaint and would like to talk to you. I recently received a call in regard to the DC area and this may be connected. You can reach me at the office today 301 754-3021. I look forward to talking with you.
Thanks
Gail

*Gail Gardner*
*People Services Manager*
*X'Treme Team East*
*301 754-3021*
*240 472-7091*