UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>              Plaintiff,<br><br>   v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>             Defendant. | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION OF DEFENDANT DAVITA INC. FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7, Defendant DaVita Inc. ("DaVita") moves for leave to file the accompanying Response to Plaintiff's Reply to Opposition to Motion for Leave to File First Amended Complaint (the "Response"). The Response is necessary because Plaintiff's Motion for Leave to File First Amended Complaint (the "Motion") was one and half pages long and was not supported by a memorandum of points and authorities. As a result, DaVita had to prepare its opposition to the Motion without knowing its factual or legal basis. Plaintiff's Reply sets forth this information for the first time, and DaVita should be given an opportunity to respond to them in the interest of fairness. However, because the Court has stated that it will rule on Monday, May 21, 2007, the accompanying Response is very brief and does not attempt to address all of the matters raised in the Reply. DaVita

respectfully submits that this limited response will address some of Plaintiff's mischaracterizations of the record and assist the Court in rendering its decision.

DaVita requested Plaintiff's consent to this motion by electronic mail on May 17, 2007, but did not receive a response.

Respectfully submitted,

_____/s/_____
Minh N. Vu (Bar No. 444305)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Washington, D.C. 20037
Tel: (202) 861-0900
Fax: (202) 296-2882

Joseph T. Ortiz
(admitted pro hac vice)
Epstein Becker & Green, P.C.
1875 Century Park East, Suite 500
Los Angeles, CA 90067-2506
(310) 557-9542
(310) 553-2165 (fax)

Counsel for Defendant DaVita Inc.

May 18, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2007, a copy of DaVita Inc.'s Motion for Leave to File Response to Plaintiff's Reply to Opposition to Motion for Leave To File First Amended Complaint was served through the Court's Electronic Court Filing system to counsel listed below:

>David A. Branch
>Law Office of David A. Branch
>1825 Connecticut Avenue, NW
>Suite 690
>Washington, D.C. 20009

                                                                  /s/ Minh N. Vu
                                                                  Minh N. Vu