**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES MASON,<br><br>     Plaintiff,<br><br> *v.*<br><br>DAVITA INC.,<br><br>     Defendant. | C.A. No. 06-1319 (RMC) |

## <u>ORDER</u>

   AND NOW, this ___ day of _____, 2007, upon consideration of DaVita Inc.'s Motion for Leave to File Response to Reply to Opposition to Motion for Leave to File First Amended Complaint, and the entire record herein, it is

   ORDERED, that DaVita Inc.'s Motion for Leave to File Response to Reply to Opposition to Motion for Leave to File First Amended Complaint is GRANTED in its entirety.

Date: _____, 2007   _____
                 United States District Judge

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of May, 2007, a copy of the Proposed Order granting

DaVita Inc.'s Motion for Leave to File Response to Plaintiff's Reply to Opposition to Motion for

Leave To File First Amended Complaint was served through the Court's Electronic Court Filing

system to counsel listed below:

        David A. Branch
        Law Office of David A. Branch
        1825 Connecticut Avenue, NW
        Suite 690
        Washington, D.C. 20009


                                            __/s/ Minh N. Vu_____
                                            Minh N. Vu