UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012<br><br>       Plaintiff,<br><br>v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245<br><br>       Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Jury Trial Demand**<br>)<br>) |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

The Plaintiff hereby requests that the Defendant answer the following interrogatories under oath and respond to the request for production of documents within 30 calendar days of its receipt of these interrogatories and document requests. Please forward the Agency's sworn responses to these Interrogatories and requested documents to The Law Offices of David A. Branch, 1825 Connecticut Avenue, N.W., Suite 690, Washington, DC 20009.

    (a)    These interrogatories and requests for documents are continuing in character, so as to require you to file supplemental answers if you obtain further or different information before trial.

    (b)    Where the name or identity of a person is requested, please state the full name, home address and business address of that person.

    (c)    Unless otherwise indicated, these interrogatories and requests for documents refer to the time place, and circumstances of the occurrence mentioned or complained of in the pleadings.

    (d)    Where knowledge or information in possession of a party is requested, such request includes knowledge of the party's agent, representatives, and

10. Any and all communication from and to Plaintiff concerning his application for pharmaceutical sales positions from 2005 through the present.

11. Provide a copy of any and all employee handbooks and given to the Plaintiff during his employment with the Defendant, and in effect from 2005 through the present.

Respectfully submitted,

By: _____/s/_____
David A. Branch #438764
Law Office of David A. Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009
(202) 785-2805 phone
(202) 785-0289 fax

**Certificate of Service**

I hereby certify this 18th day of December, 2006, a copy of Plaintiff's First Set of Interrogatories was mailed to counsel listed below.

Minh Vu
Epstein, Becker & Green, PC
1227 25th Street, NW Suite 700
Washington, DC  20037

David A. Branch

6