UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>    Plaintiff,<br><br>v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>    Defendant. | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DAVITA INC.'S OBJECTIONS AND RESPONSE TO PLAINTIFF'S INTERROGATORY NO. 14 DATED MARCH 20, 2007

Defendant Davita Inc. (DaVita) objects and responds to the interrogatory posed by Plaintiff James Mason in an e-mail dated March 20, 2007 (see Attachment A) as follows:

This response incorporates by reference the Preliminary Statement and General Objections and Responses set forth in DaVita Inc.'s Amended Objections and Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents dated February 14, 2007 (the "February 14, 2007 Response").

**Interrogatory No. 14:** "[Provide] an explanation of why each person interviewed and selected after Mr. Mason was selected over Mr. Mason."

As an initial matter, DaVita assumes, for purposes of this response, that the phrase "persons interviewed and selected after Mr. Mason" refers to persons interviewed and selected for a Pharmacy Services Representative ("PSR")

DC:934764v3

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April, 2007, a copy of DaVita Inc.'s Objections and Responses to Plaintiff's Interrogatory No. 14 dated March 20, 2007, was sent by fax and first-class mail to counsel listed below:

> David A. Branch
> Law Office of David A. Branch
> 1825 Connecticut Avenue, NW
> Suite 690
> Washington, D.C. 20009

_____
Minh N. Vu

EXHIBIT A

## Minh Vu

**From:** dablaw [dablaw@erols.com]
**Sent:** Tuesday, March 20, 2007 4:19 PM
**To:** Minh Vu
**Subject:** Re: Mr. Golomb's deposition

We will be done by or before 5:00 if we start at 10:00. Minh, also, I need you to supplement your discovery to provide an explanation of why each person interviewed and selected after Mr. Mason was selected over Mr. Mason. I will need this before Golomb's deposition. DAB.

----- Original Message -----
**From:** Minh Vu
**To:** dablaw
**Sent:** Monday, March 19, 2007 4:25 PM
**Subject:** Mr. Golomb's deposition

David, can we please start his deposition at 9 a.m.? He needs to catch a flight out of Dulles at 7:30, and the only way he'll make it is if he can leave by 5 p.m.

Minh N. Vu
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington D.C. 20037-3541
202-861-1841 (phone)
202-861-3541 (fax)
mvu@ebglaw.com

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call the Help Desk of Epstein Becker & Green at 212-351-4701 and destroy the original message and all copies.

In compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Pursuant to the CAN-SPAM Act this communication may be considered an advertisement or solicitation. If you would prefer not to receive future marketing and promotional mailings, please submit your request via email to ebgus@ebglaw.com or via postal mail to Epstein Becker & Green, Attn: Marketing Department, 250 Park Avenue, New York, NY 10177. Be sure to include your email address if submitting your request via postal mail - EBG1