**Vicki Kendall**

| | |
|---|---|
| **From:** | Minh Vu |
| **Sent:** | Thursday, December 28, 2006 12:05 PM |
| **To:** | dablaw |
| **Subject:** | RE: Discovery responses |

I have not received your responses.

---

**From:** dablaw [mailto:dablaw@erols.com]
**Sent:** Wednesday, December 20, 2006 11:43 AM
**To:** Minh Vu
**Subject:** Re: Discovery responses

Minh:
We will definitely get Mr. Mason's responses to you this week. I generally do not have an issue with requests for additional time to complete discovery. DAB

> ----- Original Message -----
> **From:** Minh Vu
> **To:** dablaw
> **Sent:** Wednesday, December 20, 2006 11:15 AM
> **Subject:** Discovery responses
>
> David, will I be receiving Mr. Branch's responses this week as you previously stated? I assume that you do not object to DaVita having the same amount of time to respond to written discovery responses as Mr. Branch has had, which is well in excess of the 30 days.
>
> Minh N. Vu
> Epstein Becker & Green, P.C.
> 1227 25th Street, N.W., Suite 700
> Washington D.C. 20037-3541
> 202-861-1841 (phone)
> 202-861-3541 (fax)
> mvu@ebglaw.com

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call the Help Desk of Epstein Becker & Green at 212-351-4701 and destroy the original message and all copies.

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Pursuant to the CAN-SPAM Act this communication may be considered an advertisement or solicitation. If you would prefer not to receive future marketing and promotional mailings, please submit your request via email to ebgus@ebglaw.com or via postal mail to Epstein Becker & Green, Attn: Marketing Department, 250 Park Avenue, New York, NY 10177. Be sure to include your email address if submitting your request via postal mail. -EBG1

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
1227 25TH STREET, NW, SUITE 700
WASHINGTON, DC 20037-1175
202.861.0900
FAX: 202.296.2882
EBGLAW.COM

MINH N. VU
TEL: 202.861.1841
FAX: 202.861.3541
MVU@EBGLAW.COM

January 12, 2007

David A. Branch, Esq.
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, NW, Suite 690
Washington, DC 20009

Re:   *James Mason v. DaVita Inc.* C.A. No. 1:06CV01319

Dear Mr. Branch:

After receiving Mr. Mason's discovery responses after numerous extensions, most of which were unilateral (i.e., deadlines were agreed to and then not complied with without prior notice), I have calculated that he took 82 days to respond. Affording the same courtesy to DaVita, whose production is substantially more complicated than Mr. Mason's, DaVita's responses are not due until March 10, 2007. Having said that, we will endeavor to be more timely than Mr. Mason.

Per your request, Mr. Mason's deposition has been rescheduled to February 1, 2006. I have enclosed an Amended Notice of Deposition.

I will get back to you shortly on the deposition dates for Mr. Golomb and Ms. Joins.

Very truly yours,

Minh N. Vu

cc: Joseph T. Ortiz, Esq.

ATLANTA • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, DC

EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY.

DC:853521v1

# Vicki Kendall

**From:** Minh Vu
**Sent:** Monday, January 22, 2007 10:09 AM
**To:** dablaw
**Subject:** RE: High Priority: Golomb and Easlon depositions

David, I will get you discovery responses by February 5. However, DaVita will be objecting to some of your broad requests, so you may want to schedule depositions after you see the responses in case we have disputes that need to be discussed or ruled on by Judge Collyer. In addition, we cannot produce many of the documents until there is a protective order is in place. I will send you a draft protective order for your review tomorrow, but I do not know how soon the judge will enter it.

I am providing you deposition dates because you asked for them, but I will assume that we are not going forward with these dates and that you will let me know when you are ready to schedule these depositions. Given the time and expense involved with bringing these witnesses to D.C., we are only going to produce them once.

Minh

**From:** dablaw [mailto:dablaw@erols.com]
**Sent:** Friday, January 19, 2007 5:43 PM
**To:** Minh Vu
**Subject:** Re: High Priority: Golomb and Easlon depositions

Minh:
I can not go forward with these depositions until you respond to our discovery. If you expect to get the discovery to me within the next two weeks, I will check my calendar to see if those dates are available. DAB.

----- Original Message -----
**From:** Minh Vu
**To:** dablaw
**Sent:** Friday, January 19, 2007 10:06 AM
**Subject:** High Priority: Golomb and Easlon depositions

David, I am following up on my prior e-mail to you regarding dates for these depositions. Please confirm the following deposition dates:

February 15, starting at 9:30 a.m. (Kim Easlon)
February 9, starting at 9:30 a.m. (Josh Golomb)

Since these people are coming from out of town, these dates must remain firm, and we need to have the deposition go until we are done (i.e., we are not bringing them back again).

Please confirm these dates ASAP so that the witnesses can make travel arrangements.

Minh N. Vu

Epstein Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington D.C. 20037-3541
202-861-1841 (phone)
202-861-3541 (fax)
mvu@ebglaw.com

...ly to the ... entity to which it is addressed and may contain information that is privileged. ... disclosure, dissemination, distribution or copying of this e-mail or the information here... y anyone other ... employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have ... please notify the Help Desk of Epstein Becker & Green at 212-351-4701 and destroy the original message and all copies.

In accordance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal ... (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

... this communication may be considered an advertisement or solicitation. If you would prefer not to receive future marketing and promotional mailings, please submit your request via email to **ebgus@ebglaw.com** or via postal mail to Epstein Becker & Green, Attn: Marketing Department, 250 Park Avenue, New York, NY 10177. Be sure to include your email address if submitting your request via postal mail.

1/22/2007