IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON,<br><br>    Plaintiff,<br><br>v.<br><br>DAVITA INC.,<br><br>    Defendant. | Civil Action No. 06-1319 (RMC) |

**JOINT PROPOSED SCHEDULE FOR THE FILING OF DISPOSITIVE MOTIONS AND DISCOVERY PLAN REGARDING THE FEBRUARY 2007 EVENTS UNDERLYING PLAINTIFF'S NEW COUNT OF RETALIATION**

Pursuant to this Court's order of May 21, 2007, plaintiff James Mason ("Plaintiff"), and defendant DaVita Inc., by their counsel, jointly submit this report setting forth a proposed (1) schedule for the filing of dispositive motions relating to Plaintiff's race discrimination claim; and (2) a discovery plan for the February 2007 events underlying Plaintiff's new count of retaliation; and (3) a schedule for the filing of dispositive motions on the new retaliation claim set forth in the First Amended Complaint.

**I.   PROPOSED SCHEDULE FOR DISPOSITIVE MOTIONS ON THE RACE DISCRIMINATION CLAIM**

The parties propose the following schedule for the filing of dispositive motions on the race discrimination claim:

| Filing | Deadline |
|---|---|
| Defendant's Motion for Summary Judgment | June 25, 2007 |
| Plaintiff's Opposition to the Motion for Summary Judgment | July 25, 2007 |
| Defendant's Reply | August 10, 2007 |

II.  **PROPOSED DISCOVERY PLAN ON FEBRUARY 2007 EVENTS UNDERLYING PLAINTIFF'S NEW RETALIATION CLAIM AND SCHEDULE FOR DISPOSITIVE MOTIONS ON THE RETALIATION CLAIM**

| Action | Deadline |
| --- | --- |
| Commencement of Discovery | Immediate |
| Close of discovery | August 22, 2007 |
| Defendant's Motion for Summary Judgment | September 29, 2007 |
| Plaintiff's Opposition to the Motion for Summary Judgment | October 29, 2007 |
| Defendant's Reply | November 13, 2007 |

Respectfully submitted,

_____/s/_____
Minh N. Vu (Bar No. 444305)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Washington, D.C. 20037
Tel: (202) 861-0900
Fax: (202) 296-2882

Counsel for Defendant


_____/s/_____
David A. Branch (Bar No. 438764)
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, NW, Suite 690
Washington, DC 20009
Tel:  (202) 785-2805
Fax: (202) 785-0289

Counsel for Plaintiff

Dated: May 29, 2007