# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| JAMES MASON ) | |
| ) | |
| Plaintiff, ) | Civil Action No.:06-1319 (RMC) |
| ) | |
| v. ) | |
| ) | |
| DAVITA INC. ) | |
| ) | |
| ) | **Jury Trial Demand** |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Comes now Plaintiff James Mason, by and through counsel, and files Plaintiff's Motion For Leave to File Second Amended Complaint, and in support thereof states as follows.

On May 21, 2007 the court granted Plaintiff's motion for leave to file an amended complaint. Plaintiff has attempted to file the Second Amended Complaint, but the Court's ECF system will not permit an Amended Complaint to be filed without a motion. Plaintiff is hereby submitting the Second Amended Complaint as directed by the court. Defendant has already advised that it does not consent to any amendment of the complaint.

Respectfully submitted,

_____/s/_____
David A. Branch #438764

2

        Law Offices of David A. Branch
        1825 Connecticut Avenue, NW
        Suite 690
        Washington, D.C. 20009
        (202) 785-2805

**Certificate of Service**

I hereby certify this 1st day of June 2007 that a copy of the foregoing Plaintiff's Second Amended Complaint was sent to Defendants' counsel listed below.

Minh N. Vu
Epstein Becker & Green, P.C.
1227 25th Street, NW, Suite 700
Washington, D.C. 20037-3541

        /s/

        _____
        David A. Branch