UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>    Plaintiff,<br><br>v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>    Defendant. | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PROPOSED ORDER

  AND NOW, this ___ day of _____, 2007, upon consideration of Defendant DaVita Inc.'s Motion for Summary Judgment on Count I of the Second Amended Complaint (the "Motion"), it is

  ORDERED, that DaVita Inc.'s Motion is hereby granted in its entirety.


Date: _____, 2007


                _____
                United States District Judge

DC:1021348v1

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2007, a copy of DaVita Inc.'s Proposed Order was served through the Court's Electronic Court Filing system to counsel listed below:

>David A. Branch
>Law Office of David A. Branch
>1825 Connecticut Avenue, NW
>Suite 690
>Washington, D.C. 20009

    /s/ Minh N. Vu
Minh N. Vu

DC:1021348v1