UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVITA INC. )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-1319 (RMC) |

### DECLARATION OF JOSH GOLOMB

I, Joshua Matthew Golomb, declare as follows based on my personal knowledge:

1. I am the Senior Director of Davita Rx, a Delaware limited liability company owned by DaVita, Inc. ("DaVita"). I submit this Declaration in support of DaVita's motion for summary judgment.

2. DaVita is in the business of owning and operating dialysis facilities throughout the United States. DaVita owns and operates a number of dialysis centers in Washington, D.C. DaVita Rx (originally named Star Rx) was formed in early 2005 for the sole purpose of creating a new pharmacy service business that would deliver oral prescription medications to patients of DaVita's dialysis centers. DaVita Rx does not own or operate any dialysis centers. DaVita Rx has its own management team and employees who operate and market the pharmacy service business.

3. In the fall of 2005, DaVita Rx was in the process of creating a national sales team consisting primarily of Pharmacy Services Representatives ("PSR") to promote its pharmacy

service. DaVita Rx had a number of PSR positions to fill throughout the country, including one position in Washington, D.C. DaVita Rx filled the D.C. PSR position in late December 2005.

4. On or about February 9, 2006, I learned that James Mason, a Patient Care Technician working at one of DaVita's Washington, D.C. facilities, had filed an internal complaint alleging that the DaVita Rx Sales Manager, Kim Easlon, had denied him an in person interview for a PSR position because of his race. As a result of Mr. Mason's complaint and for the reasons set forth in my deposition testimony, I decided to interview Mr. Mason for a PSR position. Although I did not have any particular PSR position in mind at the time of the interview, there were a number of positions outside of D.C. that DaVita Rx was seeking to fill. DaVita Rx had no openings in Washington, D.C. because the one D.C. position had already been filled by another person, Christopher Jones, in late December 2005.

5. I telephoned Mr. Mason in early March 2006 to set up an interview. I was in Texas when I made this call.

6. I interviewed Mr. Mason on March 9, 2006. I was in Florida when I conducted the interview.

7. On March 17, 2006, I telephoned Mr. Mason from my office in California to tell him that DaVita Rx was not going to advance him in the PSR application process for the reasons set forth in my deposition testimony.

8. Attached hereto at Tab A is a true and accurate copy of an e-mail I wrote to Gail Gardner on March 17, 2006, regarding my March 9, 2006 interview with Mr. Mason.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 25, 2007          _____
                             Joshua Matthew Golomb