## Josh Golomb

**From:** Josh Golomb
**Sent:** Friday, March 17, 2006 4:57 PM
**To:** Gail Gardner
**Cc:** Lisa Joins; Bruce Kraus
**Subject:** RE: Confidential Privileged Information HR Matter We Discussed recently

Gail and Lisa

I wanted to close the loop on this item and let you know where we are.

First, as per my discussion with Gail, I personally phone interviewed both James Mason and the other candidate James identified in his call. James was solid overall. Jeff was mediocre. However, neither of them were as strong as other candidates we have been interviewing in terms of the following key areas:
- Understanding and experience of sales
- Sales effectiveness (in role plays I did with them via phone)
- Thoughtfulness about approach for working with Physicians
- Flexibility (both voiced some concerns about travel)

I have copied Bruce Kraus, our new Director of Sales. He is working to add structure to our hiring process so that we have clearer criteria by which we accept and evaluate interested candidates. We both understand that our existing ambiguous systems leave us open to unnecessary risk.

Purely as FYI, we currently have 16 PSRs. Of those, 4 are African-American and 2 are Latino/a. Although I would like to increase our diversity even more, I believe we are doing a fairly good job in this regard today.

---

**From:** Gail Gardner
**Sent:** Thursday, February 09, 2006 6:40 AM
**To:** Josh Golomb
**Subject:** Confidential Privileged Information HR Matter We Discussed recently

Confidential Information

Hi Josh,

Thanks for talking with me recently regarding the opening in the Maryland DC area. I have attached the Hotline complaint and would like to talk to you. I recently received a call in regard to the DC area and this may be connected. You can reach me at the office today 301 754-3021. I look forward to talking with you.
Thanks
Gail

*Gail Gardner*
*People Services Manager*
*XTreme Team East*
*301 754-3021*
*240 472-7091*

2/13/2007

DAV-01465