DaVita Inc.
Job Description

## Pharmacy Services Representative

**JOB CODE**

Reports to:    Pharmacy Services Manager             Exemption Status:

### SUMMARY OF BASIC JOB FUNCTION:

PSR's are responsible for selling the DaVita Rx service to patients, teammates and physicians. This involves working with Regional Directors and Facility Administrators to explain DaVita Rx and to plan for facility implementations.

The first step in an implementation is to meet with the facility team, including the Medical Director who is affiliated with the facility, the Facility Administrator, and key clinical staff in the facility. The second step is to work with the Facility Administrator to select one to three key teammates in the facility who will support the ongoing pharmacy service and serve as liaisons to the facility. The third step is to meet with each individual patient to explain the DaVita Rx service and to determine their interest in DaVita Rx. This step is often complicated by the fact that many patients depend on caregivers – which may be a professional or a family member – to help coordinate their care. The fourth step is to help interested patients with the sign-up process. Last, PSR's are responsible for circling back to the facility to ensure that the implementation was successful.

### Job Qualifications:
- Positive Attitude
- Active seller (Needs to be able to ask direct questions)
- Personable
- Ability to train facility teammates
- Attention to detail
- Patient
- Organizational skills
- Self-direction
- Goal oriented
- Time management skills
- Some computer skills
- Problem solver
- Willingness to learn
- High school diploma or GED required

### Essential Job Functions:

- Must be able to travel 75% of their time.
- Must be willing to work flexible hours. Have to be at the facilities when the patients are there, which typically starts at 6am.
- Must have complete integrity.
- Must have excellent communication skills, with the ablility to communicate with other teammates as well as nurses, and physicians
- Must have positive endorsement from manager.
- Must be very organized.
- Sales experience a plus but not a must, sales training will be provided.
- Knowledge of more than one language is not required but is a plus

Deleted: .

### Other Duties as Assigned

1. Other duties as assigned.
2. Able to work overtime with little or no notice.
3. Understand and follow the DAVITA employment policies and procedures.
4. Heavy travel.

### APPROVALS:

The above statements are intended to describe the general nature and level of work assignments for this job. The description is not intended to be an exhaustive list of all responsibilities, duties and skills required of the assigned personnel.

Employee Signature: _____    _____
                      Please print name next to signature      Date

Supervisor Signature: _____    _____
                                                                     Date

## PHYSICAL DEMANDS

**POSITION**

| ACTIVITY | % OF TIME | COMMENTS |
|---|---|---|
| Standing | 10 | |
| Walking | 10 | |
| Sitting | 80 | |
| Stooping/Bending | | |

**WEIGHT/FORCE: RECORD THE RANGE OF POUNDS INVOLVED**

| ACTIVITY | NOT PRESENT | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|---|
| Lifting | | X | | |
| Carrying | | X | | |
| Pushing | | X | | |
| Pulling | | X | | |

CONTROLS USED: [X] HAND/ARM  [ ] FOOT

STRENGTH LEVEL: [X] SEDENTARY  [ ] LIGHT  [ ] MEDIUM  [ ] HEAVY  [ ] VERY HEAVY

FREQUENCIES:  N = NOT PRESENT  O = OCCASIONALLY  F = FREQUENTLY  C = CONSTANTLY

**INDICATE FREQUENCY**

| ACTIVITY | FREQ | ACTIVITY | FREQ |
|---|---|---|---|
| Climbing | N | Fine Hand Manipulation | N |
| Balancing | N | Handing | N |
| Stooping | N | Feeling | N |
| Kneeling | N | Talking | F |
| Crouching | N | Hearing | F |
| Crawling | N | Tasting/Smelling | N |
| Reaching | O | Near/Acuity | O |
| Standing | F | Far Acuity | O |
| Walking | F | Depth Perception | O |
| Pushing | N | Color Vision | N |
| Pulling | N | Field Vision | N |
| Lifting | N | | |

**COMMENTS:**

_____

_____

_____

Total Renal Care, Inc.    3
Job Code: 1000  June 1998

## ENVIRONMENTAL CONDITIONS

RECORD FREQUENCY TYPE IN FREQUENCY COLUMN

N = NOT PRESENT   O = OCCASIONALLY   F = FREQUENTLY   C = CONSTANTLY

| CONDITION | FREQ. | COMMENTS |
|---|---|---|
| Temperature Change | N | |
| Noise Intensity Level | N | |
| Vibrations | N | |
| Exposure to Electrical Shock | N | |
| Exposure to Radiation | N | |
| Exposure to Toxic/Caustic Chemicals | N | |
| Exposure to Bloodborne Pathogens | N | |
| Communicable Diseases | N | |
| Work in Confined Area | N | |
| | | |

**PROTECTIVE CLOTHING OR PERSONAL DEVICES:** Not Applicable

| PROTECTIVE GEAR: | TO BE WORN WHEN: |
|---|---|
| Gloves | |
| Plastic Apron | |
| Face Shield | |
| Eye Shield | |
| Goggles | |
| | |
| | |

**EXPOSURE LEVEL:**

[ ] **Level I       Highest Risk**
Jobs in which required tasks routinely involve a potential for mucous membrane or skin contact with blood, body fluids, tissues or potential spills or splashes. Use of appropriate measures is required for every healthcare provider in these positions.

[ ] **Level II:      Minimal Risk**
Jobs in which required tasks normally do not involve exposure to blood, body fluids or tissues, but may require performing unplanned Classification I tasks. In these jobs, the normal work routine involves no exposure to blood, body fluids or tissues. However, exposure or potential exposure may be required as a condition of employment.

[X] **Level III:     Lowest Risk**
Positions in which no required tasks involve no greater exposure to blood, body fluids or tissues than would be encountered by a visitor. The normal work routine involves no exposure to blood, body fluids or tissues and the worker can decline to perform tasks which involve a perceived risk without retribution.

Total Renal Care, Inc.                              4
Job Code: 1000 June 1998

**DAV-00024**