## STAR Rx JOB OPPORTUNITIES

### Pharmacy Services Representatives

Do you know of an outstanding PCT within your area that would love a new and exciting career development opportunity within DaVita? We have positions available for Pharmacy Services Representatives across the country!

A Pharmacy Services Representative (PSR) is responsible for helping to roll-out the Star Rx pharmacy service to DaVita facilities. S/he must have excellent communication skills, have a wonderful personality, be able to work independently, be able to manage their time effectively, and have an excellent work ethic.

S/he also needs to be willing to travel extensively, as the Star Rx roll-out process requires being on-site in dialysis facilities. Our current PSR's travel 75% of the time.

This is a perfect opportunity for PCTs who would love to move up within the company, but perhaps education or training is holding them back. For more information, the PSR job description can be viewed on the DaVita intranet at http://www.davita.com/careers/ in the administrative and clerical category under the job title "Pharmacy Services Representative"

Interested applicants should send their resume to: [illegible]