717 Ingraham St., N.W.
Washington, DC 20011

Phone (202) 723-0245
E-mail shoboat222000@yahoo.com

# James L. Mason

**Objective**
Utilize over twenty years experience in dialysis technology to educate facilities about the benefits of Star Rx and facilitate the purchase and implementation of Star Rx products.

**Work experience**

Oct 1996 Present    DaVita    Washington, DC
**Patient Care Technician**
- Performed chronic hemodialysis therapy and data collection. Also served as unit access coordinator and was acknowledged as the DaVita Shining Star recipient for 10/05.

Jan. 1994- Oct. 1999    Georgetown University Hospital    Washington, DC
**Dialysis Technician**
- Provided ESRD patient treatment and data collection while collecting data for renal care research and experimentation. Also provided renal patient education and support.

1989-1994    Vivra    Washington, DC
**Dialysis Technician**
- Provided limited chronic or peritoneal dialysis treatment for the treatment of ESRD patients. Duties involved patient care and data collection, equipment care / operation and quality assurance.

1983-1989    BioMedical Application    Washington, DC
**Dialysis Technician**
- Gained experience in ESRD patient observation, blood sampling / specimen collection, set up and monitoring of dialysis machines and chronic hemodialysis therapy.

1983-1985    DC General Hospital    Washington, DC
**Surgical Technician**
- Performed instrument preparation and surgical assistance during orthopedic, gynecological and emergency procedures.

**Education**

1983    BioMedical Application    Washington, DC
**Dialysis Technician Certification**

1982    Georgetown School of Sciences and the Art    Washington, DC
**Surgical Technician Certification**

1981    Somerset Preparatory School    Washington, DC
**Diploma**

CPR Certified Exp. 2007