**Christopher W. Jones**
1401 N Street, NW # 807
Washington, DC 20005
(202) 248-1647
Email: cwjones71@aol.com

---

**WORK HISTORY**

DaVita- Administrative Assistant
July 2004-Present
- Filing, typing and other clerical duties as directed by Facility Administrator and Medical staff.
- Verify insurance, authorization, forwarding forms to corporate office.
- Prepare, organize and upkeep of patient files and obtaining consents on all new admissions.
- Maintain accurate accounting of all stock items kept in the facility to include hemodialysis, re-use and office supplies.
- Responsible for amending and correcting billing/ credit problems and retain copies of all incoming invoices.
- Maintain employee files and ensuring that compliance is met with State regulations.
- Ensuring compliance with DaVita policy and procedures in accordance with state and federal regulations for patient care and services. (Medicare, OSHA, or other governing agencies).
- Ensuring compliance with state or federal regulations of the Injury Prevention and Safety Training Program.

Cesar A. Caceres, M.D., P.C.- Data Entry Clerk/ Medical Assistant
January 2003- April 2004
- Enter laboratory data from outside labs into central computer.
- Finalize patient files, ensuring that all labs, x-rays, medical tests and Physicians notes are included for visit.
- Upkeep of the Physicians computers ensuring that all-patient information is downloaded on a daily basis.
- Responsible for calling outside laboratories for test results and retrieve results for patient files.
- Implement routine maintenance checks on the medical equipment, train other Medical Assistants on equipment procedures and upkeep.
- Responsible for daily administration of EKG, spiro, and bone density testing prior to the patients consultation with Physician.
- Ensuring that Medical Claims are processed and Insurance payments are paid to appropriate Physician.

Sunrise Assistant Living of Arlington- Assisted Living Coordinator/ Reminiscence Coordinator
September 2000- January 2003
- Supervise Lead Managers and Care Providers
- Develop monthly work schedule for employees.
- Develop, schedule and conduct individual resident service meetings.
- Develop, schedule and conduct training seminars for staff according to Sunrise and State Health policies and procedures.
- Maintain department budgets on a monthly basis.
- Maintain resident and employee personnel file.
- Conduct monthly and employee performance reviews.

United Cerebral Palsy of Central MD- Community Support Specialist
January 2000- August 2000
- Facilitate the development, implementation, documentation and monitoring of goals and objectives for participants in the residential units.
- Scheduled, attend and conduct internal and external meetings and in-services.
- Monitored household and participant records according to regulations and policies.
- Supervised all personal Development Assistants.

The Chimes, Inc.- Case Manager
October 1999- January 2000
- Provide care to adults with mental and physical disabilities.
- Schedule medical and dental visits.
- Develop goals and objectives for residential clients.
- Maintain banking and business transactions for clients.

Community Living, Inc.- Case Manager
July 1992- December 1998
- Supervised four group homes and outreach clients.
- Chaired weekly ITM and behavioral meeting.
- Trained support staff and responsible for job placement.
- Overlooked banking and business transactions for clients.

**SKILLS AND INTERESTS:**
MSOffice, WordPerfect, KlinLab, Type 55 wpm, Excellent interpersonal, communication and management skills. Support awareness and fundraising programs in the Baltimore/ Washington area for AIDS and Homeless.