

[illegible] Services [illegible] (Philadelphia)

**Department:** Casa Del Norte
**Hiring Manager:** 499 Casa del Norte
**Location:** Philadelphia, PA
**Last Updated:** 01/23/2006
**Facility Name/Specific Location:** Star X
**Treatment Modality:** Not Specified
**Dialysis Experience:** Not Specified
**Type of Licensure:** 999 - Not Specified
**Language Skills:** 140 - Spanish Preferred
**Primary Hiring Manager:** Kim Easlon

**Submit Application (I have a Resume)**

**Submit Application (I want to create a Resume)**

**Job Description:**

Reports to: Pharmacy Services Manager

SUMMARY OF BASIC JOB FUNCTION:
PSR's are responsible for selling the Star Rx service to patients, teammates and physicians. This involves working with Regional Directors and Facility Administrators to explain Star Rx and to plan for facility implementations.

The first step in an implementation is to meet with the facility team, including the Medical Director who is affiliated with the facility, the Facility Administrator, and key clinical staff in the facility. The second step is to work with the Facility Administrator to select one to three key teammates in the facility that will support the ongoing pharmacy service and serve as liaisons to the facility. The third step is to meet with each individual patient to explain the Star Rx service and to determine their interest in Star Rx. This step is often complicated by the fact that many patients depend on caregivers – which may be a professional or a family member – to help coordinate their care. The fourth step is to help interested patients with the sign-up process. Last, PSR's are responsible for circling back to the facility to ensure that the implementation was successful.

Job Qualifications:
- Positive Attitude
- Active seller (Needs to be able to ask direct questions)
- Personable
- Ability to train facility teammates
- Attention to detail
- Patient
- Organizational skills

- Self-direction
- Goal oriented
- Time management skills
- Some computer skills
- Problem solver
- Willingness to learn
- High school diploma or GED required

Essential Job Functions:

- Must be able to travel 75% of their time.
- Must be willing to work flexible hours. Have to be at the facilities when the patients are there, which typically starts at 6am.
- Must have complete integrity.
- Must have excellent communication skills, with the ability to communicate with other teammates as well as nurses and physicians
- Must have positive endorsement from manager.
- Must be very organized.
- Sales experience a plus but not a must, sales training will be provided.
- Knowledge of more than one language is not required but is a plus

Other Duties as Assigned

1. Other duties as assigned.
2. Able to work overtime with little or no notice
3. Understand and follow the DAVITA employment policies and procedures.
4. Heavy travel.

We are proud to be an EEO/AA employer M/F/D/V. We maintain a drug-free workplace and perform pre-employment substance abuse testing. We are proud to be an EEO/AA employer M/F/D/V. We maintain a drug-free workplace and perform pre-employment substance abuse testing.

powered by

CERIDIAN

**Found 4 Employment Opportunities**

Keywords: pharmacy services representative Location: All Locations
Category: All Categories

**Click on each title to view details.**

| Position Title | City/Town/ County | State/Province/ Country | Date |
|---|---|---|---|
| Pharmacy Services Representative | Daytona Beach | FL | 09/29/2005 |
| Pharmacy Services Representative | Charlotte | NC | 09/29/2005 |
| Pharmacy Services Representative | Richmond | VA | 09/29/2005 |
| Pharmacy Services Representative (Philadelphia) | Philadelphia | PA | 01/23/2006 |

powered by

CERIDIAN



**Found 3 Employment Opportunities**

Keywords: pharmacy services representative Location: All Locations
Category: All Categories

**Click on each title to view details.**

| | | | |
|---|---|---|---|
| **Pharmacy Services Representative** | Daytona Beach | FL | 09/29/2005 |
| **Pharmacy Services Representative** | St. Louis | MO | 01/19/2006 |
| **Pharmacy Services Representative (Philadelphia)** | Philadelphia | PA | 01/23/2006 |

powered by

**CERIDIAN**



**Found 5 Employment Opportunities**
Keywords: pharmacy services representative Location: All Locations
Category: All Categories

**Click on each title to view details.**

| Position Title | City/Town/County | State/Province/Country | Date |
|---|---|---|---|
| **Pharmacy Services Representative** | Daytona Beach | FL | 09/29/2005 |
| **Pharmacy Services Representative** | Charlotte | NC | 09/29/2005 |
| **Pharmacy Services Representative** | Richmond | VA | 09/29/2005 |
| **Pharmacy Services Representative** | St. Louis | MO | 01/19/2006 |
| **Pharmacy Services Representative (Philadelphia)** | Philadelphia | PA | 01/23/2006 |

powered by

**CERIDIAN**



**Found 5 Employment Opportunities**
Keywords: pharmacy services representative Location: All Locations
Category: All Categories

**Click on each title to view details.**

| Position Title | City/Town/County | State/Province/Country | Date |
|---|---|---|---|
| **Pharmacy Services Representative** | Daytona Beach | FL | 09/29/2005 |
| **Pharmacy Services Representative** | Charlotte | NC | 09/29/2005 |
| **Pharmacy Services Representative** | Richmond | VA | 09/29/2005 |
| **Pharmacy Services Representative** | St. Louis | MO | 01/19/2006 |
| **Pharmacy Services Representative (Philadelphia)** | Philadelphia | PA | 01/23/2006 |

powered by
**CERIDIAN**

**Click on each title to view details.**

| | | | |
|---|---|---|---|
| **Pharmacy Services Representative** | Daytona Beach | FL | 09/29/2005 |
| **Pharmacy Services Representative** | Philadelphia | PA | 09/29/2005 |
| **Pharmacy Services Representative** | Charlotte | NC | 09/29/2005 |
| **Pharmacy Services Representative** | Richmond | VA | 09/29/2005 |
| **Pharmacy Services Representative** | West Des Moines | IA | 11/29/2005 |
| **Pharmacy Services Representative** | St. Louis | MO | 12/07/2005 |
| **Pharmacy Services Representative** | Scottsdale | AZ | 12/13/2005 |
| **Pharmacy Services Representative** | Miami | FL | 12/09/2005 |
| **Pharmacy Services Representative** | Philadelphia | PA | 12/14/2005 |

powered by

**CERIDIAN**



**Found 1656 Employment Opportunities**
Keywords: N/A Location: All Locations
Category: All Categories

| | | | |
|---|---|---|---|
| Analyst | Tacoma | WA | 02/22/2006 |
| PD Program Director | Los Angeles | CA | 12/06/2005 |
| People Services (Human Resources) Coordinator | El Segundo | CA | 11/02/2005 |
| People Services Director | Tacoma | WA | 03/20/2006 |
| People Services Manager | Birmingham | AL | 03/20/2006 |
| People Services Manager | New Haven | CT | 01/13/2006 |
| People Services Manager | Eidson | NJ | 01/16/2006 |
| People Services Manager (Mid West Area) | Chicago | IL | 02/02/2006 |
| People Services Manager (New Port Richey) | New Port Richey | FL | 01/13/2006 |
| PeopleSoft HRMS Developer | Lakewood | CO | 12/23/2005 |
| Peritoneal Dialysis Coordinator | Houston | TX | 01/16/2006 |
| Peritoneal Dialysis Nurse-Oklahoma City | Oklahoma City | OK | 03/08/2006 |
| Peritoneal Dialysis Registered Nurse (St Louis) | Creve Coeur | MO | 03/30/2006 |
| Peritoneal RN | Wilmington | NC | 03/23/2006 |
| Pharamacy Services Representative | Chicago | IL | 03/09/2006 |
| Pharmacist | San Mateo | CA | 02/02/2006 |
| Pharmacist in Charge | Dallas | TX | 03/08/2006 |
| Pharmacy Recruiter - (Star RX) | Dallas | TX | 03/17/2006 |
| Pharmacy Services Representative | Newark | NJ | 03/29/2006 |
| Pharmacy Services Representative (Atlanta) | Atlanta | GA | 03/29/2006 |
| Pharmacy Services Representative (Birmingham) | Birmingham | AL | 03/29/2006 |
| Pharmacy Services Representative (Columbia) | Columbia | SC | 03/29/2006 |
| Pharmacy Services Representative (Hartford) | Hartford | CT | 03/29/2006 |
| Pharmacy Services Representative (Nashville) | Nashville | TN | 03/29/2006 |
| Pharmacy Services Representative (New Jersey) | Newark | NJ | 03/29/2006 |

| | | | |
|---|---|---|---|
| Pharmacy Services Representative (New Orleans) | New Orleans | LA | 03/29/2006 |
| Pharmacy Services Representative (Richmond) | Richmond | VA | 03/29/2006 |
| Pharmacy Services Representative (San Antonio) | San Antonio | TX | 03/29/2006 |
| Pharmacy Services Representative-Birmingham | Birmingham | AL | 03/22/2006 |
| Pharmacy Services Representative-New Orleans | New Orleans | LA | 03/22/2006 |
| Pharmacy Services Representative-San Antonio | San Antonio | TX | 03/22/2006 |
| Pharmacy Technician (Davita Rx) | Orlando | FL | 02/01/2006 |
| Physican Practice Administrator | Portland | OR | 02/17/2006 |
| Physican Practice Assistant | Hollywood | FL | 02/15/2006 |
| Physician Services IT Director | El Segundo | CA | 03/23/2006 |
| Physician Services IT Director | Tacoma | WA | 03/06/2006 |
| Physician Services Market Analyst | El Segundo | CA | 12/12/2005 |
| Practice Development Manager/Coordinator | Tacoma | WA | 03/06/2006 |
| Process Engineer | El Segundo | CA | 03/01/2006 |
| Program Director - (North Cape) | Fort Myers | FL | 03/23/2006 |
| Program Director - Acute - RN | Costa Mesa | CA | 03/17/2006 |
| Program Director - North Pinellas Acutes | Clearwater/Largo | FL | 03/20/2006 |
| Program Director - South Beach Acutes | Miami Beach | FL | 03/10/2006 |
| Program Director/Acutes (Augusta) | Augusta | GA | 02/09/2006 |
| Program Manager (Home) | Dallas | TX | 02/27/2006 |
| Program Manager (Tyson's Corner Home) | Vienna | VA | 03/02/2006 |
| Program Manager - RN | Seattle | WA | 02/07/2006 |