Actions:   

Please close all other browser
windows before using these links.

**Click Here for a Full Report**

# DaVita.

**DaVita**

Rosalva De Pillo    650-696-8900    Rosalva.DePillo@davita.com

---

### Resume for Andrea Becton
Candidate Phone: 281-777-9621 Email: ANDREABECTON@HOTMAIL.COM

ANDREA BECTON

OBJECTIVE

I am interested in a challenging position.

EXPERIENCE

2000-2004 Southern W.A.K., Ink Houston, TX

Director of Sales/Pharmacy

▫ Prepared and presented sales presentations for prospective clients.

▫ Compiled, analyzed and presented Bids for pharmacy services.

▫ Wrote, designed, and produced all marketing tools.

▫ Delivered oral and written presentations for doctors, company executives, and nursing staff.

▫ Organized quarterly sales forecasts, resulting in accurate results.

▫ Exceptional supervision of sales team leading to meeting and exceeding company sales goals.

▫ Demonstrated consistent record of establishing new clients and maintaining current relationships.

▫ Coordinated meetings between our in-house pharmacy staff and our client's staff to facilitate a better working relationship.

▫ Demonstrated skillful communication and negotiations skills.

▫ Called on clients and informed clients of new drugs.

▫ Advised doctors and nursing staff on budget saving matters.

▫ Oversaw all sales and marketing in Texas, Oklahoma, and Nevada.\

▫ Provided personalized service to all clients, while maintaining high level of excellence.

**DAV-00083**

file://C:\temp\Temporary%20Internet%20Files\OLK34\237267candidate_resume%20(2).htm          3/28/2006

## EMPLOYMENT HISTORY (must be completed in full)

Are you presently employed?  ☐ Yes ☒ No
May we contact your present employer?  ☐ Yes ☐ No
Provide the following information of your past employers, assignments or volunteer activities, starting with the most recent:

| FROM | TO | EMPLOYER | | TELEPHONE |
|---|---|---|---|---|
| 10/04 | 1/06 | Big Dogs Sportswear | | (936) 494-1606 |

STARTING JOB TITLE / FINAL JOB TITLE: ~~Phyllis Linville~~
ADDRESS: Store Manager - Responsible for operational & financial success

IMMEDIATE SUPERVISOR AND TITLE: Phyllis Linville, Market Manager

SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES

MAY WE CONTACT FOR REFERENCE? ☒YES ☐NO ☐LATER

REASON FOR LEAVING: Temporary

| HOURLY RATE / SALARY | | | | |
|---|---|---|---|---|
| START $ 35,000 | PER YR | FINAL $ 35,000 | PER YR | |

| FROM | TO | EMPLOYER | | TELEPHONE |
|---|---|---|---|---|
| 1/00 | 1/04 | Southern Wak, Inc | | ( ) None |

STARTING JOB TITLE / FINAL JOB TITLE: Div. of Pharmacy Sales
ADDRESS: Houston, TX

IMMEDIATE SUPERVISOR AND TITLE: Self
SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES: Maintaining/Accuring New Accounts/Managing GPO Contracts

MAY WE CONTACT FOR REFERENCE? ☐YES ☒NO ☐LATER

REASON FOR LEAVING: Family

| HOURLY RATE / SALARY | | | | |
|---|---|---|---|---|
| START $ 60,000 | PER YR | FINAL $ 90,000 | PER YR | |

| FROM | TO | EMPLOYER | | TELEPHONE |
|---|---|---|---|---|
| 10-97 | 12-99 | LNB Industries | | ( ) — (?) |

STARTING JOB TITLE / FINAL JOB TITLE: Pharmacy Tech / Pharmacy Sales
ADDRESS: Houston, TX

IMMEDIATE SUPERVISOR AND TITLE: Emily Wilder
SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES: Filling Rx's / Obtaining New accounts.

MAY WE CONTACT FOR REFERENCE? ☒YES ☐NO ☐LATER

REASON FOR LEAVING: Started New company

| HOURLY RATE / SALARY | | | | |
|---|---|---|---|---|
| START $ 6.50 | PER hr | FINAL $ 15.00 | PER hr. | |

| FROM | TO | EMPLOYER | | TELEPHONE |
|---|---|---|---|---|
| | | | | ( ) |

STARTING JOB TITLE / FINAL JOB TITLE:
ADDRESS:

IMMEDIATE SUPERVISOR AND TITLE:
SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES

MAY WE CONTACT FOR REFERENCE? ☐YES ☐NO ☐LATER

REASON FOR LEAVING:

| HOURLY RATE / SALARY | | | | |
|---|---|---|---|---|
| START $ | PER | FINAL $ | PER | |

**DAV-00084**

I certify that all of the information that I have provided on this Application for Employment is true and correct, and I understand that if any of the information is determined to be false, even if that determination is made years later, it will result in either the refusal to hire me or my immediate discharge of employment with DaVita.
    I understand and agree to this provision.

## EDUCATIONAL BACKGROUND

| NAME AND LOCATION | NUMBER OF YEARS COMPLETED | DID YOU GRADUATE? | COURSE OF STUDY |
|---|---|---|---|
| **HIGH SCHOOL** Clear Lake High Houston, TX | 4 | Yes | General |

| **COLLEGE** North Harris Comm. College | 30 hours. | MAJOR Pharmacology | DEGREE NONE | Pharmacy |
|---|---|---|---|---|

| **OTHER** | | | |

## PROFESSIONAL REFERENCES

| NAME | JOB TITLE | TELEPHONE | NUMBER OF YEARS KNOWN |
|---|---|---|---|
| Melonie Hansen | Asst. Manager | (832) 343-4817 | 2 |
| Marca Brannyon | Accts. Payable | (832) 456-6235 | 15 |
| Randy Willig | | (936) 588-7017 | 6 |

## PLEASE READ CAREFULLY

PLEASE DO NOT RESPOND TO THE FOLLOWING QUESTIONS UNTIL AFTER YOU HAVE READ AND/OR DISCUSSED THE JOB DESCRIPTION OF THE POSITION FOR WHICH YOU ARE APPLYING.

Do you believe you would be able to perform the essential functions of the job for which you are applying?
Answer yes or no.   ☒ Yes   ☐ No

Is there any accommodation that you believe can reasonably be made which would permit you to perform the essential functions of the job for which you are applying?  Answer yes or no.   ☐ Yes   ☒ No

Please explain the accommodation: _____

_____

_____

## SKILLS AND QUALIFICATIONS

Summarize any training, skills, licenses and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying.
Certified Tech (Pharmacy) - '99 to '06

_____

Do you speak any foreign languages?      ☐ Yes      ☒ No
If so, which language(s) ? _____
Please describe your ability: _____

Please list all professional license(s) or certification(s), current or lapsed, that you have obtained:
(Please use additional paper if necessary)

Type of License/Certification:_____ License/Certification #: _____ State: _____

Type of License/Certification:_____ License/Certification #: _____ State: _____

Indicate whether there has ever been any adverse action(s) against any license(s) or certification(s) held? ☐ YES  ☒ NO

**DAV-00085**

I certify that all of the information that I have provided on this Application for Employment is true and correct, and I understand that if any of the information is determined to be false, even if that determination is made years later, it will result in either the refusal to hire me or my immediate discharge of employment with DaVita.
I understand and agree to this provision.

Signature of applicant: *Andrea Becton*　　　　　Date: 3/30/04

As a condition of employment, you must successfully complete a post-offer, pre-employment physical examination, including a drug screening and pre-employment background verification, before becoming an employee. Any job offer, as well as continued employment, is conditioned upon your being able to perform the essential functions of the job, with or without reasonable accommodation.
I understand and agree to this provision.

Signature of applicant: *Andrea Becton*　　　　　Date: 3/30/04

DaVita may seek to verify the information that you have provided in this Application for Employment. By signing below, you authorize DaVita, its subsidiaries, affiliates, or any of its (their) employees or agents (collectively referred to as "DaVita") to contact any and all of the persons or organizations you have listed and to discuss your background with them. By signing below, you also release DaVita, and all of the persons, organizations, and their agents who are contacted by DaVita for this purpose, from any and all claims, of any kind or nature, which may arise now or in the future, which arises out of, is related to, or is in any way connected with the process of verifying the information you have provided.
I understand and agree to this provision.

Signature of applicant: *Andrea Becton*　　　　　Date: 3/30/06

Employment with DaVita is at-will, which means that either the employee or DaVita can terminate the employment relationship at any time, for any or no reason, with or without notice. This at-will employment relationship can only be modified in writing signed by both you and an officer or director of DaVita.
I understand and agree to this provision.

Signature of applicant: *Andrea Becton*　　　　　Date: 3/80/04

# DaVita®

**DAV-00086**

Candidate Resume/CV

# DEBBIE S. BRIDGES

### 6624 W. 126th

### Overland, Kansas 66209

### 913-469-0890

## OBJECTIVE

To become a member of a growing organization in sales/marketing and meet challenging objectives by using demonstrated analytical, communication and problem solving skills.

## PROFESSIONAL PROFILE

Senior sales and Business Development Professional with a proven track record of increasing market share and improving customer relationships, sales and profitability.

A strong communicator with experience in selling to multiple levels from a diverse background, such as manufacturing, and all facets of the Healthcare setting. Outstanding ability to "Lead from the front" while recruiting/motivating/training/managing a sales staff.

## AREAS OF EXPERTISE

* Sales Management  * Contract Negotiations   * Market Analysis

* Problem Resolution  * Customer Training * Public Relations

* Strategic Sales Planning  * Human Resources/ * Healthcare Sales/     Recruiter LPN Nurse

## EXPERIENCE

### 2005-February 2006

### Branch Manager, Medical Staffing Network , Overland Park, Kansas

Responsible for the Management &Sales for 3 States, encompassing Missouri, Kansas & Nebraska. Develop & maintain the acquisition of new business, and retention, leadership and coaching to all assigned personnel both Internal Staff as well as Field Employees. Ability to relate professionally with people, motivate others, organizational skills, train employees, written and verbal communications, and supervisory skills. Accountable for Monthly Profit & Loss Statement.

**DAV-00087**

Page 2

## 2003-2004

**Branch Manager**, Encore Staffing, Blue Springs, Missouri

Division of The Spencer Reed Group Inc. Professional Staffing Services.

Leader for the Branch Staff for all aspects of business development, service delivery, customer and employee retention, recruiting and expense management. Set record profit margins for the Blue Springs Office an average of 22-25% gross profit margins. Only Encore office to be awarded highest sales increase over a 3 month sales contest.

Manage client relations with HR Managers, Hiring Managers, and Hospital Executives. Managed the pre-employment activities: including recruiting, screening, interviewing and referring qualified candidates for vacant positions utilizing internal and external resources.

**Recruiter/Account Manager,** Spherion Staffing Services, Responsible for full life cycle, recruiting process, including: screening, interviewing, negotiating, and closing, compiled with high placement rate of candidates presented for all Clerical, Light Industrial & Healthcare Positions. Sourced candidates through contacts, networking events and wrote employment advertisements. Expertise includes selling to and working with high-level executives in Fortune 500 Companies providing an expected high level of services and support. Accountable for all Business Development from initial contact, consultation, recommendation and negotiated contracts with clients for most advantageous staffing services and rates.

## 2001-2002

**Advertising Account Executive,** United Metro Media, Louisville, Kentucky

(Job News Employment Magazine)

Senior Sales Executive for 14 cities nationwide. Consult with clients, initiate sales and services, and negotiate contracts. Introduce, design and orchestrate all creative points in the development of advertising campaign for new and existing accounts. Consistently ranked number 3 in sales nationwide and number 1 in the Kansas City Market for Job News. Increased business by 160% of sales goals in the first 6 months of employment.

## 1999-2001

**Pharmaceutical Sales**, Gericare Providers, Englewood, Colorado/ Corporate Office

Distributorship at local hospital in Shawnee Mission , Kansas for all Wound Care Supplies; maintain accountability for all pharmaceutical samples and total inventory; Conduct weekly presentations to 17 Specialty Physicians on Staff as well as other Health Professionals in the Hospital setting; Also sold Durable Medical Equipment; present all wound care supplies to patients at the Wound Care Clinic as well as Patient Education on usage of each product available.

**DAV-00088**

Page 3

Tailor presentations and materials for specific patient's needs and requirements. Submit accurate and time periodic reports and paperwork regarding activities and weekly sales results.

**Office Staff Nurse**, Covenant Health Care, Overland Park, Kansas

Patients ranged from infant to geriatric ages. Provided support for a staff of physicians and physicians assistants. Checked in patients and determined time needed to be spent with the physician. Took vital signs and assisted physicians with physical examinations and surgical procedures. Performed phone triage to determine patients needs.

**County Flu Shot Program Coordinator**, Altrutech, Inc., Lenexa, Kansas Contract work for 4 months part time position evenings & weekends for July, August, September & October.

Responsible for coordinating on-site locations to administer flu shots and pneumonia vaccines for the general public in the county. Also perform individual health screenings to all clients.

### 1996-1999

**Pursued Personal and Educational Objectives**

**Owner / Operator, Mr. Goodcents Subs and Pasta**, Overland Park, Kansas

Owned and managed all aspects of the retail restaurant business. Conducted all hiring and training of staff, marketing/ advertising. Responsible for Accounts Payables, Accounts Receivables and Payroll.

### 1972-1996

### (Hallmark Cards)

**Senior Sales Representative**, Hallmark Cards - Retail Division, Kansas City, Missouri

Provided in house support to Hallmark card shop owners. Quarterly sales visits to card shops to implement startup programs with new product. Prospect new accounts and competitive takeovers. Consistently met sales goals and objectives.

Awarded Top Sales performer for 2 years.

**Account Sales Representative**, Hallmark Cards, Kansas City, Missouri

Provided high level satisfaction of customer focused service to retailers and field service personnel nationwide. Exceeded sales goals for 3 years consistently. Responsible for effective territory planning to achieve the maximum efficiency of time to service, develop current accounts, and cultivate new accounts.

Page 4

**DAV-00089**

**Account Representative**, Ambassador Cards, Kansas City, Missouri

Total responsibility for multiple state territory with up to 200 accounts introducing all Ambassador products to new and current clients. Quarterly visits to customer locations to implement new product revisions.

**Supervisor Contact Call Center**, Ambassador Cards, Kansas City, Missouri

Supervised a team of associates to meet and exceed all performance expectations involved in handling inbound/outbound calling, and e-mail. Responsible for achieving the Service Levels agreements of the Hallmark/Ambassador Customer Contact Center and the ongoing development of associates. Interact and coordinate with numerous Corporate Support Departments and Business Units to resolve problems.

## EDUCATION AND SPECIALIZED TRAINING

Johnson County Community College, Overland Park, Kansas

Licensed Practical Nurse Diploma - Graduated 1999

Kansas License # 23-028853-101

Owner / Operator Franchise Retail Management Training - 8 Weeks

American Red Cross - CPR Certified

Graduate of the Dale Carnegie Sales Course; Management Training;

Achieving Success Seminars

**DAV-00090**



# DaVita.

## APPLICATION FOR EMPLOYMENT

DAVITA OFFERS EQUAL EMPLOYMENT OPPORTUNITY TO ALL APPLICANTS FOR EMPLOYMENT AND TO ALL EMPLOYEES WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, AGE, MARITAL STATUS, VETERAN STATUS, ANCESTRY, NATIONAL ORIGIN, DISABILITY, MEDICAL CONDITION, PREGNANCY OR SEXUAL ORIENTATION.

PLEASE PRINT PLAINLY

### PERSONAL DATA

Date _3-24-06_

Name _Bridges_ _Debbie_ _S_
　　　Last Name　　First Name　　Initial

Email Address: _dsbridges12@yahoo.com_

Present Address _6824 W. 126th Street_
　　　　　Street Number and Name

Telephone (913) 469-0890

_Overland Park, Kansas_ _66209_
　　City　　　　　State　　Zip Code

Message
Telephone (913) 636-1484
　　　　　cell

Other names under which you have worked _____

Are you a U.S. citizen or authorized to work in the U.S. on an unrestricted basis?　☑YES ☐ NO

Can you, after employment, submit:

　Proof of your legal right to work in the U.S.?　☑YES ☐ NO

　A birth certificate or other proof of age?　☑YES ☐ NO

Have you ever been convicted of a crime except for minor traffic offenses, marijuana-related misdemeanor convictions occurring more than two years ago or convictions for which the criminal record has been expunged, sealed or eradicated by the court or misdemeanor convictions for which any probation has been completed and the case dismissed by court?
Please include any criminal offense related to healthcare*　☐YES ☑NO

If yes, please give the date, location and disposition of your case.

_____
_____

Have you ever received notice that the government proposes to exclude you from participation in federal or state healthcare programs such as Medicare/Medicaid or any other governmental program?*　☐YES ☑NO

*ANSWERING "YES" TO ANY OF THE ABOVE QUESTIONS DOES NOT CONSTITUTE AN AUTOMATIC BAR TO EMPLOYMENT. FACTORS SUCH AS DATE OF THE OFFENSE, SERIOUSNESS AND NATURE OF THE VIOLATION, REHABILITATION AND POSITION APPLIED FOR WILL BE TAKEN INTO ACCOUNT.

### POSITION DESIRED

Position(s) applied for _Pharmacy Service Represent_ Salary requirement _____

Specify:　☑Full-time　Shift preferred _____
　　　　　☐Part-time　Days and hours if part time _____

Do you have any personal responsibilities or obligations that would restrict you from working:　_no_

　☐ early mornings　☐ evenings　☐ overtime　☐ weekends

If yes, please explain: _____

Were you previously employed by DaVita or one of its subsidiaries?　☐ Yes ☑No

If yes, when and where? _____

Have you applied at any other DaVita facility or one of its subsidiaries?　☐ Yes ☑ No

If yes, when and where? _____

Names of relatives employed by DaVita _____

If an offer is extended, when would you be available for work? _April 3rd - 2006_

How did you become aware of the position for which you are applying? Please give source _Career Builder website_

Were you referred to DaVita by a current teammate?　☐ Yes ☑No

If yes, please list name of referring teammate: _____

Do you have a reliable method of transportation to use if you are hired to work in this facility?　☑ Yes ☐ No

Rev 1/05

PS-S1-01

**DAV-00091**

**EMPLOYMENT HISTORY** (must be completed in full)

Are you presently employed?    ☐ Yes  ☑ No
May we contact your present employer?    ☐ Yes  ☐ No
Provide the following information of your past employers, assignments or volunteer activities, starting with the most recent:

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| January 05 - Feb 06 | | Medical Staffing Network | 561-322-1300 |

STARTING JOB TITLE / FINAL JOB TITLE    ADDRESS
Rosemary Brown (Regional Director)    Branch Manager for K.C. Staffing
IMMEDIATE SUPERVISOR AND TITLE    SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES
office duties all day to day operations

MAY WE CONTACT FOR REFERENCE?
Contact Medical Staffing Network for Ref.
Can Contact Medical Staffing Corporate
network for JOB Reference Headquarters

REASON FOR LEAVING    ☐ YES  ☐ NO  ☐ LATER    HOURLY RATE / (SALARY)  Salary plus Commission
company downsized.    START $  50,000.00 Base plus Monthly
I laid off  office closes    PER    FINAL $    PER  Commission

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| October 03 - October 04 | | Spencer Reed Group | 913, 663-4400 |

STARTING JOB TITLE / FINAL JOB TITLE    ADDRESS
Branch Manager for Encore Staffing Services
Melanie McCreavy    total day to day operations, Sales + Marketing, recruiting
IMMEDIATE SUPERVISOR AND TITLE    SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES
Please contact Spencer Reed

MAY WE CONTACT FOR REFERENCE?
Can contact Corporate Hdqtrs for Info
on JOB reference

REASON FOR LEAVING    ☐ YES  ☐ NO  ☐ LATER    HOURLY RATE / (SALARY)
(Offices Consolidated)    $ Base  START $  42,000.00 plus Commission    PER    FINAL $    PER

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| January 03 - October 03 | | Spherion Staffing | 816, 356-4810 |

STARTING JOB TITLE / FINAL JOB TITLE    ADDRESS
Account Executive    11105 E. 39 street Independence, MO
IMMEDIATE SUPERVISOR AND TITLE    SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES
Kathy Hepp, Sales    Account for all Sales + Marketing, new Business + client
retention + recruiting process in office
MAY WE CONTACT FOR REFERENCE?
please verify job reference at H.R.

REASON FOR LEAVING    ☐ YES  ☐ NO  ☐ LATER    HOURLY RATE / (SALARY)
Better Opportunity / Promotion    $ Yearly  START $  35,000.00 plus Commission.    PER    FINAL $    PER

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| July 2001 - July 2002 | | United Metro Media / Job News | 502, 412-7500 |

STARTING JOB TITLE / FINAL JOB TITLE    ADDRESS
Sr. Account Executive    Louisville, Kentucky
IMMEDIATE SUPERVISOR AND TITLE    SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES
Katherine Huseby    Kansas City office Manager
MAY WE CONTACT FOR REFERENCE?
She nolonger is employed there - Corporate
I can contact (Louisville, Ky - office

REASON FOR LEAVING    ☐ YES  ☐ NO  ☐ LATER    HOURLY RATE / (SALARY)  Yearly
Better opportunity -    $ 36,000.00 plus monthly    PER    FINAL $    PER
(Economy After 911)    commission

**DAV-00092**

## EDUCATIONAL BACKGROUND

| | NAME AND LOCATION | NUMBER OF YEARS COMPLETED | DID YOU GRADUATE? | COURSE OF STUDY |
|---|---|---|---|---|
| HIGH SCHOOL | East High School | 4 yrs | Yes | High School Diploma |
| COLLEGE | Gordon University | 4 yr | Major: Business Administration / Degree: Bachelor degree | Business |
| OTHER | Johnson County Junior College | 2 yrs | Yes | LPN Nurse Program |

## PROFESSIONAL REFERENCES

| NAME | JOB TITLE | TELEPHONE | NUMBER OF YEARS KNOWN |
|---|---|---|---|
| Karla Hampton | Branch Manager | (913) 205-9362 | 1 yr |
| Kelly Sloan | Real Estate Broker | (816) 726-1700 | 5 yrs |
| Katherine Huseby | Consulting Business | (913) 522-9483 | 10 yrs |

## PLEASE READ CAREFULLY

PLEASE DO NOT RESPOND TO THE FOLLOWING QUESTIONS UNTIL AFTER YOU HAVE READ AND/OR DISCUSSED THE JOB DESCRIPTION OF THE POSITION FOR WHICH YOU ARE APPLYING.

Do you believe you would be able to perform the essential functions of the job for which you are applying? Answer yes or no.  ☒Yes  ☐No

Is there any accommodation that you believe can reasonably be made which would permit you to perform the essential functions of the job for which you are applying?  Answer yes or no.  ☐Yes  ☒No

Please explain the accommodation: _____

## SKILLS AND QUALIFICATIONS

Summarize any training, skills, licenses and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying.

Business Administration Degree, Hallmark Cards Sale Training, Medical - LPN License, 10 yrs - Sales + Marketing

Do you speak any foreign languages?  ☐Yes  ☒No
If so, which language(s)? _____
Please describe your ability: _____

Please list all professional license(s) or certification(s), current or lapsed, that you have obtained:
(Please use additional paper if necessary)
Type of License/Certification: LPN nurse  License/Certification #: KS 23-028853-101  State: Kansas
Type of License/Certification: _____ License/Certification #: _____ State: _____
Indicate whether there has ever been any adverse action(s) against any license(s) or certification(s) held? ☐YES ☒NO

**DAV-00093**

Case 1:06-cv-01319-RMC    Document 24-12    Filed 06/25/2007    Page 12 of 43

I certify that all of the information that I have provided on this Application for Employment is true and correct, and I understand that if any of the information is determined to be false, even if that determination is made years later, it will result in either the refusal to hire me or my immediate discharge of employment with DaVita.

I understand and agree to this provision.

Signature of applicant: *Debbie Bridges*    Date: 3-24-06

As a condition of employment, you must successfully complete a post-offer, pre-employment physical examination, including a drug screening and pre-employment background verification, before becoming an employee. Any job offer, as well as continued employment, is conditioned upon your being able to perform the essential functions of the job, with or without reasonable accommodation.

I understand and agree to this provision.

Signature of applicant: *Debbie Bridges*    Date: 3-24-06

DaVita may seek to verify the information that you have provided in this Application for Employment. By signing below, you authorize DaVita, its subsidiaries, affiliates, or any of its (their) employees or agents (collectively referred to as "DaVita") to contact any and all of the persons or organizations you have listed and to discuss your background with them. By signing below, you also release DaVita, and all of the persons, organizations, and their agents who are contacted by DaVita for this purpose, from any and all claims, of any kind or nature, which may arise now or in the future, which arises out of, is related to, or is in any way connected with the process of verifying the information you have provided.

I understand and agree to this provision.

Signature of applicant: *Debbie Bridges*    Date: 3-24-06

Employment with DaVita is at-will, which means that either the employee or DaVita can terminate the employment relationship at any time, for any or no reason, with or without notice. This at-will employment relationship can only be modified in writing signed by both you and an officer or director of DaVita.

I understand and agree to this provision.

Signature of applicant: *Debbie Bridges*    Date: 3-24-06

# DaVita.

DAV-00094

## Candidate Resume/CV

**Derrick L. Camper**

2000 Greengage Road

Baltimore, Maryland 21244

(410) 298-6448

*E-mail Dlcamp2@Excite.com*

OBJECTIVE: To secure a professional position utilizing my sales experience and educational background, where the opportunity exists in the sales, and marketing career field.

EDUCATION Bachelor of Science, Physical Education

Morgan State University, May 1983

Selected Professional Courses

Professional Attitude Training

Integrity Selling

Stress Management

U.S. Air Force School of Health Care Sciences

EXPERIENCE

PFIZER PHARMACEUTICAL CO.

Baltimore, Maryland

Dec. 2002 to Present . Professional Health Care Consultant. This position involves making personal sales calls to physicians, and dentists in the Baltimore Metropolitan area to promote the company's over the counter medications. Also to maintain existing business and increasing the market share of each product within the assigned territory. The company's products includes sudafed, benadryl, zantac75, listerine, and the nicotrol inhaler.

Accomplishments:

Assigned to the National Convention Team

Qualified for the 2004 bonus for the increased market share of listerine, sudafed and benadryl

Qualified for the 2003 bonus for the increased market Share of listerine , sudafed, and zantac75

Completed the Pfizer's Presentation Skills Course

Qualified for the 2004 bonus for the increased market share of listerine, sudafed, and zantac75

NOVAVAX PHARMACEUTICAL CO.

**DAV-00102**

Columbia, Maryland

February 2000– October 2002 Sales Representative. The requirements for this position

are to make personal sales calls to physicians (influencing and generating prescriptions) and retail

pharmacies (ensuring product stocking and movement) in the Maryland/Pennsylvania territory. Also to maintain existing business and solicit new prescription business for the company. The company's products includes Nestabs prenatal vitamins, Gynodiol estrogen replacement therapy, Nordett birth control pills,

and AVC Vaginal Cream.

Accomplishments:

Increased the market share of all products within the assigned territory.

Qualified for first quarter 2002 bonus for the sales of Nestabs prenatal vitamins, and AVC Cream.

Qualified for 2001 bonus for the sales of Nestabs prenatal vitamins, Nordette and AVC cream.

July 1995-Dec.1999 UNITED HEALTH CARE

Baltimore, Maryland

Sales Representative. This position involves marketing the Medicare Complete HMO program to individuals, small and large business groups. Also require the sales representatives to recruit physicians for the program, maintain new and existing accounts

Accomplishments:

Developed a marketing plan for the selling of the Medicare Complete program to residents of senior

living centers in the central Maryland region.

Assisted in the development of a marketing plan for selling to small and large business groups in the state

of Maryland.

Agent of the Month for January 1998

Agent of the Month for April 1998

Jan. 93- July 95 BLUE CROSS AND BLUE SHIELD

Owing Mills, Maryland

Sales Representative. The requirements for this position are to market the company's small business groups, individual and Medicare supplemental health insurance products. Also must maintain existing and new accounts, and provide educational materials about the products to members.

Accomplishments

Developed a marketing plan to sell small group health

insurance on Maryland's Eastern Shore.

**DAV-00103**

Consistently exceeded company's sales goals.

Sept. 89- Jan. 93 CITIBANK FINANCIAL GROUP

Baltimore, Maryland

Sales Representative. Position involves marketing Citibank's banking, financial, and insurance products to

established customers. Also train new hires on Citibank's products.

Accomplishments:

Salesman of the year for 1992

Salesman of the year for 1993

May 78- Sept. 89 U.S. AIR FORCE RESERVES

Andrew Air Force Base, Maryland

Medical Service Specialist. The requirements for this position were to assist physicians and nurses in the performance of their duties, supervise, and train staff, and perform medical procedures independently in hospital setting. Assigned areas are the Ob/Gyn Clinic, Intensive Care Unit, Emergency Room, Oncology Center and other units of the hospital when needed.

**REFERENCES AVAILABLE UPON REQUEST**

DAV-00104

MAR-24-2006 06:47 PM  DERRICKCAMPER          4102986948                    P.01



# DaVita.

## APPLICATION FOR EMPLOYMENT

DAVITA OFFERS EQUAL EMPLOYMENT OPPORTUNITY TO ALL APPLICANTS FOR EMPLOYMENT AND TO ALL EMPLOYEES WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, AGE, MARITAL STATUS, VETERAN STATUS, ANCESTRY, NATIONAL ORIGIN, DISABILITY, MEDICAL CONDITION, PREGNANCY OR SEXUAL ORIENTATION.

PLEASE PRINT PLAINLY

### PERSONAL DATA

Date 3-24-06

Name CAMPER    DERRICK    L.
     Last Name   First Name   Initial

Email Address: DLCAMP2@EXITG.COM

Present Address 2000 GREENBRGE ROAD
                Street Number and Name

Telephone (410) 298 6448

BALTIMORE    MD    21244
City         State  Zip Code

Message
Telephone 443) 742 2544

Other names under which you have worked _____

Are you a U.S. citizen or authorized to work in the U.S. on an unrestricted basis?    ☒YES  ☐NO

Can you, after employment, submit:

    Proof of your legal right to work in the U.S.?    ☐YES  ☐NO

    A birth certificate or other proof of age?    ☐YES  ☐NO

Have you ever been convicted of a crime except for minor traffic offenses, marijuana-related misdemeanor convictions occurring more than two years ago or convictions for which the criminal record has been expunged, sealed or eradicated by the court or misdemeanor convictions for which any probation has been completed and the case dismissed by court?
Please include any criminal offense related to healthcare*    ☐YES  ☐NO
If yes, please give the date, location and disposition of your case.

_____

_____

Have you ever received notice that the government proposes to exclude you from participation in federal or state healthcare programs such as Medicare/Medicaid or any other governmental program?*    ☐YES  ☐NO

*ANSWERING "YES" TO ANY OF THE ABOVE QUESTIONS DOES NOT CONSTITUTE AN AUTOMATIC BAR TO EMPLOYMENT. FACTORS SUCH AS DATE OF THE OFFENSE, SERIOUSNESS AND NATURE OF THE VIOLATION, REHABILITATION AND POSITION APPLIED FOR WILL BE TAKEN INTO ACCOUNT.

### POSITION DESIRED

Position(s) applied for PHARMACY REPRESENTATIVE  Salary requirement 53,000 per y

Specify:  ☒Full-time  Shift preferred _____

    ☐Part-time  Days and hours if part time _____

Do you have any personal responsibilities or obligations that would restrict you from working?  NO

    ☐ early mornings    ☐ evenings    ☐ overtime    ☐ weekends

If yes, please explain: _____

Were you previously employed by DaVita or one of its subsidiaries?    ☐ Yes  ☒ No

If yes, when and where? _____

Have you applied at any other DaVita facility or one of its subsidiaries?    ☐ Yes  ☒ No

If yes, when and where? _____

Names of relatives employed by DaVita _____

If an offer is extended, when would you be available for work? _____

How did you become aware of the position for which you are applying? Please give source _____

Were you referred to DaVita by a current teammate?    ☐ Yes  ☒ No

If yes, please list name of referring teammate: _____

Do you have a reliable method of transportation to use if you are hired to work in this facility?    ☒ Yes  ☐ No

Rev 1/05                                                              PS-S1-01

**DAV-00105**

**EMPLOYMENT HISTORY** (must be completed in full)

Are you presently employed? ☐ Yes ☐ No

May we contact your present employer? ☑ Yes ☐ No

Provide the following information of your past employers, assignments or volunteer activities, starting with the most recent:

---

FROM **Dec 2002**   TO **PRESENT**   EMPLOYER **PFIZER**   TELEPHONE **(866) 472-6663**

STARTING JOB TITLE / FINAL JOB TITLE **HEALTH CARE CONSULTANT**   ADDRESS **235 EAST 42nd ST  NEW YORK NY 10017**

IMMEDIATE SUPERVISOR AND TITLE   SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES **MARKET PHARMACEUTICAL TO PHYSICIAN**

**CAROL GIRZAITIS**

MAY WE CONTACT FOR REFERENCE?

☐ YES ☐ NO ☐ LATER

REASON FOR LEAVING **MY POSITION WAS ELIMINATED**   HOURLY RATE / SALARY START $ **48,000** PER **YR**   FINAL $ **53,000 PER YEAR** PER

---

FROM **2/00**   TO **10/02**   EMPLOYER **NOVARTIS**   ADDRESS **508 LAPP Rd MALVERN PA**   TELEPHONE **(484) 913-1200**

STARTING JOB TITLE / FINAL JOB TITLE **SALES REP**   SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES **MARKET PHARMACEUTICAL PRODUCT TO PHYSICIAN**

IMMEDIATE SUPERVISOR AND TITLE **CRYSTAL SISCAR**

MAY WE CONTACT FOR REFERENCE?

☐ YES ☐ NO ☐ LATER

REASON FOR LEAVING **MY TERRITORY WAS ELIMINATED**   HOURLY RATE / SALARY START $ **30,000** PER **YR**   FINAL $ **48,000** PER **YR**

---

FROM **7/95**   TO **12/99**   EMPLOYER **UNITED HEALTH CARE**   ADDRESS **6300 SECURITY BLVD BALTIMORE MD 21207**   TELEPHONE **(800) 328-5979**

STARTING JOB TITLE / FINAL JOB TITLE **SALES REP**   SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES **MARKET HEALTH INSURANCE PRODUCT TO MEDICARE RECIPIENT**

IMMEDIATE SUPERVISOR AND TITLE **DUDLEY GORDON**

MAY WE CONTACT FOR REFERENCE?

☐ YES ☐ NO ☐ LATER

REASON FOR LEAVING **MY POSITION WAS ELIMINATED**   HOURLY RATE / SALARY START $ **28,000** PER **YR**   FINAL $ **$28,000** PER **YR.**

---

FROM   TO   EMPLOYER   TELEPHONE ( )

STARTING JOB TITLE / FINAL JOB TITLE   ADDRESS

IMMEDIATE SUPERVISOR AND TITLE   SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES

MAY WE CONTACT FOR REFERENCE?

☐ YES ☐ NO ☐ LATER

REASON FOR LEAVING   HOURLY RATE / SALARY START $ PER   FINAL $ PER

**DAV-00106**

## EDUCATIONAL BACKGROUND

| NAME AND LOCATION | NUMBER OF YEARS COMPLETED | DID YOU GRADUATE? | COURSE OF STUDY |
|---|---|---|---|
| HIGH SCHOOL WALBROOK SR HIGH 2000 Edgewood ST BALTIMORE MD 21216 | 4 YRS 1977 | YES | COLLEGE PREP |
| COLLEGE MORGAN STATE UNIVERSITY COLDSPRINS & HILLEN RD BALTIMORE MD 21239 | 4 YRS | MAJOR PHYSICAL EDUCATION   DEGREE BS | |
| OTHER | | | |

## PROFESSIONAL REFERENCES

| NAME | JOB TITLE | TELEPHONE | NUMBER OF YEARS KNOWN |
|---|---|---|---|
| LYNN STRAW | | (301) 274-5505 | 6 YRS |
| YVONNE FRYE | | (410) 864 9205 | 5 YRS |
| JOE MIDDLETON | | 301 788-6019 | 5 YRS |

## PLEASE READ CAREFULLY

PLEASE DO NOT RESPOND TO THE FOLLOWING QUESTIONS UNTIL AFTER YOU HAVE READ AND/OR DISCUSSED THE JOB DESCRIPTION OF THE POSITION FOR WHICH YOU ARE APPLYING.

Do you believe you would be able to perform the essential functions of the job for which you are applying? Answer yes or no.  ☑Yes  ☐No

Is there any accommodation that you believe can reasonably be made which would permit you to perform the essential functions of the job for which you are applying? Answer yes or no.  ☐Yes  ☑No

Please explain the accommodation: _____

## SKILLS AND QUALIFICATIONS

Summarize any training, skills, licenses and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying.

_____

Do you speak any foreign languages?  ☐Yes  ☑No

If so, which language(s) ? _____

Please describe your ability: _____

Please list all professional license(s) or certification(s), current or lapsed, that you have obtained:
(Please use additional paper if necessary)

Type of License/Certification: _____ License/Certification #: _____ State: _____

Type of License/Certification: _____ License/Certification #: _____ State: _____

Indicate whether there has ever been any adverse action(s) against any license(s) or certification(s) held? ☐YES  ☐NO

DAV-00107

I certify that all of the information that I have provided on this Application for Employment is true and correct, and I understand that if any of the information is determined to be false, even if that determination is made years later, it will result in either the refusal to hire me or my immediate discharge of employment with DaVita.

    I understand and agree to this provision.

Signature of applicant: _David L. Conway_    Date: 3-24-0

---

As a condition of employment, you must successfully complete a post-offer, pre-employment physical examination, including a drug screening and pre-employment background verification, before becoming an employee. Any job offer, as well as continued employment, is conditioned upon your being able to perform the essential functions of the job, with or without reasonable accommodation.

    I understand and agree to this provision.

Signature of applicant: _David L. Conway_    Date: 3-24-06

---

DaVita may seek to verify the information that you have provided in this Application for Employment. By signing below, you authorize DaVita, its subsidiaries, affiliates, or any of its (their) employees or agents (collectively referred to as "DaVita") to contact any and all of the persons or organizations you have listed and to discuss your background with them. By signing below, you also release DaVita, and all of the persons, organizations, and their agents who are contacted by DaVita for this purpose, from any and all claims, of any kind or nature, which may arise now or in the future, which arises out of, is related to, or is in any way connected with the process of verifying the information you have provided.

    I understand and agree to this provision.

Signature of applicant: _David L. Conway_    Date: 3-24-06

---

Employment with DaVita is at-will, which means that either the employee or DaVita can terminate the employment relationship at any time, for any or no reason, with or without notice. This at-will employment relationship can only be modified in writing signed by both you and an officer or director of DaVita.

    I understand and agree to this provision.

Signature of applicant: _David L. Conway_    Date: 3-24-0

# DaVita.

DAV-00108



Rosalva De Pillo
650-696-8900
Rosalva.DePillo@davita.com

# Resume for Tawana Cooper

Candidate Phone: 6082740418 | Secondary Phone:
6086985570 | Email: tawanac@isp.com

TAWANA R. COOPER
5570 Guilford Rd, #6
Fitchburg, WI 53711
608.274.0418
608.698.5570
tawanac@isp.com

CAREER OBJECTIVE
To obtain a position in medical or pharmaceutical sales that utilizes my strong sales
ability and experience in client relations.

CAREER DEVELOPMENT

December, 2004- UW Medical Foundation, Madison, WI
present Patient Financial Services Representative
Responsible for initiating payment arrangements on accounts receivable balances,
counseling patients concerning credit policies and procedures, welfare agencies, as
well as State and County programs and recommending accounts for referral to
collection agencies if unresolved.

November, 2004- CANADA DRUGS.COM,
present Independent Affliliate

June, 2004- CANADADRUGS.COM, Winnepeg, MB, Canada
November, 2004 Customer Development Specialist

July, 2001- DEY, L. P., Napa, CA
June 2004 Territory Account Manager
Responsible for managing a well-defined territory (Wisconsin areas)
Promotion of Dey products to physicians, other prescribers, pharmacies
Instructor for Asthma Education Forums

**DAV-00109**

December, 1999- SHORT ELLIOT HENDRICKSON, INC (SEH, INC), Madison,
WI
July, 2001 Business Development/Marketing Manager
Brought in new business in excess of $100 million in 2000
Developed and planned successful Regional Business Plan in 2000

February 1996- STATE MEDICAL SOCIETY OF WISCONSIN, (SMS), Madison
December, 1999 Membership & Professional Relations Director
Increased membership in sales territory each year by an average of 25% annually.
Served as account representative between medical society management and
members throughout Southeast Wisconsin.
Developed and maintained professional relationships with both state and county
medical society leaders as well as clinic, hospital and health system administrators
and leadership physicians
Worked closely with state government officials as a liaison to the medical society.
Promoted to Director of Community Health Initiatives in March 1997—developed
relationships to advance key public health policy issues with members and
prospective members.
Worked closely with membership to develop and implement community health
awareness programs throughout the state of WI.

November 1994- THE NATIONAL MULTIPLE SCLEROIS SOCIETY-Wisconsin
Chapter, Waukesha, WI
February, 1996 Associate Director of Client Services
Case manager for clients with MS
Provided limited counseling services for clients
Client Advocacy
Developed, planned & implemented several conferences & programs each year
Training of Facilitators for various groups

EDUCATION
Trinity College
Bachelors of Business Administration-Marketing

UW-Eau Claire
Double Major: Business Administration/Marketing
Minor: Political Science

VOLUNTEER AMERICAN LUNG ASSOCIATION, Milwaukee, WI
ACTIVITIES Legislative Committee, 1990-2001
Smoking Cessation Facilitator, 1987-1989

AMERICAN DIABETES ASSOCIATION, Milwaukee, WI
Board of Directors, (1992-1993)
Diabetes Educator, (1991-1993

**DAV-00110**

Special Event Planner, (1991-1993)

DAV-00111

## Candidate Cover Letter / Comments

Th Whom it May Concern:

I am responding to your advertisement for Pharmacy Services Representative. Please consider me a very interested and capable applicant.

I have years of sales experience most of it in healthcare related sales including pharmaceutical sales. I had to temporarily leave the industry for some personal health reasons but am now healthy and ready to get back doing what I love--selling!

I do have personal experience with kidney disease although thankfully, not to the point of dialysis. Because of that, I do have personal relationships with several physicians in the University of Wisconsin Hospital System Nephrology Department. That however, is the "icing on the cake." I possess a strong work ethic and defiitely have an entrepreneurial spirit! My sales ability is strong and I quickly develop effective relationships with key physicians, administrators and staff.

I would very much like the opportunity to provide a more complete picture of my capabilites in person. Timing is critical as I will need to make decisions regarding my future within the next couple of weeks. Please accept this as an invitation to contact me to arrange a personal meeting.

Thank you very much for your time and consideration and I look forward to hearing from you.

Sincerely,

Tawana Cooper
tawanac@isp.com
608.274.0418

**DAV-00112**



DAVITA OFFERS EQUAL EMPLOYMENT OPPORTUNITY TO ALL APPLICANTS FOR EMPLOYMENT AND TO ALL TEAMMATES WITHOUT REGARD TO RACE, COLOR, CREED, RELIGION, SEX, AGE, MARITAL STATUS, VIETNAM VETERAN STATUS, ANCESTRY, NATIONAL ORGIN, DISABILITY, MEDICAL CONDITION, PREGNANCY AND SEXUAL ORIENTATION.

PLEASE PRINT PLAINLY      **APPLICATION FOR EMPLOYMENT**

**PERSONAL DATA**

Job Req#                    Date _9/1/06_

(Hiring Manager Use Only)

Name _Cooper_ _Tawana_ _R_     Email Address _tawana c @ isp.crm_

   Last Name       First Name     Initial

Present Address _5570 Guilford Rd #6_    Telephone _608 274-0418_

    Street Number and Name

_Fitchburg WI 53711_    Message Telephone _608 274-0418_

City     State     Zip Code

Other names under which you have worked: _NA_

| | | | |
|---|---|---|---|
| Are you 18 years of age or older? | ☑ YES | ☐ NO |
| Are you a U.S. Citizen or authorized to work in the U.S. on an unrestricted basis? | ☑ YES | ☐ NO |

Can you, after employment, submit:

| | | | |
|---|---|---|---|
| Proof of your legal right to work in the U.S.? | ☑ YES | ☐ NO |
| A birth certificate or other proof of age? | ☑ YES | ☐ NO |

Have you ever been convicted of a crime except minor traffic offenses, marijuana-related misdemeanor convictions occurring more than two years ago or convictions, for which the criminal record has been expunged, sealed or eradicated by the court or misdemeanor convictions for which any probation has been completed and the case dismissed by court? Please include any criminal offense related to healthcare*

☐ Yes   ☑ No

If Yes, please give the date, location and disposition of your case:

Have you ever received notice that the government proposes to exclude you from participation in federal or State healthcare programs such as Medicare/Medicaid or any other governmental program?    ☐ YES   ☑ NO

*ANSWERING YES TO ANY OF THE ABOVE QUESTIONS DOES NOT CONSTITUTE ANY AUTOMATIC BAR TO EMPLOYMENT. FACTORS SUCH AS DATE OF THE OFFENSE, SERIOUSNESS AND NATURE OF THE VIOLATION, REHABILITATION AND POSITION APPLIED FOR WILL BE TAKEN INTO ACCOUNT.

**POSITION DESIRED**

Position(s) applied for         Salary requirement

Specify: ☑ Full-time    Shift Preferred

      ☐ Part time    Days and hours if part time

Do you have any personal responsibilities or obligations that would restrict you from working:

☐ Early morning    ☐ Evenings    ☐ Overtime    ☐ Weekends

If yes, please explain:

| | | |
|---|---|---|
| Were you previously employed by DaVita or one of its subsidiaries? | ☐ YES | ☑ NO |

If yes, when and where?

| | | |
|---|---|---|
| Have you ever applied at any other DaVita facility or one of its subsidiaries? | ☐ YES | ☑ NO |

If yes, when and where?

Names of relatives employed by DaVita

If an offer is extended, when would you be available for work? _9/21/06_

How did you hear about us? (Check one)

| | | | | |
|---|---|---|---|---|
| ☐ DaVita Recruiter | ☐ DaVita Website | ☐ Teammate Referral | ☐ Patient Referral | ☑ Internet Ad |
| ☐ JobFair/Convention | ☐ Open House | ☐ Newspaper Ad | ☐ Postcard or Flyer | ☐ Trade Journal |
| ☐ College Recruiting | ☐ Temporary/Intern | ☐ Staffing Agency | ☐ Walk-in to Facility | ☐ Rehire |
| ☐ Other | | | | |

Please specify the name of source chosen above (such as newspaper name, patient name, website name, etc.)

How did you become aware of the position for which you are applying? Please give source:

| | | |
|---|---|---|
| Were you referred to DaVita by a current teammate? | ☐ YES | ☑ NO |

If yes, please list name of referring teammate:

| | | |
|---|---|---|
| Do you have reliable method of transportation to use if you are hired to work at this location? | ☑ YES | ☐ NO |

**DAV-00113**

Distribution:
☐ Original Send to: People Services/Resource Center 1627 Cole Blvd., Lakewood, Colorado 80401
☐

## EDUCATIONAL BACKGROUND

| NAME AND LOCATION | NUMBER OF YEARS COMPLETED | DID YOU GRADUATE? | COURSE OF STUDY |
|---|---|---|---|
| **HIGH SCHOOL** Mayan Catholic Charles, SC | 4 yu | Yes | College prep |
| **COLLEGE** UW-Eau Claire Eau Claire WI | 2 | MAJOR Business DEGREE not | |
| **OTHER** Trinity College mdaire, LA | 2½ | Yes | Business Adm |

## PROFESSIONAL REFERENCES

| NAME | JOB TITLE | TELEPHONE | NUMBER OF YEARS KNOWN |
|---|---|---|---|
| John Paterott | prev employer ex- EVP | (687) 957-3788 | 6 yrs |
| Carole Bergner | prev supervisor | ( ) | 2 yrs |
| Craig Anderson | * | 612 780-6700 | 5 yrs |
| Diana Roote- office mngr | | 608 275-6740 | 3 yrs |

**PLEASE READ CAREFULLY**

PLEASE DO NOT RESPOND TO THE FOLLOWING QUESTIONS UNTIL AFTER YOU HAVE READ AND/OR DISCUSSED THE JOB DESCRIPTION OF THE POSITION FORWHICH YOU ARE APPLYING.

Do you believe you would be able to perform the essential functions of the job for which you are applying?
Answer yes or no    ☑ YES    ☐ NO

Is there any accommodation that you believe can reasonably be made which would permit you to perform the essential functions of the job for which you are applying?    Answer yes or no    ☐ YES    ☐ NO
Please explain the accommodation:

## SKILLS AND QUALIFICATIONS
Summarize any training, skills, licenses and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying.

Do you speak any foreign languages?    ☐ YES    ☑ NO
If so, which language(s)?
Please describe your ability:    plan to take Spanish

Please list all professional license(s) or certifications(s), current or lapsed, that you have obtained:
(Please use additional paper if necessary)

| Type of License/Certification: | License/Certification#: | State: |
|---|---|---|
| Type of License/Certification: | License/Certification#: | State: |

Indicate whether there has ever been any adverse action(s) against any license(s) or certification(s) held?    ☐ YES    ☑ NO
If you answered yes, please explain:

Distribution:
☐ Original Send to: People Services/Resource Center 1627 Cole Blvd., Lakewood, Colorado 80401

**DAV-00114**

**EMPLOYMENT HISTORY** (must be completed in full)

Are you presently employed? ☑ YES ☐ NO
May we contact your present employer? ☑ YES ☐ NO

Provide the following information of your past employers, assignments or volunteer activities, starting with the most recent:

| FROM | TO | EMPLOYER | TELEPHONE ( ) |
|---|---|---|---|
| 10/04 | 2/11/06 | CWRF | 608-521-4150 |

Zor Sherie Rd. Madison WI

STARTING JOB TITLE/FINAL JOB TITLE    ADDRESS

May Contact HR only

IMMEDIATE SUPERVISOR AND TITLE    SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES

MAY WE CONTACT FOR REFERENCE?
Only HR is allowed
☐ YES ☐ NO ☐ LATER

REASON FOR LEAVING    HOURLY RATE/SALARY STARTS ?    PER    FINALS 13.25/hr.    PER

| FROM | TO | EMPLOYER | TELEPHONE ( ) |
|---|---|---|---|
| 6/04 | 11/04 | Canada Drugs. Com | |

STARTING JOB TITLE/FINAL JOB TITLE    ADDRESS

IMMEDIATE SUPERVISOR AND TITLE    SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES

MAY WE CONTACT FOR REFERENCE?

☑ YES ☐ NO ☐ LATER

REASON FOR LEAVING    HOURLY RATE/SALARY STARTS    PER    FINALS 4,000 PER yr
position eliminated

| FROM | TO | EMPLOYER | TELEPHONE ( ) |
|---|---|---|---|
| 7/01 | 6/04 | Dey LP | 707-254-3200 |

Territory Dev. Mgr.    Napa Valley Cog. Dive    Napa, Ca

STARTING JOB TITLE/FINAL JOB TITLE    ADDRESS

Dan Olstad - HR only

IMMEDIATE SUPERVISOR AND TITLE    SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES

MAY WE CONTACT FOR REFERENCE? HR only

☑ YES ☐ NO ☐ LATER

REASON FOR LEAVING    HOURLY RATE/SALARY STARTS    PER    FINALS    PER

| FROM | TO | EMPLOYER | TELEPHONE (612) |
|---|---|---|---|
| 10/99 | 7/01 | SEM INC | 758-6750 |

100 N. 6th St. - Minneapolis mn

STARTING JOB TITLE/FINAL JOB TITLE    ADDRESS

Business Develop. Mgr.

IMMEDIATE SUPERVISOR AND TITLE    SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES
Gary Gray - (retired) - CEO

MAY WE CONTACT FOR REFERENCE?    Contact HR
Gary is retired - I reported directly to him
☐ YES ☐ NO ☐ LATER

REASON FOR LEAVING    HOURLY RATE/SALARY STARTS    PER    FINALS 40,000 PER yr
New job - did not like industry

Distribution:
☐ Original Send to: People Services/Resource Center 1627 Cole Blvd., Lakewood, Colorado 80401
☐

**DAV-00115**

I certify that all of the information that I have provided on this Application for Employment is true and correct, and I understand that if any of the information is determined to be false, even if that determination is made years later, it will result in either the refusal to hire me or my immediate discharge from employment with DaVita.

As a condition of employment, you must successfully complete a post-offer, pre-employment assessment examination, including a drug screening and pre-employment background verification, before becoming a teammate. Any job offer, as well as continued employment, is conditioned upon your being able to perform the essential functions of the job, with or without reasonable accommodation.

DaVita may seek to verify the information that you have provided in the Application for Employment. By signing below, you authorize DaVita, its subsidiaries, affiliates or any of its (their) teammates or agents (collectively referred to as "DaVita) to contact any and all of the persons or organizations you have listed and to discuss your background with them. By signing below, you also release DaVita, and all of the persons, organizations and their agents who are contacted by DaVita for this purpose, from any and all claims, of any kind or nature, which may arise now or in the future, which arises out of, is related to, or is in any way connected with the process of verifying the information you have provided.

Employment at DaVita is at-will, which means that, if you are hired, either you or DaVita may terminate the employment relationship at any time, for any or no reason, with or without notice. This at-will employment relationship can only be modified in writing signed by both you and an officer or director of DaVita.

I understand and agree to all of the above provisions.

Signature of applicant: _____    Date: 8/11/05

Distribution:
☐ Original Send to: People Services/Resource Center 1627 Cole Blvd., Lakewood, Colorado 80401

DAV-00116



155 Bovet Road, Suite 465
San Mateo, CA 94402
Ph: 650-349-3900
Fx: 650-349-0652

# VALERIE HARMON

## OBJECTIVE
To work for an organization who prioritizes customer service and provides opportunity for personal growth and development within the organization.

## SUMMARY OF QUALIFICATIONS
- Enthusiastic individual with the drive to succeed.
- Over 10 years of progressive experience in a variety of industries including: financial, healthcare and retail.
- Computer experience with MS Word, Excel, Outlook and various databases.
- Excellent communication and customer service skills.
- Licensed Certified Nursing Assistant in the State of Utah.
- Medical terminology background.

## WORK EXPERIENCE                                                        09/04 to 04/05
**Lindon Care and Training Center, Lindon, UT**
*Direct Support Staff*
- Worked as a caregiver to the developmentally disabled adolescents and adults.
- Held a variety responsibilities including: Activities of Daily Living (ADL's), assisting with showers, grooming, room maintenance, monitoring self medication, anger management issues, teaching, training, goal setting, and charting.
- Completed accurate and detailed paperwork for individuals on a daily basis.

                                                          09/02-09/04 and 10/96 to 10/99
**Lane Bryant, Orem, UT and Ft. Collins, CO**
*Store Sales Manager*
- Responsibilities included: implementation of company policies and procedures sales, customer service, merchandising, marketing, sales, payroll, loss prevention, human resources, store visuals and maintenance.
- Supervised 13-15 employees in two different locations.
- Consistently ranked in the top 20 percent in the company for goals achieved such as making sales plan, comps, credit, payroll, and loss prevention.
- Documented all new hire paperwork for new hires and recruiting.
- Answered phones and dealt with customer questions and complaints.

                                                                         01/00-08/02
**Home State Bank, Ft. Collins, CO**
*Receptionist/Bookkeeper/ Teller*
- Held various administrative positions including: receptionist, book keeper and teller.
- Answered a busy switchboard and maintained busy reception area.
- Answered questions regarding new accounts and existing accounts.
- Assisted customers with cash deposits, transfers and balancing.

                                                                         09/92- 8/02
**C&V Construction, Loveland, CO**
*Administrative Assistant-Self employed*
- Responsibilities included AP/AR, taxes, bids , surveying, office management.
- Dealt with customers, clients, and inspectors.

## PRIOR EXPERIENCE
Over 10 years of general clerical and retail background.
2 years working as a 911 dispatcher in Colorado.

DAV-00149

**EDUCATION**
Front Range Community College: Fort Collins, CO, Nursing prerequisites and accounting classes
BYU: Provo, UT, General Education
MATC: Orem Utah, C.N.A. Certification



155 Bovet Road, Suite 465
San Mateo, CA 94402
Ph: 650-349-3900
Fx: 650-349-0652

## Michael Huey

### QUALIFICATIONS

- Result and goal oriented professional with a strong ability to work well with clients and approach situations with tact and diplomacy
- Solid communication, written, organizational and interpersonal skills.
- Proven ability to work independently and as a team member.
- Possess a strong work ethic combined with a commitment to excel in all tasks undertaken.

### AREAS OF STRENGTH

PROVIDING SUPERIOR CLIENT CARE--ABILITY TO ASSESS SITUATIONS AND PROVIDE SOLUTIONS--WISDOM

### ACCOMPLISHMENTS

- Doubled the number of clients seen at the Morton Plant Mease Wellness Center in less than ten months
- Named Employee of the Month at Morton Mease Wellness Center
- Consistently in the top two in production and activity
- Named top Sales Producer for Bally's Total Fitness in the State of Florida from 1992-1993

### PROFESSIONAL EXPERIENCE

**Morton Plant Mease Wellness Center, Palm Harbor, FL          Present**
*Specialized Personal Trainer*
- Provide fitness expertise to cardiac rehab, physical therapy and other clients for two of the three Morton Plant clinics
- Analyze client's current fitness and nutrional programs and design specialized programs based on the analysis and their needs
- Provide nutritional counseling and discuss and recommend solutions for clients to reach their goals
- Measure client results via cardio evaluation and body fat analysis

**Total Health Experience, Palm Harbor, FL                    1994-2004**
*Personal Trainer*
- Created sales and marketing collateral to grow client base
- Designed personal workout regimens for clients based on their desired goals
- Prepared clients for Body Building and Fitness Competitions
- Provided rehabilitation and Sports Specific training

### EDUCATION/CERTIFICATIONS

**Ohio State University, Columbus, OH**
*Bachelor of Science, Exercise Science and Sports Management*

**International Sports and Fitness Trainers Association Certification, Bradenton, FL**

1086 W King Road #DE114        Phone 484-639-3176
Malvern, PA 19355              E-mail saucie1963@yshoo.com

# Reba Hill

| | |
|---|---|
| **Objective** | Seeking a position that will demonstrate my professional skills and varied work experiences for a professional company. |

**Summary of qualifications**

**Pharmaceutical Sales Representative Trainee**                    5/1999 – 9/2004

- Summer Internship/Preceptorship        Houston, TX
- Utilized the most recent and comprehensive product knowledge to increase territory sales and exceed quotas
- Detailed various therapeutic anesthetizing and nausea control agents
- Rendered outstanding customer service with the ability to solve problems

**Certified Nursing Assistant**                    6/1989 – 9/1996

- Complete care of both home bound and hospitalized patients under direct supervision of a team of medical professionals
- Performed rehabilitative activities to increase independence, health, and well being
- Kept accurate records of patient visits on a case-by-case basis

**Exercise Physiologist**                    7/1995 – 7/1996

- Researched and developed exercise regimens for hospitalized and out-patient clients
- Evaluated mobility of the patients using therapeutic modalities of hot/cold compresses, ultrasound devices, TENS units, and massage therapy
- Planned, developed, and implemented a wellness program for the entire staff of the hospital incorporating aerobic and cardiovascular training methods

**Inventory Management Support Specialist**                    3/1984 – 6/1988

- Inventoried 1.3 billion dollars in aircraft parts
- Supervised warehouse activities at the squadron and base level

**Professional experience**

10/2005 - Present        Kelly Services                                        NJ
**Temporary Contract Positions**

- Delran, NJ: Hand scoring of Arizona State Tests
- Ewing, NJ: SAT score retrieval and registration for Educational Testing Services

9/2005 - Present        Sylvan Learning Center                        Coatesville, PA
**Tutor**

- Implement lessons in reading and math from PK – 12 grade
- Accurately document progress of student as indicated
- Identify areas of deficit and monitor student progress as needed

6/2005 – 9/2005        Devereux Foundation, Beneto Center        Malvern, PA
**Residential Counselor I**

- Assists in maintaining a safe and therapeutic treatment environment that meets the physical, emotional, and personal needs of program clients
- Observes and reports noticeable changes in client behaviors and/or health conditions to the appropriate supervisor and/or interdisciplinary treatment team member

**DAV-00155**

3/2005 – 6/2005        MCC/CTI Community College              Philadelphia, PA

**Adjunct Professor**

- Emergency fill-in for abruptly terminated teaching position
- Worked with adult students who have various learning disabilities
- Plan and implement lesson plans for English, Personal Development, Professional Development, and Business Communication courses

9/2004 – 1/2005        Les Soeurs Maison, Inc.              Detroit, MI

**Manager – Bed & Breakfast / Restaurant**

- Increased business and profits for both the bed & breakfast and restaurant
- Developed and implemented marketing strategies
- Worked with Page Property Management Company as the head administrator and assistant manager of Twelve Pines Condominiums

1997 – 5/2004        Various Independent School Districts              Houston, TX

**Special Education Teacher**

- Plan and implement individualized education plans (IEP) for students with various academic learning disabilities
- Extensive use of the internet to augment and develop lesson plans for $7^{th}/8^{th}$ grade reading and English resource classes
- Participate in Annual Review and Dismissal meetings with members of the IEP committee
- Worked with special education and regular education staff to ensure the success of students with autism
- Attend and present to various staff development opportunities to increase knowledge in the areas of special education, English, reading strategies, high and middle school science, and autism
- Communicate student progress to parents and staff as mandated
- Worked with at-risk student population in an alternative campus learning environment
- Assisted with the planning, development, and implementation of a teaching curriculum called Functional Academic Curriculum for Exceptional Students

**Education**        05/2005 – Present        University of Phoenix              Philadelphia, PA

**Master's of Business Administration**

- Completed 15 graduate hours with a current GPA of 3.88.

1999 – 2000        University of St. Thomas              Houston, TX

- Completed 12 graduate hours in the area of special education.

1990 – 1994        Old Dominion University              Norfolk, VA

**Bachelor of Science in Physical Education with Exercise Science emphasis**

- Dean's List spring 1994

**Certifications**     **Pharmaceutical Sales Representative**
**Generic Special Education Teacher**
**Certified Nursing Assistant**

**References**        Available upon request.

**DAV-00156**

Reba Hill
1086 W King Road #DE114 • Malvern, PA 19355 • 484-639-3176 • saucie1963@yahoo.com

# References

**Michelle E. Mazzucca, Director of Education – Sylvan Learning Center**
122-124 Airport Road, Coatesville, Pennsylvania 19320
Work: 610-466-1730     Email: Sylvande@ccis.net

**Betty Driver, Pharmaceutical Sales Representative**
531 Remington Point Court, Houston, Texas 77073
Cell: 832-326-8519     Home: 281-821-1744

**Jon Veser, Program Director – Devereux Mapleton Campus**
655 Sugartown Road, P.O. Box 275, Malvern, Pennsylvania 19355
Work: 484-595-5740     Email: jveser@devereux.org

**Jean Kendrick – HR Manager**
100 South Broad Street Suite 830, Philadelphia, PA 19110
Work: 215-568-9215     Email: jkendrick@mcc2000.org

**Abden Ellerbee, Assistant Principal - M. C. Williams Middle School**
6100 Knox Street, Houston, Texas 77090
Cell: 832-483-6692     Work: 713-697-2600

**Debra Melrose-Spivey, P. E. Department Chair - M. C. Williams Middle School**
6100 Knox Street, Houston, Texas 77090
Cell: 281-687-8215     Home: 281-345-4949

**Brandy Tookes, Teacher -  M. C. Williams Middle School**
4007 Royal Plantation Lane, Missouri City, Texas 77459
Cell: 832-651-3668     Work: 713-697-2600

**Kellie Cunningham, Teacher**
5959 W FM 1960 #825, Houston, Texas 77069
Cell: 281-804-0417     Home: 281-895-7135

**Cortelyou Nelson, Sports Agent -  Sports West Football**
7523 Caillet Street, Dallas, Texas 75209
Cell: 972-533-1250

Reba Hill ▪ 1086 W King Road #DE114 ▪ Malvern, PA 19355 ▪ 484-639-3176 ▪ saucie1963@yahoo.com

DAV-00157



## APPLICATION FOR EMPLOYMENT

DAVITA OFFERS EQUAL EMPLOYMENT OPPORTUNITY TO ALL APPLICANTS FOR EMPLOYMENT AND TO ALL EMPLOYEES WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, AGE, MARITAL STATUS, VETERAN STATUS, ANCESTRY, NATIONAL ORIGIN, DISABILITY, MEDICAL CONDITION, PREGNANCY OR SEXUAL ORIENTATION.

PLEASE PRINT PLAINLY

### PERSONAL DATA

Date **2·27·06**

Name **Hill**           **Reba**           **A**
_Last Name_    _First Name_    _Initial_

Email Address: **saurie1963@yahoo.com**

Present Address **1086 W King Road # DR 114**
_Street Number and Name_

Telephone ( ) **484-639-3176**

**Malvern**           **PA**           **19355**
_City_           _State_           _Zip Code_

Message
Telephone ( ) **484-639-3176**

Other names under which you have worked **Reba Hill-Taylor, Reba Fareira**

Are you a U.S. citizen or authorized to work in the U.S. on an unrestricted basis?   ☑ YES   ☐ NO

Can you, after employment, submit:

    Proof of your legal right to work in the U.S.?   ☑ YES   ☐ NO

    A birth certificate or other proof of age?   ☑ YES   ☐ NO

Have you ever been convicted of a crime except for minor traffic offenses, marijuana-related misdemeanor convictions occurring more than two years ago or convictions for which the criminal record has been expunged, sealed or eradicated by the court or misdemeanor convictions for which any probation has been completed and the case dismissed by court?
Please include any criminal offense related to healthcare*   ☐ YES   ☑ NO
If yes, please give the date, location and disposition of your case.

**N/A**

Have you ever received notice that the government proposes to exclude you from participation in federal or state healthcare programs such as Medicare/Medicaid or any other governmental program?*   ☐ YES   ☑ NO

*ANSWERING "YES" TO ANY OF THE ABOVE QUESTIONS DOES NOT CONSTITUTE AN AUTOMATIC BAR TO EMPLOYMENT. FACTORS SUCH AS DATE OF THE OFFENSE, SERIOUSNESS AND NATURE OF THE VIOLATION, REHABILITATION AND POSITION APPLIED FOR WILL BE TAKEN INTO ACCOUNT.

### POSITION DESIRED

Position(s) applied for **Pharmacy Sales Representative**   Salary requirement **$45K annually**

Specify:   ☑ Full-time   Shift preferred _____
    ☐ Part-time   Days and hours if part time _____

Do you have any personal responsibilities or obligations that would restrict you from working:

    ☐ early mornings   ☐ evenings   ☐ overtime   ☐ weekends

If yes, please explain: **N/A**

Were you previously employed by DaVita or one of its subsidiaries?   ☐ Yes   ☑ No

If yes, when and where? **N/A**

Have you applied at any other DaVita facility or one of its subsidiaries?   ☐ Yes   ☑ No

If yes, when and where? **N/A**

Names of relatives employed by DaVita **N/A**

If an offer is extended, when would you be available for work? **3·5·06**

How did you become aware of the position for which you are applying? Please give source **Kim Easlun called in January; she pulled resume from Internet**

Were you referred to DaVita by a current teammate?   ☐ Yes   ☑ No

If yes, please list name of referring teammate: **N/A**

Do you have a reliable method of transportation to use if you are hired to work in this facility?   ☑ Yes   ☐ No

Rev 1/05

PS-S1-01

**DAV-00158**

**EMPLOYMENT HISTORY** (must be completed in full)

Are you presently employed?  ☒ Yes  ☐ No
May we contact your present employer?  ☒ Yes  ☐ No

Provide the following information of your past employers, assignments or volunteer activities, starting with the most recent.

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| 10/2005 | Present | Kelly Services | (609) 655-4009 |

STARTING JOB TITLE / FINAL JOB TITLE: Hand Scoring Tests | SAT Customer Svcs Rep
ADDRESS: 2525 Rt 130 Bldg 130 Cranberry NJ 08512
IMMEDIATE SUPERVISOR AND TITLE
SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES: Hand scoring of Arizona State exams; SAT customer service representative for Educational Testing Services

MAY WE CONTACT FOR REFERENCE?

☒ YES  ☐ NO  ☐ LATER

REASON FOR LEAVING: Contract ended

| HOURLY RATE / SALARY | | | |
|---|---|---|---|
| START $ | PER | FINAL $ | PER |
| 12.00 | hour | 12.00 | hour |

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| 9/2005 | Present | Sylvan Learning Center | (610) 466-1730 |

STARTING JOB TITLE / FINAL JOB TITLE: Teacher
ADDRESS: 122-124 Airport Road, Coatesville PA 19320
IMMEDIATE SUPERVISOR AND TITLE: Michelle Mazzucca
SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES: Implement lessons in reading and math, grades K-12

MAY WE CONTACT FOR REFERENCE?

☒ YES  ☐ NO  ☐ LATER

REASON FOR LEAVING:

| HOURLY RATE / SALARY | | | |
|---|---|---|---|
| START $ | PER | FINAL $ | PER |
| 10.00 | hour | 10.00 | hour |

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| 10/2005 | Present | Educate Operating LLC, Sylvan Online | 410 843 2694 / (877) 690-4861 |

STARTING JOB TITLE / FINAL JOB TITLE: Online Instructor
ADDRESS: 1001 Fleet Street, Baltimore MD 21202
IMMEDIATE SUPERVISOR AND TITLE: Rovia Griffin
SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES: Implement lessons online in reading and math K-12

MAY WE CONTACT FOR REFERENCE?

☒ YES  ☐ NO  ☐ LATER

REASON FOR LEAVING:

| HOURLY RATE / SALARY | | | |
|---|---|---|---|
| START $ | PER | FINAL $ | PER |
| 10.00 | hour | 10.00 | hour |

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| 6/2005 | 9/2005 | Devereux Foundation - Mapleton Campus | (484) 595-5740 |

STARTING JOB TITLE / FINAL JOB TITLE: RaC I
ADDRESS: 555 Sugartown Rd. Malvern PA 19355
IMMEDIATE SUPERVISOR AND TITLE: Jon Veser
SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES: Maintain safe therapeutic environment for at risk youth

MAY WE CONTACT FOR REFERENCE?

☐ YES  ☒ NO  ☐ LATER

REASON FOR LEAVING: Administrative changes

| HOURLY RATE / SALARY | | | |
|---|---|---|---|
| START $ | PER | FINAL $ | PER |
| 11.00 | hour | 11.00 | hour |

*see attached resume

## EDUCATIONAL BACKGROUND

| NAME AND LOCATION | NUMBER OF YEARS COMPLETED | DID YOU GRADUATE? | COURSE OF STUDY |
|---|---|---|---|
| **HIGH SCHOOL** Philadelphia High School for Girls, Phila, PA | 4 | Diploma 1981 | Academic |
| **COLLEGE** Old Dominion University Norfolk, VA | 4 | **MAJOR** Exercise Science  **DEGREE** B.S. | Education and exercise physiology |
| **OTHER** University of Phoenix Phila, PA Campus | — | Pending MBA | Business Administration |

## PROFESSIONAL REFERENCES

| NAME | JOB TITLE | TELEPHONE | NUMBER OF YEARS KNOWN |
|---|---|---|---|
| Michelle Mazzucca | Director of Education | (610) 466-1730 | 6 months |
| Betty Branch-Driver | Medical Device Sales | H 281-821-1744  C 832 651-3668 | 8 years |
| Brandy Tookes | History Teacher | (713) 697-2600 | 3 |

## PLEASE READ CAREFULLY

PLEASE DO NOT RESPOND TO THE FOLLOWING QUESTIONS UNTIL AFTER YOU HAVE READ AND/OR DISCUSSED THE JOB DESCRIPTION OF THE POSITION FOR WHICH YOU ARE APPLYING.

Do you believe you would be able to perform the essential functions of the job for which you are applying?
Answer yes or no.  ☒Yes  ☐No

Is there any accommodation that you believe can reasonably be made which would permit you to perform the essential functions of the job for which you are applying? Answer yes or no.  ☐Yes  ☒No

Please explain the accommodation:  N/A

## SKILLS AND QUALIFICATIONS
Summarize any training, skills, licenses and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying.

Certified pharmaceutical sales representative; certified Special Education Teacher (TX)

Do you speak any foreign languages?  ☐Yes  ☒No
If so, which language(s)?  N/A
Please describe your ability:

Please list all professional license(s) or certification(s), current or lapsed, that you have obtained:
(Please use additional paper if necessary)
Type of License/Certification: Nat'l Association of Pharmaceutical Sales Reps  License/Certification #: 17612004  State: TX
Type of License/Certification: Generic Special Education Teacher, K-12  License/Certification #: 18260 5219  State: TX

Indicate whether there has ever been any adverse action(s) against any license(s) or certification(s) held? ☐YES ☒NO

DAV-00160

I certify that all of the information that I have provided on this Application for Employment is true and correct, and I understand that if any of the information is determined to be false, even if that determination is made years later, it will result in either the refusal to hire me or my immediate discharge of employment with DaVita.

I understand and agree to this provision.

Signature of applicant: _Ke Hui_                          Date: _2·27·06_

As a condition of employment, you must successfully complete a post-offer, pre-employment physical examination, including a drug screening and pre-employment background verification, before becoming an employee. Any job offer, as well as continued employment, is conditioned upon your being able to perform the essential functions of the job, with or without reasonable accommodation.

I understand and agree to this provision.

Signature of applicant: _Ke Hui_                          Date: _2·27·06_

DaVita may seek to verify the information that you have provided in this Application for Employment. By signing below, you authorize DaVita, its subsidiaries, affiliates, or any of its (their) employees or agents (collectively referred to as "DaVita") to contact any and all of the persons or organizations you have listed and to discuss your background with them. By signing below, you also release DaVita, and all of the persons, organizations, and their agents who are contacted by DaVita for this purpose, from any and all claims, of any kind or nature, which may arise now or in the future, which arises out of, is related to, or is in any way connected with the process of verifying the information you have provided.

I understand and agree to this provision.

Signature of applicant: _Ke Hui_                          Date: _2·27·06_

Employment with DaVita is at-will, which means that either the employee or DaVita can terminate the employment relationship at any time, for any or no reason, with or without notice. This at-will employment relationship can only be modified in writing signed by both you and an officer or director of DaVita.

I understand and agree to this provision.

Signature of applicant: _Ke Hui_                          Date: _2·27·06_



**DAV-00161**

Juan Jimenez
10708 Goldfish Circle
Orlando, FL  32825
407-273-8250
jcarlos94@hotmail.com

OBJECTIVE:
        To obtain a position in technical sales that will utilize my skills, education, and creativity to increase sales and expand business for a company as well as improve my professional career.

EXPERIENCE:
        1/2002 - 4/2005        C.J. Winter Machine Technologies, Inc./ Davenport Machine, Inc.  Rochester, New York
        Southeast Regional Sales Manager
        Managed sales in 11 states, Mexico, Brazil   and Puerto Rico (80+ accounts)

Marketed and leveraged advantages/benefits of products in customer environment vs. competitive offerings

Developed network and partnered with distributors to achieve stronger presence

Identified and pursued untapped areas of business (avg 15 new accounts yr)

Provided troubleshooting support, technical training, and installation services

Attended seminars, trade shows and marketing programs

Increased sales in Mexico 35-45% from year to year
        1/2000 - 12/2001        ITT Industries/Goulds Pumps Orlando, Florida
        Application Engineer Latin America Sales
        Provided technical and documentation support to product engineers, distributors, international area sales managers, and customers

Proactively sold product to customers

Prepared quotations for standard product, special pumps and accessories

Evaluated product modifications with product engineers to resolve field problems

Authorized issuance of credits to international distributors for the return of defective products and warranty claims from the field
        9/1997 - 12/1999        UCF First Year Advising Office        Orlando, FL, United States
        Student Assistant Engineering Advisor

DAV-00168

Coordinated the reception area by answering, scheduling appointments and helping students or guests who come into the office

Kept record of advised students, conducted office surveys for better service and other projects, and created advising handbook for all major offices at UCF

Help first year students plan their schedules, guide them through the engineering program, general advising.

    1/1998 - 12/1998      Florida Space Institute        Orlando, FL, United States
    Mechanical Engineering Intern
    Designed payload for gravity gradient satellite

Designed attitude control system for Photon I satellite

    8/1994 - 8/1996      Technical Sales Innovative Technology      Hato Rey, PR
    Technical Sales
    Performed surge protection device sales for heavy duty industrial main and
distribution panels

Conducted presentations to customers on how the
products prevent damage and destruction
of electronic equipment against transient voltage surges

Handled all financial transactions and completed
clerical tasks
EDUCATION:
    0
    Bachelor's Degree
    8/1999 University of Central Florida US-FL-Orlando
    Bachelor's Degree
    BSME, Mechanical Engineering, August 1999
SKILLS:
    Skill Name      Skill Level      Last Used      Experience
    Bilingual *English-Spanish* Expert Currently used 10 years
    PowerPoint, Word, Excel, Outlook    Expert Currently used 7 years
LANGUAGES:
    Language      Proficiency Level
    English      Fluent - Full Knowledge
    Spanish      Fluent - Full Knowledge



## APPLICATION FOR EMPLOYMENT

DAVITA OFFERS EQUAL EMPLOYMENT OPPORTUNITY TO ALL APPLICANTS FOR EMPLOYMENT AND TO ALL EMPLOYEES WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, AGE, MARITAL STATUS, VETERAN STATUS, ANCESTRY, NATIONAL ORIGIN, DISABILITY, MEDICAL CONDITION, PREGNANCY OR SEXUAL ORIENTATION.

PLEASE PRINT PLAINLY

**PERSONAL DATA**

Date _10-06-05_

Name _Jiménez_ _Juan_ _C._
      Last Name    First Name    Initial
Email Address: _jcarlos94@hotmail.com_

Present Address _10708 Goldfish Circle_
      Street Number and Name
Telephone ( _407_ ) _273-8250_

_Orlando_ _Fl_ _32825_
City    State    Zip Code
Message
Telephone (    ) _____

Other names under which you have worked _None_

Are you a U.S. citizen or authorized to work in the U.S. on an unrestricted basis? ☑YES ☐NO

Can you, after employment, submit:

    Proof of your legal right to work in the U.S.? ☑YES ☐NO

    A birth certificate or other proof of age? ☑YES ☐NO

Have you ever been convicted of a crime except for minor traffic offenses, marijuana-related misdemeanor convictions occurring more than two years ago or convictions for which the criminal record has been expunged, sealed or eradicated by the court or misdemeanor convictions for which any probation has been completed and the case dismissed by court?
Please include any criminal offense related to healthcare* ☐YES ☑NO
If yes, please give the date, location and disposition of your case.

Have you ever received notice that the government proposes to exclude you from participation in federal or state healthcare programs such as Medicare/Medicaid or any other governmental program?* ☐YES ☑NO

*ANSWERING "YES" TO ANY OF THE ABOVE QUESTIONS DOES NOT CONSTITUTE AN AUTOMATIC BAR TO EMPLOYMENT. FACTORS SUCH AS DATE OF THE OFFENSE, SERIOUSNESS AND NATURE OF THE VIOLATION, REHABILITATION AND POSITION APPLIED FOR WILL BE TAKEN INTO ACCOUNT.

**POSITION DESIRED**

Position(s) applied for _Pharmacy Sales Representative_ Salary requirement _$50K (BASE)_

Specify: ☑Full-time  Shift preferred _____
      ☐Part-time  Days and hours if part time _____

Do you have any personal responsibilities or obligations that would restrict you from working:

    ☐ early mornings    ☐ evenings    ☐ overtime    ☐ weekends

If yes, please explain: _N/A_

Were you previously employed by DaVita or one of its subsidiaries? ☐ Yes ☑ No

If yes, when and where? _____

Have you applied at any other DaVita facility or one of its subsidiaries? ☐ Yes ☑ No

If yes, when and where? _____

Names of relatives employed by DaVita _N/A_

If an offer is extended, when would you be available for work? _ASAP_

How did you become aware of the position for which you are applying? Please give source _Monster.com_

Were you referred to DaVita by a current teammate? ☐ Yes ☑ No

If yes, please list name of referring teammate: _____

Do you have a reliable method of transportation to use if you are hired to work in this facility? ☑ Yes ☐ No

Rev 1/05

PS-S1-01

**DAV-00170**

**EMPLOYMENT HISTORY** (must be completed in full)

Are you presently employed?                    ☐ Yes  ☒ No
May we contact your present employer?    ☒ Yes  ☐ No
Provide the following information of your past employers, assignments or volunteer activities, starting with the most recent:

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| 01-07-02 | 04-15-05 | C.J. Winter & Davenport Machine | (585) 429-5000 |

STARTING JOB TITLE / FINAL JOB TITLE: Regional Sales Mgr.
ADDRESS: 167 Ames St. Rochester, NY 14611 USA

IMMEDIATE SUPERVISOR AND TITLE: Mike Regini — Sales Mgr.
SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES: — Responsible for sales in SE Region, Training & Installation of Equip.

MAY WE CONTACT FOR REFERENCE?
☐ YES   ☐ NO   ☐ LATER

REASON FOR LEAVING: Lay off

HOURLY RATE / SALARY
START $ 50k plus Bonus/Comm.  PER yr
FINAL $ 50K plus Bonus/Comm.  PER yr

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| 01-2000 | 12-2001 | ITT Industries / Goulds Pumps | (407) 829-7727 |

STARTING JOB TITLE / FINAL JOB TITLE: Applications Engineer
ADDRESS: 1150 Emma Oaks Tr. Suite 150 Lake Mary, FL 32746

IMMEDIATE SUPERVISOR AND TITLE: Victoria Schmitt / Eng. Mgr.
SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES: — Tech support, sold product, quoted projects, issue credits

MAY WE CONTACT FOR REFERENCE?
☐ YES   ☐ NO   ☐ LATER

REASON FOR LEAVING: New challenge in Outside Sales

HOURLY RATE / SALARY
START $ 38,200  PER yr
FINAL $ 40,200  PER yr

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
|  |  |  | (   ) |

STARTING JOB TITLE / FINAL JOB TITLE:
ADDRESS:

IMMEDIATE SUPERVISOR AND TITLE:
SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES:

MAY WE CONTACT FOR REFERENCE?
☐ YES   ☐ NO   ☐ LATER

REASON FOR LEAVING:

HOURLY RATE / SALARY
START $        PER
FINAL $        PER

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
|  |  |  | (   ) |

STARTING JOB TITLE / FINAL JOB TITLE:
ADDRESS:

IMMEDIATE SUPERVISOR AND TITLE:
SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES:

MAY WE CONTACT FOR REFERENCE?
☐ YES   ☐ NO   ☐ LATER

REASON FOR LEAVING:

HOURLY RATE / SALARY
START $        PER
FINAL $        PER

DAV-00171

## EDUCATIONAL BACKGROUND

| | NUMBER OF YEARS | DID YOU GRADUATE | DEGREE OBTAINED |
|---|---|---|---|
| **HIGH SCHOOL** Colegio De La Salle y Bayamón, P.R. | 6 | YES | GED |
| **COLLEGE** Univ. of Central Florida Orlando, FL | 3 | **MAJOR** MECH. Engr. / **DEGREE** B.S.M.E | Engineering |
| **OTHER** | | | |

## PROFESSIONAL REFERENCES

| | | TELEPHONE | NUMBER OF YEARS KNOWN |
|---|---|---|---|
| Mike Rapini | Sales Mgr. | (585) 429-5000 | 4 |
| Victoria Schmidt | Regional Mgr. | (407) 829-7727 | 5 |
| | | ( ) | |

## PLEASE READ CAREFULLY

PLEASE DO NOT RESPOND TO THE FOLLOWING QUESTIONS UNTIL AFTER YOU HAVE READ AND/OR DISCUSSED THE JOB DESCRIPTION OF THE POSITION FOR WHICH YOU ARE APPLYING.

Do you believe you would be able to perform the essential functions of the job for which you are applying?
Answer yes or no.   ☒ Yes   ☐ No

Is there any accommodation that you believe can reasonably be made which would permit you to perform the essential functions of the job for which you are applying?  Answer yes or no.   ☐ Yes   ☒ No

Please explain the accommodation: _____
_____
_____
_____

## SKILLS AND QUALIFICATIONS

Summarize any training, skills, licenses and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying.
Inside /outside sales experience, bilingual, well organized, committed, honest, customer service oriented, technical background.

Do you speak any foreign languages?   ☒ Yes   ☐ No
If so, which language(s) ? _Spanish_
Please describe your ability: _Read / speak / write_

Please list all professional license(s) or certification(s), current or lapsed, that you have obtained:
(Please use additional paper if necessary)

Type of License/Certification:_____  License/Certification #: _____  State: _____

Type of License/Certification:_____  License/Certification #: _____  State: _____

Indicate whether there has ever been any adverse action(s) against any license(s) or certification(s) held?  ☐ YES  ☒ NO

**DAV-00172**

I certify that all of the information that I have provided on this Application for Employment is true and correct, and I understand that if any of the information is determined to be false, even if that determination is made years later, it will result in either the refusal to hire me or my immediate discharge of employment with DaVita.

I understand and agree to this provision.

Signature of applicant: _Juan C. Jenins_    Date: _10-06-05_

As a condition of employment, you must successfully complete a post-offer, pre-employment physical examination, including a drug screening and pre-employment background verification, before becoming an employee. Any job offer, as well as continued employment, is conditioned upon your being able to perform the essential functions of the job, with or without reasonable accommodation.

I understand and agree to this provision.

Signature of applicant: _Juan C. Jenins_    Date: _10-06-05_

DaVita may seek to verify the information that you have provided in this Application for Employment. By signing below, you authorize DaVita, its subsidiaries, affiliates, or any of its (their) employees or agents (collectively referred to as "DaVita") to contact any and all of the persons or organizations you have listed and to discuss your background with them. By signing below, you also release DaVita, and all of the persons, organizations, and their agents who are contacted by DaVita for this purpose, from any and all claims, of any kind or nature, which may arise now or in the future, which arises out of, is related to, or is in any way connected with the process of verifying the information you have provided.

I understand and agree to this provision.

Signature of applicant: _Juan C. Jenins_    Date: _10-06-05_

Employment with DaVita is at-will, which means that either the employee or DaVita can terminate the employment relationship at any time, for any or no reason, with or without notice. This at-will employment relationship can only be modified in writing signed by both you and an officer or director of DaVita.

I understand and agree to this provision.

Signature of applicant: _Juan C. Jenins_    Date: _10-06-05_

# DaVita®

DAV-00173