# DAVID N. KERSEY

2751 ADRAIL DR
COTTONDALE , AL 35453
205-556-8457
DAVID.KERSEY@DAVITA.COM

## OBJECTIVE

To hold a challenging position in a respectable company.

## EXPERIENCE

**1991-Present    DaVita Tuscaloosa/University Dialysis**                     Tuscaloosa, Al
*Administrative Assistant/Inventory Tech/Lab Tech/PCT*
- Patient Registration.
- Insurance Verifications
- Weekly/Monthly Lab
- Inventory/Supplies
- OSHA
- In-services
- Quality Assurance Reports
- Etc.

**1997-2001        DCH Regional Medical Center**                             Tuscaloosa, Al
*Acute Dialysis Technician*
- Physician Orders
- Patient Registration
- Endotoxin Cultures
- Set up of Acute Unit
- Disinfection of water system and RO
- State Logs
- Patient Care
- Etc..

**1995-1997        Blackwell's Discount Furniture**                          Tuscaloosa, Al
*Customer Service*
- Sales
- Accounts Payable
- Etc.

## EDUCATION

**1997            University of Alabama**                                    Tuscaloosa, Al
- GED

DAV-00166

# References

**Dr. Dirk Berry, MD**
Medical Director
535 Jack Warner Pkwy. NE. Suite-K
Tuscaloosa, Alabama 35404
(205) 556-5541

**Amy Hall, CRNP**
701 University Blvd. E. Suite-809
Tuscaloosa, Alabama 35401
(205) 345-6302

**Malia Chapman, RD**
815 University Blvd. E.
Tuscaloosa, Alabama 35401
(205) 750-5818

DAV-00167

Actions:   

Please close all other browser
windows before using these links.

**Click Here for a Full Report**

# DaVita.

**DaVita**
Rosalva De Pillo    650-696-8900    **Rosalva.DePillo@davita.com**

**Resume for Danielle McDuffie**
Candidate Phone: 704-365-3374 Email: DANIELLEMCDUFFIE@YAHOO.COM

6900 Rollingridge Dr. Home Phone 704.365.3374

Charlotte, NC 28211 daniellemcduffie@yahoo.com

# DANIELLE K. MCDUFFIE

Enclosed for your review and consideration is a resume of my professional employment and educational experience. I would like to explore the pharmacy service representative position.

In a highly competitive market such as sales, ambitious sales people make all the difference. They help drive growth by developing relationships and consumer confidence. My background in mental health provides me with a strong base of knowledge regarding psychotropic medications and other pharmaceuticals utilized in the mental health field. I am aware of practitioner needs, with that knowledge I am able to discuss specific diagnosis and the efficacy of medications in reducing the effects of a consumers mental illness.

I am a motivated self-starter with the ability to mange multiple projects and task successfully. I work well independently, requiring minimal supervision. I am organized and accustomed to making presentations.

I would welcome the opportunity to speak with you in person about the possibility of joining your team. Thank you for your consideration.

Sincerely,

Danielle McDuffie, MSW

Attachment

3777 Wayfarer Dr.   Phone 336.669.0053

**DAV-00184**

Danielle McDuffie's Resume

Greensboro, NC 27410 daniellemcduffie@yahoo.com

# DANIELLE K. MCDUFFIE

---

## SUMMARY OF QUALIFICATIONS:

- Self-motivated, displays an ability to independently make logical decisions and successfully complete tasks in a timely manner, while maintaining detail and thoroughness.
- Demonstrates organizational skills, critical thinking and responsibility for complex issues. Proficient verbal and written communicator
- A consummate learner, values opportunities to improve processes and contribute to the overall success of an organization.
- Ethical, professional and positive attitude, experience with confidential information, an ultimate team player with an ability to function independently

## EXPERIENCE:

2002-PRESENT  TRIUMPH  BURLINGTON, NC

### OUTPATIENT THERAPIST

Successful in influencing clients to make life changes for health and longevity. Documents progress towards client goals for agency record and reimbursement billing. Responsible for briefing psychiatrist on patient progress and medical treatment.

2004-2006  HOPE STREET GROUP HOME  GREENSBORO, NC

### CLINCAL CONSULTANT/ QP

Clinically supervises staff of eight, including management. Acts and provides crisis intervention and group therapy to at-risk adolescents. Supervises quality improvement activities to ensure program effectiveness. Trains and clinically supervises habilitation technicians and clinically directs group home manager.

2003-2004  A.I.L. INSURANCE CO.  RALEIGH, NC

### AGENT

Was in top 5% of company sales force.Developed and managed new territories. Identified clients needs by providing personalized insurance solutions. Tracked progress through Documentation of weekly sales reports.

2000-2001  AT&T WIRELESS  GREENSBORO, NC

### NEW ACCOUNT SERVICES REPRESENTATIVE

Expertly utilized a comprehensive network database to access service availability and account information. Responsible for reviewing credit bureau reports to determine credit worthiness. Assisted consumers in selecting rate plans.

1997-2000  BANK OF AMERICA     GREENSBORO, NC

### CONSUMER RESEARCH ANALYST

Managed a 60.90.120. collections account portfolio with a high record of success for resolving billing disputes through payment negotiations in compliance with FCC guidelines. Responsible for training new hires on bank products, practices and procedures. Promoted from risk analyst to senior risk analyst to senior research analyst within a 2 year period.

**DAV-00185**

**EDUCATION:**

2001-2002 UNIVERSITY OF SOUTH CAROLINA COLUMBIA, SC

**MSW-Masters Social Work**

1999-2001 UNIVERSITY OF NORTH CAROLINA   GREENSBORO, NC

**BSW-Bachelor Social Work**

**ACHIEVEMENTS:**

HIPPA trained   Medicaid service provider training

NCI Trained and certified  School social work license

CPR and 1ST aid certified  Provisional licensed clinical social worker

Qualified professional  Sed Care Trained

American association of pharmaceutical sales (4 hours complete)

**PUBLICATIONS:**

"Low test scores rooted in indifference at home," Greensboro News & Record. February 01, pg.10

"DMH Works to Meet Minorities 'Mental Health Needs, "IMAGES. November/December 01, pg.10

Copy and paste this entire link into a browser for a full report:
https://secure.recruitingcenter.net/RC35/Templates/REPORTS/MGR_REPORT.RS?XID=%25%23%3ES%25%5FL%28%20%
0A&CODE=0610021014&DATESELECTED=YES&LOGIN=YES&REQUESTTIMEOUT=5000

**DAV-00186**

# DaVita.

DAVITA OFFERS EQUAL EMPLOYMENT OPPORTUNITY TO ALL APPLICANTS FOR EMPLOYMENT AND TO ALL TEAMMATES WITHOUT REGARD TO RACE, COLOR, CREED, RELIGION, SEX, AGE, MARITAL STATUS, VIETNAM VETERAN STATUS, ANCESTRY, NATIONAL ORGIN, DISABILITY, MEDICAL CONDITION, PREGNANCY AND SEXUAL ORIENTATION.

**PLEASE PRINT PLAINLY**          **APPLICATION FOR EMPLOYMENT**

**PERSONAL DATA**

Job Req# _____                    Date  10.12.06

(Hiring Manager Use Only)

Name  McDuffie          Danielle          K.          Email Address  daniellemcduffie@yahoo.com

_Last Name_          _First Name_          _Initial_

Present Address  3711 Wayfarer Dr.  Gso NC 27410  Telephone  (336) 669-0058

_Street Number and Name_

Message Telephone  (   )

City  Greensboro  State  NC  Zip Code  27410

Other names under which you have worked: _____

Are you 18 years of age or older?                                                    ☑ YES   ☐ NO
Are you a U.S. Citizen or authorized to work in the U.S. on an unrestricted basis?   ☑ YES   ☐ NO
Can you, after employment, submit:
Proof of your legal right to work in the U.S.?                                       ☑ YES   ☐ NO
A birth certificate or other proof of age?                                           ☑ YES   ☐ NO

Have you ever been convicted of a crime except minor traffic offenses, marijuana-related misdemeanor convictions occurring more than two years ago or convictions, for which the criminal record has been expunged, sealed or eradicated by the court or misdemeanor convictions for which any probation has been completed and the case dismissed by court?  Please include any criminal offense related to healthcare*

☐ Yes  ☑ No

If Yes, please give the date, location and disposition of your case:

Have you ever received notice that the government proposes to exclude you from participation in federal or State healthcare programs such as Medicare/Medicaid or any other governmental program?                    ☐ YES   ☐ NO

*ANSWERING YES TO ANY OF THE ABOVE QUESTIONS DOES NOT CONSTITUTE ANY AUTOMATIC BAR TO EMPLOYMENT. FACTORS SUCH AS DATE OF THE OFFENSE, SERIOUSNESS AND NATURE OF THE VIOLATION, REHABILITATION AND POSITION APPLIED FOR WILL BE TAKEN INTO ACCOUNT.

**POSITION DESIRED**

Position(s) applied for  Pharmacy Services Rep.          Salary requirement _____

Specify:          ☑ Full-time   Shift Preferred _____
                  ☐ Part time   Days and hours if part time _____

Do you have any personal responsibilities or obligations that would restrict you from working:
☐ Early morning   ☐ Evenings   ☐ Overtime   ☐ Weekends

If yes, please explain:

Were you previously employed by DaVita or one of its subsidiaries?          ☐ YES   ☑ NO
If yes, when and where?

Have you ever applied at any other DaVita facility or one of its subsidiaries?   ☐ YES   ☑ NO
If yes, when and where?

Names of relatives employed by DaVita  Nicole Abdul-Saleam

If an offer is extended, when would you be available for work?  10.25.06

How did you hear about us? (Check one)
☐ DaVita Recruiter        ☐ DaVita Website      ☑ Teammate Referral   ☐ Patient Referral      ☐ Internet Ad
☐ JobFair/Convention      ☐ Open House          ☐ Newspaper Ad        ☐ Postcard or Flyer     ☐ Trade Journal
☐ College Recruiting      ☐ Temporary/Intern    ☐ Staffing Agency     ☐ Walk-in to Facility   ☐ Rehire
☐ Other

Please specify the name of source chosen above (such as newspaper name, patient name, website name, etc.) Nicole Abdul-Saleam
How did you become aware of the position for which you are applying? Please give source:  Nicole Abdul-Saleam

Were you referred to DaVita by a current teammate?          ☑ YES   ☐ NO
If yes, please list name of referring teammate:  Nicole Abdul-Saleam
Do you have reliable method of transportation to use if you are hired to work at this location?   ☑ YES   ☐ NO

**DAV-00187**

Distribution:
☐ Original Send to: People Services/Resource Center 1627 Cole Blvd., Lakewood, Colorado 80401
☐ Facility File

**EMPLOYMENT HISTORY** (must be completed in full)

Are you presently employed?  ☑ YES  ☐ NO

May we contact your present employer?  ☑ YES  ☐ NO

Provide the following information of your past employers, assignments or volunteer activities, starting with the most recent:

| FROM | TO | EMPLOYER | TELEPHONE (336) 229.5905 |
|------|-----|----------|--------------------------|
| 8/02 | Present | Triumph LLC | |

STARTING JOB TITLE/FINAL JOB TITLE    ADDRESS

OutPatient Therapist    915 S. Main St. Burlington NC

IMMEDIATE SUPERVISOR AND TITLE    SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES

Emily Melliken - Program Dir.    Resp. for keeping psychiatrist on patient progress / medical amend

MAY WE CONTACT FOR REFERENCE?    Successful in intervening etic to make med changes

☑ YES  ☐ NO  ☐ LATER    Documents progress towards it's goals

REASON FOR LEAVING    HOURLY RATE/SALARY  START$ 40.00 PER hr  FINAL$ 45.00 PER hr

Employed Presently

| FROM | TO | EMPLOYER | TELEPHONE (336) 375.5985 |
|------|-----|----------|--------------------------|
| 4/04 | Present | Hope Street Group Home | |

STARTING JOB TITLE/FINAL JOB TITLE    ADDRESS

Clinical Consultant / QP    2007 Lynn Rd. Greensboro NC 27405

IMMEDIATE SUPERVISOR AND TITLE    SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES

Wanda White - Director    Clinically supervises staff of 8

MAY WE CONTACT FOR REFERENCE?    Trains / clinically supervise HT

☑ YES  ☐ NO  ☐ LATER

REASON FOR LEAVING    HOURLY RATE/SALARY  START$ 60.00 PER hr  FINAL$ 60.00 PER hr

| FROM | TO | EMPLOYER | TELEPHONE (919) 571.1825 |
|------|-----|----------|--------------------------|
| 6/03 | 1/04 | American Insure Life Ins. | |

STARTING JOB TITLE/FINAL JOB TITLE    ADDRESS 5710 Six Forks Rd. Suite 201 Raleigh NC 27607

Agent

IMMEDIATE SUPERVISOR AND TITLE    SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES

Brian Wilson    Was in top 5% Sales force

MAY WE CONTACT FOR REFERENCE?    Developed / Managed new territory

☑ YES  ☐ NO  ☐ LATER    Tracked Progress through documentation

REASON FOR LEAVING    HOURLY RATE/SALARY  START$ Commission PER  FINAL$ PER

Better job opportunity

| FROM | TO | EMPLOYER | TELEPHONE (336) 288.6066 |
|------|-----|----------|--------------------------|
| 6/00 | 4/01 | At & T wireless (Cingular Wireless) | |

STARTING JOB TITLE/FINAL JOB TITLE    ADDRESS

New Account Services Rep.    2002 Pisgah ch. Rd. Greensboro nc 27455

IMMEDIATE SUPERVISOR AND TITLE    SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES

Patrice Holder    Assisted customers in selecting rate plans

MAY WE CONTACT FOR REFERENCE?

☐ YES  ☐ NO  ☐ LATER

REASON FOR LEAVING    HOURLY RATE/SALARY  START$ 10.00 PER hr  FINAL$ 11.50 PER hr

Graduate school

Distribution:
☐ Original Send to: People Services/Resource Center 1627 Cole Blvd., Lakewood, Colorado 80401
☐ Facility File

**DAV-00188**

3777 Wayfarer Dr.          Phone 336.669.0053
Greensboro, NC 27410       daniellemcduffie@yahoo.com

# DANIELLE K. MCDUFFIE

## SUMMARY OF QUALIFICATIONS:

- ❖ Self-motivated, displays an ability to independently make logical decisions and successfully complete tasks in a timely manner, while maintaining detail and thoroughness.
- ❖ Demonstrates organizational skills, critical thinking and responsibility for complex issues. Proficient verbal and written communicator
- ❖ A consummate learner, values opportunities to improve processes and contribute to the overall success of an organization.
- ❖ Ethical, professional and positive attitude, experience with confidential information, an ultimate team player with an ability to function independently

## EXPERIENCE:

**2002-PRESENT          TRIUMPH                    BURLINGTON, NC**
**OUTPATIENT THERAPIST**
Successful in influencing clients to make life changes for health and longevity. Documents progress towards client goals for agency record and reimbursement billing. Responsible for briefing psychiatrist on patient progress and medical treatment.

**2004-2006          HOPE STREET GROUP HOME          GREENSBORO, NC**
**CLINCAL CONSULTANT/ QP**
Clinically supervises staff of eight, including management. Acts and provides crisis intervention and group therapy to at-risk adolescents. Supervises quality improvement activities to ensure program effectiveness. Trains and clinically supervises habilitation technicians and clinically directs group home manager.

**2003-2004          A.I.L. INSURANCE CO.          RALEIGH, NC**
**AGENT**
Was in top 5% of company sales force.Developed and managed new territories. Identified clients needs by providing personalized insurance solutions. Tracked progress through Documentation of weekly sales reports.

**2000-2001          AT&T WIRELESS          GREENSBORO, NC**
**NEW ACCOUNT SERVICES REPRESENTATIVE**
Expertly utilized a comprehensive network database to access service availability and account information. Responsible for reviewing credit bureau reports to determine credit worthiness. Assisted consumers in selecting rate plans.

**1997-2000          BANK OF AMERICA          GREENSBORO, NC**
**CONSUMER RESEARCH ANALYST**
Managed a 60.90.120. collections account portfolio with a high record of success for resolving billing disputes through payment negotiations in compliance with FCC guidelines. Responsible for training new hires on bank products, practices and procedures. Promoted from risk analyst to senior risk analyst to senior research analyst within a 2 year period.

## EDUCATION:

**2001-2002          UNIVERSITY OF SOUTH CAROLINA          COLUMBIA, SC**
**MSW-Masters Social Work**
**1999-2001          UNIVERSITY OF NORTH CAROLINA          GREENSBORO, NC**
**BSW-Bachelor Social Work**

## ACHIEVEMENTS:

HIPPA trained                          Medicaid service provider training
NCI Trained and certified              School social work license
CPR and 1ST aid certified              Provisional licensed clinical social worker
Qualified professional                 Sed Care Trained
American association of pharmaceutical sales (4 hours complete)

## EDUCATIONAL BACKGROUND

| NAME AND LOCATION | NUMBER OF YEARS COMPLETED | DID YOU GRADUATE? | | COURSE OF STUDY |
|---|---|---|---|---|
| HIGH SCHOOL Ben L. Smith Greensboro NC | 2 | Yes | | General |
| COLLEGE UNC-Greensboro Greensboro NC | 2 | MAJOR Social work | DEGREE BSW | Social work |
| OTHER USC-Columbia Columbia SC | 1 | Social work | MSW | Social work |

## PROFESSIONAL REFERENCES

| NAME | JOB TITLE | TELEPHONE | NUMBER OF YEARS KNOWN |
|---|---|---|---|
| Gregory Allen | Program Director | (77) 229.5905 ext 209 | 3 |
| Wanda White | Director | (33) 382.9534 | 3 |
| Damita Gray | | (34) 349.3464 | 3 |

## PLEASE READ CAREFULLY

PLEASE DO NOT RESPOND TO THE FOLLOWING QUESTIONS UNTIL AFTER YOU HAVE READ AND/OR DISCUSSED THE JOB DESCRIPTION OF THE POSITION FOR WHICH YOU ARE APPLYING.

Do you believe you would be able to perform the essential functions of the job for which you are applying?
Answer yes or no    ☒ YES    ☐ NO

Is there any accommodation that you believe can reasonably be made which would permit you to perform the essential functions of the job for which you are applying?    Answer yes or no    ☐ YES    ☒ NO
Please explain the accommodation:

## SKILLS AND QUALIFICATIONS

Summarize any training, skills, licenses and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying.

HIPPA trained, NCI trained/certified, CPR/1st Aid 65 wpm Microsoft word, excel, works, powerpoint

Do you speak any foreign languages?    ☐ YES    ☒ NO
If so, which language(s)?

Please describe your ability:

Please list all professional license(s) or certifications(s), current or lapsed, that you have obtained:
(Please use additional paper if necessary)

| Type of License/Certification: P-LCSW | License/Certification#: | State: |
|---|---|---|
| Type of License/Certification: Nc Life & Health | License/Certification#: | State: |

Indicate whether there has ever been any adverse action(s) against any license(s) or certification(s) held?    ☐ YES    ☒ NO

If you answered yes, please explain:

Distribution:
☐ Original Send to: People Services/Resource Center 1627 Cole Blvd., Lakewood, Colorado 80401
☐

I certify that all of the information that I have provided on this Application for Employment is true and correct, and I understand that if any of the information is determined to be false, even if that determination is made years later, it will result in either the refusal to hire me or my immediate discharge from employment with DaVita.

As a condition of employment, you must successfully complete a post-offer, pre-employment assessment examination, including a drug screening and pre-employment background verification, before becoming a teammate. Any job offer, as well as continued employment, is conditioned upon your being able to perform the essential functions of the job, with or without reasonable accommodation.

DaVita may seek to verify the information that you have provided in the Application for Employment. By signing below, you authorize DaVita, its subsidiaries, affiliates or any of its (their) teammates or agents (collectively referred to as "DaVita") to contact any and all of the persons or organizations you have listed and to discuss your background with them. By signing below, you also release DaVita, and all of the persons, organizations and their agents who are contacted by DaVita for this purpose, from any and all claims, of any kind or nature, which may arise now or in the future, which arises out of, is related to, or is in any way connected with the process of verifying the information you have provided.

Employment at DaVita is at-will, which means that, if you are hired, either you or DaVita may terminate the employment relationship at any time, for any or no reason, with or without notice. This at-will employment relationship can only be modified in writing signed by both you and an officer or director of DaVita.

I understand and agree to all of the above provisions.

Signature of applicant: _Dall McDyvn_          Date: _10. 12.04_

Distribution:
☐ Original Send to: People Services/Resource Center 1627 Cole Blvd., Lakewood, Colorado 80401

01/31/2007  09:06    9729912740          CROWNE PLAZA DALLAS                    PAGE  04
                                                        ✦                T-304  P.002/002  F-670

May-03-2008  07:55am  From-

Luz M. Monge
1142 S. Diamond Bar Blvd. #214, Diamond Bar, Ca. 91765
909-627-2162
LuzMonge1229@yahoo.com

| | | |
|---|---|---|
| **Objective** | To secure a position comparable to my skills | |
| **Experience** | Hemo-Stat Inc. Marketing Representative | **1983-1985** |
| | Stat-Care Inc. Owner | **1985-1989** |

- Marketing to the Hospital Administrations, Physicians, and Nurses.
- Seminars for the Kidney Foundations
- Acted as a liaison between Hemo-stat and the client.
- Hired employees

**Hemodialysis Technician**

- Set up and monitor dialysis machines and systems Observe dialysis and RO water systems for correct functioning, respond to visual and audible alarms and makes appropriate adjustments pre, during, and after the dialysis treatment.
- Provide chronic hemodialysis therapy: recommends a dialysis plan for ultra filtration to RN, initiate dialysis via approved accesses, observe all safety measures, monitor patient vital signs applicable to critically ill patients, administer fluid therapy or other appropriate treatments as directed, document activity appropriately.
- Collect patient data: monitor and document status of vascular access, reviews lab work, patient observations, and seeks guidance when levels are out of "normal" range for ESRD patients.
- Training patients and families for home dialysis.
- Preceptor, training new employees, and orientations.

| | |
|---|---|
| - **BMA DIALYSIS** | **May1973-June1980** |
| - **VA HOSPITAL** | **July1978-July1980** |
| - **CDS DIALYSIS** | **July1980-Aug1983** |
| - **POMONA DIALYSIS** | **Sep1989-Nov1992** |
| - **LA PUENTE DIALYSIS** | **Nov1982-Present** |
| - **DAVITA DIALYSIS** | **Jan1998-Present** |

| | | |
|---|---|---|
| **EDUCATION** | - St. Luke Nursing School-RN | **June 1975** |

DAV-00192

10/06/06  14:31 FAX 405 751 7860    KINKO'S QUAIL SPRINGS    @006

**ARUN NAGRATH**
114 Froman Street
Athol, MA 01331

Home (978)249-2717 / Cell (978)895-8240
arun_nagrath06@yahoo.com

Dynamic successful Sales and Marketing Manager seeking Specialty Sales position. Skilled in Account Management, Direct Sales and Business Management. Extensive experience in Specialty Sales. Proven account of improving operations and increasing profitability with cross-functional expertise in sales and organizational skills. Self-motivated, hard-working individual well versed in CRM, traditional and e-marketing. A leader and effective team player with skills to coordinate several tasks simultaneously. Prompt with marketing applications of new pharmaceutics technology.

**Comprehensive Experience:**

- Outside Pharmaceutical Sales/ Sales Analysis
- Cardiac/CNS Product Management
- New Territory Development / Project Management

- Implementation of Marketing Strategies
- Business to Business Sales
- Planning and Forecasting Sales
- Creative Development of Promotional Inputs

**Employment:**

**Pharmacy Tech**
CVS Pharmacy    MA         2006- present

Provide excellent customer service. Data entry of the prescription through advanced software, filling prescriptions. Calling on customers. Managing Inventory. Dealing with PPO, HMO and other Insurance related policies.
**Select Achievements:**
ACPE Accreditation/HIPPA Compliance Training

**Product Manager**
Baroda Pharma Pvt Ltd, India    2001 - 2005

Provide Marketing and Sales support to the Marketing Management through territory development, training and business development plans. Sales Management of 19 states with 240 representatives. Developed and trained a network of distributors and franchise operations for different states. Designed and developed training manuals and administrative formats for field staff. Developed strong communication tools for representatives through novel visual aids, brochures, product manuals and various other motivational drivers.

**Select Achievements:**

Successfully handled products in Cardiac, Antifungal, CNS and NSAID segments with excellent track record of brand performance.
Instrumental in increasing sales by 300% of four major Cardiac brands and consistent improvement of non-performing brands with introduction of NDDS technology.
Consistent increase in sales year after year by 20% or more.
Cultivated and implemented innovative concept of the ideal manager.
Introduced scientific promotion of brands through introduction of special cardiac magazine "Barostatin Pulse" and CD's.
Increased employee retention rate 20% by focusing on motivational and confidence building strategies.
Introduced strategic sales marketing operation called URJA and increased annual sales by 30% and profits by 12% of the target.
Participated actively in various Health Day programs of WHO, AHA, APA and WWF.
Assisted with clinical research for NSAID combination drug therapy in association with Pharmacology and Orthopedic Department of Medical College.

1

**DAV-00197**

**Product Manager**
DWD PHARMA LTD, India          2000 - 2001

Sales analyses for 22 operating states on biweekly basis and provided feed back on assigned brand segment to General Sales Manager and Director; developed promotional tools, marketing strategy and budget as a Product Management team member. Traveled extensively for field work calling on physicians, hospitals and institutions. Provided on the job training to medical representatives. Provided classroom product and sales training to a team of 365 representative and managers. Successfully handled Nutritional, Gynecological and Anti-infective and Healthcare products.  Coordinated and presented Marketing plan and budget for assigned brands.

**Select Achievements:**
Substantially increased customer base from 3300 doctors to 5000 doctors resulting in cost effective returns.
Launched Fluoroquinolones (Ciprofloxacin, Ofloxacin, and Gatifloxacin).
Increased sales from 90 bottles to 345 YPM for XL 90 cough expectorant.
Recorded sales of $2.5 million over previous year sales of $2 million for Zest group nutritional products.
Conducted market research study through numerous methods and surveyed data for pre-launch of new entities.

**Sales Manager**
Sunij Pharmaceuticals ltd, India      1997 - 2000

Developing new markets, Institutional B2B and Hospital sales and training of medical representatives. Coordinated training and developed sales promotional inputs.

**Select Achievements:**
Opened new areas of operation, created sound presence in all newly developed territories. Developed institutional and health organization business.
Highest ever record sales in the industry for Anti TB drugs in the region with average monthly sales of 1200 boxes per representative.
Actively participated in Conferences of Indian Medical Association and seminars as well NGO programs.
Created patient friendly company image.

**Medical Representative**
Themis Chemicals Ltd, India      1985 - 1996

Achieving sales targets, establishing brands, providing competitors feed back.

**Select Achievements:**
Received several "Certificate of Merit Awards" for excellent sales performance.
Repetitive achiever of the "Award of Excellence in Detailing."
Rated 2nd best representative in the western region.
Independently handled the east zone of Rajasthan India with record sales in Anti-TB drugs.
Assisted with clinical research for inj Ketamine Hcl (anesthetic agent)

**Publications**
Barostatin Pulse. In house publication for circulation to medical professionals.
Co- Author Dr.CM Shah/ TB Association of Gujarat. **Know More About TB.** Independent Magazine.

**Education**
GND University India.  Bachelor of Science.

**Professional Meetings**
Medical copy writing Workshop, Indian Express Bombay, 2002

2

**DAV-00198**



DAVITA OFFERS EQUAL EMPLOYMENT OPPORTUNITY TO ALL APPLICANTS FOR EMPLOYMENT AND TO ALL TEAMMATES WITHOUT REGARD TO RACE, COLOR, CREED, RELIGION, SEX, AGE, MARITAL STATUS, VIETNAM VETERAN STATUS, ANCESTRY, NATIONAL ORGIN, DISABILITY, MEDICAL CONDITION, PREGNANCY AND SEXUAL ORIENTATION.

PLEASE PRINT PLAINLY          **APPLICATION FOR EMPLOYMENT**

| **PERSONAL DATA** | | | | |
|---|---|---|---|---|
| Job Req# | | Date | October 11, 2006 | |
| (Hiring Manager Use Only) | | | | |
| Name    Nagrath | Arun | Email Address | arun_nagrath06@yahoo.com | |
| Last Name | First Name | Initial | | |
| Present Address    114 Froman St. | | Telephone | (978)    249-2717 | |
| Street Number and Name | | | | |
| | | Message | | |
| Athol    MA    01331 | | Telephone | (978)    895-8240 | |
| City    State    Zip Code | | | | |
| Other names under which you have worked:  N/A | | | | |

| | | |
|---|---|---|
| Are you 18 years of age or older? | ☒ YES | ☐ NO |
| Are you a U.S. Citizen or authorized to work in the U.S. on an unrestricted basis? | ☒ YES | ☐ NO |
| Can you, after employment, submit: | | |
| Proof of your legal right to work in the U.S.? | ☒ YES | ☐ NO |
| A birth certificate or other proof of age? | ☒ YES | ☐ NO |

Have you ever been convicted of a crime except minor traffic offenses, marijuana-related misdemeanor convictions occurring more than two years ago or convictions, for which the criminal record has been expunged, sealed or eradicated by the court or misdemeanor convictions for which any probation has been completed and the case dismissed by court? Please include any criminal offense related to healthcare*
☐ Yes    ☒ No
If Yes, please give the date, location and disposition of your case:

Have you ever received notice that the government proposes to exclude you from participation in federal or State healthcare programs such as Medicare/Medicaid or any other governmental program?    ☐ YES    ☒ NO
*ANSWERING YES TO ANY OF THE ABOVE QUESTIONS DOES NOT CONSTITUTE ANY AUTOMATIC BAR TO EMPLOYMENT, FACTORS SUCH AS DATE OF THE OFFENSE, SERIOUSNESS AND NATURE OF THE VIOLATION, REHABILITATION AND POSITION APPLIED FOR WILL BE TAKEN INTO ACCOUNT.

| **POSITION DESIRED** | | | | | |
|---|---|---|---|---|---|
| Position(s) applied for    PSR | | Salary requirement $50,000 | | | |
| Specify:    ☒  Full-time    Shift Preferred | | | | | |
| ☐  Part time    Days and hours if part time | | | | | |
| Do you have any personal responsibilities or obligations that would restrict you from working: | | | | | |
| ☐  Early morning    ☐  Evenings    ☐  Overtime    ☐  Weekends | | | | | |
| If yes, please explain: | | | | | |
| Were you previously employed by DaVita or one of its subsidiaries? | | | ☐ YES | ☒ NO | |
| If yes, when and where? | | | | | |
| Have you ever applied at any other DaVita facility or one of its subsidiaries? | | | ☐ YES | ☒ NO | |
| If yes, when and where? | | | | | |
| Names of relatives employed by DaVita | | | | | |
| If an offer is extended, when would you be available for work?    10/23/06 | | | | | |

How did you hear about us? (Check one)
| | | | |
|---|---|---|---|
| ☐  DaVita Recruiter | ☐  DaVita Website | ☐  Teammate Referral | ☐  Patient Referral | ☒  Internet Ad |
| ☐  JobFair/Convention | ☐  Open House | ☐  Newspaper Ad | ☐  Postcard or Flyer | ☐  Trade Journal |
| ☐  College Recruiting | ☐  Temporary/Intern | ☐  Staffing Agency | ☐  Walk-in to Facility | ☐  Rehire |
| ☐  Other | | | | |

| | |
|---|---|
| Please specify the name of source chosen above (such as newspaper name, patient name, website name, etc.) | Career Builder |
| How did you become aware of the position for which you are applying? Please give source: | |
| **Career Builder E-mail** | |
| Were you referred to DaVita by a current teammate?    ☐ YES    ☒ NO | |
| If yes, please list name of referring teammate: | |
| Do you have reliable method of transportation to use if you are hired to work at this location?    ☒ YES    ☐ NO | |

Distribution:
☐ Original Send to: People Services/Resource Center 1627 Cole Blvd., Lakewood, Colorado 80401

**DAV-00199**

**EMPLOYMENT HISTORY** (must be completed in full)

Are you presently employed? ☒ YES ☐ NO

May we contact your present employer? ☒ YES ☐ NO

Provide the following information of your past employers, assignments or volunteer activities, starting with the most recent.

| FROM | Feb 06 | TO | present | EMPLOYER | CVS Pharmacy | | TELEPHONE | (978) | 249-7928 |
|---|---|---|---|---|---|---|---|---|---|

Pharmacy Associate / Pharmacy Tech                    1653 Main Street Athol, MA 01331

STARTING JOB TITLE/FINAL JOB TITLE          ADDRESS

Lynn M. McMullen - Pharmacist / Manager   Provide customer service. Data entry of the prescriptions through advanced software, filling Prescriptions. Calling on customers. Managing Inventory. Dealing with PPO, HMO and other Insurance related policies.

IMMEDIATE SUPERVISOR AND TITLE   SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES

MAY WE CONTACT FOR REFERENCE?

☒ YES ☐ NO ☐ LATER

REASON FOR LEAVING          HOURLY RATE/SALARY

N/A          START$ 8.50       PER   HR     FINAL$  8.50       PER   HR

| FROM | 05/01 | TO | 06/05 | EMPLOYER | Baroda Pharma Pvt. Limited - India | | TELEPHONE | 01191 | 265-235-8870 |
|---|---|---|---|---|---|---|---|---|---|

Product Manager / Product Manager                1 RC Patel Industrial Estate, Baroda, India 310020

STARTING JOB TITLE/FINAL JOB TITLE          ADDRESS

Dinesh Patel / Managing Director          Provide Marketing and Sales support to the Marketing Management through territory development, training and business development plans. Developed and trained a network of distributors and franchise operations for different states. Designed and developed training manuals and administrative formats for field staff. Developed strong communication tool for representatives through novel visual aids brochures, product manuals and motivational drivers.

IMMEDIATE SUPERVISOR AND TITLE   SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES

MAY WE CONTACT FOR REFERENCE?

☒ YES ☐ NO ☐ LATER

REASON FOR LEAVING          HOURLY RATE/SALARY – Non-applicable to US $$ - Asia

          START$ N/A to US $   PER          FINAL$          PER

Relocated to the US

| FROM | 04/00 | TO | 04/01 | EMPLOYER | DWD PHARMA LTD | | TELEPHONE | 01191 | (22)284-5806 |
|---|---|---|---|---|---|---|---|---|---|

Product Executive / Product Manager          4th Flr.,Dalamal Hse., Nariman Point,Mumbai- India 400021

STARTING JOB TITLE/FINAL JOB TITLE          ADDRESS

Gopal Krishna / General Manager Marketing   Sales analyses for 22 operating states; developed promotional tools, marketing Strategy and budget as a Product Management team member. Traveled extensively for field work calling on physicians, hospitals and institutions. Provided on the job training to medical representatives.

IMMEDIATE SUPERVISOR AND TITLE   SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES

MAY WE CONTACT FOR REFERENCE?

☒ YES ☐ NO ☐ LATER

REASON FOR LEAVING          HOURLY RATE/SALARY – Non applicable to US $$ - Asia

          START$ N/A to US$   PER          FINAL$          PER

Company Relocated

Distribution:
☐ Original Send to: People Services/Resource Center 1627 Cole Blvd., Lakewood, Colorado 80401

**DAV-00200**

## EDUCATIONAL BACKGROUND

| NAME AND LOCATION | NUMBER OF YEARS COMPLETED | DID YOU GRADUATE? | | COURSE OF STUDY |
|---|---|---|---|---|
| HIGH SCHOOL AECS, Rawathbahta, Rajasthan, India | 12 | yes | | |
| COLLEGE GND University, Amritsar, India | 3 | MAJOR Chemistry | DEGREE BS | Sciences |
| OTHER | | | | |

## PROFESSIONAL REFERENCES

| NAME | JOB TITLE | TELEPHONE | | NUMBER OF YEARS KNOWN |
|---|---|---|---|---|
| Lynn McMullen Jack Flyss | Pharmacist/Manager Pharmacist | (978) (978) | 249-7928 939-8774 | 9 months 9 months |
| Dinesh Patel | Managing Director | (01191) | 265-235-8807 | 5 Years |
| MK Mohan | Marketing Manager | (01191) | 938-883-3125 | 5 Years |

## PLEASE READ CAREFULLY

PLEASE DO NOT RESPOND TO THE FOLLOWING QUESTIONS UNTIL AFTER YOU HAVE READ AND/OR DISCUSSED THE JOB DESCRIPTION OF THE POSITION FOR WHICH YOU ARE APPLYING.

Do you believe you would be able to perform the essential functions of the job for which you are applying?
Answer yes or no    ☒ YES    ☐ NO

Is there any accommodation that you believe can reasonably be made which would permit you to perform the essential functions of the job for which you are applying?    Answer yes or no    ☐ YES    ☒ NO
Please explain the accommodation:
No accommodations required

## SKILLS AND QUALIFICATIONS

Summarize any training, skills, licenses and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying.

Outside Pharmaceutical Sales/ Sales Analysis, Business to Business Sales, Brand Management

Product Management Copy Writing Certification

| Do you speak any foreign languages? | ☒ YES | ☐ NO |
|---|---|---|

If so, which language(s)?    Hindi
Please describe your ability:    Can speak, write and read Hindi.

Please list all professional license(s) or certifications(s), current or lapsed, that you have obtained:
(Please use additional paper if necessary)

| Type of License/Certification: | License/Certification#: | State: |
|---|---|---|
| Type of License/Certification: | License/Certification#: | State: |

Indicate whether there has ever been any adverse action(s) against any license(s) or certification(s) held?    ☐ YES    ☐ NO

If you answered yes, please explain:

**DAV-00201**

I certify that all of the information that I have provided on this Application for Employment is true and correct, and I understand that if any of the information is determined to be false, even if that determination is made years later, it will result in either the refusal to hire me or my immediate discharge from employment with DaVita.

As a condition of employment, you must successfully complete a post-offer, pre-employment assessment examination, including a drug screening and pre-employment background verification, before becoming a teammate. Any job offer, as well as continued employment, is conditioned upon your being able to perform the essential functions of the job, with or without reasonable accommodation.

DaVita may seek to verify the information that you have provided in the Application for Employment. By signing below, you authorize DaVita, its subsidiaries, affiliates or any of its (their) teammates or agents (collectively referred to as "DaVita) to contact any and all of the persons or organizations you have listed and to discuss your background with them. By signing below, you also release DaVita, and all of the persons, organizations and their agents who are contacted by DaVita for this purpose, from any and all claims, of any kind or nature, which may arise now or in the future, which arises out of, is related to, or is in any way connected with the process of verifying the information you have provided.

Employment at DaVita is at-will, which means that, if you are hired, either you or DaVita may terminate the employment relationship at any time, for any or no reason, with or without notice. This at-will employment relationship can only be modified in writing signed by both you and an officer or director of DaVita.

I understand and agree to all of the above provisions.

Signature of applicant: _____    Date: 10 / 11 / 06

**DAV-00202**



Rosalva De Pillo
650-696-8900
Rosalva.DePillo@davita.com

## Resume for Paula Nash

**Candidate Phone: 314-581-8589 | Email:**
**JUSIN2@MSN.COM**

Paula Nash
3948-A Westminster PL *Saint Louis, Missouri 63108*(314) 581-
8589*jusin2@msn.com

QUALIFICATION SUMMARY
Strong interpersonal, communication, and relationship building skills with a proven
track record for obtaining results by implementing and executing projects to achieve
success. Very versatile with excellent problem solving and analytical skills, this is
an asset in a growing company.

EXPERIENCE
Marketing/Sales Representative
Medi-Plex Healthcare Professionals * St. Louis, Missouri June 2005 to Present
Responsibilities: sales and marketing of home healthcare to approximately 350
physician including office base physician's, hospitals, nursing homes and assisted
living facilities in the Southern Illinois area. Customize sales presentations to
educate physicians, home healthcare providers and families on home healthcare and
criteria for homebound status.
* Increase and sustain referral base by 35% within the first 90 days of territory
* Developed and implemented a strategic market plan to increase Medicare referral
base by 50% for the Southern Illinois region within one year
* Ranked #1 out of a marketing team of seven
* Established an existing referral base by securing seven family developments
which include homebound elderly residents

Commercial Sales Representative
Imagistics (formerly Pitney Bowes) * St. Louis, Missouri October 2004 to May
2005
Responsibilities: outside sales representative marketing copiers and fax machines in
a business-to-business environment. Responsible for selling the full line of
Imagistics products, systems and services while, acting as a consultant to customers
regarding office imaging and document solutions.

**DAV-00203**

* Successfully trained newly acquired clients for the South County region
* Expanded current customer base to 16%, which was 4% greater than the top sales representative one year prior which included a client base of 1,100
* Acquired 113 potential clients to corporate database which led to eight new clients

Customer Resolution Agent
Toyota Financial Services *Chandler, Arizona August 1997 to August 2004
Responsibilities: successfully perform direct credit investigations on credit offerings to increase sales volume and resolved customers issues. Responsible for maintaining delinquency and losses at or below company objectives by implementing strategic programs.
* Resolved consumer's problem satisfactorily with an average of 95%
* Call evaluation scores consistently averaged 99%, while the department goal was 95%
* 2003 recipient of a Gem Award for excellent Customer Focus Resolution
* Acknowledge as one of the top team players that led to St. Louis ranking #2 in meeting national goals
* Managed team portfolio of over $75 million

EDUCATION
Masters of Business/Business Administration, June 2004; University of Phoenix, Phoenix, Arizona
Bachelors of Arts/Psychology, January 2001; University of Missouri St. Louis, Saint Louis, Missouri
Pharmaceutical Preceptorship, February 2005; Observed Pharmaceutical Sales Representative for 3 days. Gained valuable insight into the sales position, including territory management, product detailing, targeting

REFERENCES AVAILABLE UPON REQUEST

DAV-00204

## Candidate Cover Letter / Comments

Paula Nash
3948-A Westminster PL •Saint Louis, Missouri 63108•(314) 581-
8589•jusin2@msn.com


Dear Hiring Manager:

Are you looking for a self-motivated, disciplined, goal-oriented individual to join
your sales team?

I am interested in a position with DaVita because of their commitment to provide
genuine care and support, not only for those to whom they provide care with, but
those they work shoulder-to-shoulder with as well. With over four years of customer
resolution experience, my ability to deal with diverse groups is very impressive. I
bring a variety of developed skills such as: motivation, good listening skills and the
drive to get the job done. The sales industry is very intriguing and challenging and I
can't think of a better career where I am rewarded for my hard work and at the same
time I am selling a reputable product from a reputable firm such as DaVita.

A successful Sales Representative is an individual who is disciplined, driven, and
who wants to be rewarded for his/her hard work. He/She is willing to go that extra
mile to make that last call at 6p.m. when everybody else has gone home. In other
words, they must possess a "PHD" attitude: Poor, Hungry, and Driven. All of this
describes me.

Thank you very much for your consideration. I look forward to discussing my
background in more details with you during a personal interview.

Sincerely yours,


Paula Nash

Enclosure: Resume

**DAV-00205**

03/17/2006  15:25  3147217280    MEDI PLEX    PAGE  07/10



## APPLICATION FOR EMPLOYMENT

DAVITA OFFERS EQUAL EMPLOYMENT OPPORTUNITY TO ALL APPLICANTS FOR EMPLOYMENT AND TO ALL EMPLOYEES WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, AGE, MARITAL STATUS, VETERAN STATUS, ANCESTRY, NATIONAL ORIGIN, DISABILITY, MEDICAL CONDITION, PREGNANCY OR SEXUAL ORIENTATION.

PLEASE PRINT PLAINLY

### PERSONAL DATA

Date  __3/16/06__

Name  __Nash__  __Paula__
       Last Name   First Name   Initial

Email Address:  __Jusin2@msn.com__

Present Address  __3948-A Westminster__
                 Street Number and Name

Telephone (__314__)  __581-8589__

__St. Louis__   __MO__   __63108__
   City          State    Zip Code

Message
Telephone (__314__)  __581-8589__

Other names under which you have worked  __Pauline Nash__

Are you a U.S. citizen or authorized to work in the U.S. on an unrestricted basis?  ☒YES  ☐NO

Can you, after employment, submit:

    Proof of your legal right to work in the U.S.?  ☐YES  ☐NO

    A birth certificate or other proof of age?  ☒YES  ☐NO

Have you ever been convicted of a crime except for minor traffic offenses, marijuana-related misdemeanor convictions occurring more than two years ago or convictions for which the criminal record has been expunged, sealed or eradicated by the court or misdemeanor convictions for which any probation has been terminated and the case dismissed by court?
Please include any criminal offense related to healthcare*
If yes, please give the date, location and disposition of your case.  ☐YES  ☒NO

__N/A__

Have you ever received notice that the government proposes to exclude you from participation in federal or state healthcare programs such as Medicare/Medicaid or any other governmental program?*  ☐YES  ☒NO

*ANSWERING "YES" TO ANY OF THE ABOVE QUESTIONS DOES NOT CONSTITUTE AN AUTOMATIC BAR TO EMPLOYMENT. FACTORS SUCH AS DATE OF THE OFFENSE, SERIOUSNESS AND NATURE OF THE VIOLATION, REHABILITATION AND POSITION APPLIED FOR WILL, BE TAKEN INTO ACCOUNT.

### POSITION DESIRED

Position(s) applied for  __Pharmacy Service Rep__    Salary requirement  __"open"__

Specify:  ☒Full-time  Shift preferred  __mornings__
          ☐Part-time  Days and hours if part time ____

Do you have any personal responsibilities or obligations that would restrict you from working:

    ☐ early mornings    ☐ evenings    ☐ overtime    ☐ weekends

If yes, please explain:  __NO__

Were you previously employed by DaVita or one of its subsidiaries?  ☐ Yes  ☒No

If yes, when and where? ____

Have you applied at any other DaVita facility or one of its subsidiaries?  ☐ Yes  ☒ No

If yes, when and where? ____

Names of relatives employed by DaVita  __N/A__

If an offer is extended, when would you be available for work?  __2 weeks notice__

How did you become aware of the position for which you are applying? Please give source __CareerBuilder.com__

Were you referred to DaVita by a current teammate?  ☐ Yes  ☒No

If yes, please list name of referring teammate: ____

Do you have a reliable method of transportation to use if you are hired to work in this facility?  ☒ Yes  ☐ No

Rev 1/06                                                                      PS-51-01

DAV-00206

**EMPLOYMENT HISTORY** (must be completed in full)

Are you presently employed?  ☒ Yes  ☐ No
May we contact your present employer?  ☐ Yes  ☒ No
Provide the following information of your past employers, assignments or volunteer activities, starting with the most recent.

| FROM / TO | EMPLOYER | TELEPHONE |
|---|---|---|
| 6/2005 – Present | Medi-Plex Health Professionals | (314) 721-3434 |

STARTING JOB TITLE / FINAL JOB TITLE: Marketing Sales Rep
ADDRESS: 200 S. Hanley Clayton, MO 63105
IMMEDIATE SUPERVISOR AND TITLE / SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES: Glenda White-Kendall/owner  Sales/marketing of home healthcare to physicians.
MAY WE CONTACT FOR REFERENCE?

☐ YES  ☐ NO  ☒ LATER
REASON FOR LEAVING: Still employed
HOURLY RATE / SALARY  START $ "40K Annually"  PER  FINAL $ "same"  PER

| FROM / TO | EMPLOYER | TELEPHONE |
|---|---|---|
| 10/2004 – 6/2005 | Imagistics International | 314 469-8585 |

STARTING JOB TITLE / FINAL JOB TITLE: Commercial Sales Rep.
ADDRESS: 1968 Craig Rd  St. Louis MO
IMMEDIATE SUPERVISOR AND TITLE / SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES: Derek White/Manager  Outside sales representative marketing copiers business to busine
MAY WE CONTACT FOR REFERENCE?

☒ YES  ☐ NO  ☐ LATER
REASON FOR LEAVING: Better employment
HOURLY RATE / SALARY  START $ 29,000  PER Annually + Comm.  FINAL $ "Same" PER

| FROM / TO | EMPLOYER | TELEPHONE |
|---|---|---|
| 3/2002 – 8/2004 | Toyota Financial Services | (602) 244-1400  X 32/25 |

STARTING JOB TITLE / FINAL JOB TITLE: Customer Service Rep.
ADDRESS: 3200 W. Ray Rd Chandler, AZ
IMMEDIATE SUPERVISOR AND TITLE / SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES: appropriate solutions to resolve issues
Stormy Webster/Team Leader  Analyze account characteristics and recommend
MAY WE CONTACT FOR REFERENCE?

☒ YES  ☐ NO  ☐ LATER
REASON FOR LEAVING: Relocate back home
HOURLY RATE / SALARY  START $ 33K  PER annually  FINAL $ 35K  PER annually

| FROM / TO | EMPLOYER | TELEPHONE |
|---|---|---|
| 8/1997 – 3/2002 | Toyota Motor Credit | 314, 569-8700 |

STARTING JOB TITLE / FINAL JOB TITLE: Credit Investigator/Account Manager
ADDRESS: 600 Emerson Rd Chesterfield MO
IMMEDIATE SUPERVISOR AND TITLE / SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES: for accuracy.
Lance Smith/Credit Analyst  Review contracts and credit applications
MAY WE CONTACT FOR REFERENCE?

☐ YES  ☒ NO  ☐ LATER
REASON FOR LEAVING: No longer employed
HOURLY RATE / SALARY: W/ same Co. - transfer to Arizona  START $ 25K  PER Annually  FINAL $ 33K  PER annually

DAV-00207

03/17/2006  15:25   3147217280                    MEDI PLEX                         PAGE  09/10

## EDUCATIONAL BACKGROUND

| NAME AND LOCATION | NUMBER OF YEARS COMPLETED | DID YOU GRADUATE? | COURSE OF STUDY |
|---|---|---|---|
| HIGH SCHOOL East St. Louis Sr. High East St. Louis IL | 3 | Yes | General |
| COLLEGE University of Missouri - St. Louis St. Louis MO | 3 | MAJOR Psychology DEGREE BA | Psychology |
| OTHER University of Phoenix Chandler AZ | 2 | Business Administration mBA | Business |

## PROFESSIONAL REFERENCES

| NAME | JOB TITLE | TELEPHONE | NUMBER OF YEARS KNOWN |
|---|---|---|---|
| Joe Buffo | Credit Manager | (678) 245 - 3979 | 16 |
| Stormy Webster | Manager | (480) 224 - 1000 | 2 |
| Kevin Riggs | Lobbyist | (314) 444 - 1108 | 30+ |

## PLEASE READ CAREFULLY

PLEASE DO NOT RESPOND TO THE FOLLOWING QUESTIONS UNTIL AFTER YOU HAVE READ AND/OR DISCUSSED THE JOB DESCRIPTION OF THE POSITION FOR WHICH YOU ARE APPLYING.

Do you believe you would be able to perform the essential functions of the job for which you are applying? Answer yes or no.  ☒ Yes  ☐ No

Is there any accommodation that you believe can reasonably be made which would permit you to perform the essential functions of the job for which you are applying? Answer yes or no.  ☐ Yes  ☒ No

Please explain the accommodation: _____

_____

_____

## SKILLS AND QUALIFICATIONS
Summarize any training, skills, licenses and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying.

_____

_____

Do you speak any foreign languages?  ☐ Yes  ☒ No

If so, which language(s) ? _____

Please describe your ability: _____

Please list all professional license(s) or certification(s), current or lapsed, that you have obtained:
(Please use additional paper if necessary)

Type of License/Certification: _____  License/Certification #: _____  State: ____

Type of License/Certification: _____  License/Certification #: _____  State: ____

Indicate whether there has ever been any adverse action(s) against any license(s) or certification(s) held? ☐YES ☐ NO

N/A

**DAV-00208**

I certify that all of the information that I have provided on this Application for Employment is true and correct, and I understand that if any of the information is determined to be false, even if that determination is made years later, it will result in either the refusal to hire me or my immediate discharge of employment with DaVita.
I understand and agree to this provision.

Signature of applicant: _Paula Nash_    Date: _3/16/06_

As a condition of employment, you must successfully complete a post-offer, pre-employment physical examination, including a drug screening and pre-employment background verification, before becoming an employee. Any job offer, as well as continued employment, is conditioned upon your being able to perform the essential functions of the job, with or without reasonable accommodation.
I understand and agree to this provision.

Signature of applicant: _Paula Nash_    Date: _3/16/06_

DaVita may seek to verify the information that you have provided in this Application for Employment. By signing below, you authorize DaVita, its subsidiaries, affiliates, or any of its (their) employees or agents (collectively referred to as "DaVita") to contact any and all of the persons or organizations you have listed and to discuss your background with them. By signing below, you also release DaVita, and all of the persons, organizations, and their agents who are contacted by DaVita for this purpose, from any and all claims, of any kind or nature, which may arise now or in the future, which arises out of, is related to, or is in any way connected with the process of verifying the information you have provided.
I understand and agree to this provision.

Signature of applicant: _Paula Nash_    Date: _3/16/06_

Employment with DaVita is at-will, which means that either the employee or DaVita can terminate the employment relationship at any time, for any or no reason, with or without notice. This at-will employment relationship can only be modified in writing signed by both you and an officer or director of DaVita.
I understand and agree to this provision.

Signature of applicant: _Paula Nash_    Date: _3/16/06_

# DaVita®

DAV-00209

# Maria Ontiveros

3704 Taylor
(915) 867-0443
(915)566-7819
El Paso, TX 79930
mgontiveros@sbcglobal.net

## Philosophy

Creating Win-Win Situations Everyday

## Employment History

### Healthcare Recruiter

11-04 – Present        Tenet Healthcare Systems,    El Paso, Texas

Play a vital role in the Sierra-Providence Healthcare Network long-term business development goals. Responsible for the creation and implementation of strategy for the search and recruitment of physicians, development of highly specialized interview / qualifying techniques, and exercising strong selling and closing tactics to secure commitments.

- Achieved #1 ranking in 2004 Texas Gulf Coast Market for hiring "Hard to Fill" positions
- Decreased Contract Labor by approximately 45% in the Hospital; increasing productivity in each department for 2004
- Deliver an average of 10 cold calls each day on pharmacy candidates, physical / occupational therapist, physicians, and other medical staff
- Introduced Sierra Providence to 82 new candidates in 2004; exceeding corporate expectations by 200%
- Consistently met all quarterly sales goals for filling all positions for each hospital

### Staffing Specialist

4-02 – 11-04      Wells Fargo Bank,    El Paso, Texas

Main responsibilities included the recruitment of highly competent banking team members, the administration of health and compensation benefits, creation and development of seminars and presentations to team members. Specialized in the interpretation of ethical business sales and conduct and implementation of its policy. Occupied a very critical support role.

- Responsible for tracking quarterly sales for personal and business bankers in different regional markets contingent with Open Requisition report
- Screened candidates and selected top individuals to occupy important business-to-business sales positions
- Responsible for weekly, monthly, and quarterly reports on attrition and sales quotas
- Ranked "Top Recruiter for the Market" in 2003 for the above mentioned successes

## Education

July 2003 U.T.-El Paso, El Paso, Texas
- Bachelors in Business Administration
- G.P.A. 3.0

## Interests

Violin, Soccer
El Paso Cancer Society, Big Brothers-Big Sisters of El Paso

DAV-00210

# DaVita.

## APPLICATION FOR EMPLOYMENT

DAVITA OFFERS EQUAL EMPLOYMENT OPPORTUNITY TO ALL APPLICANTS FOR EMPLOYMENT AND TO ALL EMPLOYEES WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, AGE, MARITAL STATUS, VETERAN STATUS, ANCESTRY, NATIONAL ORIGIN, DISABILITY, MEDICAL CONDITION, PREGNANCY OR SEXUAL ORIENTATION.

PLEASE PRINT PLAINLY

### PERSONAL DATA

Name **Ontiveros** (Last Name)    **Maria** (First Name)    **G.** (Initial)

Date **3-15-06**

Email Address **mgontiveros3.sbcglobal.com**

Present Address **3704 Taylor,** (Street Number and Name)

Telephone ( **915** ) **867-0443**

**El Paso** (City)    **TX** (State)    **79930** (Zip Code)

Message Telephone ( **915** ) **566-7819**

Other names under which you have worked _____

Are you a U.S. citizen or authorized to work in the U.S. on an unrestricted basis?    ☑ YES  ☐ NO

Can you, after employment, submit:

Proof of your legal right to work in the U.S.?    ☑ YES  ☐ NO

A birth certificate or other proof of age?    ☑ YES  ☐ NO

Have you ever been convicted of a crime except for minor traffic offenses, marijuana-related misdemeanor convictions occurring more than two years ago or convictions for which the criminal record has been expunged, sealed or eradicated by the court or misdemeanor convictions for which any probation has been completed and the case dismissed by court? Please include any criminal offense related to healthcare*    ☐ YES  ☑ NO

If yes, please give the date, location and disposition of your case.

_____

Have you ever received notice that the government proposes to exclude you from participation in federal or state healthcare programs such as Medicare/Medicaid or any other governmental program?*    ☐ YES  ☑ NO

*ANSWERING "YES" TO ANY OF THE ABOVE QUESTIONS DOES NOT CONSTITUTE AN AUTOMATIC BAR TO EMPLOYMENT. FACTORS SUCH AS DATE OF THE OFFENSE, SERIOUSNESS AND NATURE OF THE VIOLATION, REHABILITATION AND POSITION APPLIED FOR WILL BE TAKEN INTO ACCOUNT.

### POSITION DESIRED

Position(s) applied for **Pharmacy Service Rep**

Salary requirement **$52,000**

Specify:    ☑ Full-time    Shift preferred _____

☐ Part-time    Days and hours if part time _____

Do you have any personal responsibilities or obligations that would restrict you from working:

☐ early mornings    ☐ evenings    ☐ overtime    ☐ weekends

If yes, please explain: _____

Were you previously employed by DaVita or one of its subsidiaries?    ☐ Yes  ☑ No

If yes, when and where? _____

Have you applied at any other DaVita facility or one of its subsidiaries?    ☐ Yes  ☑ No

If yes, when and where? _____

Names of relatives employed by DaVita **N/A**

If an offer is extended, when would you be available for work? **April 3, 2006**

How did you become aware of the position for which you are applying? Please give source **Internet**

Were you referred to DaVita by a current teammate?    ☐ Yes  ☑ No

If yes, please list name of referring teammate: _____

Do you have a reliable method of transportation to use if you are hired to work in this facility?    ☑ Yes  ☐ No

Rev 1/05

## DAV-00215

PS-S1-01

**EMPLOYMENT HISTORY** (must be completed in full)
Are you presently employed? ☑ Yes ☐ No
May we contact your present employer? ☑ Yes ☐ No
Provide the following information of your past employers, assignments or volunteer activities, starting with the most recent:

| FROM | TO | EMPLOYER | | TELEPHONE |
|---|---|---|---|---|
| 11/04 | Present | First Healthcare - Sierra Providence | | (915) 577-2988 |

STARTING JOB TITLE / FINAL JOB TITLE: Healthcare Recruiter
ADDRESS / SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES: Recruited healthcare professionals to Hospitals.
MAY WE CONTACT FOR REFERENCE? Antonio Valtier - Market Area Manager

REASON FOR LEAVING: ☑ YES ☐ NO ☐ LATER
HOURLY RATE / SALARY: 24.03/hr / 50,080
START $ _____ PER _____ FINAL $ _____ PER _____

| FROM | TO | EMPLOYER | | TELEPHONE |
|---|---|---|---|---|
| 4/02 | 11/04 | Wells Fargo Bank | | (915) 532-9822 |

STARTING JOB TITLE / FINAL JOB TITLE: Ericka Ramos - Avila
ADDRESS / SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES: Recruited Sales Professionals to different areas.
IMMEDIATE SUPERVISOR AND TITLE: HR Generalist
MAY WE CONTACT FOR REFERENCE?

REASON FOR LEAVING: ☐ YES ☐ NO ☐ LATER
HOURLY RATE / SALARY: 19.50/hr  40,800
START $ _____ PER _____ FINAL $ _____ PER _____

| FROM | TO | EMPLOYER | | TELEPHONE |
|---|---|---|---|---|
| | | Alliance - El Paso Chapter | | (915) 351-9734 |

STARTING JOB TITLE / FINAL JOB TITLE: Norma Piña
ADDRESS / SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES: Administrative Duties for HR & Accounting.
IMMEDIATE SUPERVISOR AND TITLE: HR Specialist
MAY WE CONTACT FOR REFERENCE?

REASON FOR LEAVING: ☑ YES ☐ NO ☐ LATER
HOURLY RATE / SALARY: 8.50/9.00/hr
START $ _____ PER _____ FINAL $ _____ PER _____
Part Time position during school.

| FROM | TO | EMPLOYER | | TELEPHONE |
|---|---|---|---|---|
| | | | | ( ) |

STARTING JOB TITLE / FINAL JOB TITLE:
ADDRESS / SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES:
IMMEDIATE SUPERVISOR AND TITLE:
MAY WE CONTACT FOR REFERENCE?

REASON FOR LEAVING: ☐ YES ☐ NO ☐ LATER
HOURLY RATE / SALARY:
START $ _____ PER _____ FINAL $ _____ PER _____

**DAV-00216**

## EDUCATIONAL BACKGROUND

| NAME AND LOCATION | NUMBER OF YEARS COMPLETED | DID YOU GRADUATE? | COURSE OF STUDY |
|---|---|---|---|
| HIGH SCHOOL Austin High School | 12 I | Yes | General Studies |

| COLLEGE University of Texas at El Paso | 4 yrs. | MAJOR Busn. Adm. | DEGREE Bachelors Yes | Bachelors of Busn. Administration in Human Resources |
|---|---|---|---|---|

OTHER

## PROFESSIONAL REFERENCES

| NAME | JOB TITLE | TELEPHONE | NUMBER OF YEARS KNOWN |
|---|---|---|---|
| Norma Piña | Human Resource Analyst | (915) 309-2717 | 6-7 yrs. |
| Ericka Ramos | Human Resource Generalist | (915) 532-9522 | 5 yrs. |
| Jacob Bulos | Healthcare Provider | (915) 298-7198 x1091 | 3-4 yrs. |

## PLEASE READ CAREFULLY

PLEASE DO NOT RESPOND TO THE FOLLOWING QUESTIONS UNTIL AFTER YOU HAVE READ AND/OR DISCUSSED THE JOB DESCRIPTION OF THE POSITION FOR WHICH YOU ARE APPLYING.

Do you believe you would be able to perform the essential functions of the job for which you are applying? Answer yes or no.  ☒Yes  ☐No

Is there any accommodation that you believe can reasonably be made which would permit you to perform the essential functions of the job for which you are applying?  Answer yes or no.  ☐Yes  ☒No

Please explain the accommodation: _____

## SKILLS AND QUALIFICATIONS

Summarize any training, skills, licenses and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying.

- Healthcare Professional Training through Tenet Certification.
- Taleo Certified.

Do you speak any foreign languages?  ☒Yes  ☐No
If so, which language(s) ? Spanish.
Please describe your ability: Read, write and speak Spanish.

Please list all professional license(s) or certification(s), current or lapsed, that you have obtained:
(Please use additional paper if necessary

Type of License/Certification: N/A ___ License/Certification #: _____ State: _____

Type of License/Certification: _____ License/Certification #: _____ State: _____

Indicate whether there has ever been any adverse action(s) against any license(s) or certification(s) held?  ☐YES  ☐NO

**DAV-00217**

I certify that all of the information that I have provided on this Application for Employment is true and correct, and I understand that if any of the information is determined to be false, even if that determination is made years later, it will result in either the refusal to hire me or my immediate discharge of employment with DaVita. I understand and agree to this provision.

Signature of applicant: _Maria Ortiner_     Date: _3/21/06_

As a condition of employment, you must successfully complete a post-offer, pre-employment physical examination, including a drug screening and pre-employment background verification, before becoming an employee. Any job offer, as well as continued employment, is conditioned upon your being able to perform the essential functions of the job, with or without reasonable accommodation. I understand and agree to this provision.

Signature of applicant: _Maria Ortiner_     Date: _3/21/06_

DaVita may seek to verify the information that you have provided in this Application for Employment. By signing below, you authorize DaVita, its subsidiaries, affiliates, or any of its (their) employees or agents (collectively referred to as "DaVita") to contact any and all of the persons or organizations you have listed and to discuss your background with them. By signing below, you also release DaVita, and all of the persons, organizations, and their agents who are contacted by DaVita for this purpose, from any and all claims, of any kind or nature, which may arise now or in the future, which arises out of, is related to, or is in any way connected with the process of verifying the information you have provided. I understand and agree to this provision.

Signature of applicant: _Maria Ortiner_     Date: _3/21/06_

Employment with DaVita is at-will, which means that either the employee or DaVita can terminate the employment relationship at any time, for any or no reason, with or without notice. This at-will employment relationship can only be modified in writing signed by both you and an officer or director of DaVita. I understand and agree to this provision.

Signature of applicant: _Maria Ortiner_     Date: _3/21/06_

# DaVita®

**DAV-00218**

Kathy Platt
P.O. Box 11332
Olympia, Washington 98508-1332
Phone (360) 427-0957
Cell (360) 490-9257
E-mail DKPlatt@aol.com

Objective:

To be an asset in an organization in a job that is challenging and rewarding.

Employment:

October 1, 1990 to present:
Top Food & Drug (Haggen, Inc.) Olympia, Washington
Licensed Pharmacy Technician

Duties include: Input of prescription information into computer.   Knowledge of
prescription drugs and their uses.  Ordering medication from wholesale house on-line.
Inventory control.  Marketing to healthcare professionals, working with other allied
healthcare professionals and customer satisfaction.  Receiving merchandise, auditing,
pricing and ensuring integrity of shipment.  Recording invoices on receiving logs and
approving payment to the corporate office.  Communicating with nurses and doctors
about prescriptions.  Training pharmacists on pharmacy computer systems.  Adjudicating
third-party payments on-line. Working with customers by taking in new prescriptions and
refill prescription and receiving payments.  Customer service

September 1979 to January 1989 State Farm Insurance  Shelton, WA
Sales and administration

Duties included:  Selling automobile and home insurance.  Claims processing, customer
service and financial oversight.

Education:

1977-1981   Shelton High School
1982         South Puget Sound Community College, Olympia, WA
1987         Olympic College, Shelton, WA
2001         University of Phoenix, Phoenix, AZ
             Bachelor of Science in Business Management/Accounting
             (To be completed March, 2006)

DAV-00219



## APPLICATION FOR EMPLOYMENT

DAVITA OFFERS EQUAL EMPLOYMENT OPPORTUNITY TO ALL APPLICANTS FOR EMPLOYMENT AND TO ALL EMPLOYEES WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, AGE, MARITAL STATUS, VETERAN STATUS, ANCESTRY, NATIONAL ORIGIN, DISABILITY, MEDICAL CONDITION, PREGNANCY OR SEXUAL ORIENTATION

PLEASE PRINT PLAINLY

**PERSONAL DATA**

Date _10/11/2005_

Name _PLATT, KATHLEEN A._
Last Name     First Name     Initial

Email Address: _DKPLATT@AOL.COM_

Present Address _PO BOX 11332_
Street Number and Name

Telephone ( _360_ ) _427-0953_

_Olympia     WA     98508-1332_
City     State     Zip Code

Message Telephone ( _360_ ) _426-6449_

Other names under which you have worked _KATHLEEN A. FAIRBROTHER_

Are you a U.S. citizen or authorized to work in the U.S on an unrestricted basis?     ☒ YES  ☐ NO

Can you, after employment, submit:

Proof of your legal right to work in the U.S.?     ☒ YES  ☐ NO

A birth certificate or other proof of age?     ☒ YES  ☐ NO

Have you ever been convicted of a crime except for minor traffic offenses, marijuana-related misdemeanor convictions occurring more than two years ago or convictions for which the criminal record has been expunged, sealed or eradicated by the court or misdemeanor convictions for which any probation has been completed and the case dismissed by court?
Please include any criminal offense related to healthcare*     ☐ YES  ☒ NO
If yes, please give the date, location and disposition of your case.

Have you ever received notice that the government proposes to exclude you from participation in federal or state healthcare programs such as Medicare/Medicaid or any other governmental program?*     ☐ YES  ☒ NO

*ANSWERING "YES" TO ANY OF THE ABOVE QUESTIONS DOES NOT CONSTITUTE AN AUTOMATIC BAR TO EMPLOYMENT. FACTORS SUCH AS DATE OF THE OFFENSE, SERIOUSNESS AND NATURE OF THE VIOLATION, REHABILITATION AND POSITION APPLIED FOR WILL BE TAKEN INTO ACCOUNT.

**POSITION DESIRED**

Position(s) applied for _PHARMACY SERVICES REPRESENTATIVE_     Salary requirement _50,000_

Specify:     ☒ Full-time     Shift preferred _ANY AVAILABLE_
            ☐ Part-time     Days and hours if part time _____

Do you have any personal responsibilities or obligations that would restrict you from working:

☐ early mornings     ☐ evenings     ☐ overtime     ☐ weekends

If yes, please explain: _____

Were you previously employed by DaVita or one of its subsidiaries?     ☐ Yes  ☒ No
If yes, when and where? _____

Have you applied at any other DaVita facility or one of its subsidiaries?     ☐ Yes  ☒ No
If yes, when and where? _____

Names of relatives employed by DaVita _____

If an offer is extended, when would you be available for work? _10/26/05_

How did you become aware of the position for which you are applying? Please give source _INTERNET_

Were you referred to DaVita by a current teammate?     ☐ Yes  ☒ No
If yes, please list name of referring teammate: _____

Do you have a reliable method of transportation to use if you are hired to work in this facility?     ☒ Yes  ☐ No

Rev 1/05

PS-S1-01

**DAV-00220**

OCT-12-2005 15:40  FROM:TOP FOODS RX-WEST OL 3607541782          TO:18665520423          P:8/10

**EMPLOYMENT HISTORY** (must be completed in full)

Are you presently employed? ☑ Yes ☐ No
May we contact your present employer? ☑ Yes ☐ No
Provide the following information of your past employers, assignments or volunteer activities, starting with the most recent:

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| 10/1/1990 - PRESENT | | TOP FOOD & DRUG | (360) 754-1504 |

STARTING JOB TITLE / FINAL JOB TITLE / ADDRESS
Tom Rzadski / Don Spence   1313 COOPER PT RD Olympia, WA 98502

IMMEDIATE SUPERVISOR AND TITLE / SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES
PHARMACY TECHNICIAN / PHARMACY PRACTICE

MAY WE CONTACT FOR REFERENCE?
$1650

☑ YES ☐ NO ☐ LATER

REASON FOR LEAVING   TO PURSUE CAREER OPPORTUNITIES

| HOURLY RATE / SALARY | | | |
|---|---|---|---|
| START $ 7.00 | PER HR | FINAL $ 16.49 | PER HR |

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| 1977 - 1986 | | STATE FARM INS | n/a |

STARTING JOB TITLE / FINAL JOB TITLE / ADDRESS
Dick Gardner   INSURANCE SALES / ADMINISTRATIVE WORK

IMMEDIATE SUPERVISOR AND TITLE / SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES
DECEASED

MAY WE CONTACT FOR REFERENCE?

☐ YES ☑ NO ☐ LATER

REASON FOR LEAVING   BIRTH OF A CHILD

| HOURLY RATE / SALARY | | | |
|---|---|---|---|
| START $ | PER | FINAL $ | PER |

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| | | | ( ) |

STARTING JOB TITLE / FINAL JOB TITLE / ADDRESS

IMMEDIATE SUPERVISOR AND TITLE / SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES

MAY WE CONTACT FOR REFERENCE?

☐ YES ☐ NO ☐ LATER

REASON FOR LEAVING

| HOURLY RATE / SALARY | | | |
|---|---|---|---|
| START $ | PER | FINAL $ | PER |

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| | | | ( ) |

STARTING JOB TITLE / FINAL JOB TITLE / ADDRESS

IMMEDIATE SUPERVISOR AND TITLE / SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES

MAY WE CONTACT FOR REFERENCE?

☐ YES ☐ NO ☐ LATER

REASON FOR LEAVING

| HOURLY RATE / SALARY | | | |
|---|---|---|---|
| START $ | PER | FINAL $ | PER |

DAV-00221

## EDUCATIONAL BACKGROUND

| | | | |
|---|---|---|---|
| HIGH SCHOOL SHELTON HIGH SCHOOL | 4 YEAR | YES | BUSINESS |
| COLLEGE University OF PHOENIX | 3+ | MAJOR Business Management Accounting  DEGREE Will GRADUATE 09/2006 | Business/ Accounting |
| OTHER | | | |

## PROFESSIONAL REFERENCES

| | | | |
|---|---|---|---|
| DON SPENCE | PHARMACIST | (360) 459-1933 | 15 |
| SUZY CALDWELL | PHARMACIST | (360) 866-9294 | 13 |
| DICK WEBER | PHARMACIST | (360) 275-2567 | 6 |

## PLEASE READ CAREFULLY

PLEASE DO NOT RESPOND TO THE FOLLOWING QUESTIONS UNTIL AFTER YOU HAVE READ AND/OR DISCUSSED THE JOB DESCRIPTION OF THE POSITION FOR WHICH YOU ARE APPLYING.

Do you believe you would be able to perform the essential functions of the job for which you are applying?
Answer yes or no.  ☒Yes  ☐No

Is there any accommodation that you believe can reasonably be made which would permit you to perform the essential functions of the job for which you are applying? Answer yes or no.  ☐Yes  ☐No

Please explain the accommodation: _____

## SKILLS AND QUALIFICATIONS

Summarize any training, skills, licenses and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying

KNOWLEDGE OF PHARMACY, SALES, COMPUTER SKILLS

Do you speak any foreign languages?  ☐Yes  ☒No
If so, which language(s) ? _____
Please describe your ability: _____

Please list all professional license(s) or certification(s), current or lapsed, that you have obtained:
(Please use additional paper if necessary)
Type of License/Certification: PHARMACY TECHNICIAN LICENCE    License/Certification #: VA00021371  State: WASHINGTON

Type of License/Certification: _____  License/Certification #: _____  State: _____

Indicate whether there has ever been any adverse action(s) against any license(s) or certification(s) held? ☐YES ☒NO

DAV-00222

OCT-12-2005 15:38  FROM:TOP FOODS RX-WEST OL 3607541782    TO:18665520423    P:3/10

I certify that all of the information that I have provided on this Application for Employment is true and correct, and I understand that if any of the information is determined to be false, even if that determination is made years later, it will result in either the refusal to hire me or my immediate discharge of employment with DaVita.
I understand and agree to this provision.

Signature of applicant: _Kathleen A Platt_    Date: 10/12/2005

As a condition of employment, you must successfully complete a post-offer, pre-employment physical examination, including a drug screening and pre-employment background verification, before becoming an employee. Any job offer, as well as continued employment, is conditioned upon your being able to perform the essential functions of the job, with or without reasonable accommodation.
I understand and agree to this provision.

Signature of applicant: _Kathleen A Platt_    Date: 10/12/2005

DaVita may seek to verify the information that you have provided in this Application for Employment. By signing below, you authorize DaVita, its subsidiaries, affiliates, or any of its (their) employees or agents (collectively referred to as "DaVita") to contact any and all of the persons or organizations you have listed and to discuss your background with them. By signing below, you also release DaVita, and all of the persons, organizations, and their agents who are contacted by DaVita for this purpose, from any and all claims, of any kind or nature, which may arise now or in the future, which arises out of, is related to, or is in any way connected with the process of verifying the information you have provided.
I understand and agree to this provision.

Signature of applicant: _Kathleen A Platt_    Date: 10/12/2005

Employment with DaVita is at-will, which means that either the employee or DaVita can terminate the employment relationship at any time, for any or no reason, with or without notice. This at-will employment relationship can only be modified in writing signed by both you and an officer or director of DaVita.
I understand and agree to this provision.

Signature of applicant: _Kathleen A Platt_    Date: 10/12/2005

# DaVita.

**DAV-00223**

# DaVita.

Rosalva De Pillo
650-696-8900
Rosalva.DePillo@davita.com

# Resume for Jennifer Prieto

Candidate Phone: 305-401-2219 | Email:
JEN_JDR@YAHOO.COM

Jennifer D. Prieto
10066 NW. 51 TERRACE
Miami, FL 33178
Phone (305) 401-2219
Fax (305) 593-7889
E-mail jen_jdr@yahoo.com

Objective
Seeking a responsible pharmaceutical position in a recognized company, so that I
can apply my business education and pharmaceutical experience effectively while
contributing to the growth of the organization

Work experience

September 2003 - Present
Preferred Care Partners, Inc
Miami, FL

Pharmacy Manager
Manage and Supervise Pharmacy Department
Supervise Medicare Part D Preparation for Medicare HMO Plan
Oversee Pharmacy Helpdesk
Manage Prescription Benefits for 6 different Medicare HMO Plans
Coordinate yearly Flu Vaccine Administration for 45,000 members
Conduct monthly audits of prescription cost spending
Forecast Pharmacy prescription cost per member per month
Oversee PBM Company outcomes
Create quarterly reports and present to the Quality Management Committee
Coordinate and conduct Pharmaceutical & Therapeutic Committees

**DAV-00224**

August 2002 - August 2003
RMS Disease Management
Miami, FL

Health Service Assistant
Assist the Nurse Case Manager/HSC with collecting data and carrying out plan of
care for patients who have End-Stage Renal Disease
Assist the HSC with contacting patients to determine their needs
Collect and input data for creating reports to the health plans

January 2002 -November 2002
Physician's Healthcare Plans
Miami, FL

Benefits Education Service Team Marketing Representative
Marketing/Sales to potential customers
Healthcare Insurance Educator
Analyze Provider and customer satisfaction surveys to create reports
Coordinate membership recruitment
Coordinate community events

January 2000 - May 2002
Gambro Healthcare
Miami, FL

Administrative Assistant
Customer service to dialysis patients
Submit weekly payroll reports
Assist the clinical coordinator in creating quality assurance reports
Data entry
Prepare reports to accounts payable
Provide technical support for interactive system that connects the server for the
dialysis machines

September 1998 - December 1999
University of Florida
Gainesville, FL

Senior Computer Operator
Managed and maintain the daily operations for the computer labs
Ran UNIX printing system
Assisted students in labs
Helped with setup and installation of computers

**DAV-00225**

September 1996 -December 1997
Royal Caribbean International
Miami, FL

Tour Agent
Responsible for arranging and providing information for newly arrived passengers
Functioned as a resource for multi-cultural clientele
Customer service
Organized daily flight and staff schedule


Education

2001 -2003 University of Phoenix Miami, FL
Bachelor's Degree in Information Technology

1998 - 2000 Miami-Dade College Miami, FL
Associate in Science/ Network Specialist

1998 - 1999 Santa Fe Community College Gainesville, FL
Associate in Arts/ Business Major

1992 - 1996 MAST Academy Miami, FL
High School Diploma


References
References upon request


Languages
Bilingual in English and Spanish

**DAV-00226**



## APPLICATION FOR EMPLOYMENT

DAVITA OFFERS EQUAL EMPLOYMENT OPPORTUNITY TO ALL APPLICANTS FOR EMPLOYMENT AND TO ALL EMPLOYEES WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, AGE, MARITAL STATUS, VETERAN STATUS, ANCESTRY, NATIONAL ORIGIN, DISABILITY, MEDICAL CONDITION, PREGNANCY OR SEXUAL ORIENTATION.

PLEASE PRINT PLAINLY

### PERSONAL DATA

Date _12-20-05_

Name _Prieto_ _Jennifer_ _D._
     Last Name     First Name     Initial

Email Address: _jen-jdr@yahoo.com_

Present Address _10066 NW 51 Terrace_
     Street Number and Name

Telephone ( _305_ ) _401-2219_

_Doral, FL_ _33178_
City     State     Zip Code

Message Telephone ( ) _____

Other names under which you have worked _Jennifer Robert_

Are you a U.S. citizen or authorized to work in the U.S. on an unrestricted basis?  ☒YES ☐NO

Can you, after employment, submit:

    Proof of your legal right to work in the U.S.?  ☒YES ☐NO

    A birth certificate or other proof of age?  ☒YES ☐NO

Have you ever been convicted of a crime except for minor traffic offenses, marijuana-related misdemeanor convictions occurring more than two years ago or convictions for which the criminal record has been expunged, sealed or eradicated by the court or misdemeanor convictions for which any probation has been completed and the case dismissed by court?
Please include any criminal offense related to healthcare*  ☐YES ☒NO

If yes, please give the date, location and disposition of your case.

_____

_____

Have you ever received notice that the government proposes to exclude you from participation in federal or state healthcare programs such as Medicare/Medicaid or any other governmental program?*  ☐YES ☒NO

*ANSWERING "YES" TO ANY OF THE ABOVE QUESTIONS DOES NOT CONSTITUTE AN AUTOMATIC BAR TO EMPLOYMENT. FACTORS SUCH AS DATE OF THE OFFENSE, SERIOUSNESS AND NATURE OF THE VIOLATION, REHABILITATION AND POSITION APPLIED FOR WILL BE TAKEN INTO ACCOUNT.

### POSITION DESIRED

Position(s) applied for _Pharmacy Service Rep._

Salary requirement _base salary_

Specify: ☒Full-time  Shift preferred _____  _$55,000/year_

☐Part-time  Days and hours if part time _____

Do you have any personal responsibilities or obligations that would restrict you from working?

    ☐ early mornings    ☐ evenings    ☐ overtime    ☐ weekends

If yes, please explain: _____

Were you previously employed by DaVita or one of its subsidiaries?  ☐ Yes ☒ No

If yes, when and where? _____

Have you applied at any other DaVita facility or one of its subsidiaries?  ☐ Yes ☒ No

If yes, when and where? _____

Names of relatives employed by DaVita _Nurian Robert_

If an offer is extended, when would you be available for work? _yes_

How did you become aware of the position for which you are applying? Please give source _Careerbuilder.com_

Were you referred to DaVita by a current teammate?  ☐ Yes ☒ No

If yes, please list name of referring teammate: _____

Do you have a reliable method of transportation to use if you are hired to work in this facility?  ☒ Yes ☐ No

**DAV-00227**

**EMPLOYMENT HISTORY** (must be completed in full)

Are you presently employed?  ☒ Yes  ☐ No

May we contact your present employer?  ☐ Yes  ☒ No

Provide the following information of your past employers, assignments or volunteer activities, starting with the most recent:

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| Sep. 2003 – Present | | Preferred Care Partners | ( ) |

STARTING JOB TITLE / FINAL JOB TITLE: *Pharmacy Manager*   ADDRESS: *9100 S. Dadeland Blvd. #1250  Miami, FL*

IMMEDIATE SUPERVISOR AND TITLE: *Roger Rodriguez, COO*   SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES: *Oversee Pharmacy Department*

MAY WE CONTACT FOR REFERENCE?  ☐ YES  ☒ NO  ☐ LATER

REASON FOR LEAVING: *Relocating*   HOURLY RATE / SALARY  START $ *17.50* PER *hr*  FINAL $ *23.56* PER *hr*.

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| Aug. 2002 – Aug. 2003 | | Baxter, RMS Disease Management | ( 305 ) 418 4501 |

STARTING JOB TITLE / FINAL JOB TITLE: *Health Service Asst.*   ADDRESS: *Asst. HSC-Nurse w/ESRD patients*

IMMEDIATE SUPERVISOR AND TITLE: *Miriam Alfonso, HSC*   SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES: *1200 NW 78 Ave  Miami, FL*

MAY WE CONTACT FOR REFERENCE?  ☒ YES  ☐ NO  ☐ LATER

REASON FOR LEAVING: *Better opportunity*   HOURLY RATE / SALARY  START $ *12.00* PER *hr*  FINAL $ *12.50* PER *hr*

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| Jan. 2002 – Nov. 2002 | | Physician's Healthcare Plans | ( ) |

STARTING JOB TITLE / FINAL JOB TITLE: *B.E.S.T. Marketing Rep.*   ADDRESS: *- Marketing/Sales to potential customers*

IMMEDIATE SUPERVISOR AND TITLE: *Plinio Gonzalez, Marketing Manager*   SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES:

MAY WE CONTACT FOR REFERENCE?  ☐ YES  ☒ NO  ☐ LATER

REASON FOR LEAVING: *Company sold*   HOURLY RATE / SALARY  START $ *11.00* PER *hr*  FINAL $ *11.75* PER *hr*

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| Jan. 2000 – May 2002 | | Gambro Healthcare | ( 305 ) 324-8891 |

STARTING JOB TITLE / FINAL JOB TITLE: *Administrative Asst.*   ADDRESS: *Customer service to dialysis unit.*

IMMEDIATE SUPERVISOR AND TITLE: *Marianna Hannel*   SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES:

MAY WE CONTACT FOR REFERENCE?  ☒ YES  ☐ NO  ☐ LATER

REASON FOR LEAVING: *Better opportunity*   HOURLY RATE / SALARY  START $ *9.00* PER *hr*  FINAL $ *10.50* PER *hr*

**DAV-00228**

## EDUCATIONAL BACKGROUND

| NAME AND LOCATION | NUMBER OF YEARS COMPLETED | DID YOU GRADUATE? | | COURSE OF STUDY |
|---|---|---|---|---|
| HIGH SCHOOL *MAST Academy Key Biscayne, FL* | 4 | yes | | high school |
| COLLEGE *University of Phoenix Ft. Lauderdale, FL* | 4 | MAJOR IT | DEGREE BS | BSIT |
| OTHER | | | | |

## PROFESSIONAL REFERENCES

| NAME | JOB TITLE | TELEPHONE | NUMBER OF YEARS KNOWN |
|---|---|---|---|
| Marianna Hannel | Facility Director | ( 205) 324 8891 | 6 yrs. |
| Tony Cichella | Mortgage Broker | ( 954) 542-8799 | 4 yrs. |
| Bobby Aguirre | Acute Manager | (305)742-9582 | 10 yrs. |
| | | (786) 372-5379 | |

## PLEASE READ CAREFULLY

PLEASE DO NOT RESPOND TO THE FOLLOWING QUESTIONS UNTIL AFTER YOU HAVE READ AND/OR DISCUSSED THE JOB DESCRIPTION OF THE POSITION FOR WHICH YOU ARE APPLYING.

Do you believe you would be able to perform the essential functions of the job for which you are applying?
Answer yes or no.    ☒Yes   ☐No

Is there any accommodation that you believe can reasonably be made which would permit you to perform the essential functions of the job for which you are applying? Answer yes or no.    ☐Yes   ☐No

Please explain the accommodation: _____

## SKILLS AND QUALIFICATIONS
Summarize any training, skills, licenses and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying.

Do you speak any foreign languages?   ☒Yes   ☐No
If so, which language(s) ? *Spanish*
Please describe your ability: *Speaking, reading*

Please list all professional license(s) or certification(s), current or lapsed, that you have obtained:
(Please use additional paper if necessary)

Type of License/Certification:_____  License/Certification #:_____  State:_____

Type of License/Certification:_____  License/Certification #:_____  State:_____

Indicate whether there has ever been any adverse action(s) against any license(s) or certification(s) held?  ☐YES  ☐NO

**DAV-00229**

I certify that all of the information that I have provided on this Application for Employment is true and correct, and I understand that if any of the information is determined to be false, even if that determination is made years later, it will result in either the refusal to hire me or my immediate discharge of employment with DaVita.

    I understand and agree to this provision.

Signature of applicant: _____    Date: _12/20/05_

As a condition of employment, you must successfully complete a post-offer, pre-employment physical examination, including a drug screening and pre-employment background verification, before becoming an employee. Any job offer, as well as continued employment, is conditioned upon your being able to perform the essential functions of the job, with or without reasonable accommodation.

    I understand and agree to this provision.

Signature of applicant: _____    Date: _12/20/05_

DaVita may seek to verify the information that you have provided in this Application for Employment. By signing below, you authorize DaVita, its subsidiaries, affiliates, or any of its (their) employees or agents (collectively referred to as "DaVita") to contact any and all of the persons or organizations you have listed and to discuss your background with them. By signing below, you also release DaVita, and all of the persons, organizations, and their agents who are contacted by DaVita for this purpose, from any and all claims, of any kind or nature, which may arise now or in the future, which arises out of, is related to, or is in any way connected with the process of verifying the information you have provided.

    I understand and agree to this provision.

Signature of applicant: _____    Date: _12/20/05_

Employment with DaVita is at-will, which means that either the employee or DaVita can terminate the employment relationship at any time, for any or no reason, with or without notice. This at-will employment relationship can only be modified in writing signed by both you and an officer or director of DaVita.

    I understand and agree to this provision.

Signature of applicant: _____    Date: _12/20/05_

*DaVita.*

**DAV-00230**

Deidre Rosemond's Resume

Actions:   

Please close all other browser
windows before using these links.

**Click Here for a Full Report**

# DaVita.

**DaVita**
Rosalva De Pillo   650-696-8900   Rosalva.DePillo@davita.com

## Resume for Deidre Rosemond
Candidate Phone: 248-569-3068   Secondary Phone: 248-506-8630   Email: ROSEMONDDEIDRE@SBCGLOBAL.NET

Deidre Rosemond

6 Hampton Towne

Southfield, MI 48075

Home (248) 569-3068, Cellular (248) 506-8630

rosemonddeidre@sbcglobal.net

### Summary

Successful sales professional with 5 years experience with a proven track record for increasing sales and market share while providing great customer service and follow-through. Consistently maintain established relationships with wide range of physicians/health care professionals in cardiology, endocrinology, internal medicine, and family practice. Accomplished qualifications in identifying and capturing market opportunities to accelerate expansion, increase revenues, and improve profit contributions. Extensive background in new product launch, product management, and account management and retention. Interested in pursuing advancement within the medical industry to continue the promotion of skills, knowledge, and leadership in the marketing of products with medical professionals.

### Experience

AstraZeneca LP, Schaumburg, IL

Pharmaceutical Sales Specialist, July 2000 - September 2005

Marketing the sale of cardiovascular and gastrointestinal products to office and hospital based physicians, and pharmacies.

Promoting Crestor, Atacand, and Toprol XL, cardiovascular products which help maintain cholesterol, hypertension, and heart failure.

* Skilled in attaining sales and profit objectives in competitive environments.

* Extensive sales and professional development training.

* 105% plan attainment in 2004 for all products.

* 110% plan attainment in 2000-2003 Nexium.

**DAV-00242**

Deidre Rosemond's Resume

* Promoted to Sales Specialist Level Two and Cardiovascular Specialist.

* Received Regional accomplishment of 1 of 5 territories (out of 54) in the district to grow market share.

* Being the Best Award 2005

* Sales Value Proposition Awards 2001-2005

Blue Care Network of Michigan, Southfield, MI

Field Service Representative, April 1998 - July 2000

Analyzed and interpreted corporate policies and procedures relating to patients benefits, eligibility, rating, underwriting, membership, and billing for businesses, management agents, and Blue Cross Blue Shield representatives through seminars and field visits.

* Trained new employees in policy and procedures.

* Developed comprehensive presentations to meet organizational needs in training outside agencies on their group benefits.

* Utilized strong organizational and analytical skills, and a proven ability to handle multiple tasks.

* Experienced in problem solving, leadership and communications, sales training, and customer relations. Designed and implemented training manuals for Field and Group Services.

Customer Service Representative, November 1994 - April 1998

Utilization Data Entry Clerk, March 1994 - November 1994

Education

B.S., Sociology, 1989

Tennessee State University, Nashville, TN

---

Copy and paste this entire link into a browser for a full report:
https://secure.recruitingcenter.net/RC35/Templates/REPORTS/MGR_REPORT.RS7XID=%25%23%3E%5F%26%5E%3C%3D%20%0A&CODE=0610021014&DATESELECTED=YES&LOGIN=YES&REQUESTTIMEOUT=5000

**DAV-00243**

03/24/06 FRI 17:56 FAX 8102965736   KINKOS INC   ☒005



## APPLICATION FOR EMPLOYMENT

**DAVITA OFFERS EQUAL EMPLOYMENT OPPORTUNITY TO ALL APPLICANTS FOR EMPLOYMENT AND TO ALL EMPLOYEES WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, AGE, MARITAL STATUS, VETERAN STATUS, ANCESTRY, NATIONAL ORIGIN, DISABILITY, MEDICAL CONDITION, PREGNANCY OR SEXUAL ORIENTATION.**

PLEASE PRINT PLAINLY

### PERSONAL DATA

Date _MARCH 24, 2006_

Name _ROSEMOND_   _DEIDRE_   _C_
     Last Name        First Name        Initial

Email Address: _rosemond.deidre.c@sbcglobal.net_

Present Address _6 HAMPTON TOWNE_
                Street Number and Name

Telephone ( _248_ ) _569-3068_

_SOUTHFIELD_   _MI_   _48075_
City           State      Zip Code

Message Telephone ( _248_ ) _506-8630_

Other names under which you have worked _DOWELL_

Are you a U.S. citizen or authorized to work in the U.S. on an unrestricted basis?   ☒ YES  ☐ NO

Can you, after employment, submit:

   Proof of your legal right to work in the U.S.?   ☒ YES  ☐ NO

   A birth certificate or other proof of age?   ☒ YES  ☐ NO

Have you ever been convicted of a crime except for minor traffic offenses, marijuana-related misdemeanor convictions occurring more than two years ago or convictions for which the criminal record has been expunged, sealed or eradicated by the court or misdemeanor convictions for which any probation has been completed and the case dismissed by court?
Please include any criminal offense related to healthcare*   ☐ YES  ☒ NO
If yes, please give the date, location and disposition of your case.

_____

_____

Have you ever received notice that the government proposes to exclude you from participation in federal or state healthcare programs such as Medicare/Medicaid or any other governmental program?*   ☐ YES  ☒ NO

*ANSWERING "YES" TO ANY OF THE ABOVE QUESTIONS DOES NOT CONSTITUTE AN AUTOMATIC BAR TO EMPLOYMENT. FACTORS SUCH AS DATE OF THE OFFENSE, SERIOUSNESS AND NATURE OF THE VIOLATION, REHABILITATION AND POSITION APPLIED FOR WILL BE TAKEN INTO ACCOUNT.

### POSITION DESIRED

Position(s) applied for _PHARMACY SERVICE REPRESENTATIVE_   Salary requirement _#55,000 per yr._

Specify:   ☒ Full-time   Shift preferred _____

           ☐ Part-time   Days and hours if part time _____

Do you have any personal responsibilities or obligations that would restrict you from working: _NO_

           ☐ early mornings    ☐ evenings    ☐ overtime    ☐ weekends

If yes, please explain: _____

Were you previously employed by DaVita or one of its subsidiaries?   ☐ Yes  ☒ No

If yes, when and where? _____

Have you applied at any other DaVita facility or one of its subsidiaries?   ☐ Yes  ☒ No

If yes, when and where? _____

Names of relatives employed by DaVita _____

If an offer is extended, when would you be available for work? _4/3/06_

How did you become aware of the position for which you are applying? Please give source _Careerbuilders.com_

Were you referred to DaVita by a current teammate?   ☐ Yes  ☒ No

If yes, please list name of referring teammate: _____

Do you have a reliable method of transportation to use if you are hired to work in this facility?   ☒ Yes  ☐ No

## DAV-00244

03/24/06  FRI 17:57 FAX 8102965736        KINKOS INC                                    ☑006

**EMPLOYMENT HISTORY** (must be completed in full)

Are you presently employed?          ☐ Yes  ☒ No
May we contact your present employer?  ☐ Yes  ☐ No
Provide the following information of your past employers, assignments or volunteer activities, starting with the most recent:

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| 7/2000 | 9/2005 | Astra Zeneca LP | (800) 456-3669 |

STARTING JOB TITLE / FINAL JOB TITLE    ADDRESS  1800 CONCORD PIKE
PHARMACEUTICAL SALES SPECIALIST    Wilmington, DE 19850
IMMEDIATE SUPERVISOR AND TITLE    SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES  MARKETING THE SALE OF CARDIO + GASTRO products
JERRI HARRIS / DIST. MANAGER    TO PHYSICIANS OFFICE + HOSPITAL BASE OFFICES
MAY WE CONTACT FOR REFERENCE?

☐YES  ☐NO  ☐LATER
REASON FOR LEAVING                    HOURLY RATE / SALARY
                                      START $        PER        FINAL $        PER
REORGANIZATION                        35,000         YRR        52,500         YR

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| 4/1998 | 7/2000 | BLUE CARE NETWORK | (248) 799-6400 |

STARTING JOB TITLE / FINAL JOB TITLE    ADDRESS
FIELD SERVICE
REPRESENTATIVE    20500 CIVIC CENTER DRIVE, SOUTHFIELD, MI. 48075
IMMEDIATE SUPERVISOR AND TITLE    SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES  Analyzed + interpreted corporate, policies + procedures relating
KAREN CALTER-SUP    to patients benefits, eligibility, rating, underwriting to Benefit reps
MAY WE CONTACT FOR REFERENCE?

☐YES  ☐NO  ☐LATER
REASON FOR LEAVING                    HOURLY RATE / SALARY
                                      START $        PER        FINAL $        PER
chance to be a sales Rep.             35,000         YR         45,000         YR

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| 11/1994 | 4/1998 | BLUE CARE NETWORK | (248) 799-6400 |

STARTING JOB TITLE / FINAL JOB TITLE    ADDRESS
Customer Service Rep    20500 CIVIC CENTER DRIVE, SOUTHFIELD, MI. 48075
IMMEDIATE SUPERVISOR AND TITLE    SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES  RESEARCH MEMBERS + PHYSICIANS REQUEST FOR claim
LOIS DENT-SUPERVISOR    Benefits + membership + billing issues. Solve all
MAY WE CONTACT FOR REFERENCE?    problems for patients + physicians.

☐YES  ☐NO  ☐LATER
REASON FOR LEAVING                    HOURLY RATE / SALARY
                                      START $        PER        FINAL $        PER
PROMOTED TO FIELD SERVICE             30,000         YER        34,800         YR.

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| 3/1994 | 11/1994 | BLUE CARE NETWORK | (248) 799-6400 |

STARTING JOB TITLE / FINAL JOB TITLE    ADDRESS
UTILIZATION DATA
ENTRY CLERK    20500 CIVIC CENTER DRIVE
IMMEDIATE SUPERVISOR AND TITLE    SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES
SUPERVISOR    Review + Key in all physicians + nurses notes in the
HILARY MACALLISTER    Patient File, also Pre Auth services -gather the info
MAY WE CONTACT FOR REFERENCE?    for nurses + Physicians.

☐YES  ☐NO  ☐LATER
REASON FOR LEAVING                    HOURLY RATE / SALARY
                                      START $        PER        FINAL $        PER
PROMOTED TO CUSTOMER SERVICE          28,000         YER        28,800         YR.

**DAV-00245**

## EDUCATIONAL BACKGROUND

| NAME AND LOCATION | NUMBER OF YEARS COMPLETED | DID YOU GRADUATE? | COURSE OF STUDY |
|---|---|---|---|
| **HIGH SCHOOL** HARRISON HIGH SCHOOL FARMINGTON HILLS, MI. | 3 | YES | General |
| **COLLEGE** TENNESSEE STATE UNIVERSITY NASHVILLE, TN | 5 | **MAJOR** SOCIOLOGY **DEGREE** BS | Sociology |
| **OTHER** | | | |

## PROFESSIONAL REFERENCES

| NAME | JOB TITLE | TELEPHONE | NUMBER OF YEARS KNOWN |
|---|---|---|---|
| JERRI HARRIS | DISTRICT MANAGER | (313) 333-5004 | 5 |
| LAVON EDWARDS | DISTRICT MANAGER | (248) 760-7975 | 5 |
| | Admission Representative | (248) 854-0335 | 5 |

## PLEASE READ CAREFULLY

PLEASE DO NOT RESPOND TO THE FOLLOWING QUESTIONS UNTIL AFTER YOU HAVE READ AND/OR DISCUSSED THE JOB DESCRIPTION OF THE POSITION FOR WHICH YOU ARE APPLYING.

Do you believe you would be able to perform the essential functions of the job for which you are applying?
Answer yes or no.   ☒ Yes   ☐ No

Is there any accommodation that you believe can reasonably be made which would permit you to perform the essential functions of the job for which you are applying?  Answer yes or no.   ☐ Yes   ☐ No

Please explain the accommodation: _____
_____
_____
_____

## SKILLS AND QUALIFICATIONS

Summarize any training, skills, licenses and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying.

Computer Knowledge
_____
_____

Do you speak any foreign languages?   ☐ Yes   ☒ No
If so, which language(s) ? _____
Please describe your ability: _____

Please list all professional license(s) or certification(s), current or lapsed, that you have obtained:
(Please use additional paper if necessary)

Type of License/Certification:_____ License/Certification #: _____ State: _____

Type of License/Certification:_____ License/Certification #: _____ State: _____

Indicate whether there has ever been any adverse action(s) against any license(s) or certification(s) held? ☐ YES   ☐ NO

**DAV-00246**

I certify that all of the information that I have provided on this Application for Employment is true and correct, and I understand that if any of the information is determined to be false, even if that determination is made years later, it will result in either the refusal to hire me or my immediate discharge of employment with DaVita.

I understand and agree to this provision.

Signature of applicant: _Deidre Rosemond_          Date: _3/24/06_

As a condition of employment, you must successfully complete a post-offer, pre-employment physical examination, including a drug screening and pre-employment background verification, before becoming an employee. Any job offer, as well as continued employment, is conditioned upon your being able to perform the essential functions of the job, with or without reasonable accommodation.

I understand and agree to this provision.

Signature of applicant: _Deidre Rosemond_          Date: _3/24/06_

DaVita may seek to verify the information that you have provided in this Application for Employment. By signing below, you authorize DaVita, its subsidiaries, affiliates, or any of its (their) employees or agents (collectively referred to as "DaVita") to contact any and all of the persons or organizations you have listed and to discuss your background with them. By signing below, you also release DaVita, and all of the persons, organizations, and their agents who are contacted by DaVita for this purpose, from any and all claims, of any kind or nature, which may arise now or in the future, which arises out of, is related to, or is in any way connected with the process of verifying the information you have provided.

I understand and agree to this provision.

Signature of applicant: _Deidre Rosemond_          Date: _3/24/06_

Employment with DaVita is at-will, which means that either the employee or DaVita can terminate the employment relationship at any time, for any or no reason, with or without notice. This at-will employment relationship can only be modified in writing signed by both you and an officer or director of DaVita.

I understand and agree to this provision.

Signature of applicant: _Deidre Rosemond_          Date: _3/24/06_

# DaVita.

DAV-00247