# MONICA T. SCIONEAUX

3112 46th Street • Metairie, LA 70001 • (504) 329-2647 • monicacno@yahoo.com

**OBJECTIVE:** Seeking a career in the pharmaceutical sales industry to aid in further developing a successful company by utilizing my combined knowledge of both sales and human physiology.

**EXPERIENCE:**

**Regional Sales Manager, Concept Technology Group, March 2004 - September 2005**
- Sales Executive from February, 2004 - August, 2004 ranked top in sales out of 6.
- Promoted to Regional Sales Manger in September, 2004 continued to be in the top 5%.
- Rewarded in March, 2005 for outstanding sales in digital surveillance systems.
- Continued to exceed expectations in Performance Reviews.
- Securing orders by effectively communicating my product's benefits over those of my competitors.
- Conducting meetings with presentational materials to professionally enhance my company's image in the marketplace and deepen customer relations.
- Networking to discover the key decision makers on the project to facilitate time management.
- Multi-tasking between scheduling appointments, traveling on sales calls, completing order entry, and prospecting for new clients.
- Demonstrating proper work ethic and professionalism to co-workers through example.
- Monitoring daily activities of in house sales reps to include: lead qualification, quote preparation, sales delivery, and project management assistance.
- Preparing weekly sales reports for the President of the company.

**Sales Representative, Belle Terre Land LLC, May 2004 - Present**
- Providing on-site real estate information and selling techniques to solidify orders.
- Preparing contractual agreement documentation between owner and potential buyers
- Leading in-house discussions on proper selling techniques based on customer requirements.
- Managed Homeowner Associations financial accounts.

**Clinical Dietitian, St. Tammany Parish Hospital, June – December 2003**
- Enhanced my ability to function in a health care environment as it relates to interacting with the doctors, staff, and patients.
- Provided nutritional care to patients through screening, assessments, care plans, and chart documentation.
- Calculated menus and dietary intake for patients while providing instructional tools.
- Oversaw quality improvement activities and prepared educational materials for patients and families to improve their lifestyle.
- Represented St. Tammany Diabetes Advisory Board as the Clinical Dietitian on Awareness.

**EDUCATION:**

**Masters in Human Nutrition, 2004 -** University of Southern Mississippi, Hattiesburg, MS
- Furthered my biological and chemical education through an internship which required 1,000 hours of intensive training in clinical nutrition and food service management.
- Learned first-hand how to advise and guide those in need of changing their dietary intake.
- Excelled in courses such as; Medical Terminology, Biostatistics, Advanced Medical Nutrition Therapy, Proteins and Minerals.

**B.S. Dietetics and Nutrition, 2002 -** The University of Mississippi, Oxford, MS
- Completed courses such as: Biochemistry, Human Physiology, Organic Chemistry, Public Speaking.
- President of Pi Beta Phi Sorority, 2001-2002.

DAV-00248

# DaVita.

## APPLICATION FOR EMPLOYMENT

DAVITA OFFERS EQUAL EMPLOYMENT OPPORTUNITY TO ALL APPLICANTS FOR EMPLOYMENT AND TO ALL EMPLOYEES WITHOUT REGARD TO RACE, COLOR, CREED, RELIGION, SEX, AGE, MARITAL STATUS, VIETNAM-ERA VETERAN STATUS, ANCESTRY, NATIONAL ORIGIN, DISABILITY, MEDICAL CONDITION, PREGNANCY AND SEXUAL ORIENTATION.

PLEASE PRINT PLAINLY

### PERSONAL DATA

Date 6/6/06

Job Req # _____
(Hiring Manager Use Only)

Name Srioneaux   Monica   I
     Last Name   First Name   Initial

Email Address monicacno@yahoo.com

Present Address 3112 416th Street
                Street Number and Name

Telephone (504) 329-2647

Metairie   LA   70001
City        State  Zip Code

Message
Telephone ( ) _____

Other names under which you have worked _____

Are you 18 years of age or older?   ☒YES  ☐NO

Are you a U.S. Citizen or authorized to work in the U.S. on an unrestricted basis?   ☒YES  ☐NO

Can you, after employment, submit:

    Proof of your legal right to work in the U.S.?   ☒YES  ☐NO

    A birth certificate or other proof of age?   ☒YES  ☐NO

Have you ever been convicted of a crime except for minor traffic offenses, marijuana-related misdemeanor convictions occurring more than two years ago or convictions for which the criminal record has been expunged, sealed or eradicated by the court or misdemeanor convictions for which any probation has been completed and the case dismissed by court?

Please include any criminal offense related to healthcare*   ☐YES  ☒NO

If yes, please give the date, location and disposition of your case. _____

Have you ever received notice that the government proposes to exclude you from participation in federal or state healthcare programs such as Medicare/Medicaid or any other governmental program?*   ☐YES  ☒NO

*ANSWERING DYESD TO ANY OF THE ABOVE QUESTIONS DOES NOT CONSTITUTE AN AUTOMATIC BAR TO EMPLOYMENT. FACTORS SUCH AS DATE OF THE OFFENSE, SERIOUSNESS AND NATURE OF THE VIOLATION, REHABILITATION AND POSITION APPLIED FOR WILL BE TAKEN INTO ACCOUNT.

### POSITION DESIRED

Position(s) applied for Pharmacy Service Representative   Salary requirement $50,000/yr.

Specify:   ☒Full-time   Shift preferred _____
           ☐Part-time   Days and hours if part time _____

Do you have any personal responsibilities or obligations that would restrict you from working:

    ☐ early mornings   ☐ evenings   ☐ overtime   ☐ weekends

If yes, please explain: _____

Were you previously employed by DaVita or one of its subsidiaries?   ☐ Yes  ☒No

If yes, when and where? _____

Have you applied at any other DaVita facility or one of its subsidiaries?   ☐ Yes  ☒No

If yes, when and where? _____

Names of relatives employed by DaVita _____

If an offer is extended, when would you be available for work? June 12, 2006

How did you hear about us? (Check one)

☐ DaVita Recruiter  ☐ DaVita Website  ☐ Employee Referral  ☐ Patient Referral  ☒ Internet Ad  ☐ Job Fair/Convention
☐ Open House  ☐ Newspaper Ad  ☐ Postcard or Flyer  ☐ Trade Journal  ☐ College Recruiting  ☐ Temporary/Intern
☐ Staffing Agency  ☐ Walk-In to Facility  ☐ Rehire  ☒ Other CareerBuilder.com

Please specify the name of source chosen above (such as newspaper name, patient name, website name, etc.) _____

How did you become aware of the position for which you are applying? Please give source _____
CareerBuilder.com and DaVita website

Were you referred to DaVita by a current employee?   ☐ Yes  ☐ No

If yes, please list name of referring employee: _____

Do you have a reliable method of transportation to use if you are hired to work at this location?   ☒Yes  ☐ No

Rev 10/05

PS-S1-01MN

**DAV-00249**

**EMPLOYMENT HISTORY** (must be completed in full)

Are you presently employed?      ☒ Yes  ☐ No

May we contact your present employer?  ☒ Yes  ☐ No

Provide the following information of your past employers, assignments or volunteer activities, starting with the most recent:

| FROM | TO | EMPLOYER | | TELEPHONE |
|---|---|---|---|---|
| 06/2004 | present | Belle Terre Land LLC | | 985.651.9090 |

STARTING JOB TITLE / FINAL JOB TITLE: Sales Representative

ADDRESS: 1069 Belle Terre Blvd. LaPlace, LA 70068

IMMEDIATE SUPERVISOR AND TITLE: Harold J. Flynn Jr.

MAY WE CONTACT FOR REFERENCE?   ☒ YES   ☐ NO   ☐ LATER

REASON FOR LEAVING:

HOURLY RATE / SALARY    START $ 14.60/hr   PER    FINAL $ 14.50   PER hr

---

| FROM | TO | EMPLOYER | | TELEPHONE |
|---|---|---|---|---|
| 03/2004 | 09/2005 | Concept Technology Group | | 504.836.2255 |

STARTING JOB TITLE / FINAL JOB TITLE: Sales Rep. / Regional Sales Manager

ADDRESS: 5640 Molines St. Suite 114 New Orleans, LA 70123

IMMEDIATE SUPERVISOR AND TITLE: Harry Robinson

MAY WE CONTACT FOR REFERENCE? Do not have current contact information

☐ YES   ☐ NO   ☐ LATER

REASON FOR LEAVING: Hurricane Katrina

HOURLY RATE / SALARY    START $ 28,000 PER yr    FINAL $ 35,000 PER yr

---

| FROM | TO | EMPLOYER | | TELEPHONE |
|---|---|---|---|---|
| 06/2003 | 12/2003 | St. Tammany Parish Hospital | | |

STARTING JOB TITLE / FINAL JOB TITLE: Clinical Dietitian

ADDRESS: Covington, LA

IMMEDIATE SUPERVISOR AND TITLE: Amber Berilvavaux

SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES: Provided Nutritional care to patients

MAY WE CONTACT FOR REFERENCE?

☐ YES   ☐ NO   ☐ LATER

REASON FOR LEAVING: Did not pass RD Exam

HOURLY RATE / SALARY    START $ 32,000 PER yr.    FINAL $ 32,000 PER yr.

---

| FROM | TO | EMPLOYER | | TELEPHONE |
|---|---|---|---|---|
| | | | | ( ) |

STARTING JOB TITLE / FINAL JOB TITLE:

ADDRESS:

IMMEDIATE SUPERVISOR AND TITLE:

SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES:

MAY WE CONTACT FOR REFERENCE?

☐ YES   ☐ NO   ☐ LATER

REASON FOR LEAVING:

HOURLY RATE / SALARY    START $    PER    FINAL $    PER

DAV-00250

## EDUCATIONAL BACKGROUND

| | | | |
|---|---|---|---|
| HIGH SCHOOL Ursuline Academy New Orleans, LA | 4 | yes | |
| COLLEGE University of Mississippi Oxford, MS | 4 | MAJOR Dietetics Nutrition  DEGREE BS of Science | Nutrition |
| OTHER Univ. of Southern Mississippi Hattiesburg, MS | 2 | Masters in Nutrition | Nutrition |

## PROFESSIONAL REFERENCES

| | | | |
|---|---|---|---|
| Harold J. Flynn | Owner & Employer | (985) 651-9090 | 20 |
| Jan Tauneo | | (601) 206 5119 | 4 1/2 |
| Ruth Ann Broome | Professor Internship Dir. | (601) 924-9769 | 5 |

## PLEASE READ CAREFULLY

PLEASE DO NOT RESPOND TO THE FOLLOWING QUESTIONS UNTIL AFTER YOU HAVE READ AND/OR DISCUSSED THE JOB DESCRIPTION OF THE POSITION FOR WHICH YOU ARE APPLYING.

Do you believe you would be able to perform the essential functions of the job for which you are applying?
Answer yes or no.  ☒Yes  ☐No

Is there any accommodation that you believe can reasonably be made which would permit you to perform the essential functions of the job for which you are applying?  Answer yes or no.  ☐Yes  ☒No

Please explain the accommodation: _____

_____

_____

## SKILLS AND QUALIFICATIONS

Summarize any training, skills, licenses and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying.

Furthered my biological/chemical education through an internship, learned first hand how to advise and guide those in need in a dialysis setting.

Do you speak any foreign languages?  ☐Yes  ☒No

If so, which language(s) ? _____

Please describe your ability: _____

Please list all professional license(s) or certification(s), current or lapsed, that you have obtained:
(Please use additional paper if necessary)

Type of License/Certification: _____ License/Certification #: _____ State: _____

Type of License/Certification: _____ License/Certification #: _____ State: _____

Indicate whether there has ever been any adverse action(s) against any license(s) or certification(s) held? ☐YES  ☐NO

If you have answered yes, please explain: _____

DAV-00251

I certify that all of the information that I have provided on this Application for Employment is true and correct, and I understand that if any of the information is determined to be false, even if that determination is made years later, it will result in either the refusal to hire me or my immediate discharge from employment with DaVita.
I understand and agree to this provision.

Signature of applicant: _____       Date: 6/6/06

As a condition of employment, you must successfully complete a post-offer, pre-employment physical examination, including a drug screening and pre-employment background verification, before becoming an employee. Any job offer, as well as continued employment, is conditioned upon your being able to perform the essential functions of the job, with or without reasonable accommodation.
I understand and agree to this provision.

Signature of applicant: _____       Date: 6/6/06

DaVita may seek to verify the information that you have provided in this Application for Employment. By signing below, you authorize DaVita, its subsidiaries, affiliates, or any of its (their) employees or agents (collectively referred to as "DaVita") to contact any and all of the persons or organizations you have listed and to discuss your background with them. By signing below, you also release DaVita, and all of the persons, organizations, and their agents who are contacted by DaVita for this purpose, from any and all claims, of any kind or nature, which may arise now or in the future, which arises out of, is related to, or is in any way connected with the process of verifying the information you have provided.
I understand and agree to this provision.

Signature of applicant: _____       Date: 6/6/06

Employment at DaVita is at-will, which means that, if you are hired, either you or DaVita may terminate the employment relationship at any time, for any or no reason, with or without notice. This at-will employment relationship can only be modified in writing signed by both you and an officer or director of DaVita.
I understand and agree to this provision.

Signature of applicant: _____       Date: 6/6/06

DaVita.

**Ian D. Sudano**
**P.O. Box 5362**
**Palm Springs, CA 92263-5362**
**(760) 318-6889 home**
**isudano@dc.rr.com**

**Objective:**    To use my experience, communication skills and customer service ability in sales and marketing to further develop my career in sales.

**Education:**    Bachelor of Commerce -- University of South Africa.
Johannesburg Hotel School -- Johannesburg, South Africa.

**Computer Skills:**    All Microsoft Office Products, Quicken, Quick Books, Apple Mac Products.

**Work Experience:**    Present -- **Priority Pharmacy**    San Diego, CA
Pharmacy Services Consultant    October 2003 to present

- Promotion of specialty Pharmacy Services to Dr.'s offices, treatment facility and patients.
- Develop a relationship with prospective clients and service providers.
- Make calls to provided leads as well as seek out new leads
- Provide information on services and medications.
- Maintain and increase customer base with excellent service and commitment.

**Hyatt Regency Suites Hotel**    Palm Springs, CA
Catering Sales Manager    March 2002 -- October 2003

- Promote and develop sales in the off-premise catering department.
- Develop and sustain new and regular clients.

**Batya, Inc.**    Los Angeles, CA
Sales and Marketing Manager    June 1996 -- November 2001

- Sales and Marketing for a leading catering company.
- Develop new clients in the entertainment industry.
- Create a marketing plan to increase business

**Ambrosia Catering**    Santa Monica, CA
Sales Coordinator    April 1992 -- June 1996

- Create and develop relationships with new and existing clients
- Build a client base for future referrals

**Affiliations:**    Volunteer work at:
Episcopal Community Services
Jewish Family Services
The Desert AIDS Project
The Desert Resource Center
The Desert Pride Center
Mizell Senior Center

**References:** Available on request

DAV-00265

04/01/2006  11:18    17603186889                IAN SUDANO                    PAGE  13/15



## APPLICATION FOR EMPLOYMENT

DAVITA OFFERS EQUAL EMPLOYMENT OPPORTUNITY TO ALL APPLICANTS FOR EMPLOYMENT AND TO ALL EMPLOYEES WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, AGE, MARITAL STATUS, VETERAN STATUS, ANCESTRY, NATIONAL ORIGIN, DISABILITY, MEDICAL CONDITION, PREGNANCY OR SEXUAL ORIENTATION.

PLEASE PRINT PLAINLY

### PERSONAL DATA

Date 3/3/2006

Name SUDANO        IAN        D
      Last Name      First Name      Initial

Email Address: isudano@dc.rr.com

Present Address P.O. Box 582
                Street Number and Name

Telephone ( 760 ) 318-6889

PALM SPRINGS        CA        92263-5362
City                State        Zip Code

Message
Telephone ( 760 ) 484-6015

Other names under which you have worked _____

Are you a U.S. citizen or authorized to work in the U.S. on an unrestricted basis?        ☒YES  ☐ NO

Can you, after employment, submit:

Proof of your legal right to work in the U.S.?        ☒YES  ☐NO

A birth certificate or other proof of age?        ☒YES  ☐NO

Have you ever been convicted of a crime except for minor traffic offenses, marijuana-related misdemeanor convictions occurring more than two years ago or convictions for which the criminal record has been expunged, sealed or eradicated by the court or misdemeanor convictions for which any probation has been completed and the case dismissed by court?
Please include any criminal offense related to healthcare*        ☐YES  ☒NO
If yes, please give the date, location and disposition of your case.

Have you ever received notice that the government proposes to exclude you from participation in federal or state healthcare programs such as Medicare/Medicaid or any other governmental program?*        ☐YES  ☒NO

*ANSWERING "YES" TO ANY OF THE ABOVE QUESTIONS DOES NOT CONSTITUTE AN AUTOMATIC BAR TO EMPLOYMENT. FACTORS SUCH AS DATE OF THE OFFENSE, SERIOUSNESS AND NATURE OF THE VIOLATION, REHABILITATION AND POSITION APPLIED FOR WILL BE TAKEN INTO ACCOUNT.

### POSITION DESIRED

Position(s) applied for Pharmacy Sales        Salary requirement _____

Specify:    ☒ Full-time    Shift preferred _____
            ☐ Part-time    Days and hours if part time _____

Do you have any personal responsibilities or obligations that would restrict you from working:
☐ early mornings    ☐ evenings    ☐ overtime    ☐ weekends
If yes, please explain: _____

Were you previously employed by DaVita or one of its subsidiaries?        ☐ Yes  ☒ No
If yes, when and where? _____

Have you applied at any other DaVita facility or one of its subsidiaries?        ☐ Yes  ☒ No
If yes, when and where? _____

Names of relatives employed by DaVita _____

If an offer is extended, when would you be available for work? _____

How did you become aware of the position for which you are applying? Please give source _____

Were you referred to DaVita by a current teammate?        ☐ Yes  ☒ No
If yes, please list name of referring teammate: _____

Do you have a reliable method of transportation to use if you are hired to work in this facility?        ☒ Yes  ☐ No

Rev 1/05                                                                PS-S1-01

**DAV-00266**

## EDUCATIONAL BACKGROUND

| NAME AND LOCATION | NUMBER OF YEARS COMPLETED | DID YOU GRADUATE? | | COURSE OF STUDY |
|---|---|---|---|---|
| **HIGH SCHOOL** South African College High | 5 | Yes | | High School |
| **COLLEGE** Bachelor of Commerce | 4 | MAJOR Business | DEGREE Bach of Com | Accounting Admin + Business Admin |
| **OTHER** Johannesburg Hotel Schoo | 2 | Hotel Catering | Yes | Catering + Hotel Sales |

## PROFESSIONAL REFERENCES

| NAME | JOB TITLE | TELEPHONE | NUMBER OF YEARS KNOWN |
|---|---|---|---|
| Ko3 Grayler | | (760) 567-0530 | 3 |
| Steve Beal | Ex Boss | (858) 342-5516 | 2 |
| Linda Barrack | Director | (760) 877 0322 | 4 |

## PLEASE READ CAREFULLY

PLEASE DO NOT RESPOND TO THE FOLLOWING QUESTIONS UNTIL AFTER YOU HAVE READ AND/OR DISCUSSED THE JOB DESCRIPTION OF THE POSITION FOR WHICH YOU ARE APPLYING.

Do you believe you would be able to perform the essential functions of the job for which you are applying?
Answer yes or no.  ☒Yes   ☐No

Is there any accommodation that you believe can reasonably be made which would permit you to perform the essential functions of the job for which you are applying? Answer yes or no.   ☐Yes   ☒No

Please explain the accommodation: _____

_____

_____

## SKILLS AND QUALIFICATIONS
Summarize any training, skills, licenses and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying.

_____

_____

Do you speak any foreign languages?   ☒Yes      ☐No
If so, which language(s) ? _Afrikaans_
Please describe your ability: _Verbal, written_

Please list all professional license(s) or certification(s), current or lapsed, that you have obtained:
(Please use additional paper if necessary)

Type of License/Certification:_____ License/Certification #: _____ State: _____

Type of License/Certification:_____ License/Certification #: _____ State: _____

Indicate whether there has ever been any adverse action(s) against any license(s) or certification(s) held?  ☐YES   ☐NO

DAV-00267

**EMPLOYMENT HISTORY** (must be completed in full)

Are you presently employed? ☐ Yes ☑ No
May we contact your present employer? ☐ Yes ☑ No

Provide the following information of your past employers, assignments or volunteer activities, starting with the most recent:

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| 10/03 | 12/05 | PRIORITY PHARMACY | (800) 487-7115 |

STARTING JOB TITLE / FINAL JOB TITLE: Steve Beal
ADDRESS: Pharmacy Services Consultant

IMMEDIATE SUPERVISOR AND TITLE: Business Closed
SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES

MAY WE CONTACT FOR REFERENCE? ☐ YES ☑ NO ☐ LATER

REASON FOR LEAVING: Business Closed

HOURLY RATE / SALARY — START $ 40,000 PER year + comm    FINAL $ 48,000 per yr + Commission

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| Hyatt ~~to~~ 3/02 | 10/03 | Hyatt Regency Suites Palm Sp. | 760-322-9000 |

STARTING JOB TITLE / FINAL JOB TITLE: Melba Westin
ADDRESS: Catering Sales Manager

IMMEDIATE SUPERVISOR AND TITLE: Yes
SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES

MAY WE CONTACT FOR REFERENCE? ☑ YES ☐ NO ☐ LATER

REASON FOR LEAVING: Moved to Priority Pharmacy

HOURLY RATE / SALARY — START $ 35,000 + comm    FINAL $ 35,000 + Comm

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| June 96 – | 11/2004 | Batya Inc | (  ) |

STARTING JOB TITLE / FINAL JOB TITLE: Karen Roberts
ADDRESS: L.A.

IMMEDIATE SUPERVISOR AND TITLE: Closed after 9/11/01
SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES: Sales + Marketing Manager

MAY WE CONTACT FOR REFERENCE? ☐ YES ☑ NO ☐ LATER

REASON FOR LEAVING: Business Closed

HOURLY RATE / SALARY — START $ 35,000 + comm    FINAL $ 65,000 + comm

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| 4/92 | – 6/96 | Ambrosia Catering | (  ) |

STARTING JOB TITLE / FINAL JOB TITLE: Carl Bedre
ADDRESS: Sales Coordinator

IMMEDIATE SUPERVISOR AND TITLE: No
SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES: Sales + business development

MAY WE CONTACT FOR REFERENCE?    Business Closed

REASON FOR LEAVING: ☐ YES ☑ NO ☐ LATER

HOURLY RATE / SALARY — START $ 30,000 + comm    FINAL $ 30,000 + comm

**DAV-00268**

I certify that all of the information that I have provided on this Application for Employment is true and correct, and I understand that if any of the information is determined to be false, even if that determination is made years later, it will result in either the refusal to hire me or my immediate discharge of employment with DaVita.
I understand and agree to this provision.

Signature of applicant: _Cand Sudan_    Date: _3/31/06_

As a condition of employment, you must successfully complete a post-offer, pre-employment physical examination, including a drug screening and pre-employment background verification, before becoming an employee. Any job offer, as well as continued employment, is conditioned upon your being able to perform the essential functions of the job, with or without reasonable accommodation.
I understand and agree to this provision.

Signature of applicant: _Cand Sudano_    Date: _3/31/06_

DaVita may seek to verify the information that you have provided in this Application for Employment. By signing below, you authorize DaVita, its subsidiaries, affiliates, or any of its (their) employees or agents (collectively referred to as "DaVita") to contact any and all of the persons or organizations you have listed and to discuss your background with them. By signing below, you also release DaVita, and all of the persons, organizations, and their agents who are contacted by DaVita for this purpose, from any and all claims, of any kind or nature, which may arise now or in the future, which arises out of, is related to, or is in any way connected with the process of verifying the information you have provided.
I understand and agree to this provision.

Signature of applicant: _Cand Sudano_    Date: _3/31/06_

Employment with DaVita is at-will, which means that either the employee or DaVita can terminate the employment relationship at any time, for any or no reason, with or without notice. This at-will employment relationship can only be modified in writing signed by both you and an officer or director of DaVita.
I understand and agree to this provision.

Signature of applicant: _Cand Sudano_    Date: _3.31.06_

# DaVita.

**DAV-00269**

# Ronald Anthony Todaro

Office (724) 379 -8981 Cell (412) 979-8968                                    23 A West Monessen Street
         Ron. Todaro@ sigmatau.com (work)                                    t.todaro@worldnet.att.net (home)
                                 Monongahela, Pa. 15063

---

## Professional Summary

### Sigma-Tau Pharmaceuticals (Gaithersburg, MD)              October 1997 – Present

**(A rare disease pharmaceutical manufacturer)**

### Director of Sales                                              September 2004 -Present
**Responsibilities Include:**
- Managing the sales organization to meet and exceed the annual sales forecast
- Coaching, developing and directing the activities of the Regional Managers
- Responsible for hiring all sales personnel and designating sales territory configurations
- Establish and work with the VP of Sales to define programs, projects and activities that impact sales
- Work with VP Finance in establishing budget requirements and timelines
- Work with Sales Operations Manager to develop sales & activity reports nationally & regionally
- Conduct periodic sales meetings setting sales direction,  focus and assuring meeting goals are met
- Lead the execution of the company Marketing strategy
- Determine resource allocation and compensation plan
- Coaching, developing and directing the activities of the National Accounts Department
- Work with senior management in on-going reimbursement issues with CMS & MMA
- Work with senior management in the pursuit & acquisition of new products

### Director National Accounts                                    May 2001- September 2004
**Responsibilities Include:**
- 3 National Accounts Managers directly reporting to me
- Starting and setting up this new department
- Developing and maintaining business relationships with all Corporate Customers
- Negotiate and implement long term contracts with all Corporate Customers
- Customer focus from top level down in all Corporate Customers
- Participation in Senior Management Staff Meetings
- Schedule and implement programs to increase utilization while maintaining profitability schedule
- Utilize financial models to attain ROI
- Targeted customer base is Corporate Dialysis Companies, Group Purchasing Organizations, CMS, Fiscal Intermediaries (Medicare & Secondary Insurance Payers ) HMO's, PPO's,  and Wholesalers

### Eastern Regional Sales Manager                                August 1998 – May 2001
Designated Region:  Entire East Coast (from New England south to Puerto Rico with Western boundaries being Pennsylvania & Alabama)
**Responsibilities Include:**
- 10 Sales Representatives directly reporting to me
- Accountable for, manage & maintain Regional Expense Budget ($ 675,000 this year)
- Generation of  $ 30,000,000 in sales, which equals 50% of total company sales

DAV-00288

- Determine each territory sales quota, expense budget & individual goals & objectives
- Conduct Regional & National Sales Meetings
- Have accountability for, authorize, and approve all Territory Sales Representative expenses
- Manage, direct, lead, and assist each Territory Sales Representative to attain sales quotas and assure success in each territory (also responsible for training new Sales Representatives in the region)
- **Awarded 1999 MANAGER OF THE YEAR AWARD**

**Territory Manager / Regional Sales Trainer**          **October1997- August 1998**

Current Territory:  Pittsburgh South to Charleston, W. VA. North to Erie, PA. West to Ohio border and East to Harrisburg, PA.  Calling on all hospitals, Home Health Care (TPN providers) and Dialysis Centers in the above-designated territory.  Sales calls are focused on Nephrologists, Neurologists, Cardiologists, Pediatric Cardiologists, GI Laboratories, Metabolic (Genetic Labs), Neonatal ICU, Pharmacists, Directors of Nursing, Registered Dietitians and Administration.

## Behring Diagnostics Inc (A division of Hoechst Group) Westwood, MA.

**Territory Manager – Pittsburgh, Pa.**          **January 1995– March 1997**

Responsibilities include: Capital Equipment sales

Territory:  Pittsburgh South to Morgantown, W VA, and North to Erie, PA. West to the Ohio border and East to Johnstown-Altoona, PA area.  Calling on all the hospitals and reference labs in the above-designated territory.  Sales calls focused on Chief Executive Officers, Chief Financial Officers, Administrative Vice Presidents, Cardiology Departments (Cardiologists), Emergency Department Heads, Critical Care Departments, Utilization Review Boards, Risk Management Departments, Laboratory Administration, Nutrition Departments, Pharmacy, Dietitians, and Laboratory Department Supervisors.

## Life care Medical Products Long Island, NY

**Independent Sales Representative**          **February1994-September1994**

Job Description:  I worked as an Independent Sales Representative for Lifecare Products, made sales calls to Hospitals, (both Med-Surgical and Laboratory).  Home Healthcare wholesalers and Nursing Homes, and sold a wide variety of Medical Products.

## Medastat Scientific Corporation Pittsburgh, Pa.          November 1982- October 1993

**Director Sales & Marketing**          **June 1989- October 1993**

Responsibilities include: Hiring and training of all new sales reps, coaching and management of the sales representatives in the field, managing the sales organization to meet and exceed company forecasts, lead the execution of the Marketing strategy and the pursuit and acquisition of new product lines.

**Sales Representative**          **November 1982- June 1989**

Responsibilities include: Sales calls focused on all major hospitals, reference labs and physician offices selling a variety of diagnostic products, capital equipment, pharmacological products and home health care products.

Designated Territory: Included the states of Pennsylvania, West Virginia, & Ohio

DAV-00289

## EDUCATION

**California University of Pennsylvania, California, Pa.**
Bachelor of Science

## HONORS, ORGANIZATIONS & AFFILIATIONS

**Manager of the year award, KCP (Kidney Care Partners) company representative and member, HDMA (Healthcare Distribution Management Association) Member, DaVita Patient Citizen Member, Youth Pinto Baseball Coach, Youth Tinymite Flag Football Coach**

## ADVANCED TRAINING

**SPIN selling, Wilson Learning Counselor Sales Training, Negotiation Skills Training, Strategic Thinking, Coaching to Capabilities, Strategic & Behavioral Interviewing Training, Advanced Product Training, Advanced Leadership Training, Medicare / Reimbursement Training, CMS Training.**

DAV-00290

FROM : RON TODARO                    PHONE NO. : 7243798981              Jan. 19 2006 07:40PM P2



## APPLICATION FOR EMPLOYMENT

DAVITA OFFERS EQUAL EMPLOYMENT OPPORTUNITY TO ALL APPLICANTS FOR EMPLOYMENT AND TO ALL EMPLOYEES WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, AGE, MARITAL STATUS, VETERAN STATUS, ANCESTRY, NATIONAL ORIGIN, DISABILITY, MEDICAL CONDITION, PREGNANCY OR SEXUAL ORIENTATION

PLEASE PRINT PLAINLY

### PERSONAL DATA

Date _1/11/06_

Name _TODARO_ _RONALD_ _A._
       Last Name   First Name   Initial

Email Address: _RON.TODARO@WORKLINK.NY.NET_

Present Address _23 A WEST MONESSEN STREET_
                Street Number and Name

Telephone ( _724_ ) _379- 8981_

_MONONGAHELA_ _PA._ _15063_
 City            State   Zip Code

Message
Telephone ( _724_ ) _379- 8981_

Other names under which you have worked _____

Are you a U.S. citizen or authorized to work in the U.S on an unrestricted basis?    ☒YES  ☐NO

Can you, after employment, submit:

    Proof of your legal right to work in the U.S ?    ☒YES  ☐NO

    A birth certificate or other proof of age?    ☒YES  ☐NO

Have you ever been convicted of a crime except for minor traffic offenses, marijuana-related misdemeanor convictions occurring more than two years ago or convictions for which the criminal record has been expunged, sealed or eradicated by the court or misdemeanor convictions for which any probation has been completed and the case dismissed by court?
Please include any criminal offense related to healthcare*
If yes, please give the date, location and disposition of your case.    ☐YES  ☒NO

_____
_____

Have you ever received notice that the government proposes to exclude you from participation in federal or state healthcare programs such as Medicare/Medicaid or any other governmental program?*    ☐YES  ☒NO

*ANSWERING "YES" TO ANY OF THE ABOVE QUESTIONS DOES NOT CONSTITUTE AN AUTOMATIC BAR TO EMPLOYMENT. FACTORS SUCH AS DATE OF THE OFFENSE, SERIOUSNESS AND NATURE OF THE VIOLATION, REHABILITATION AND POSITION APPLIED FOR WILL BE TAKEN INTO ACCOUNT

### POSITION DESIRED

Position(s) applied for _PHARMACY SALES REPRESENTATIVE_    Salary requirement _AS STATED ON OFFER LETTER_

Specify:  ☒Full-time  Shift preferred _____
          ☐Part-time  Days and hours if part time _____

Do you have any personal responsibilities or obligations that would restrict you from working:
    ☐ early mornings    ☐ evenings    ☐ overtime    ☐ weekends

If yes, please explain: _____

Were you previously employed by DaVita or one of its subsidiaries?    ☐ Yes  ☒ No
If yes, when and where? _____

Have you applied at any other DaVita facility or one of its subsidiaries?    ☐ Yes  ☒ No
If yes, when and where? _____

Names of relatives employed by DaVita _____

If an offer is extended, when would you be available for work? _____

How did you become aware of the position for which you are applying? Please give source _____

Were you referred to DaVita by a current teammate?    ☒ Yes  ☐ No
If yes, please list name of referring teammate: _H. W. GUY SEAY_

Do you have a reliable method of transportation to use if you are hired to work in this facility?    ☒ Yes  ☐ No

Rev 1/05                                                                            PS-S1-01

**DAV-00293**

FROM : RON TODARO    PHONE NO. : 7243798981    Jan. 19 2006 07:41PM P3

## EMPLOYMENT HISTORY (must be completed in full)

Are you presently employed?  ☐ Yes  ☒ No

May we contact your present employer?  ☐ Yes  ☒ No

Provide the following information of your past employers, assignments or volunteer activities, starting with the most recent:

---

**FROM** 9/1/04  **TO** 10/1/05  **EMPLOYER** SIGMA-TAU PHARMACEUTICALS, INC.  **TELEPHONE** 800 , 447-0169

**STARTING JOB TITLE / FINAL JOB TITLE** DIRECTOR OF SALES  **ADDRESS** 800 SOUTH FREDERICK AVENUE GAITHERSBURG, MD. 20877

**IMMEDIATE SUPERVISOR AND TITLE** GREGG LAPOINTE / CEO  **SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES** MANAGED TOTAL SALESFORCE & MANAGERS TO ATTAIN COMPANY SALES GOAL

**MAY WE CONTACT FOR REFERENCE?** I HAVE A REFERENCE LETTER IF NEEDED THAT I CAN PROVIDE YOU WITH

☒ Yes  ☐ No

**REASON FOR LEAVING** REDUCTION IN FORCE (ELIMINATION OF TOTAL SALESFORCE)

**HOURLY RATE / SALARY**  **START $** $125,000.00 / ANNUALLY  **PER**  **FINAL $** $125,000/yr.  **PER**

---

**FROM** 5/1/01  **TO** 9/1/04  **EMPLOYER** SIGMA-TAU PHARMACEUTICALS, INC.  **TELEPHONE** 800 , 447-0169

**STARTING JOB TITLE / FINAL JOB TITLE** DIRECTOR OF NATIONAL ACCOUNTS  **ADDRESS** 800 SOUTH FREDERICK AVENUE GAITHERSBURG, MD.

**IMMEDIATE SUPERVISOR AND TITLE** MR. PAUL SIMON / VP SALES  **SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES** NEGOTIATED ALL CONTRACTS CORPORATELY & DEVELOPED ALL CUSTOMER RELATIONSHIPS

**MAY WE CONTACT FOR REFERENCE?** NO LONGER EMPLOYED AT STP

☐ Yes  ☐ No  ☐ LATER

**REASON FOR LEAVING** PROMOTED TO DIRECTOR OF SALES

**HOURLY RATE / SALARY**  **START $** $115,000 / ANNUALLY  **PER**  **FINAL $** $115,000/yr.  **PER**

---

**FROM** 9/1/98  **TO** 5/1/01  **EMPLOYER** SIGMA-TAU PHARMACEUTICALS, INC.  **TELEPHONE** 800 , 447-0169

**STARTING JOB TITLE / FINAL JOB TITLE** REGIONAL SALES MANAGER  **ADDRESS** 800 SOUTH FREDERICK AVENUE GAITHERSBURG, MD.

**IMMEDIATE SUPERVISOR AND TITLE** MR. ROBERT INIXSON  **SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES** MANAGED 10 SALES REPS IN EASTERN REGION FROM MAINE TO PUERTO RICO

**MAY WE CONTACT FOR REFERENCE?** DECEASED

☐ Yes  ☐ No  ☐ LATER

**REASON FOR LEAVING** PROMOTED TO DIRECTOR OF NATIONAL ACCOUNTS

**HOURLY RATE / SALARY**  **START $** $75,000/yr.  **PER**  **FINAL $** $85,000/yr.  **PER**

---

**FROM** 10/1/97  **TO** 9/1/98  **EMPLOYER** SIGMA-TAU PHARMACEUTICALS, INC.  **TELEPHONE** 800 , 447-0169

**STARTING JOB TITLE / FINAL JOB TITLE** TERRITORY MANAGER / REGIONAL SALES TRAINER  **ADDRESS**

**IMMEDIATE SUPERVISOR AND TITLE** MR. ROBERT INIXSON  **SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES** COVERED DC & TERRITORY BASED ON NPH'S & DIALYSIS SITES DC/MD & CHARLOTTE

**MAY WE CONTACT FOR REFERENCE?** DECEASED

☐ Yes  ☐ No  ☐ LATER

**REASON FOR LEAVING** PROMOTED TO REGIONAL SALES MANAGER

**HOURLY RATE / SALARY**  **START $** $45,000/yr.  **PER**  **FINAL $** $65,000/yr.  **PER**

---

DAV-00294

FROM : RON TODARO          PHONE NO. : 7243798981          Jan. 19 2006 07:42PM P4

## EDUCATIONAL BACKGROUND

| HIGH SCHOOL | | | |
|---|---|---|---|
| FRAZIER HIGH SCHOOL | 1 2 3 4 | YES | ACADEMIC |
| **COLLEGE** | | **MAJOR** | **DEGREE** |
| CALIFORNIA UNIVERSITY OF PA | 4 | SCIENCE | BS  SCIENCE |
| **OTHER** | | | |

## PROFESSIONAL REFERENCES

| | | | |
|---|---|---|---|
| MR. SHAUN COLLARD | V.P CLINICAL MGT - DAVITA | (408) 791-1630 | 5 |
| Dr. CHARLES McALLISTER | CHIEF MEDICAL OFFICER - DAVITA | (727) 844-0891 | 5 |
| Dr. TONY AMATO | PRESIDENT - STP CLINICAL RESEARCH | (301) 693-5411 | 8 |

## PLEASE READ CAREFULLY

PLEASE DO NOT RESPOND TO THE FOLLOWING QUESTIONS UNTIL AFTER YOU HAVE READ AND/OR DISCUSSED THE JOB DESCRIPTION OF THE POSITION FOR WHICH YOU ARE APPLYING.

Do you believe you would be able to perform the essential functions of the job for which you are applying?
Answer yes or no.  ☒ Yes   ☐ No

Is there any accommodation that you believe can reasonably be made which would permit you to perform the essential functions of the job for which you are applying? Answer yes or no.  ☐ Yes   ☐ No

Please explain the accommodation: _____

_____

_____

_____

## SKILLS AND QUALIFICATIONS

Summarize any training, skills, licenses and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying.

MY EXTENSIVE SALES EXPERIENCE IN MANAGEMENT & MY VAST EXPERIENCE IN THE DIALYSIS MARKET WILL WILL BE A TREMENDOUS ASSET IN THIS POSITION

Do you speak any foreign languages?     ☐ Yes   ☒ No
If so, which language(s) ? _____
Please describe your ability: _____

Please list all professional license(s) or certification(s), current or lapsed, that you have obtained:
(Please use additional paper if necessary)

Type of License/Certification:_____ License/Certification #: _____ State: _____

Type of License/Certification:_____ License/Certification #: _____ State: _____

Indicate whether there has ever been any adverse action(s) against any license(s) or certification(s) held?  ☐YES   ☐NO

DAV-00295

I certify that all of the information that I have provided on this Application for Employment is true and correct, and I understand that if any of the information is determined to be false, even if that determination is made years later, it will result in either the refusal to hire me or my immediate discharge of employment with DaVita.
I understand and agree to this provision.

Signature of applicant: _Ronald A. Todaro_        Date: _6/4/06_

As a condition of employment, you must successfully complete a post-offer, pre-employment physical examination, including a drug screening and pre-employment background verification, before becoming an employee. Any job offer, as well as continued employment, is conditioned upon your being able to perform the essential functions of the job, with or without reasonable accommodation.
I understand and agree to this provision.

Signature of applicant: _Ronald A. Todaro_        Date: _1/11/06_

DaVita may seek to verify the information that you have provided in this Application for Employment. By signing below, you authorize DaVita, its subsidiaries, affiliates, or any of its (their) employees or agents (collectively referred to as "DaVita") to contact any and all of the persons or organizations you have listed and to discuss your background with them. By signing below, you also release DaVita, and all of the persons, organizations, and their agents who are contacted by DaVita for this purpose, from any and all claims, of any kind or nature, which may arise now or in the future, which arises out of, is related to, or is in any way connected with the process of verifying the information you have provided.
I understand and agree to this provision.

Signature of applicant: _Ronald A. Todaro_        Date: _1/11/06_

Employment with DaVita is at-will, which means that either the employee or DaVita can terminate the employment relationship at any time, for any or no reason, with or without notice. This at-will employment relationship can only be modified in writing signed by both you and an officer or director of DaVita.
I understand and agree to this provision.

Signature of applicant: _Ronald A. Todaro_        Date: _1/11/06_

# DaVita®

DAV-00296

Matt Weinrich
25 Buffalo View Lane
Palm Coast, FL 32137
386-986-1963
weinrichm@bellsouth.net

A dynamic, highly energetic, accomplished medical sales and marketing leader in clinical diagnostic products and services.

· Superior consulting skills in strategic planning and business development strategies that encompass recruitment, training and development of a medical sales/marketing distribution Network.

· Documented ability to achieve corporate objectives managing a highly technical medical sales Team.

· Conceptualized, developed and successfully marketed unique and/or one-of-a-kind control/Proficiency products for infectious disease testing on an international basis.

· Directly responsible for bottom line corporate earnings in excess of 30 million

· In-depth knowledge of Asian/Pacific Rim medical markets with a strong focus on Japan and China and a working knowledge of Asian and Pacific Rim distributors.

## Professional Experience

American Recruiters, Inc. Fort Lauderdale, Florida 2002-2004
Executive Recruiter
· Established relationships within the Biotech and Healthcare industries.
· Located recruit and placed sales and marketing representatives within the Healthcare/
Pharmaceutical market.
· Contract, recruit and place mid to upper management executives within the Biotech,
Healthcare and Pharmaceutical industries.

Management Recruiters, Inc.- Plantation, Florida 1998-2002
Executive Recruiter
· Recruited and placed executives within the biotech and Healthcare Industries.
· Researched and compiled databases to draw from.
· Number one recruiter in Plantation office for 4 consecutive years.

Matt Weinrich
386-986-1963
Page 2

· Received overachievement bonus and awards for record revenue each year of employment.

DAV-00211

Specialty Blood Products, Inc.- Boca Raton, Florida 1997-1998
C.E.O- President
· Responsible for planning and developing a newly formed organization.
· Locate sources of esoteric blood products to be marketed in the USA and internationally.
· Locate and develop potential purchasers, i.e. research organizations, pharmaceutical and diagnostic manufacturers.


Phymatrix Clinical Lab- Miramar, Florida 1996-1997
Director Of Laboratories
· Responsible for complete start up laboratory.
· Developed revenue to approximately $4.5 million.
· 36 employee FTE's, 5 PT's
· client base of 70 physicians.


Genzyme Diagnostics-Cambridge, Massachusetts 1993-1995
International Sales And Marketing Manager-Research And Diagnostic Products
· Managed Asian, Pacific Rim and Latin American regions.
· Opened new markets for Genzyme's based products in Mainland China, Hong Kong, Thailand, Japan and Australia.

North American Biological, Inc.- Miami, Florida 1989-1992
Manager, International Sales And Marketing
· Conceptualized, developed and successfully marketed a unique line of control/proficiency products utilized in the routine testing of infectious diseases.
· Simultaneously located and established an international network of distributors to market these products along with other company products and services.
· Positioned NABI first in niche market for infectious diseases testing conservatively estimated at $140 million both domestically and internationally.


Metpath Lab (Division Of Corning). Teterboro, New Jersey 1984-1989
General Manager- Deerfield Beach, Florida
· Directed sales, marketing and operations for newly formed clinical reference laboratory.
· Achieved sales growth from $3.5 million to $7 million in the first year of reorganization.

Matt Weinrich
386-986-1963
Page 3


Director Of National Accounts- Teterboro, New Jersey

· Developed and successfully marketed Drugs of Abuse program to Fortune 500 companies, adding $5 million incremental sales dollars to the company's earnings during the first year.

· Directed the sales of a full menu of clinical laboratory services to hospitals, large physician groups and HMO's through a national sales team.

· Received Corning Corporate Marketing Achievement Award.

District Sales Manager- Teterboro, New Jersey

· Managed 9 representatives in sales of clinical laboratory services to physicians and hospitals in New York and New Jersey.

· Increased district sales from $11 million to over $14 million.

Baxter, Inc. (American Hospital Supply)- Miami, Florida 1972-1984
Eastern Area Manager

· Managed technical team in sales and marketing of diagnostic laboratory products.

· Oversaw P&L responsibility in excess of $30 million.

· Eastern area was the #1 area in company sales growth for two consecutive years.

Regional Sales Manager- Scientific Products Division

· Managed technical team in sales of company products to hospital clinical laboratory in New Jersey, Eastern Pennsylvania and New York.

· Oversaw P&L responsibility in excess of $18 million.

Sales Representative- Scientific Products Division

· Top salesman for sales of instrumentation laboratories equipment.

· $2 million in sales.

# EDUCATION

· Bachelor of Science in business Administration- University of Miami, Coral Gables, Florida

· American Management Association

Executive Communication Skills, Strategic Planning, National Account Management, Corporate Marketing, finances for Non-financial Managers.

Matt Weinrich
386-986-1963
Page 4

**DAV-00213**

## HONORS/AWARDS

- Corning Corporate Marketing Achievement-National Drug Screen Program
- Dade Area Manager, Outstanding Achievement
- Scientific Products, Regional Manager of the Year
- Scientific Products, National Award for Increase of Gross Profit (4 years)
- Top Salesman, USA- Instrumental Sales
- Million Dollar Sales Club (4 years)

# Shirley S. Yeung

1719 Lyon St., San Francisco, CA 94115 ▪ 415-867-5851 ▪ shirleylingyeung@yahoo.com

## PROFESSIONAL EXPERIENCE

*2004-present*

**PACIFIC PULMONARY SERVICES**, San Francisco, CA
Largest privately-held provider of home oxygen and respiratory medication equipment and services
*Patient Care Coordinator/Territory Manager*

- Successfully inherited existing accounts and prospected for new accounts in territory with excellent relationship-building abilities. Accounts include physicians' offices, hospital, and skilled nursing facilities in San Francisco, Daly City, and South San Francisco.
- Educate health-care providers on Medicare and Medical guidelines on oxygen therapy.
- **Positive growths in patient base every month to-date.** Obtain new patients through exceptional follow-up with referral sources. Retain patients through outstanding patient care and education.
- Utilize off-hours in-home patient visits to maximize time management. Evaluate patients for medication and oxygen therapy compliance or non-compliance. Assist patients and families with home care regimen.
- Coordinate with internal operations team to execute prompt service for patients/referral sources and to ensure payment reimbursement from customer's health insurance companies.
- Position requires daily travel.
- **Proctor classroom and in-field sales training with new patient care coordinators.**

*2003- 2004*

**J & L MARKETING**, Louisville, KY
Marketing company specializing in development of direct marketing campaigns for the automotive industry.
*Business Growth Strategist/Sales Representative*

- Secured 20 new accounts in California, Hawaii, and Idaho as sole representative on the West Coast.
- Assessed clients' needs and customized solution-based sales/marketing strategies and campaigns for the automotive industry. **Increased client monthly revenues by 30%** in the first three months of implementation.
- Represented company at NADA Trade Show in 2004. Acquired the 3rd highest number of new accounts.
- Project-managed the production of sales campaigns with internal operations team to deliver high-quality, on-time service to clients.

*2001-2003*

*Promotion Coordinator*

- Trained and coached dealership sales and sales management team on communication and event processes to maximize each campaign.
- Performed market analysis to determine growth opportunities.
- Position required extensive travel across the nation.
- **Promoted to first Business Growth Strategist on West Coast**

*2001-2003*

**CALIFORNIA MEDICAL ASSOCIATION FOUNDATION**, Sacramento, CA
*Project Coordinator, AWARE (Alliance Working for Antibiotics Resistance Education)*

- Coordinated a national conference for over 150 physicians and public health officials from 35 states.
- Organized and prepared visual presentation, speakers materials, and conference literature; managed conference budget of over $200,000.
- Acted as primary contact with various pharmaceutical representatives and public health organizations in order to create a web-based resource directory of Antibiotics Resistance education materials (may be viewed at http://www.aware.md).
- Developed and maintained a contact management database in MS Access. Coached CEO and VP in utilizing database.

## EDUCATION

**UNIVERSITY OF CALIFORNIA, DAVIS**, Davis, CA 1999-2003
Bachelor of Arts, Political Science and Psychology
Minor: Chinese

## OTHER

- Fluent in Cantonese Chinese and Mandarin Chinese; proficient in Spanish
- Patient Advocate, Paul Hom Asian Clinic, Sacramento, CA (1/00 – 3/03)
- Business Development/Effective Communication, Cleary Coaching & Consulting (1/04-present)
- Invited to speak at University of California, Davis, Political Science Department: Delivered *"Hong Kong: Unusual British Colony 1960-1997"* (April 2004)
- Invited to speak at California Maritime Academy in Vallejo, CA, Political Science Department & Philosophy Department: Delivered *"Political Economy of Japan & China"* and *"Confucianism & Taoism in Present-Day Asian Cultures"* (February 2006)

DAV-00322



DAVITA OFFERS EQUAL EMPLOYMENT OPPORTUNITY TO ALL APPLICANTS FOR EMPLOYMENT AND TO ALL TEAMMATES WITHOUT REGARD TO RACE, COLOR, CREED, RELIGION, SEX, AGE, MARITAL STATUS, VIETNAM VETERAN STATUS, ANCESTRY, NATIONAL ORGIN, DISABILITY, MEDICAL CONDITION, PREGNANCY AND SEXUAL ORIENTATION.

PLEASE PRINT PLAINLY    **APPLICATION FOR EMPLOYMENT**

**PERSONAL DATA**

Job Req#                                   Date   8/7/2006

(Hiring Manager Use Only)
Name  YEUNG        SHIRLEY        S        Email Address  SHIRLEYLINGYEUNG @ YAHOO.COM
          Last Name      First Name      Initial

Present Address                                Telephone  (415) 801·5851
                    Street Number and Name
199 New Montgomery # 205
                                               Message
City San Francisco  State  CA   Zip Code  94105    Telephone  (415) 867·5851

Other names under which you have worked:  N/A

Are you 18 years of age or older?                                              ☑ YES    ☐ NO
Are you a U.S. Citizen or authorized to work in the U.S. on an unrestricted basis?   ☑ YES    ☐ NO
Can you, after employment, submit:
Proof of your legal right to work in the U.S.?                                 ☑ YES    ☐ NO
A birth certificate or other proof of age?                                     ☑ YES    ☐ NO
Have you ever been convicted of a crime except minor traffic offenses, marijuana-related misdemeanor convictions occurring more than two years ago or convictions, for which the criminal record has been expunged, sealed or eradicated by the court or misdemeanor convictions for which any probation has been completed and the case dismissed by court? Please include any criminal offense related to healthcare*
☐ Yes  ☑ No
If Yes, please give the date, location and disposition of your case:

N/A

Have you ever received notice that the government proposes to exclude you from participation in federal or State healthcare programs such as Medicare/Medicaid or any other governmental program?                  ☐ YES    ☑ NO
*ANSWERING YES TO ANY OF THE ABOVE QUESTIONS DOES NOT CONSTITUTE ANY AUTOMATIC BAR TO EMPLOYMENT. FACTORS SUCH AS DATE OF THE OFFENSE, SERIOUSNESS AND NATURE OF THE VIOLATION, REHABILITATION AND POSITION APPLIED FOR WILL BE TAKEN INTO ACCOUNT.

**POSITION DESIRED**

Position(s) applied for  PHARMACY SERVICES REP.   Salary requirement  $55,000 /ANNUAL
Specify:  ☑ Full-time     Shift Preferred
          ☐ Part time     Days and hours if part time
Do you have any personal responsibilities or obligations that would restrict you from working:  NO
☐ Early morning    ☐ Evenings    ☐ Overtime    ☐ Weekends
If yes, please explain: N/A
Were you previously employed by DaVita or one of its subsidiaries?            ☐ YES    ☑ NO
If yes, when and where?  N/A
Have you ever applied at any other DaVita facility or one of its subsidiaries?   ☐ YES    ☑ NO
If yes, when and where? N/A
Names of relatives employed by DaVita    N/A
If an offer is extended, when would you be available for work?  AUGUST 21, 2006
How did you hear about us? (Check one)
☐ DaVita Recruiter       ☐ DaVita Website      ☑ Teammate Referral     ☐ Patient Referral      ☐ Internet Ad
☐ JobFair/Convention     ☐ Open House          ☐ Newspaper Ad          ☐ Postcard or Flyer     ☐ Trade Journal
☐ College Recruiting     ☐ Temporary/Intern    ☐ Staffing Agency       ☐ Walk-in to Facility   ☐ Rehire
☐ Other
Please specify the name of source chosen above (such as newspaper name, patient name, website name, etc.)
How did you become aware of the position for which you are applying? Please give source:
CURRENT PHARMACY SERVICES REP. REFERRED ME
Were you referred to DaVita by a current teammate?       ☑ YES    ☐ NO
If yes, please list name of referring teammate:  Jessie Maybern
Do you have reliable method of transportation to use if you are hired to work at this location?   ☑ YES    ☐ NO

Distribution:
☐ Original Send to: People Services/Resource Center 1627 Cole Blvd., Lakewood, Colorado 80401
☐ Facility File
☐ Teammate

PS-101
Rev. 05/06

**DAV-00323**

## EDUCATIONAL BACKGROUND

| NAME AND LOCATION | NUMBER OF YEARS COMPLETED | DID YOU GRADUATE? | COURSE OF STUDY |
|---|---|---|---|
| HIGH SCHOOL Amador Valley High School 1155 Santa Rita Rd. Pleasanton, CA 94566 | 4 | Yes | High School Diploma |
| COLLEGE University of California, Davis 1 Shields Ave. Davis, CA 95616 | 3 yrs. 2 quarters | MAJOR: Political Science/ Psychology   DEGREE: B.A. | • Political Science • Psychology • Chinese |
| OTHER | | | |

## PROFESSIONAL REFERENCES

| NAME | JOB TITLE | TELEPHONE | NUMBER OF YEARS KNOWN |
|---|---|---|---|
| Scott Joseph | President | (800) 346-9117 | 2.5 years |
| Traci Cleary | Business Owner | (813) 851-6162 | 2.5 years |
| Carol Lee | President / CEO | (916) 551-2550 | 4.5 years |

## PLEASE READ CAREFULLY

PLEASE DO NOT RESPOND TO THE FOLLOWING QUESTIONS UNTIL AFTER YOU HAVE READ AND/OR DISCUSSED THE JOB DESCRIPTION OF THE POSITION FOR WHICH YOU ARE APPLYING.

Do you believe you would be able to perform the essential functions of the job for which you are applying?
Answer yes or no    ☑ YES    ☐ NO

Is there any accommodation that you believe can reasonably be made which would permit you to perform the essential functions of the job for which you are applying?    Answer yes or no    ☐ YES    ☑ NO
Please explain the accommodation:
N/A

## SKILLS AND QUALIFICATIONS

Summarize any training, skills, licenses and/or certificates that may qualify you as being able to perform job-related functions in the position for which you are applying.

• Sales experience    • experience working with patients, health clinics

Do you speak any foreign languages?    ☑ YES    ☐ NO
If so, which language(s)? Cantonese, Mandarin, Spanish
Please describe your ability: Fluent in Cantonese and Mandarin; speaking conversational Spanish

Please list all professional license(s) or certifications(s), current or lapsed, that you have obtained:
(Please use additional paper if necessary)

| Type of License/Certification: | License/Certification#: | State: |
|---|---|---|
| Type of License/Certification: | License/Certification#: | State: |

Indicate whether there has ever been any adverse action(s) against any license(s) or certification(s) held?    ☐ YES    ☐ NO
If you answered yes, please explain:

Distribution:
☐ Original Send to: People Services/Resource Center 1627 Cole Blvd., Lakewood, Colorado 80401
☐ Facility File
☐ Teammate

PS-101
Rev. 05/06

**DAV-00324**

**EMPLOYMENT HISTORY** (must be completed in full)

Are you presently employed?  ☑ YES  ☐ NO

May we contact your present employer?  ☐ YES  ☑ NO

Provide the following information of your past employers, assignments or volunteer activities, starting with the most recent:

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| 12/21/2004 | 8/18/2006 | Pacific Pulmonary Services | (415) 893-1518 |

STARTING JOB TITLE/FINAL JOB TITLE: Patient Care Coordinator

ADDRESS: 88 Rowland Way, Suite 300, Novato, CA 94945

IMMEDIATE SUPERVISOR AND TITLE: Sean O'Brien, Area Manager

MAY WE CONTACT FOR REFERENCE? ☐ YES ☑ NO ☐ LATER

SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES:
• territory management / outside sales rep.
• conduct in-home patient visits

REASON FOR LEAVING: • to start job at DaVita

HOURLY RATE/SALARY: START$ 35,000 (base salary)  PER year  FINAL$  PER

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| 11/2003 | 9/28/2004 | J&L Marketing, Inc. | 800 346-9117 |

STARTING JOB TITLE/FINAL JOB TITLE: Business Growth Strategist

ADDRESS: 2100 Nelson Miller Parkway, Louisville, KY 40223

IMMEDIATE SUPERVISOR AND TITLE: Scott Joseph, President

MAY WE CONTACT FOR REFERENCE? ☑ YES ☐ NO ☐ LATER

SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES:
• outside sales rep.

REASON FOR LEAVING: • to seek different opportunity

HOURLY RATE/SALARY: START$ 100% commission  PER  FINAL$  PER

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
| 11/2001 | 4/2003 | California Medical Association Foundation | 916 551-2550 |

STARTING JOB TITLE/FINAL JOB TITLE: Project Assistant

ADDRESS: 1201 J St., Suite 350, Sacramento, CA 95814

IMMEDIATE SUPERVISOR AND TITLE: Elissa Maas, VP of Community Health

MAY WE CONTACT FOR REFERENCE? ☑ YES ☐ NO ☐ LATER

SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES:
• MS Access database creation
• conference planning

REASON FOR LEAVING: upon graduation (college) - seeking fulltime job

HOURLY RATE/SALARY: START$ 12.00  PER hr.  FINAL$ 12.00  PER hr.

| FROM | TO | EMPLOYER | TELEPHONE |
|---|---|---|---|
|  |  |  | (  ) |

STARTING JOB TITLE/FINAL JOB TITLE:  ADDRESS:

IMMEDIATE SUPERVISOR AND TITLE:  SUMMARIZE THE NATURE OF WORK PERFORMED AND JOB RESPONSIBILITIES:

MAY WE CONTACT FOR REFERENCE? ☐ YES ☐ NO ☐ LATER

REASON FOR LEAVING:

HOURLY RATE/SALARY: START$  PER  FINAL$  PER

Distribution:
☐ Original Send to: People Services/Resource Center 1627 Cole Blvd., Lakewood, Colorado 80401
☐ Facility File
☐ Teammate

PS-101
Rev. 05/06

**DAV-00325**

I certify that all of the information that I have provided on this Application for Employment is true and correct, and I understand that if any of the information is determined to be false, even if that determination is made years later, it will result in either the refusal to hire me or my immediate discharge from employment with DaVita.

As a condition of employment, you must successfully complete a post-offer, pre-employment assessment examination, including a drug screening and pre-employment background verification, before becoming a teammate. Any job offer, as well as continued employment, is conditioned upon your being able to perform the essential functions of the job, with or without reasonable accommodation.

DaVita may seek to verify the information that you have provided in the Application for Employment. By signing below, you authorize DaVita, its subsidiaries, affiliates or any of its (their) teammates or agents (collectively referred to as "DaVita) to contact any and all of the persons or organizations you have listed and to discuss your background with them. By signing below, you also release DaVita, and all of the persons, organizations and their agents who are contacted by DaVita for this purpose, from any and all claims, of any kind or nature, which may arise now or in the future, which arises out of, is related to, or is in any way connected with the process of verifying the information you have provided.

Employment at DaVita is at-will, which means that, if you are hired, either you or DaVita may terminate the employment relationship at any time, for any or no reason, with or without notice. This at-will employment relationship can only be modified in writing signed by both you and an officer or director of DaVita.

I understand and agree to all of the above provisions.

Signature of applicant:                                        Date: 8/7/2006

Distribution:
☐ Original Send to: People Services/Resource Center 1627 Cole Blvd., Lakewood, Colorado 80401
☐ Facility File
☐ Teammate

PS-101
Rev. 05/06

DAV-00326