## DECLARATION OF GAIL E. GARDNER

I, Gail E. Gardner, declare as follows based on my personal knowledge:

1.  I am a People Services Manager for DaVita, Inc. ("DaVita"). In 2006, I was responsible for human resources issues relating to the dialysis centers opened and operated by DaVita in the Washington, D.C. area.

2.  Sometime in the first week of February 2007, I received a record of a complaint that had been filed by an employee of DaVita, James Mason. Mr. Mason was and still is a Patient Care Technician in DaVita's Georgetown on the Potomac Dialysis Center located in Washington, D.C. Mr. Mason had called the DaVita complaint hotline on January 27, 2006, to report that he had applied for a "pharmaceutical sales representative position" with DaVita. He alleged that he had not received the position because of his race, African-American. A copy of DaVita's record of the complaint is attached as Exhibit A.

3.  Sometime prior to February 9, 2006, I called Mr. Mason to discuss his complaint. Mr. Mason stated that he had a phone interview with Kim Easlon for a Pharmacy Services Representative Position ("PSR") for DaVita Rx. (Davita Rx was a new subsidiary of DaVita that provides pharmacy services). Mr. Mason stated that he thought that the interview had gone well, and that Ms. Easlon had told him that she would schedule an in-person interview with him after she returned from vacation. He stated that she did not schedule the in-person interview and informed him that she had filled the position in his area and that there were no more openings. Mr. Mason stated that he went to the DaVita jobs website and found that there were more openings for PSRs in other locations outside of D.C. He believed that Ms. Easlon's actions were motivated by his race.

4. I suggested to Mr. Mason that there might have been a misunderstanding regarding the position that he was applying for, and that Ms. Easlon might not have understood that he was willing to relocate to areas outside of D.C. where there were openings. I then informed him that I would follow up with the appropriate people regarding his complaint.

5. On or about February 9, 2006, I contacted Josh Golomb, the Director of DaVita Rx and Kim Easlon's supervisor. In our discussions, Mr. Golomb stated that he would speak with Ms. Easlon to determine whether there was a basis for Mr. Mason's complaint. Mr. Golomb also stated that although the D.C. position had been filled, there were positions outside of D.C. Mr. Golomb stated that although it was not DaVita Rx's practice to relocate people to fill PSR positions, he would be willing to interview Mr. Mason for those other positions. Neither I nor anyone else required him to conduct this interview.

6. It is my understanding that – after looking into the matter -- Mr. Golomb concluded that Ms. Easlon decided not to pursue Mr. Mason's application for reasons unrelated to race. While I do not recall the specifics, it is my general recollection that Mr. Mason had been unable to meet with Ms. Easlon for a face to face interview in December 2005 as she had proposed, that Ms. Easlon was able to meet with another candidate for the D.C. position in December 2005, and that this other candidate advanced to the final interview stage and was hired for this position.

7. Mr. Golomb advised me by e-mail on March 17, 2006, that he interviewed Mr. Mason and determined that while he was a "solid" candidate, did not perform sufficiently well in his interview to continue in the application process. A copy of this e-mail is attached as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _March 30_, 2007                          _____
                                                Gail E. Gardner