NATIONAL ECONOMIC
RESEARCH ASSOCIATES
200 CLARENDON STREET, BOSTON, MASSACHUSETTS 02116
TEL: 617.621.0444 FAX: 617.621.0336



# Expert Report Prepared for DaVita, Inc.

Christopher Erath, Ph.D.

February 12, 2007

- 2 -

My name is Christopher Erath, and I am a Senior Vice President at National Economic Research Associates (NERA) in Boston, Massachusetts. NERA is a consulting firm specializing in microeconomic analysis. I received a Ph. D. in economics from the University of Wisconsin where my fields of interest included labor economics, econometrics, and industrial organization. My curriculum vitae is included as Attachment 1.[1]

I have been asked by counsel for DaVita, Inc. to review available statistical evidence pertinent to the claims of race discrimination in the hiring process for DaVita Rx Pharmacy Services Representatives ("PSRs") raised by James Mason. Specifically, it is my understanding that Mr. Mason alleges that he was denied a position as a DaVita Rx PSR because he is African-American and that the two individuals who discriminated against him are Josh Golomb and Kim Easlon, who each interviewed him and separately concluded that Mr. Mason was not the best person for the job.

While statistical analysis can never conclusively answer the question of whether race played a role in the decision not to hire Mr. Mason as a PSR, it can indicate whether general hiring patterns for DaVita Rx PSRs are consistent with a claim that African-Americans as a group were disadvantaged. The same analysis can then be applied to hiring decisions made by Mr. Golomb and Ms. Easlon to ascertain whether those decisions are consistent with the allegations Mr. Mason has raised.

The most direct way of performing such an analysis would be to collect data on all those who applied for DaVita Rx PSR positions and compare the proportion of persons hired whose race is identified as Black to their proportion among applicants. However, I have been advised that race data exist only on those hired into the DaVita Rx PSR position at DaVita, making such a comparison impossible. Fortunately, it is possible to turn to data collected by the U.S. Census Bureau to learn about the racial composition of those in the same type of job as a DaVita Rx PSR, and these data can be compared to DaVita's hiring decisions to learn if those decisions are consistent with a hypothesis of race discrimination.

---

[1] NERA is being compensated at $475 per hour for my work in this case, my customary hourly rate.



- 3 -

To make this comparison, I use the five percent Public Use Microdata Sample files from the 2000 decennial census. These files contain various demographic, labor market, and other information on five percent of the population in the United States and expand to the relevant total when used with individual sample weights. These Census data can be classified by industry and occupation to obtain a group as similar to DaVita Rx PSRs as possible.[2]

I consider two combinations of census industry and occupation codes. First, I limit the data to people in occupation code 476 (Retail salespersons) in industries 797 (Offices of physicians), 808 (Offices of other health practitioners), 809 (Outpatient care centers, which include dialysis clinics), and 819 (Hospitals). Blacks are 8.8% of the 464 respondents in this industry-occupation combination, and if sampling weights are applied this proportion increases to 9.1%. I also examined other sales occupations within these four industries and found similar proportions by race.[3]

The second combination limits the data to people in occupation 485 (Sales representatives, wholesale and manufacturing) in industry 219 (Pharmaceutical and medicine manufacturing). Blacks are 7.5% of the 1,397 people in this industry-occupation combination. Using sampling weights Blacks are 8.2 percent of the 31,539 observations.

These comparisons cover both sales occupations within places like dialysis clinics and the broader category of pharmaceutical sales and are the closest matches to a DaVita Rx PSR. Both comparisons indicate that Blacks make up slightly less than 10 percent of the workforce in this field. This figure can then be compared to DaVita's hiring decisions to learn whether there is statistical evidence to support Mr. Mason's claims.

I examine first all hiring decisions made without regard to the interviewer. The data provided to me by DaVita (Attachment 3) show 50 people were offered DaVita Rx PSR jobs, and I understand this to be the entire population of those ever offered a DaVita Rx PSR position. Racial

---

[2] I examined the job description of a PSR at DaVita to facilitate this comparison (see Attachment 2).

[3] The only other possibly relevant category was "Sales and Related Workers, All Other," and this category showed 11.1 percent African-American.


Consulting Economists

- 4 -

data is available on all but one of these people, yielding 49 people for analysis.[4] Ten of these 49, or 20.4%, were identified in the chart as Black, a far greater percentage than the Census data show exists in the general workforce. Consequently, this first comparison provides no evidence to support a claim of race discrimination in hiring, as it shows Blacks were hired at a rate greater than expected based on the underlying workforce.

Next, I turn to the subsamples interviewed by Mr. Golomb and Ms. Easlon. 26 people interviewed by Mr. Golomb were offered positions, and seven (26.9%) of these were listed as Black. 31 people interviewed by Ms. Easlon (some applicants were interviewed by both) were offered PSR positions, and six of them (19.3 percent) were listed as Black. Among those interviewed by both, as was Mr. Mason, five of 19 (26.3%) offered jobs were Black. Again, these percentages are greatly in excess of the expected rate of Black offers based on the Census data.

I conclude that there is no statistical evidence to support an allegation of race discrimination against African-Americans. Whether I examine all PSR job offers extended or those made by the challenged decision makers, Mr. Golomb and Ms. Easlon, I find that the rate at which those listed as Black were offered PSR positions is far greater than their expected representation among applicants based on the Census data discussed above. This conclusion remains unchanged across the different industry/occupation classifications I analyze.

Christopher Erath

February 12, 2007

---

[4] Two of these 47 and the person for whom no race data are available declined the position, but because we wish to analyze offers made by DaVita, they are treated no differently than those who accepted.



n/e/r/a
Consulting Economists

**ATTACHMENT 1**

**NERA**
Economic Consulting

Christopher Erath
Senior Vice President

National Economic Research Associates, Inc.
200 Clarendon Street, 35th Floor
Boston, Massachusetts 02116
+1 617 621 0444  Fax +1 617 621 0336
chris.erath@nera.com
www.nera.com

# CHRISTOPHER ERATH
## SENIOR VICE PRESIDENT

Dr. Erath received A.B. degrees in Economics and Mathematics from Bowdoin College and a Master's and Ph.D. in Economics from the University of Wisconsin.

Dr. Erath's primary area of interest is labor economics. He has been the project leader on matters involving damages in employment discrimination, labor arbitration, and personal injury cases and has also prepared studies of statistical liability in employment discrimination proceedings. In addition, he has directed research into various antitrust issues such as damages from patent infringement and breach of contract as well as for use in regulatory prudence hearings. Dr. Erath instructed a graduate course in econometrics at the University of Wisconsin.

Christopher Erath

## Education

**University of Wisconsin**
Ph.D., Economics, 1997
Major Fields: Industrial Organization, Labor Economics, Econometrics

M.A., Economics, 1992

**Bowdoin College**
A.B., Economics and Mathematics, 1987

## Professional Experience

**NERA Economic Consulting**
2004-Present  Senior Vice President, Chair of Labor Practice

1999-2003   Vice President

1997-1999   Senior Consultant

1995-1996   Senior Analyst

1987-1995   Various research positions

**University of Wisconsin**
1991-1995   Teaching Assistant

## Publications and Presentations

"The Quick and Easy Way is Rarely the Right Way," Practising Law Institute, 2005, in Litigating Employment Discrimination and Sexual Harassment Claims.

"Friend or Foe: Recent Changes from the OFCCP and the Supreme Court," Employment Law Strategist, June 2005

"A Nightmare and a Good Dream: A Parable about the Value of Sound Statistical Analysis" (with Daniel Garcia), in HR Advisor, March/April 2003.

NERA Labor Luncheon, "Disraeli Would Have Loved Employment Discrimination Cases," Chicago, IL, November 2000, and New York, NY, December 2000.

NERA Labor Luncheon, "Using Economic and Statistical Evidence to Address Class Certification Issues," Chicago, IL, June 1998.

NERA Labor Luncheon, "You Need to Check Under the Hood," New York, NY, November 1997.

Christopher Erath

NERA Labor Luncheon, "To Search or Not to Search: That is the Question. A Discussion of Incentives to Seek New Work After Termination," Chicago, IL, New York, NY, December 1996.

"Common Statistical Fallacies in Pattern-and-Practice Employment Discrimination Cases" (with David Evans), American Employment Law Council, October 1995.

American Employment Law Council, "Two Myths Exposed," Napa, CA, October 1995.

NERA Labor Luncheon, "Why Losses Don't Go On Forever," Chicago, IL, New York, NY, September 1995.

NERA Labor Luncheon, "Fringe Benefit Fantasy," Chicago, IL, New York, NY, June 1994.

## Testimony

*Theresa Metty v. Motorola, Inc.*, deposition testimony concerning economic losses in wrongful termination case.

*Timothy R. Booker v. Robert Half International, Inc.*, arbitration testimony before AAA arbitrator in Washington, D.C. concerning claimant's economic losses.

*Robert Wright, et al., v. Henry Stern, et al.* 01 Civ 4437 (DC) (MHD), United States District Court, Southern District of NY. Deposition testimony concerning statistical evaluation of plaintiffs' claims of race discrimination at the Parks Department of the City of New York.

*United Federation of Teachers v. The City of New York*, PERB Case No. M2004-253, 268-279. Arbitration testimony in a wage dispute.

*Allstate Insurance Company v. Arthur M. Seigel, M.D., Arthur M. Seigel M.D., P.C., and Ellen Seigel*, United States District Court of Connecticut, case number 303 CV 0577 MRK. Deposition testimony regarding statistical analysis of damages in fraud matter.

*Vogt, et al. v. Greenmarine Holdings LLC, et al. 02 CV 2059 (GEL)*. Deposition testimony concerning alleged failure to give WARN Act notice.

*Patrolmen's Benevolent Association of the City of New York Inc., v. The City of New York, Inc., PERB Case No: IA 2004-008, M 2004-024*. Arbitration testimony in a wage dispute.

*Carol Rutlen v. PricewaterhouseCoopers LLP, AAA Case No. 13 116 02744 02*. Arbitration testimony regarding economic loss from alleged forced discharge.

*EEOC v. Carl Buddig & Company, United States District Court of Illinois*. Deposition testimony regarding statistical analysis of hiring discrimination claim.

Christopher Erath

*Sujata Nichani v. Otis Elevator Company, United States District Court of Connecticut.* Deposition testimony concerning economic loss in alleged gender discrimination matter.

*Michael Raso v. Fidelity Investments, Inc.* NASD arbitration testimony concerning damages resulting from alleged wrongful termination.

*Jeffrey Schnipper et al. v. Mercedes Benz USA, Docket No.BER-L-6710-00, Superior Court of New Jersey, Bergen County.* Deposition regarding evaluation of plaintiff's statistical analysis purporting to show tire problems are more common with Mercedes' performance package.

*Susan Douglass v Ernst & Young LLP, CA00-10361-JLT, United States District Court of Massachusetts.* Trial testimony regarding plaintiff's economic losses.

*Marjorie Davis v. ISSC, 97 C3774, USDC, Northern District of Illinois.* Trial testimony regarding damages in a wrongful termination case.

*Anna Borawski v. The Muralo Company, 01-920 (FSH).* Deposition regarding damages in a sexual harassment case.

*Dianne Foley v Commonwealth Electric Company, 00-CV-10487-GAO.* Deposition and trial testimony regarding damages in a wrongful termination case.

*John and Vincent Arduini, Inc. v. NYNEX and Bell Atlantic Corp.* Testimony regarding estimation of damages in a discrimination case.

*O'Rourke v. Roadway Express, Inc, 99-C-50059, Ohio.* Deposition regarding damages from alleged disability discrimination.

*Juliette Blake-McIntosh v. Cadbury Beverages, Inc. et al, Civil Action No. 3:96CD02554(PCD).* Deposition concerning an employment discrimination case.

*John and Vincent Arduini, Inc. v. NYNEX and Bell Atlantic Corp.* Deposition regarding estimation of damages in a discrimination case.

*Vielka Blaizes v. Alliance National, Inc, 98-Civ-7984.* Deposition regarding statistical analysis of race discrimination.

*Alvin Hill v. Hoffmann-LaRoche, Inc.* Deposition regarding damages from allegedly wrongful termination.

*Cocconi et al. v. The Pierre Hotel.* Trial testimony regarding analysis of alleged gender discrimination.

12/8/06

**ATTACHMENT 2**

**ATTACHMENT 2**

DaVita Inc.
Job Description

## Pharmacy Services Representative

**JOB CODE**

Reports to:   Pharmacy Services Manager                    Exemption Status:

### SUMMARY OF BASIC JOB FUNCTION:

PSR's are responsible for selling the DaVita Rx service to patients, teammates and physicians. This involves working with Regional Directors and Facility Administrators to explain DaVita Rx and to plan for facility implementations.

The first step in an implementation is to meet with the facility team, including the Medical Director who is affiliated with the facility, the Facility Administrator, and key clinical staff in the facility. The second step is to work with the Facility Administrator to select one to three key teammates in the facility who will support the ongoing pharmacy service and serve as liaisons to the facility. The third step is to meet with each individual patient to explain the DaVita Rx service and to determine their interest in DaVita Rx. This step is often complicated by the fact that many patients depend on caregivers – which may be a professional or a family member – to help coordinate their care. The fourth step is to help interested patients with the sign-up process. Last, PSR's are responsible for circling back to the facility to ensure that the implementation was successful.

### Job Qualifications:
- Positive Attitude
- Active seller (Needs to be able to ask direct questions)
- Personable
- Ability to train facility teammates
- Attention to detail
- Patient
- Organizational skills
- Self-direction
- Goal oriented
- Time management skills
- Some computer skills
- Problem solver
- Willingness to learn
- High school diploma or GED required

Total Renal Care, Inc
Job Code: 1000 June 1998

1

DAV-00022

Essential Job Functions:

- Must be able to travel 75% of their time.
- Must be willing to work flexible hours. Have to be at the facilities when the patients are there, which typically starts at 6am.
- Must have complete integrity.
- Must have excellent communication skills, with the ability to communicate with other teammates as well as nurses and physicians
- Must have positive endorsement from manager.
- Must be very organized.
- Sales experience a plus but not a must, sales training will be provided.
- Knowledge of more than one language is not required but is a plus

Deleted:

Other Duties as Assigned

1. Other duties as assigned.
2. Able to work overtime with little or no notice.
3. Understand and follow the DAVITA employment policies and procedures.
4. Heavy travel.

APPROVALS:

The above statements are intended to describe the general nature and level of work assignments for this job. This description is not intended to be an exhaustive list of all responsibilities, duties and skills required of the assigned personnel.

Employee Signature: _____   _____
                    Please print name next to signature            Date

Supervisor Signature: _____   _____
                                                                   Date

## PHYSICAL DEMANDS

POSITION

| ACTIVITY | % OF TIME | COMMENTS |
|---|---|---|
| Standing | 10 | |
| Walking | 10 | |
| Sitting | 80 | |
| Stooping/Bending | | |

WEIGHT/FORCE: RECORD THE RANGE OF POUNDS INVOLVED

| ACTIVITY | NOT PRESENT | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|---|
| Lifting | | X | | |
| Carrying | | X | | |
| Pushing | | X | | |
| Pulling | | X | | |

CONTROLS USED: [X] HAND/ARM    [ ] FOOT

STRENGTH LEVEL: [X] SEDENTARY    [ ] LIGHT    [ ] MEDIUM    [ ] HEAVY    [ ] VERY HEAVY

FREQUENCIES:  N = NOT PRESENT   O = OCCASIONALLY   F = FREQUENTLY   C = CONSTANTLY

INDICATE FREQUENCY

| ACTIVITY | FREQ | ACTIVITY | FREQ |
|---|---|---|---|
| Climbing | N | Fine Hand Manipulation | N |
| Balancing | N | Handing | N |
| Stooping | N | Feeling | N |
| Kneeling | N | Talking | F |
| Crouching | N | Hearing | F |
| Crawling | N | Tasting/Smelling | N |
| Reaching | O | Near/Acuity | O |
| Standing | F | Far Acuity | O |
| Walking | F | Depth Perception | O |
| Pushing | N | Color Vision | N |
| Pulling | N | Field Vision | N |
| Lifting | N | | |

COMMENTS:
_____
_____
_____

Total Renal Care, Inc.                              3
Job Code. 1000 June 1998

ENVIRONMENTAL CONDITIONS

RECORD FREQUENCY TYPE IN FREQUENCY COLUMN

N = NOT PRESENT    O = OCCASIONALLY    F = FREQUENTLY    C = CONSTANTLY

| CONDITION | FREQ. | COMMENTS |
|---|---|---|
| Temperature Change | N | |
| Noise Intensity Level | N | |
| Vibrations | N | |
| Exposure to Electrical Shock | N | |
| Exposure to Radiation | N | |
| Exposure to Toxic/Caustic Chemicals | N | |
| Exposure to Bloodborne Pathogens | N | |
| Communicable Diseases | N | |
| Work in Confined Area | N | |

PROTECTIVE CLOTHING OR PERSONAL DEVICES:    Not Applicable

| PROTECTIVE GEAR: | TO BE WORN WHEN: |
|---|---|
| Gloves | |
| Plastic Apron | |
| Face Shield | |
| Eye Shield | |
| Goggles | |

EXPOSURE LEVEL:

☐ Level I    Highest Risk
Jobs in which required tasks routinely involve a potential for mucous membrane or skin contact with blood, body fluids, tissues or potential spills or splashes. Use of appropriate measures is required for every healthcare provider in these positions.

☐ Level II:    Minimal Risk
Jobs in which required tasks normally do not involve exposure to blood, body fluids or tissues, but may require performing unplanned Classification I tasks. In these jobs, the normal work routine involves no exposure to blood, body fluids or tissues. However, exposure or potential exposure may be required as a condition of employment.

☒ Level III:    Lowest Risk
Positions in which no required tasks involve no greater exposure to blood, body fluids or tissues than would be encountered by a visitor. The normal work routine involves no exposure to blood, body fluids or tissues and the worker can decline to perform tasks which involve a perceived risk without retribution.

**ATTACHMENT 3**

| | A Name | B First Name | C Race | D Original Territory | E Status | F Title | G PSR Hire Date | H Term Date | I Hourly Rate (Confidential) | J Interviewed by Josh Golomb | K Interviewed by Kim Easton |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Evans | Zondra | BLACK | | Active | Originally hired as Pharmacy Services Rep, promoted to Regional Sales Manager | 2/28/2005 | | 34.660000 | Yes | |
| 4 | Tomczak (nee Myers) | Courtney | WHITE | CA | Active | Pharmacy Services Rep | 5/22/2005 | | 25.750000 | No | Yes |
| 5 | Richmond | Carol | WHITE | CA | Separated from DaVita RX | Pharmacy Services Rep | 5/22/2005 | 6/9/2005 | 28.850000 | No | Yes |
| 6 | Huey | Michael | WHITE | FL | Separated from DaVita RX | Pharmacy Services Rep | 5/31/2005 | 6/17/2005 | 24.038500 | Yes | Yes |
| 7 | Maybery | Jessie | BLACK | CA | Active | Pharmacy Services Rep | 6/13/2005 | | 26.438500 | Yes | Yes |
| 8 | Jackson (nee Harmon) | Valerie | WHITE | CA | Active | Pharmacy Services Rep | 6/23/2005 | | 26.238500 | Yes | Yes |
| 9 | Rizzo | Elizabeth | WHITE | CA | Active | Pharmacy Services Rep | 6/23/2005 | | 24.758500 | Yes | Yes |
| 10 | Silva | Mariah | HISPA | CA | Transferred Back to DaVita | Pharmacy Services Rep | 7/21/2005 | 1/5/2006 | | No | |
| 11 | Wendland | Carin | WHITE | WA | Transferred Back to DaVita | Pharmacy Services Rep | 7/23/2005 | 9/16/2005 | | Yes | Yes |
| 12 | Cross | Virginia | WHITE | OK, AK | Active | Pharmacy Services Rep | 9/29/2005 | | 24.760000 | No | Yes |
| 13 | Jimenez | Juan | HISPA | FL | Separated from DaVita RX | Pharmacy Services Rep | 10/25/2005 | 1/16/2007 | 24.038500 | Yes | Yes |
| 14 | Weinrich | Matt | WHITE | FL | Separated from DaVita RX | Pharmacy Services Rep | 10/25/2005 | 1/4/2007 | 24.038500 | Yes | Yes |

All Persons offered PSR positions as of December 18, 2006  Note: Information in column J is CONFIDENTIAL

Sheet 1 of 2
2/12/2007
884313.3

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Last Name | First Name | Race | Original Territory | Status | Title | PSR Hire Date | Term Date | Hourly Rate (Confidential) | Interviewed by Josh Golomb | Interviewed by Kim Easton |
| 15 | Platt | Kathy | WHITE | WA | Active | Pharmacy Services Rep | 10/26/2005 | | 24.038500 | Yes | Yes |
| 16 | Wales | Alexandra | WHITE | MN | Active | Originally hired as Pharmacy Services Rep, promoted to Regional Sales Manager | 1/3/2006 | | 30.284600 | Yes | |
| 17 | Jones | Christopher | WHITE | DC | Active | Pharmacy Services Rep | 1/15/2006 | | 21.640000 | Yes | Yes |
| 18 | Lamberson | Patricia | WHITE | CO | Active | Pharmacy Services Rep | 1/23/2006 | | 27.170000 | Yes | Yes |
| 19 | Prieto | Jennifer | HISPA | FL | Separated from DaVita RX | Pharmacy Services Rep | 1/23/2006 | 1/23/2006 | 26.443000 | Yes | Yes |
| 20 | Todaro | Ronald | WHITE | PA | Separated from DaVita RX | Pharmacy Services Rep | 2/6/2006 | 2/22/2006 | 26.443000 | Yes | Yes |
| 21 | Jellison | Jackie | WHITE | SC | Separated from DaVita RX | Pharmacy Services Rep | 3/1/2006 | 9/16/2006 | 25.000000 | Yes | Yes |
| 22 | Hill | Reba | BLACK | PA | Active | Pharmacy Services Rep | 3/5/2006 | | 21.635000 | Yes | Yes |
| 23 | Becton | Andrea | WHITE | TX | Separated from DaVita RX | Pharmacy Services Rep | 4/3/2006 | 5/12/2006 | 22.596000 | Yes | No |
| 24 | Bridges | Debbie | WHITE | KS | Active | Pharmacy Services Rep | 4/3/2006 | | 25.000000 | Yes | No |
| 25 | Camper | Derrick | BLACK | MD | Separated from DaVita RX | Pharmacy Services Rep | 4/3/2006 | 12/1/2006 | 25.481000 | Yes | No |
| 26 | Nash | Paula | BLACK | MO | Active | Pharmacy Services Rep | 4/3/2006 | | 24.039000 | Yes | Yes |

All Persons offered PSR positions as of December 18, 2006  Note: Information in column J is CONFIDENTIAL

Sheet 1 of 2
2/12/2007
8843133

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Last Name | First Name | Race | Original Territory | Status | Title | PSR Hire Date | Term Date | Hourly Rate (Confidential) | Interviewed by Josh Golomb | Interviewed by Kim Easton |
| 27 | Ontiveros | Maria | HISPA | TX | Separated from DaVita RX | Pharmacy Services Rep | 4/3/2006 | 5/12/2006 | 25.000000 | Yes | No |
| 28 | Rosemond | Deidre | BLACK | MI | Active | Pharmacy Services Rep | 4/3/2006 | | 26.443000 | Yes | Yes |
| 29 | Snider | David | WHITE | MD | Active | Pharmacy Services Rep | 4/3/2006 | | 22.600000 | Yes | No |
| 30 | Sudano | Ian | WHITE | CA | Separated from DaVita RX | Pharmacy Services Rep | 4/14/2006 | 6/2/2006 | 26.443000 | Yes | No |
| 31 | Thorne | Helen | WHITE | FL | Active | Pharmacy Services Rep | 5/1/2006 | | 18.750000 | No | No |
| 32 | Madden | Lynne | WHITE | IL | Active | Pharmacy Services Rep | 5/1/2006 | | 26.440000 | No | Yes |
| 33 | Sears | Suzanne | WHITE | GA | Active | Pharmacy Services Rep | 5/1/2006 | | 21.154000 | No | No |
| 34 | Kersey | David | WHITE | AL | Active | Pharmacy Services Rep | 5/22/2006 | | 21.634600 | No | Yes |
| 35 | Scioneaux | Monica | WHITE | LA | Active | Pharmacy Services Rep | 6/12/2006 | | 24.038500 | No | No |
| 36 | Monge | Luz | HISPA | CA | Active | Pharmacy Services Rep | 6/18/2006 | | 28.842700 | No | Yes |
| 37 | Watkins | Detrica | BLACK | NJ | Active | Pharmacy Services Rep | 7/8/2006 | | 25.000000 | No | No |
| 38 | Dannemiller | Amy | WHITE | OH | Active | Pharmacy Services Rep | 7/10/2006 | | 24.038600 | No | No |
| 39 | Brown | Gamaela | WHITE | AZ | Active | Pharmacy Services Rep | 7/28/2006 | | 24.040000 | No | Yes |
| 40 | Cooper | Tawana | BLACK | WI | Active | Pharmacy Services Rep | 8/21/2006 | | 24.038500 | No | Yes |
| 41 | Enriquez | Mary | HISPA | TX | Active | Pharmacy Services Rep | 8/21/2006 | | 24.038500 | No | No |

All Persons offered PSR positions as of December 18, 2006. Note: Information in column J is CONFIDENTIAL

Sheet 1 of 2
2/12/2007
884133

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Last Name | First Name | Race | Original Territory | Status | Title | PSR Hire Date | Term Date | Hourly Rate (Confidential) | Interviewed by Josh Golomb | Interviewed by Kim Easton |
| 42 | Epling | Rachael | WHITE | OH | Active | Pharmacy Services Rep | 8/21/2006 | | 24.040000 | No | No |
| 43 | Pugliese | Sivana | HISPA | MD | Active | Pharmacy Services Rep | 8/21/2006 | | 21.635000 | No | No |
| 44 | Yeung | Shirley | ASIAN | CA | Active | Pharmacy Services Rep | 8/21/2006 | | 26.442300 | No | Yes |
| 45 | LaMoregese (nee Springer) | Sandra | WHITE | NY | Active | Pharmacy Services Rep | 10/23/2006 | | 24.038500 | No | Yes |
| 46 | McDuffie | Danielle | BLACK | NC | Separated from DaVita Rx | Pharmacy Services Rep | 10/23/2006 | 1/4/2007 | 25.961500 | No | No |
| 47 | Nagrath | Arun | ASIAN | MA | Separated from DaVita Rx | Pharmacy Services Rep | 10/23/2006 | 1/4/2007 | 26.442300 | No | Yes |
| 48 | Gonzalez | Teresa | HISPA | TN | Active | Pharmacy Services Rep | 11/19/2006 | | 24.038400 | No | No |

All Persons offered PSR positions as of December 18, 2006. Note: Information in column J is CONFIDENTIAL.

Sheet 1 of 2
2/12/2007
884313.3

| OFFERS DECLINED NO OTHER DATA AVAILABLE | | | | | | |
|---|---|---|---|---|---|---|
| LAST NAME | FIRST NAME | OFFER DATE | | RACE | Interviewed by Josh Golomb | Interviewed by Kim Easlon |
| Jennings | Cheryl | 6/12/2006 | LA | Not Available | Do not recall | No |
| Beavers | Dennis | 4/3/2006 | GA | Black | Yes | No |
| Fajardo | Jaime | 3/1/2006 | FL | Hispa | Yes | Yes |
| Burns | Erin | 6/30/2006 | OH | White | No | No |