Page 1

1              UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF COLUMBIA

3                   CIVIL DIVISION

4 _____

5   JAMES MASON,                      )

6              Plaintiff,             )

7         V.                          ) Civil Action No:

8  DAVITA, INC.,                      ) 06-1319(RMC)

9              Defendant.             )

10 _____

11        Deposition of Christopher W. Jones

12             Virginia Beach, Virginia

13            Friday, March 23, 2007

14

15

16

17

18

19

20

21

22

23

24  Reported by:  Jean B. Speights, RPR, RMR, CCR

25  Job. No. 180017

**Christopher W. Jones**

Page 29

1            And then after that, I worked with HIV --

2    I'm sorry.  Right before that, I worked with the

3    elderly, Alzheimer's ward, managing Alzheimer's patients

4    and assisted living patients for Sunrise, then I worked

5    for an HIV clinic in D.C., and then after that I worked

6    for DaVita.

7         Q       Okay.  All right.  So let's -- let's start

8    with your first position after high school.

9         A       Uh-huh.

10        Q       What position -- what position did you hold

11   immediately after high school?

12        A       Immediately after high school?

13        Q       Yes.

14        A       I mean, that was just normal -- working at

15   a drugstore, things like that.  The first job that I did

16   in health care was at Community Living, which was

17   probably -- I think it was like, four years after high

18   school, if I'm thinking correctly.

19        Q       Okay.  Now, do you have any documents with

20   you today?

21        A       No.

22        Q       Okay.  So you worked at Community Living.

23   What was your job there?

24        A       I started out as -- basically, would be

25   direct care, assisting the residents that lived in the

**Christopher W. Jones**

1  homes with their daily living skills and making them fit

2  into the community, helping them be placed into the

3  community.

4      Q      Is this the group home that you're

5  referring to?

6      A      Yeah.  They were -- yeah, that's -- that's

7  one of the group homes I worked at.  I worked at

8  several.

9      Q      Okay.  And how long did you work at

10 Community Living?

11     A      Community Living, I think, was like eight

12 years.  And then after I was --

13     Q      Where is that located?

14     A      That's in Frederick, Maryland.  And then

15 after I left permanent, I can -- still continued as a

16 sub for a couple years after that and worked when they

17 needed me to.

18     Q      Okay.  So you worked there for eight

19 years --

20     A      Yeah.

21     Q      -- or so?

22     A      But not always as the same position.  I

23 moved up to "manager," and I managed five group homes

24 and the people -- the staff members in the group homes.

25     Q      And where did you work after that?

**Christopher W. Jones**

1    A        After that, I -- let me think.  I have to

2  think for a minute.  I think it was Lutheran Homes,

3  which was also working with the disabled.  I worked

4  several -- I worked several different group homes at the

5  same time.  So, I mean --

6        Q        **Did you work at a place called The Chimes?**

7    A        I worked at The Chimes in Baltimore when I

8  first moved to Baltimore, yes.

9        Q        **What is The Chimes?**

10   A        It's the exact-same thing as community

11  living.  It's housing for the mentally and physically

12  disabled with behavior problems.

13       Q        **Okay.**

14   A        And I managed a home there.

15       Q        **Okay.  And did you work for the United**

16  **Cerebral Palsy, in Central Maryland?**

17   A        Yes, I left Chimes because they were

18  downsizing.  So basically some of the homes were being

19  closed.  Some of the patients in the homes, they

20  needed -- they needed to be moved to other homes for

21  safety reasons because of their behavioral problems.  So

22  then I -- then I worked for --

23       Q        **And did you work for Chimes between October**

24  **of '99 and January of 2000?**

25                MS. VU:  Just let the record reflect that

**Christopher W. Jones**

Page 32

1    the witness did not have a chance to finish his prior

2    answer.

3    BY MR. BRANCH

4        Q        Mr. Jones, did you work at Chimes between

5    October of '99 and January of 2000?

6        A        Yes.

7        Q        Okay.

8        A        Around that time, yes.

9        Q        And did you work at the United Cerebral

10   Palsy of Central Maryland from January of 2000 through

11   August of 2000?

12       A        Yes, around that time, yes.

13       Q        Okay.  And what did you do there?

14       A        At UCP I was a manager, sort of like what I

15   did at Community Living, and I managed over four homes.

16   I believe it was four homes.  And that was working with

17   the mentally and physically disabled.

18       Q        And that was for, I guess, about eight

19   months?

20       A        Yes.

21       Q        Did you work at Sunrise Assisted Living of

22   Arlington?

23       A        Yes, when I first moved.

24       Q        Is that Sunrise Assisted Living or

25   Assistant Living?

**Christopher W. Jones**

Page 33

1    A        Assisted.

2    Q        **Okay.**

3    A        I worked there when I first moved to D.C.,

4    yes.  And I managed the Alzheimer's and "assisting"

5    living wards.  So it was -- basically, the Alzheimer's

6    ward was the top floor of the home and assisted living

7    was the two bottom floors.

8    Q        **So this was a home for elderly --**

9    A        Yes, yes.

10   Q        **-- patients?**

11   A        Yes.

12   Q        **And what is a reminiscence coordinator?**

13   A        That's the Alzheimer's.

14   Q        **Okay.**

15   A        That's the third floor, Alzheimer's floor.

16   Q        **And what did you do in that position?**

17   A        In the position for the reminiscence or the

18   whole --

19   Q        **Yes.  In the reminiscence.**

20   A        In -- reminiscence was managing the staff

21   to make sure the patients were being treated fairly and

22   respectfully; making sure that activities were being

23   done daily; scheduling working when we were low in

24   staff; reviews of both patients and of the staff

25   members' family contacts; making sure that family and

Page 34

1  patient needs are being met; quarterly reviews on the

2  patients with the family; meetings to let them know how

3  their parents are doing on the Alzheimer's/dementia

4  ward, if they progressed or if they declined; arranging

5  doctors appointments for the patients so that they could

6  get their monthly physicals or checks, what needed to be

7  done for that patient.

8      Q      Now, what type of employees did you

9  supervise?

10     A      What type of employees?  They were just --

11     Q      Yes.  What were the titles of the employees

12  that you supervised?

13     A      They were direct care.

14     Q      Direct care?

15     A      Yeah.

16     Q      Okay.  Were they nurses or were they some

17  other position other than nurses?

18     A      CNAs?

19     Q      Certified Nursing Assistants?

20     A      Yeah, yeah.  But back then -- back then, at

21  the time, you didn't have to be a CNA.  We looked for

22  CNAs, but you didn't have to be one.  That's changed

23  since then, but at the time, we trained.  We hired and

24  trained people on the job.

25     Q      Okay.  So you supervised nursing

**Christopher W. Jones**

Page 35

1  assistants?

2      A       Yes.

3      Q       Is that correct?

4      A       Yes.

5      Q       Okay.  And you said you worked at an HIV

6  clinic after --

7      A       Yes.

8      Q       -- or at some point?

9      A       Yeah, that was Casers(phonetic), M.D., in

10  D.C.

11     Q       Dr. Caesar Casers?

12     A       Yes.

13     Q       Okay.  And you worked -- what was your

14  position there?

15     A       I was -- I did -- I did the filing and the

16  charts, prepping.  I did data entry; I did medical

17  billing.  And I also did -- I'm sorry.  I just -- I'm

18  trying to think of the name of the position -- oh, I was

19  also a tech, like a direct tech with the patients.  I

20  did the -- I did certain tests on the patients.

21     Q       I'm sorry, I didn't hear you, what you

22  said.  You did what?

23     A       Certain tests or procedures that needed to

24  be done, like EKGs.  I did EKGs, Spiros, bone density

25  testing, doing the tests for the doctors before they

**Christopher W. Jones**

Page 38

1      Q        **Okay.**

2      A        Just my -- just my mother.  My mother was

3   on dialysis for three years.

4      Q        **Oh, okay.**

5      A        So I dealt with that.

6      Q        **Other than your, you know, personal**

7   **dealings with a dialysis patient, had you had any**

8   **professional dealings with dialysis patients or**

9   **medications before coming to DaVita?**

10     A        No.

11     Q        **Okay.  And prior to working at DaVita, had**

12  **you worked in any type of sales position?**

13     A        I used to work for Nordstrom in sales.  And

14  when I worked at Sunrise, it was a part of my job for

15  when we did not have a marketing person or when they

16  were not able, I would have to show the Sunrise home and

17  the rooms, and market to families and new residents

18  coming in.

19              I also worked at coffee shops as managers.

20  They were privately owned coffee shops, and it was

21  basically sales, because it was expected of you to do

22  certain goals every day and to sell the merchandise in

23  the coffee shop besides food and drinks.

24     Q        **Okay.  So when you worked at Sunrise --**

25     A        Uh-huh.

**Christopher W. Jones**

Page 39

1     Q       -- you were selling residential units?

2     A       Yes.  So like if a -- if it would be a new

3 family and a patient, that the patient was Alzheimer's

4 or dementia, then it would be my responsibility to show

5 the room and talk to the family and show them the --

6 basically the perks of having their family member live

7 there and what we could provide for the family member,

8 so that, yes, it was sales.

9     Q       Okay.  And when did you work at Nordstrom?

10    A       Nordstrom, I worked there -- I did it

11 seasonal, on and off.  It was -- trying to think when I

12 started -- probably around -- I think it was around '02

13 and '03, I did it for periods of four months, five

14 months, seasonal, for Christmas, and worked in the

15 evenings.

16    Q       So how long did you work at Nordstrom; was

17 it just four months?

18    A       Each time was about five months, four to

19 five months.

20    Q       And how many -- on how many occasions did

21 you work four to five months?

22    A       Twice.  Twice.

23    Q       Twice?

24    A       Yes.

25    Q       Which store did you work at?

**Christopher W. Jones**

Page 40

```
1      A        Nordstrom, one was in Pentagon City, and

2   before that it was in Baltimore.  I'm trying to think of

3   the name of the location.  I can't recall, off the top

4   of my head.

5      Q        And what did you do at Nordstrom?

6      A        I worked in the clothing department for

7   men.

8      Q        Sorry.  You worked if the men's department?

9      A        Yeah.

10     Q        Selling clothing or --

11     A        Yes.

12     Q        -- accessories?

13     A        Clothing.

14     Q        Okay.  And did you work in the men's

15  department at both locations?

16     A        Yeah, yes.

17     Q        Okay.  And when did you work at this coffee

18  store?

19     A        I worked at several different ones.  I

20  worked at one in Boston -- well, actually Jamaica Plain.

21     Q        Wait.  I'm sorry.  Did you say "Boston" or

22  "Ballston?"

23     A        Boston, Massachusetts.

24     Q        Okay.  And when did you work at the coffee

25  shop in Boston?
```

**Christopher W. Jones**

Page 42

```
1        Q        What was your official title?

2        A        Administrative assistant.

3        Q        Okay.  And where did you work?  Where was

4   your work location?

5        A        Georgetown on the Potomac.

6        Q        Who did you report to?

7        A        My manager was Gerri -- oh, let me think of

8   her name -- Gerri -- I can't think of her last name, off

9   the top of my head.

10       Q        And what were your duties as an

11  administrative assistant at DaVita?

12       A        Assisting the manager of the facility, the

13  FA, facility administrator.

14       Q        Okay.

15       A        Making sure that the files were complete on

16  a daily basis; filing; reports that were assigned by my

17  manager, making sure they were done on a weekly basis;

18  payroll; assisting patients before they went on to the

19  machine, like if they had questions with transportation,

20  or just making the patient comfortable basically, you

21  know.

22       Q        Now, were you -- was there a receptionist

23  at this facility?

24       A        I was both.

25       Q        You were the receptionist as well?
```

**Christopher W. Jones**

Page 43

```
1        A        Yeah, it's not -- it was just --

2        Q        So when patients or people would come into

3   the facility --

4        A        I was the first person they saw.

5        Q        -- did you have a location -- a desk or

6   workstation near the entrance?

7        A        I was the first person they saw, yes, as

8   soon as you walked in.

9        Q        Okay.  So was it part of your job to greet

10  patients as they came in?

11       A        Yes, and visitors.

12       Q        Okay.  And did you also answer the

13  telephone?

14       A        Yes.

15       Q        Okay.  What was your salary when you

16  started there?

17       A        Oh, my.  I think it was like, $11 an hour.

18  I don't remember.

19       Q        And how did you -- how did you come to be

20  employed there?

21       A        I interviewed.

22       Q        Okay.  Now, you worked -- before this

23  position on your resume, it appears that you worked for

24  the HIV clinic from January of 2003 until April of 2004.

25       A        Uh-huh.
```

**Christopher W. Jones**

Page 44

1       Q       But you started at DaVita in July of 2004?

2       A       Uh-huh.

3       Q       Is there any reason why there's a gap in

4    your --

5       A       I had health problems, but that's personal.

6    I don't really want to talk about that.

7       Q       Okay.  Well, I don't want to get into your

8    personal health problems.  But you took some time for

9    health issues?

10      A       Yes, yeah.

11      Q       Okay.  Now, any other duties that you

12   performed as an administrative assistant at DaVita?

13      A       It was just whatever -- I mean, if the

14   manager needed me to do special projects, I did it.  I

15   did -- when -- like, the biotech who worked there, when

16   he would go away, I did all the ordering of all the

17   supplies, would fill in for that.

18              I took on the duties myself of office

19   supplies, which was originally not mine.  I took over

20   that duty and helped out.  The same with labs.  It was

21   asked -- I went through the classes, trained, and then

22   did the packing of the labs.

23              As administrative assistant, it's assisting

24   the nurse also.  It's whatever is needed to help the

25   other people's job and stress level a little easier, so

## Christopher W. Jones

Page 45

1  the job was never the same every day.

2      Q      Okay.  How did you enjoy that?

3      A      I liked the job a lot.  I liked the

4  position a lot.

5      Q      Okay.  Did you --

6      A      It was just salary-wise.

7      Q      Did you meet James Mason while you were

8  employed at DaVita?

9      A      He was a PCT at the facility.

10     Q      I'm sorry.  A PCT?

11     A      Yes, he was a tech.  He put the patients

12  on.

13     Q      Okay.  And what is that?  What's the title?

14  Is that Patient Care Technician?

15     A      Yes.

16            MS. VU:  Let me just say, Mr. Jones, just

17  allow Mr. Branch to finish his questions.

18            THE WITNESS:  Okay.

19            MS. VU:  So that I can interpose an

20  objection if necessary.  And also, since you're on a

21  speaker phone, he can't hear you while you're -- if both

22  of you are talking.

23            THE WITNESS:  Okay.

24  BY MR. BRANCH

25     Q      Is that Patient Care Technician?

**Christopher W. Jones**

Page 50

```
1      Q       Did you get a response?

2      A       Yes.

3      Q       How long did it take them to respond to

4  you?

5      A       The same day.

6      Q       I'm sorry?

7      A       The same day.

8      Q       You got a response the same day?

9      A       Yes.

10     Q       Who was the response from?

11     A       Rosalva.

12     Q       And what was the response?

13     A       That my resume was received and I'll be

14  getting -- they'll be getting in contact with me for an

15  interview.

16     Q       What was the next thing that happened with

17  your application?

18     A       I believe it was -- I guess it was -- let's

19  see, September -- about a month, a little over a month I

20  got a phone call from Kim for a phone interview.

21     Q       Was that interview in early December?

22     A       I believe it was in November.

23     Q       November of 2005?

24     A       Yes.

25     Q       Kim Easlon called you; is that correct?
```

**Christopher W. Jones**

Page 51

1       A       Yes.

2       Q       **Okay.  And what did she say when she called**

3  **you?**

4       A       It was for a phone -- I guess a

5  pre-interview or a phone interview.

6       Q       **And were you at work when she called you?**

7       A       Yes.

8       Q       **And did you -- did she conduct an**

9  **interview?**

10      A       Yes.

11      Q       **How long did the interview last?**

12      A       About 15 minutes.

13      Q       **And what questions were asked of you at**

14  **this interview?**

15      A       Talked -- well, she had a copy of my resume

16  so she talked about past jobs I held; she talked

17  about -- a little bit about the position, that the

18  biggest thing was the travel part of it; how much you

19  travel; asked questions.

20              I'm trying to think, because between the

21  two interviews it's -- and the questions, I can't

22  remember if it was in the face-to-face interview or the

23  other interview, on-the-phone interview, but asked

24  questions like, "What would you do in this situation?"

25              It was just -- it was a quick interview.

**Christopher W. Jones**

Page 56

1    with her in the -- her hotel room?  Was it her --

2        A        She had --

3        Q        -- suggestion?

4        A        She had several people interviewing that

5    day.  She had a suite, so it's a living room.  It's

6    not -- it's not a hotel room.  It's -- it looks like a

7    condo.

8        Q        It's a condo?

9        A        It looks like a condo.  They're rooms.

10   They're suites.  They have a living room/kitchen area

11   separate from a bedroom, so it's a living room.  It

12   looks like a condo.

13       Q        And you believe other folks were

14   interviewing that day?

15       A        I know other -- I know other people

16   interviewed that day.  She mentioned --

17       Q        And how do you know that?

18       A        Because she mentioned that when I was

19   getting ready to interview with her that she was running

20   late from the person she interviewed before me.

21       Q        Okay.  And how long did you interview with

22   Kim Easlon?

23       A        I would say about an hour, 45 minutes, an

24   hour.

25       Q        What happened during this interview?

**Christopher W. Jones**

Page 57

1      A          We talked further about my past experience.

2   She asked -- I believe she asked if I had sales and I

3   told her about Nordstrom and other things that I did for

4   sales.  She talked some about the position and basically

5   that it's talking to patients about the pharmacy

6   program.  And she went into some detail about that, more

7   about the position.  It was a while back, so in detail I

8   can't remember the whole interview.  It wasn't like it

9   was last week.

10      Q          Okay.  And what happened after the second

11   interview, after this interview?

12      A          At the end of the second one she told me

13   that -- asked if I would be able to go to California.

14      Q          I'm sorry.  She did what?

15      A          Asked if I would be able to go to

16   California --

17      Q          I didn't hear the first thing you said.

18      A          She asked if I would be able to go to

19   California.

20      Q          Okay.

21      A          To --

22      Q          So at the end of the second interview she

23   asked if you would be available to go to California?

24      A          Yes.

25      Q          Okay.  And what was your response?

## Christopher W. Jones

Page 58

1  A       Yes, and that I would ask my boss what day

2  I could go -- if I could have that day off, because I

3  believe it was going to be the following Monday.

4      Q       And what else did she say?

5      A       She made sure that I had her number to call

6  when I found out from Gerri, my past boss, about me

7  being able to make that day for the interview.

8      Q       Was there anything else said?

9      A       No.  "Thank you for interviewing.  Thank

10  you for driving down to interview."

11      Q       Do you recall anything else as part of this

12  interview?

13      A       No.  Like I said, it's been a while back.

14  I can't remember the whole interview in detail.

15      Q       Did she conduct any type of role-plays

16  during the interview?

17      A       Like questions and answers?  "What would

18  you do if someone was against the pharmacy?"  Things

19  like that?

20      Q       Yeah.  I'm asking you that.  Did she do

21  that?

22      A       Yes.

23      Q       Okay.  And what do you recall her asking

24  you?

25      A       In detail, I -- I can't recall.  Let me

Page 59

1  think if I can think of something.  I can't remember if

2  it was her or if it was Josh, but one of the questions

3  that were asked was, "How do you get Teammates to be

4  supportive of the pharmacy program?"  I remember that

5  question.

6      Q      So what happened after this interview with

7  Kim Easlon in Richmond?

8      A      Then I asked my manager, Gerri, if I could

9  have the day off to go to California.

10     Q      And what was her response?

11     A      "Yes."  She was supportive, so -- I mean,

12  she's the one that gave me the flier.

13     Q      Okay.  And then did you actually go to

14  California?

15     A      Yes.

16     Q      And who did you interview with in

17  California?

18     A      I interviewed with Josh Golomb, and there

19  was three other people.  I can't recall their names off

20  the top of my head.  I would have to look it up to

21  remember.

22     Q      What is Josh's race?

23     A      He is white.

24     Q      And you interviewed with three other folks?

25     A      Yes.

## Christopher W. Jones

Page 62

1    answer, please.

2             THE WITNESS:  I never for any reason felt

3    that I would be transferring anywhere.  Nothing in the

4    flier was -- mentioned anything about transferring, so I

5    figured it would be for where you live, and I lived in

6    D.C.

7    BY MR. BRANCH

8        Q        Okay.  All right.  Do you recall anything

9    else from your interview in California?

10       A        No.

11       Q        How long was the interview?

12       A        The interview in California was -- it was

13   with several people.  There was four people, each one

14   was at an hour long, so it was a four-hour interview.

15       Q        Did anyone in California ask you about your

16   sales experience?

17       A        I cannot recall that.

18       Q        Did anyone in California ask you questions

19   where you were given role-play scenarios?

20       A        Yes, they did.  But if you asked me --

21       Q        Who asked you those type of questions?

22       A        Josh.

23       Q        Do you recall any other questions that Josh

24   asked you?

25       A        No, not off the top of my head.

**Christopher W. Jones**

Page 63

1    Q    What happened after you had this California

2  interview?  What was the next step in the process?

3    A    I believe it was two days later, I received

4  a call from Kim asking if I was interested in the

5  position.

6    Q    And what was your response?

7    A    "Yes."

8    Q    Now, at any point, did you develop any type

9  of relationship with Mrs. Easlon other than a

10 professional relationship?

11    A    No.

12    Q    Did she send you any emails that you deemed

13 to be overly friendly?

14    A    No.

15    Q    Did she suggest to you any type of

16 relationship other than a professional relationship?

17    A    No.

18    Q    Okay.  So what happened after you got this

19 call two days later and she asked you if you were still

20 interested in the job?

21    A    I told her, yes, I was.

22    Q    And what was the next step in the process?

23    A    She told me there -- about the training

24 class that I believe was the following -- no, two weeks

25 from then -- to come to California for the training

**Christopher W. Jones**

Page 67

1     A        Well, we're a full-service pharmacy, so

2   that would be a lot of medications, to be trained

3   individually on each one.  But we're -- we were trained

4   on how to approach the patients and to make sure that

5   we -- that the patient knows that it is an option

6   that -- you know, we don't make a patient sign up.  It's

7   an option for the patient.  And that was a big part of

8   the training, because it's a patient's right, and to

9   make sure that we understood and can approach patients

10  in an appropriate way.

11     Q        **Since you've been in this position, have**

12  **you been trained on the products or the medications that**

13  **DaVita provides?**

14     A        Been trained on the medications?

15     Q        **Yes.**

16     A        No, as a pharmacy service rep you really

17  don't need to know the details of each medication.  If

18  the patients have questions, or the facilities, we have

19  the pharmacy with the pharmacy Teammates that answer

20  those questions.  It's an 800-number that they can call

21  at any time, so we direct --

22     Q        **Your pharmacy --**

23           MS. VU:  Allow -- Mr. Jones wasn't done

24  with his answer.

25

### Christopher W. Jones

Page 68

1    BY MR. BRANCH

2        Q        **Are you done, sir?**

3        A        No.  We direct them to the actual pharmacy

4    to answer their questions, to make sure that the patient

5    or the Teammate gets the right answer.

6        Q        **Are you done now?**

7        A        Yes.

8        Q        Okay.  **So your testimony is that you're a**

9    **Pharmacy Service Representative, but you're not trained**

10   **on the medications that you're trying to sell to the**

11   **patients?**

12       A        We're not trying to sell medications.

13   We're the same as CVS or Rite-Aid.  We're not like a

14   we're not a one-name-brand med that we're trying to

15   promote.  We're a pharmacy.  You know, a normal

16   pharmacy, like Rite-Aid or CVS.

17       Q        **Okay.**

18       A        So we're not selling medications to a

19   patient or to a facility.  We're out there to talk to

20   the patients and let them know the option of having

21   their medications delivered to them at the facility.

22       Q        **And the medications that would be delivered**

23   **to them, are those medications primarily dialysis**

24   **medications or is it any medication?**

25       A        It's all medication.  It's not just

**Christopher W. Jones**

Page 69

1    dialysis.

2        Q        Now, can you explain to me what you -- what

3    your duties were when you first started this position, a

4    Pharmacy Services Representative position?

5        A        The duties were -- the first thing is

6    called a kick-off, going to the facilities and talking

7    to all the Teammates in the facility to let them

8    understand about the pharmacy, and that the patients

9    will be able to get their meds delivered there.

10             Then after that, you would go in the

11   following week and do your enrollment week, and that's

12   where you talk to each patient and let them know that

13   it's an option for them and they can get their

14   medications delivered to the facility.

15             And then the patients that are interested,

16   they would bring in their medications, and we'd write

17   the information off the bottles and make sure we have

18   their insurance information and address and phone

19   number, you know, patient information from the patient,

20   and then have them enroll so they can start getting

21   their medications delivered to the facility.

22       Q        And then did the -- did DaVita actually

23   deliver the medications to the facility for the

24   patients?

25       A        Yes.

## Christopher W. Jones

Page 70

1    Q        Okay.  Now, what was your -- what was your

2  commission based on?

3    A        Commission is based on all the PSRs and a

4  total, what we all do as a total on patient enrollment,

5  training of the Teammates, but it's not done

6  individually, but it's as a group is what we get our

7  bonus -- get our bonuses from.

8    Q        So it's based on the entire group and not

9  an individual?

10    A        No, no.

11    Q        So you started this position in January of

12  2006, the Pharmacy Services Representative position in

13  January of 2006; is that correct?

14    A        Yes.

15    Q        And you remained in that position until

16  December of 2006?

17    A        I'm sorry.  I remained in what position?

18    Q        In the D.C./Northern Virginia area,

19  December of 2006?

20    A        Yes.

21    Q        When did you learn that you would be

22  working in the D.C./Northern Virginia area?

23    A        When I was hired.

24    Q        And who told you you would be working in

25  D.C./Northern Virginia?

**Christopher W. Jones**

Page 71

1    A        I was -- I was called a D.C./Northern

2  Virginia rep, so I knew when I was hired, from -- you

3  know, from Kim, that I would be the rep for that area.

4    Q        Did you speak to Mr. Mason at any point

5  after you were hired and tell him that you believed that

6  DaVita was still hiring Pharmacy Services Technicians --

7  I'm sorry -- Pharmacy Service Representatives?

8    A        No, I don't recall that.

9    Q        When's the last time you spoke to

10  Mr. Mason?

11   A        I believe the last day I worked there, but

12  the exact day that was my last day at the facility, I

13  cannot recall.  It was in January of --

14   Q        Of 2006?

15   A        Yes.

16   Q        Do you recall having any discussion with

17  him where you told him that there were at least 12

18  openings for PSRs?

19   A        No, I don't.

20   Q        And has your salary increased since you

21  started employment at -- in your current position?

22   A        With DaVita RX?

23   Q        Yes.

24   A        Yeah, I'm a trainer now.

25   Q        Okay.  When did you become a trainer?

## Christopher W. Jones

1   this document is?

2      A      It's an email from Kim about my interview

3   in Richmond, where she will be staying, at what time the

4   interview will be.

5      Q      Okay.  What is the date of the -- of this

6   communication that she had with you?

7      A      12/7/05.

8      Q      That's when she told you --

9      A      That's when she emailed me.

10     Q      Okay.  And when -- does this email refresh

11  your recollection as to the exact date when you actually

12  met Ms. Easlon for an in-face -- in-person interview?

13     A      It was on 12/12/05.

14     Q      Okay.  And the last exhibit I'm going to

15  mark is DaVita 00015.

16            (Jones Exhibit Number 5 marked for

17  identification.)

18            (Document to witness.)

19  BY MS. VU

20     Q      Mr. Jones, you've been handed what's been

21  marked as Exhibit Number 5.  Can you please tell me what

22  this is?

23     A      Email from Kim after my interview in

24  California, asking me to call her at my earliest

25  convenience.

## Christopher W. Jones

Page 80

1       Q        Okay.  Do you remember what the call was

2   about?

3       A        It was about me getting offered the

4   position.

5       Q        So does this refresh your recollection as

6   to when you received the offer?

7       A        Yes, it was on Tuesday, 12/20/05.

8       Q        Okay.  And that is an offer -- what was the

9   offer for?

10      A        For the position as Pharmacy Service

11  Representative.

12               MS. VU:  Okay.  Thank you.  That's all I

13  have.  Oh, actually, I take that back.  I may have a few

14  additional questions.

15  BY MS. VU

16      Q        Mr. Jones, you said that your facility

17  administrator gave you a flier --

18      A        Uh-huh.

19      Q        -- that advertised the Pharmacy Services

20  Representative position, correct?

21      A        Yes.

22      Q        Okay.  What was your understanding of what

23  your facility administrator wanted you to do with that

24  flier?

25      A        She told me that she thought that it would