UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JAMES MASON ) | |
| ) | |
| Plaintiff, ) | Civil Action No.:06-1319 (RMC) |
| ) | |
| v. ) | |
| ) | |
| DAVITA INC. ) | |
| ) | |
| ) | Jury Trial Demand |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Comes now Plaintiff James Mason, by and through counsel, and files Plaintiff's Motion For Extension of Time to File Opposition to Defendants' Motion for Summary Judgment, and in support thereof states as follows.

Defendant has filed a motion for summary judgment and Plaintiff's opposition is due on July 25, 2007. Plaintiff requests an extension until August 3, 2007 to file the opposition because Plaintiff's counsel has been overwhelmed with other matters and needs additional time to complete the opposition. Plaintiff believes he has a meritorious defense to the motion based on recent precedent from the D.C. Circuit Court of Appeals and this motion is not being filed to cause any unnecessary delay. Since the motion was filed, Plaintiff's counsel was scheduled for trial in the D.C. Superior Court the week of June 25, and has been required to file briefs and respond to motions before the EEOC, the D.C. Court of Appeals, and in the U.S. District Court, as well as attend multiple days of depositions, including a deposition of the Plaintiff, and court hearings. Counsel has just learned that he must travel to Arkansas over the next few days to attend to an 85 year old

relative who is hospitalized with life threatening congestive heart failure, and counsel has depositions and court hearings scheduled July 30-August 1, 2007.

Wherefore Plaintiff requests an extension through August 3, 2007 to file the opposition to the motion for summary judgment. Plaintiff sought the consent of Defendant's counsel but Defendant would not consent to an extension to file the opposition.

Respectfully submitted,

/s/
David A. Branch #438764
Law Offices of David A. Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009
(202) 785-2805

### Certificate of Service

I hereby certify this 25th day of July 2007 that a copy of the foregoing Plaintiff's Motion for Extension to File Opposition to Defendants' Motion for Summary Judgment was sent to Defendants' counsel listed below.

Minh N. Vu
Epstein Becker & Green, P.C.
1227 25th Street, NW, Suite 700
Washington, D.C. 20037-3541

/s/

David A. Branch

2