UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DAVITA INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

　　　　At 1:17 p.m. on the day that his Opposition to Defendant DaVita Inc.'s ("DaVita") Motion for Summary Judgment is due, Plaintiff files a request for an eight-day extension of time to file his Opposition, even though he already had a month to prepare it. For the reasons set forth below, the Court should deny the Motion, and order Plaintiff to file his Opposition by the end of today, June 25, 2007.

　　　　On May 21, 2007, the Court directed the parties to submit a briefing schedule for DaVita's Motion for Summary Judgment. The parties submitted a joint proposed schedule on May 29, 2007, which was entered by the Court on May 31, 2007. See Exhibit 1. The schedule set the following filing deadlines:

　　　　Defendant's Motion for Summary Judgment　　　　June 25, 2007

|  |  |
|---|---|
| Plaintiff's Opposition | July 25, 2007 |
| Defendant's Reply | August 10, 2007 |

Thus, the briefing schedule jointly proposed by the parties gave Plaintiff one month to prepare and file his Opposition to DaVita's Motion for Summary Judgment.

On July 3, 2007, nearly two weeks before the Opposition would be due, Plaintiff's counsel, David Branch, sent an e-mail to counsel for DaVita, Minh Vu, asking for consent for a two-week extension of time. Ms. Vu informed Mr. Branch that DaVita would not consent to the requested two-week extension. See Exhibit 2. Thereafter, Plaintiff took no steps to seek an extension in advance of the deadline for filing his Opposition from the Court, nor did he contact DaVita's counsel to request consent to the 8-day extension that is the subject of the pending Motion.

The Court should deny Plaintiff's motion because it cites no legitimate basis for an extension of time, let alone one requested on the day that the Opposition is due. Plaintiff's counsel had a month in which to file an Opposition, 19 days longer than the eleven days provided by LCvR 7(b). Plaintiff cites to various work obligations, which, over the course of a month, do not seem out of the ordinary. Plaintiff alleges that his counsel had a trial "scheduled" during this time, but he does not represent that it actually took place. Plaintiff's deposition, also referenced by Plaintiff, only lasted two hours.

Granting Plaintiff's request for an eight-day extension is not only unjustifiable but will also result in prejudice DaVita, whose counsel had scheduled her work commitments and other deadlines to conform with the previously agreed upon briefing schedule. For example, if the Court gives Plaintiff eight additional days to file an opposition, it will presumably also shift the deadline for DaVita's Reply by eight days, making it due on

August 20, 2007. However, DaVita's counsel is scheduled to prepare one of its management witnesses for a deposition in this case on that day, as the deposition is scheduled for the following day, August 21, 2007. The Court directed counsel to confer and propose a briefing schedule to allow the parties to proceed in an orderly fashion, and to plan their schedules accordingly. Absent good cause, which Plaintiff has not shown, this schedule should not be disturbed.

For the foregoing reasons, DaVita respectfully requests that the Court deny Plaintiff's Motion for an Extension. To the extent that the Court grants an extension, DaVita requests that the Court extend DaVita's current deadline for filing its Reply by the same number of days.

Respectfully submitted,

By:      /s/ Minh N. Vu
Minh N. Vu (Bar No. 444305)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Washington, D.C. 20037
Tel: (202) 861-0900
Fax: (202) 296-2882

    /s/ Joseph T. Ortiz
Joseph T. Ortiz
(admitted pro hac vice)
Epstein Becker & Green, P.C.
1875 Century Park East, Suite 500
Los Angeles, CA 90067-2506
(310) 557-9542
(310) 553-2165 (fax)

Dated: July 25, 2007          Counsel for Defendant

DC:1047725v1

3

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2007, a copy of the foregoing document was served through the Court's Electronic Court Filing system to counsel listed below:

>David A. Branch
>Law Office of David A. Branch
>1825 Connecticut Avenue, NW
>Suite 690
>Washington, D.C. 20009

____/s/ Minh N. Vu_____
Minh N. Vu

DC:1047725v1