**Vicki Kendall**                                                                                     EXHIBIT 1

**From:** Minh Vu
**Sent:** Thursday, May 31, 2007 4:55 PM
**To:** Vicki Kendall
**Subject:** FW: Activity in Case 1:06-cv-01319-RMC MASON v. DAVITA INC. Set Deadlines/Hearings

**From:** DCD_ECFNotice@dcd.uscourts.gov [mailto:DCD_ECFNotice@dcd.uscourts.gov]
**Sent:** Thursday, May 31, 2007 4:54 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:06-cv-01319-RMC MASON v. DAVITA INC. Set Deadlines/Hearings

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 5/31/2007 at 4:53 PM and filed on 5/29/2007
**Case Name:**        MASON v. DAVITA INC.
**Case Number:**      1:06-cv-1319
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Set Deadlines/Hearings: Discovery closes 8/22/2007. Defendant's Summary Judgment motion on the race discrimination claim due by 6/25/2007. Plaintiff's response due by 7/25/2007. Defendant's reply due by 8/10/2007. Defendant's Summary Judgment motion on the retaliation claim due by 9/29/2007. Plaintiff's response due by 10/29/2007. Defendant's reply due by 11/13/2007. (cdw)

**1:06-cv-1319 Notice has been electronically mailed to:**
David A. Branch   dablaw@erols.com
Minh N. Vu   mvu@ebglaw.com
Joseph T. Ortiz   jortiz@ebglaw.com

**1:06-cv-1319 Notice will be delivered by other means to::**

5/31/2007