# Vicki Kendall

EXHIBIT 2

**From:** Minh Vu
**Sent:** Tuesday, July 03, 2007 5:07 PM
**To:** dablaw
**Subject:** RE: Mason

Davita does not consent to the extension. We jointly proposed this briefing schedule back in June which is not that long ago, and the schedule gives Mr. Mason a month in which to prepare his opposition. You should know that I went to great lengths to meet our jointly agreed schedule notwithstanding some time consuming health issues.

I will assume that this requested extension will not affect the amount of time DaVita has to file a reply brief.

**From:** dablaw [mailto:dablaw@erols.com]
**Sent:** Tuesday, July 03, 2007 1:26 PM
**To:** Minh Vu
**Subject:** Mason

Minh:
I am going to ask the court for a two week extension to respond to the motion for summary judgment that you filed recently. Please advise if you consent. DAB.

7/5/2007