UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JAMES MASON ) | |
| ) | |
| Plaintiff, ) | Civil Action No.:06-1319 (RMC) |
| ) | |
| v. ) | |
| ) | |
| DAVITA INC. ) | |
| ) | |
| ) | **Jury Trial Demand** |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND NOTICE OF CORRECTED OPPOSITION**

Comes now Plaintiff James Mason, by and through counsel, and files Plaintiff's Notice of Withdrawal of Opposition to Defendant's Motion for Summary Judgment, and Notice of Corrected Opposition, in support thereof states as follows.

Plaintiff filed an Opposition to the Defendant's (Partial) Motion for Summary Judgment on August 3, 2007. The Opposition contained a number of typographical errors and it was necessary to include citations to the record. Plaintiff has not made any substantive changes to the brief other than correcting one sentence which contained an error. Plaintiff is withdrawing the Opposition, and submitting a Corrected Opposition.

Respectfully submitted,

            /s/
David A. Branch #438764
Law Offices of David A. Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009
(202) 785-2805

**Certificate of Service**

I hereby certify this 6th day of August 2007 that a copy of the foregoing Notice of Withdrawal of Plaintiff's Opposition and Filing of Plaintiff's (Corrected) Opposition to Defendant's Motion for Summary Judgment was sent to Defendants' counsel listed below.

Minh N. Vu
Epstein Becker & Green, P.C.
1227 25th Street, NW, Suite 700
Washington, D.C. 20037-3541

            /s/

           David A. Branch