Page 1

1            IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3                    CIVIL DIVISION

4    -------------------------------x

5    JAMES MASON,                   :

6              Plaintiff            :   Case No.:

7         V.                        :   06-1319 (RMC

8    DAVITA, INC.                   :

9              Defendant            :   Pages 1-170

10   -------------------------------x

11

12

13

14

15         DEPOSITION OF JOSHUA MATTHEW GOLOMB

16              Wednesday, March 28, 2007

17                   Washington, DC

18

19

20

21   Reported by:  Sherry L. Brooks

22   Job No. 180183

```
 1      A.    Davita, RX, D-A-V-I-T-A.

 2      Q.    And for the record, what is your race?

 3      A.    I am Latino.

 4            MS. VU:  Mr. Branch, for the record, I do

 5   represent the witness today.  I am his attorney.

 6            MR. BRANCH:  I would assume that he's a

 7   management witness.

 8            MS. VU:  I just want to make that clear.

 9            BY MR. BRANCH:

10      Q.    And by Latino, what do you mean?

11      A     I am -- my mother is from Mexico.  She's a

12   Mexican American.

13      Q.    And your father?

14      A.    He is eastern European, so his family

15   hails from the big Poland, Hungary area.

16      Q.    Where were you born?

17      A.    Southern California.

18      Q.    What's your date of birth?

19      A.    1/14/74.

20      Q.    You're employed at Davita in what

21   capacity?

22      A.    My current title is senior director.
```

```
 1   while you were driving as part of this interview?
 2        A.   I would estimate the first three to five
 3   minutes.
 4        Q.   So Mr. Mason called you, you were on the
 5   road, you talked to him for three to five minutes.
 6   Can you tell me exactly what happened during this
 7   conversation?
 8        A.   We had a phone interview.
 9        Q.   Okay. Can you tell me what was said
10   during this phone interview?
11        A.   I asked him a number of different
12   questions about his experience and gave him a number
13   of situational questions about what he would do, and
14   he gave me his answers.
15        Q.   Okay. What were the questions that you
16   asked him?
17        A.   I can't go through -- I don't know the
18   detail of every single -- I can tell you that the
19   questions that I -- the content of the questions that
20   I asked were about his experience as a PCT, why he
21   received a shining star award.
22        Q.   Did you have a list of questions that you
```

```
 1    he approach selling the concept to patients, how he
 2    would approach selling the concept to teammates, and
 3    how he would approach selling the concept to
 4    physicians.
 5         Q.    Did you take any notes from this
 6    interview?
 7         A.    No, unfortunately because of him being
 8    late and me having to do this in the car, I did not
 9    take notes.
10         Q.    You didn't have a note pad or anything in
11    the car with you?
12         A.    I had one in the trunk, but I did not go
13    to get it out.
14         Q.    Did you stop at a rest stop?
15         A.    I believe it was a Dunkin' Donuts parking
16    lot in Orlando.
17         Q.    What was Mr. -- strike that.
18               Did you ask him any other questions?
19         A.    Those are the ones that are the top of
20    mind for me today that I remember asking him.
21         Q.    And how did he respond to the question of
22    how he would sell to the patients?
```

1   A.   I remember him telling me about the
2   convenience factor emphasizing how great it would be
3   to not have to worry about getting a ride to the
4   pharmacy or wait in line or really emphasizing that
5   aspect of the service to patients.
6   Q.   And how did he respond to the question of
7   how he would sell it to his teammates?
8   A.   He focused on the financial aspect and
9   said that he would make sure that teammates knew that
10  this was -- they were all part of Davita and I
11  believe -- I won't get the exact wording right here,
12  but that a lot of them owned stock in Davita, a lot
13  of them are a part of Davita's incentive compensation
14  programs and so them supporting a new business within
15  Davita could have financial awards to them.
16  Q.   And how did he say he would sell it to
17  doctors?
18  A.   I believe he talked about emphasizing that
19  this is good for patients.
20  Q.   Did you ask him any other questions?
21  A.   I think I've answered that already. These
22  are the ones that I remember being top of mind as

Page 150

1  Zondra was promoted that she took responsibility for
2  what was defined as her region.
3          MS. VU:  For the record, Mr. Mason, I
4  believe that information is --
5          MR. BRANCH:  Please don't call me Mr.
6  Mason.
7          MS. VU:  I'm so sorry, Mr. Branch.
8          MR. BRANCH:  I'm just going to write my
9  name on your hand or something so you can just look
10 at it.
11         MS. VU:  You could wear a name tag, but
12 that's okay.  Anyway, I believe the date for Ms.
13 Zondra Evans's start as a regional manager is
14 actually in the interrogatory responses that we
15 provided.
16         BY MR. BRANCH:
17     Q.  You said you provided some type of
18 feedback to Ms. Easlon on the process that she was
19 following.  Did you find any fault in the way that
20 she handled these interviews?
21     A.  Well, I did not review the questions she
22 asked during the interviews.  I had a similar

Page 151

1  assessment that Ms. Easlon had of Mr. Mason.
2      Q.   You had a similar assessment?
3      A.   I'd say that he was -- when I say similar,
4  I didn't feel strongly enough about him to bring him
5  on to -- bring him in person for an in-person
6  interview.
7      Q.   But that's not the assessment that Ms.
8  Easlon had, was it? I thought she attempted to
9  schedule him for an in-person interview?
10     A.   Well, in-person interview for her. I
11 guess I was not ready to bring him for an in-person
12 interview to meet with a bunch of folks out in
13 California.
14     Q.   How do you know that's the assessment that
15 Ms. Easlon had? She never got that far. She tried
16 to schedule him for an in-person interview with her,
17 but it did not work out.
18     A.   Can you restate the question, please?
19     Q.   Yes. Why do you believe that you had the
20 same assessment of Mr. Mason as Ms. Easlon?
21     A.   Why do I believe I had the same assessment
22 as Ms. Easlon? Is that what you asked? I just want

Page 152

1  to make sure I understand what you're asking me.

2     Q.   Yes.  You said that you had the same

3  assessment that Ms. Easlon had of Mr. Mason; is that

4  correct?

5     A.   I did not think that Mr. Mason was a

6  strong enough candidate to bring on site for the next

7  round of interviews.

8     Q.   Did Ms. Easlon tell you that Mr. Mason was

9  not a strong enough candidate to bring on site for

10 interviews?

11    A.   No, so I misspoke when I said that.  I

12 think the point of what I was trying to say is that I

13 did not find -- when I interviewed Mr. Mason, I did

14 not find anything that led me to believe that she did

15 not give him a fair chance based on race is I think

16 the proper way to phrase my answer to that question.

17    Q.   Did Ms. Easlon tell you that Mr. Mason

18 should not be advanced in the interviewing process?

19    A.   When I talked to her after the incident

20 and told her that I was going to go to the next step,

21 I asked her what she thought of him.  She said that

22 he was kind of her second choice candidate behind

Joshua Golomb

Page 154

1  him out.

2         My take away -- and I don't know the exact
3  wording -- was that he was -- based on the initial
4  phone screen was kind of her top choice for that area
5  based on what she had seen to date and he was farther
6  along -- some of that might be because he was farther
7  along in the process. I'm not sure. And so she had
8  seen more of him, and so when he came out -- and so I
9  think that's how I would characterize what I
10 understood from her.
11     Q.   Isn't it true that Ms. Easlon told Mr.
12 Mason that he was not being advanced in the process
13 because someone else had been selected?
14     A.   That E-mail says that, yes.
15     Q.   There's no mention there that he somehow
16 came out behind Mr. Jones in the initial interviews?
17     A.   Yes. That was not the reason. I should
18 clarify. The reason why Mr. Jones was selected is we
19 reinterviewed him, he was farther along in the
20 process, we needed to fill that position, and at that
21 time, he passed our criteria.
22     Q.   You keep saying he was farther along in