```
 1
 2         UNITED STATES DISTRICT COURT FOR THE
 3                  DISTRICT OF COLUMBIA
 4    JAMES MASON

 5       Plaintiff

 6       vs.                         C.A. No.
                                     1:06cv01319 RMC
 7    DAVITA, INC.

 8       Defendants
 9
10
11
12
13
14       Deposition of Kimberly Latham Easlon
15                  Washington, D.C.
16                   April 3, 2007
17
18
19
20
21   Reported by: Bonnie L. Russo
22   JOB NO. 180005
```

Page 1

1

2          UNITED STATES DISTRICT COURT FOR THE
3                    DISTRICT OF COLUMBIA
4   JAMES MASON

5      Plaintiff

6      vs.                                C.A. No.
                                          1:06cv01319 RMC
7   DAVITA, INC.

8      Defendants
9
10
11
12
13
14      Deposition of Kimberly Latham Easlon
15              Washington, D.C.
16               April 3, 2007
17
18
19
20
21  Reported by: Bonnie L. Russo
22  JOB NO. 180005

1  previous position, so I have experience hiring.
2  I have also -- when I was in pharmaceutical
3  sales and when I worked retail for a while with
4  Revlon, I worked as a trainer in both those
5  capacities.
6      Q.   Where did you work as a manager?
7      A.   I worked for Revlon.
8      Q.   What period of time did you work for
9  Revlon?
10     A.   That was the year I was in Edmond,
11 Oklahoma, before I moved.
12     Q.   When you were 26 years --
13     A.   Uh-huh.
14     Q.   -- 26 years old?  So that was
15 20 years or so ago?
16     A.   Witness nodding head.  Yes.
17     Q.   Once you were hired as a regional
18 sales manager at Davita Rx, did you receive any
19 type of training in hiring and training of
20 pharmacy services representatives?
21     A.   I have received training.  I did not
22 immediately receive training.

Page 57

1   Here is areas we are ready to hire a rep in, so
2   you need to post it.  Then you need to
3   interview people.
4       Q.   Did you have a facility or a
5   location in Richmond to interview folks?
6       A.   I interview out of hotels that I am
7   staying in.
8            MR. BRANCH:  Let's take a short
9   break and come back.
10           (A short recess was taken.
11           BY MR. BRANCH:
12      Q.   Ms. Easlon, at some point did you
13  receive the resume of James Mason?
14      A.   Yes, I did.
15      Q.   And did you receive that from
16  Ms. DePillo?
17      A.   Yes.
18      Q.   What period of time was it that you
19  received his resume?
20      A.   It was early December.
21      Q.   Of what year?
22      A.   Of '05.

Page 58

1    Q.   Did you decide that you wanted to
2    conduct a telephone interview of Mr. Mason?
3    A.   Yes.
4    Q.   Why did you decide you wanted to
5    interview him on the telephone?
6    A.   Based on the things he had listed on
7    his resume, I was interested in asking him more
8    questions.
9    Q.   Did you make contact with Mr. Mason
10   at some point?
11   A.   Yes.
12   Q.   When did you first speak to
13   Mr. Mason?
14   A.   Are you asking me for a date?
15   Q.   Well, approximately when did you
16   first speak to Mr. Mason about the PSR
17   position?
18   A.   I am sure I called him around the
19   1st of December.
20   Q.   Did you call him for this initial
21   telephone interview?
22   A.   Yes.

Page 59

1    Q.   What do you recall about your
2　initial telephone call with Mr. Mason?
3    A.   I don't recall our conversation. My
4　takeaway from the call was that there were no
5　immediate red flags. That I was interested in
6　moving forward with a face-to-face interview.
7    Q.   And why did you want to move forward
8　with the face-to-face interview?
9    A.   Based on the answers he had given
10　me, I thought he was a good candidate.
11   Q.   Did you take any notes during your
12　telephone interview of Mr. Mason?
13   A.   I'm sure I did.
14   Q.   And do you know where those notes
15　would be?
16   A.   They are gone. History.
17   Q.   What do you mean by that?
18   A.   I don't keep notes of anyone I
19　haven't hired. And in many cases, I didn't
20　keep the initial notes of people I did hire.
21   Q.   And so for the folks that you did
22　initial interviews with and you advanced them

1   and incorporate it into their current position.

2   Q.   Do the teammates get any extra
3   compensation for any work that they do in
4   connection with the Davita Rx pharmacy service
5   program?

6   A.   No.

7   Q.   So how do you get these teammates to
8   do the extra work?

9   A.   That is where we need selling skills
10  because we have to convince the teammates that
11  this is good for them as well. That not only
12  does it help improve the patients, but you have
13  to ask questions of the teammates to find out
14  what is most important to them.

15          Is it -- for most of our teammates,
16  what is important is that the patients do well
17  within the facility. And so you would tell
18  them that with this service we are going to be
19  able to help the patients with their medication
20  management and it's going to improve their
21  quality of life.

22          But you also have to look at what is

Page 127

1  the bottom line for a teammate. It would be
2  their bonus at the end of the year. And by
3  improving medication management, it's going to
4  improve outcomes within the facility which
5  means it raises their DQI, which is what they
6  are evaluated on for bonus within their
7  facilities.
8         So there is that aspect as well.
9         MS. WU: That's all I have.
10  FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF
11         BY MR. BRANCH:
12   Q.    Ms. Easlon, would that be a selling
13  point for the teammates with respect to your
14  PSRs to say to the teammates, look, here is an
15  incentive for you to get on board with this
16  program. It would affect your bonus -- it
17  could affect your bonus at the end of the year?
18   A.    I would say that a more accurate way
19  to present it would be it's going to improve
20  outcomes. And they understand that it's
21  implied that if it improves outcomes, then it
22  may affect their bonus.

Page 1

1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3                     CIVIL DIVISION

4   _____           ORIGINAL

5   JAMES MASON,

6                  Plaintiff,

7              v.                              Civil Action No:

8   DAVITA, INC.,                              06-1319 RMC

9                  Defendant.

10  _____

11         Deposition of Christopher W. Jones

12              Virginia Beach, Virginia

13              Friday, March 23, 2007

14

15

16

17

18

19

20

21

22

23

24  Reported by: Jean B. Speights, RPR, RMR, CCR

25  Job. No. 180017

Page 20

1  about your deposition before today's date, other than
2  Ms. Vu?
3       A    No.
4       Q    Okay.  All right.  Mr. Jones, where do you
5  live?
6       A    I live in Virginia Beach.
7       Q    What's your address?
8       A    7805-D Atlantic Avenue.
9       Q    7805-E?
10      A    "D" as in "dog."
11      Q    Okay.  D Atlantic Avenue?
12      A    Yeah.  Virginia Beach, Virginia.
13      Q    And what's the ZIP there?
14      A    23451.
15      Q    Are you currently employed?
16      A    Yes.
17      Q    Hello?
18      A    Yes.
19      Q    Okay.  I missed your answer.  Are you
20  currently employed?
21      A    Yes.
22      Q    Who is your employer?
23      A    DaVita RX.
24      Q    What's your current position?
25      A    Pharmacy Service Representative.

Page 21

1    Q    How long have you been in this position?

2    A    Let's see. About a year and three months.

3    Q    So this is March of 2007. So would that be
4    January of 2006?

5    A    Yes.

6    Q    Have you held the same position, Pharmacy
7    Services Representative position, since you started
8    employment?

9    A    Yes.

10   Q    Are you assigned to a particular territory?

11   A    Yes, I have the Virginia Beach, Southern
12   Virginia, North Carolina, and I'm also covering the
13   Tampa area of Florida.

14   Q    Virginia Beach; North Carolina?

15   A    Yeah. Southern Virginia, which is the
16   Virginia Beach area, North Carolina, and the Tampa,
17   Florida, area.

18   Q    And what services do you provide in this
19   position?

20   A    I'm the Pharmacy Service Representative, so
21   I do territory management for facilities that are open,
22   to make sure the facilities and the patients are happy
23   with the pharmacy service, and to enroll new patients.

24   Q    Is this a position that -- well, strike
25   that.