**Christopher W. Jones**

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3                    CIVIL DIVISION

 4    _____

 5    JAMES MASON,

 6                    Plaintiff,

 7              V.                       Civil Action No:

 8    DAVITA, INC.,                      06-1319 RMC

 9                    Defendant.

10    _____

11          Deposition of Christopher W. Jones

12              Virginia Beach, Virginia

13              Friday, March 23, 2007

14

15

16

17

18

19

20

21

22

23

24    Reported by:  Jean B. Speights, RPR, RMR, CCR

25    Job. No. 180017
```

**Christopher W. Jones**

Page 20

1    about your deposition before today's date, other than

2    Ms. Vu?

3        A        No.

4        Q        Okay.  All right.  Mr. Jones, where do you

5    live?

6        A        I live in Virginia Beach.

7        Q        What's your address?

8        A        7805-D Atlantic Avenue.

9        Q        7805-E?

10       A        "D" as in "dog."

11       Q        Okay.  D Atlantic Avenue?

12       A        Yeah.  Virginia Beach, Virginia.

13       Q        And what's the ZIP there?

14       A        23451.

15       Q        Are you currently employed?

16       A        Yes.

17       Q        Hello?

18       A        Yes.

19       Q        Okay.  I missed your answer.  Are you

20   currently employed?

21       A        Yes.

22       Q        Who is your employer?

23       A        DaVita RX.

24       Q        What's your current position?

25       A        Pharmacy Service Representative.

## Christopher W. Jones

Page 21

```
 1        Q        How long have you been in this position?
 2        A        Let's see.  About a year and three months.
 3        Q        So this is March of 2007.  So would that be
 4   January of 2006?
 5        A        Yes.
 6        Q        Have you held the same position, Pharmacy
 7   Services Representative position, since you started
 8   employment?
 9        A        Yes.
10        Q        Are you assigned to a particular territory?
11        A        Yes, I have the Virginia Beach, Southern
12   Virginia, North Carolina, and I'm also covering the
13   Tampa area of Florida.
14        Q        Virginia Beach; North Carolina?
15        A        Yeah.  Southern Virginia, which is the
16   Virginia Beach area, North Carolina, and the Tampa,
17   Florida, area.
18        Q        And what services do you provide in this
19   position?
20        A        I'm the Pharmacy Service Representative, so
21   I do territory management for facilities that are open,
22   to make sure the facilities and the patients are happy
23   with the pharmacy service, and to enroll new patients.
24        Q        Is this a position that -- well, strike
25   that.
```

**Christopher W. Jones**

Page 22

1          When did you start employment in this

2    position?  Was it January of 2006?

3        A       Yeah, yes.

4        Q       And did you have this territory in January

5    of 2006?

6        A       No, I used to have the D.C. Northern

7    Virginia territory.

8        Q       So you started out in D.C./Northern

9    Virginia?

10       A       Yes.

11       Q       And how long were you -- how long did you

12   have that territory?

13       A       Well, I transferred from the D.C. Northern

14   Virginia territory to the Virginia Beach North Carolina

15   territory in December.

16       Q       December of what year?

17       A       Last December, 2006.

18       Q       December 2006?

19       A       Yes.  So I started --

20       Q       Did you -- hold on -- all right.  Go ahead.

21       A       I started the Virginia Beach North Carolina

22   territory at the end of December.  I moved, and then

23   had -- this was my new territory after Christmas.

24       Q       Did your responsibilities change?

25       A       No, no.  Same responsibilities, just

**Christopher W. Jones**

Page 23

1    different territory.

2        Q       So when you started this position you were

3    in the D.C./Northern Virginia --

4        A       Yes.

5        Q       That's the territory that you covered?

6        A       Yes.

7        Q       Okay.  Do you know how you came to be

8    placed in the D.C./Northern Virginia territory?

9        A       I interviewed for DaVita RX and then was

10   hired for that region, for that territory.

11       Q       Okay.  Did you specifically request

12   D.C./Northern Virginia or was that just assigned to you?

13       A       It was -- it was assigned.  There was no

14   request at the time.  I just never thought one way or

15   the other -- I live in D.C., and I interviewed for a

16   position, I just figured it was D.C.  It was never said

17   one way or the other.

18       Q       Okay.  And I understand that for D.C., but

19   what about this Northern Virginia?  How did that become

20   part of it?

21       A       I requested.

22       Q       You requested Northern Virginia?

23       A       Yeah, I wanted to transfer to another

24   territory.

25       Q       All right.  So -- well not to Southern

**Christopher W. Jones**

Page 38

1      Q        Okay.

2      A        Just my -- just my mother.  My mother was

3   on dialysis for three years.

4      Q        Oh, okay.

5      A        So I dealt with that.

6      Q        Other than your, you know, personal

7   dealings with a dialysis patient, had you had any

8   professional dealings with dialysis patients or

9   medications before coming to DaVita?

10     A        No.

11     Q        Okay.  And prior to working at DaVita, had

12  you worked in any type of sales position?

13     A        I used to work for Nordstrom in sales.  And

14  when I worked at Sunrise, it was a part of my job for

15  when we did not have a marketing person or when they

16  were not able, I would have to show the Sunrise home and

17  the rooms, and market to families and new residents

18  coming in.

19               I also worked at coffee shops as managers.

20  They were privately owned coffee shops, and it was

21  basically sales, because it was expected of you to do

22  certain goals every day and to sell the merchandise in

23  the coffee shop besides food and drinks.

24     Q        Okay.  So when you worked at Sunrise --

25     A        Uh-huh.

**Christopher W. Jones**

Page 39

1    Q        -- you were selling residential units?

2    A        Yes.  So like if a -- if it would be a new

3    family and a patient, that the patient was Alzheimer's

4    or dementia, then it would be my responsibility to show

5    the room and talk to the family and show them the --

6    basically the perks of having their family member live

7    there and what we could provide for the family member,

8    so that, yes, it was sales.

9    Q        Okay.  And when did you work at Nordstrom?

10   A        Nordstrom, I worked there -- I did it

11   seasonal, on and off.  It was -- trying to think when I

12   started -- probably around -- I think it was around '02

13   and '03, I did it for periods of four months, five

14   months, seasonal, for Christmas, and worked in the

15   evenings.

16   Q        So how long did you work at Nordstrom; was

17   it just four months?

18   A        Each time was about five months, four to

19   five months.

20   Q        And how many -- on how many occasions did

21   you work four to five months?

22   A        Twice.  Twice.

23   Q        Twice?

24   A        Yes.

25   Q        Which store did you work at?

**Esquire Deposition Services**              MD - 1-800-539-6398
D.C. - 1-800-441-3376                        VA - 1-800-752-8979

**Christopher W. Jones**

Page 40

```
 1      A       Nordstrom, one was in Pentagon City, and

 2  before that it was in Baltimore.  I'm trying to think of

 3  the name of the location.  I can't recall, off the top

 4  of my head.

 5      Q       And what did you do at Nordstrom?

 6      A       I worked in the clothing department for

 7  men.

 8      Q       Sorry.  You worked if the men's department?

 9      A       Yeah.

10      Q       Selling clothing or --

11      A       Yes.

12      Q       -- accessories?

13      A       Clothing.

14      Q       Okay.  And did you work in the men's

15  department at both locations?

16      A       Yeah, yes.

17      Q       Okay.  And when did you work at this coffee

18  store?

19      A       I worked at several different ones.  I

20  worked at one in Boston -- well, actually Jamaica Plain.

21      Q       Wait.  I'm sorry.  Did you say "Boston" or

22  "Ballston?"

23      A       Boston, Massachusetts.

24      Q       Okay.  And when did you work at the coffee

25  shop in Boston?
```

**Christopher W. Jones**

Page 41

1      A      That would have been -- I think it was

2   around '90, '91.

3      Q      And what did you do there?

4      A      Basically, a barrista, custom -- you know,

5   waiting on the customers, and then they also had

6   merchandise, coffee-related merchandise that --

7      Q      So you were a store clerk?

8      A      Yeah, basically, yeah.

9      Q      Okay.  Any other sales experience?

10     A      No, not that I can think of, off the top of

11  my head.

12     Q      Okay.  All right.  Now, your position when

13  you first started at DaVita, what was your position?

14     A      I was administrative assistant, and then

15  labs.  I also did the labs, spinning the labs and

16  packing and sending them off.

17     Q      I heard you say "administrative assistant."

18  I didn't hear the final part of your statement.

19     A      Labs, L-A-B-S.  I would get the labs ready

20  to go out, spin them, get them packed up and send them

21  out to the laboratories.

22     Q      Okay.  What was your official title?

23     A      Administrative assistant.

24     Q      Hello?

25     A      Yes.

**Christopher W. Jones**

Page 46

```
 1      A      Yes.

 2      Q      Were you evaluated in your performance as

 3  an administrative assistant?

 4      A      By my manager?

 5      Q      Yes.

 6      A      Yes, she did an evaluation.

 7      Q      And how was your evaluation?

 8      A      It was pretty well.  I don't remember -- I

 9  don't remember the evaluation.  Do I still own it?  No,

10  I don't.  But it was -- it was -- nothing bad written.

11  My performance was, you know, above average, if I'm

12  thinking correctly.

13      Q      Okay.  Now, at some point you applied for

14  the position that you're currently in; is that correct?

15      A      Yes.

16      Q      How did you learn about the position that

17  you're currently in?

18      A      My manager at the time, Gerri, gave me a

19  flier and told me she thought it would be good for me to

20  apply.

21      Q      What was your manager's name?  You said

22  Gerri?

23      A      Gerri McGowen (phonetic).  That's her last

24  name.  McGowen.

25      Q      McGowen?
```

Page 47

1    A    Yeah.

2    Q    And is she still employed there?

3    A    I'm not sure.

4    Q    Is that Gerri, G-E-R-R-I?

5    A    G-E-R-R-I, yes.

6    Q    Okay.  And she gave you a flier?

7    A    Yeah, it was a flier -- I guess it was an

8    email flier, and she printed it out and gave it to me.

9    Q    Okay.  And what is her race?

10    A    She's white.  She's European.  She -- I

11    believe she's from England.

12    Q    Okay.  And what is your race, just for the

13    record?

14    A    I'm white.

15    Q    Sir?

16    A    I'm white.

17    Q    Okay.  So your manager gave you a flier.

18    Can you describe the content of this flier?

19    A    Not really.  It's been a while.  I do

20    remember that basically, if you're -- it was directed

21    toward people who work in Facility, and if you were

22    looking for a change with what -- what you're doing

23    work-wise, that --

24    Q    People who work where?

25    A    In Facility.  People that work in the

**Christopher W. Jones**

Page 48

1    facilities.  It was a flier for teammates.  That's what

2    we call them.  It was for --

3         Q        Teammates -- I'm sorry.  What?

4         A        Teammates.

5         Q        Teammates?

6         A        T-E-A-M mates.

7         Q        Okay.  Did the flier specifically ask for

8    outstanding PCTs or Patient Care Technicians?

9         A        That, I don't remember.

10        Q        Okay.  All right.  So what else do you

11   recall about the content of this flier?

12        A        I gave it -- I believe it gave an email

13   address, "and if you're interested, send your resume."

14        Q        And what did you do after you received

15   this -- this email flier as it relates to applying for

16   the position?

17        A        I sent my resume in to Rosalva.

18        Q        Did you speak to anyone else at DaVita

19   about this vacant position?

20        A        After I applied, I -- I just showed the

21   flier to several people that were sitting at the nurses'

22   station.

23        Q        Do you recall any of the people you showed

24   the flier to?

25        A        It would have been the PCTs, so it would

**Christopher W. Jones**

Page 49

```
 1   have been Herb, and James, Julia, and I can't remember

 2   who the nurse was at the time.  They went through

 3   several nurses at that facility.

 4         Q        Herb?

 5         A        Herb, H-E-R-B.

 6         Q        And who is Herb?  What's his last name?

 7         A        I'm not sure what Herb's last name is.

 8         Q        But he was a PCT?

 9         A        Yes.

10         Q        Okay.  All right.  When did you -- when did

11   you learn about this Patient Care Technician position --

12   I'm sorry.  It's Pharmacy Service Representative

13   position.  When did you learn about it?

14         A        I believe it was in September.

15         Q        September of 2005?

16         A        Yeah.

17         Q        Did you submit an application?

18         A        Yes, I did.  It wasn't an application; it

19   was a resume.

20         Q        You submitted a resume?

21         A        Yeah.

22         Q        Who did you send the resume to?

23         A        Rosalva.

24         Q        And how did you send the resume?

25         A        Email.
```

**Christopher W. Jones**

Page 64

1    class with two other PSRs, three other PSRs that were

2    just hired, to be trained for the position.

3         Q       And where was this training?

4         A       That was in California.

5         Q       What city?

6         A       I'm trying to think of the name of the

7    city.  San Mateo, I believe.

8         Q       Did you attend this training?

9         A       Yes.

10        Q       How long was the training?

11        A       That training was -- I believe it was two

12   days.

13        Q       Two days?

14        A       Yeah.

15        Q       Now, what was your starting salary at

16   DaVita as a Pharmacy Representative position?

17        A       My salary started at 40,000, I believe.

18        Q       Okay.  40,000?

19        A       Uh-huh.

20        Q       Was there a commission part of this as

21   well?

22        A       Yeah, there's -- there's quarterly bonuses

23   on top of that.

24        Q       Were those quarterly bonuses up to

25   40 percent of your salary?

**Christopher W. Jones**

Page 65

1    A    Yes.

2    Q    So your salary was $40,000, plus you could

3  make up to 40 percent of that in bonuses?

4    A    Yes.

5    Q    And before this pharmacy sales position,

6  your salary was -- I think you said approximately $11 an

7  hour?

8    A    Yes.

9    Q    Okay.  As the administrative assistant?

10    A    Yes.

11    Q    Now, at this training session, did you

12  learn that there were other positions available, other

13  pharmacy services positions available at DaVita?

14    A    No.

15    Q    Okay.  What happened at the training?

16         MS. VU:  I am going -- Mr. Branch, where

17  are you going with this?

18         MR. BRANCH:  What is your objection?

19         MS. VU:  My objection is that what happened

20  after Mr. Jones is hired has absolutely no relevance to

21  this case.

22         MR. BRANCH:  Relevance is not a basis for

23  not answering the question.

24         MS. VU:  Well, it also isn't reasonably

25  calculated to lead to --

**Christopher W. Jones**

Page 66

1           MR. BRANCH:  Yes, it is.

2           MS. VU:  Well, how so?

3           MR. BRANCH:  Well, I don't have to explain

4    that to you.

5           MS. VU:  All right.  I'm going to allow

6    some limited questioning, but I'm warning you that I'm

7    not going to let it go too far.

8           Go ahead.  You can answer.

9    BY MR. BRANCH

10      Q      Mr. Jones, what type of training did you

11    receive?

12      A      It was regular introduction-to-DaVita

13    training, because some of the people were new to DaVita,

14    so it's just policies and procedures.  And then they

15    were -- we were given a training manual with information

16    about our job, and basically it was just the

17    understanding of what your job was:  When you'd go into

18    a facility, what you will be talking to the patients

19    about; report -- samples of reports that will be due.

20    It was -- but honestly, that part of the training is

21    mostly policies and procedure. You get your actual

22    training when you start in a facility with a trainer.

23      Q      Okay.  Were you trained on the products or

24    services that were being -- that it was your

25    responsibility to sell?

**Christopher W. Jones**

Page 67

1      A      Well, we're a full-service pharmacy, so

2   that would be a lot of medications, to be trained

3   individually on each one.  But we're -- we were trained

4   on how to approach the patients and to make sure that

5   we -- that the patient knows that it is an option

6   that -- you know, we don't make a patient sign up.  It's

7   an option for the patient.  And that was a big part of

8   the training, because it's a patient's right, and to

9   make sure that we understood and can approach patients

10  in an appropriate way.

11      Q      **Since you've been in this position, have**

12  **you been trained on the products or the medications that**

13  **DaVita provides?**

14      A      Been trained on the medications?

15      Q      **Yes.**

16      A      No, as a pharmacy service rep you really

17  don't need to know the details of each medication.  If

18  the patients have questions, or the facilities, we have

19  the pharmacy with the pharmacy Teammates that answer

20  those questions.  It's an 800-number that they can call

21  at any time, so we direct --

22      Q      **Your pharmacy --**

23              MS. VU:  Allow -- Mr. Jones wasn't done

24  with his answer.

25

## Christopher W. Jones

Page 68

```
 1   BY MR. BRANCH

 2       Q       Are you done, sir?

 3       A       No.  We direct them to the actual pharmacy

 4   to answer their questions, to make sure that the patient

 5   or the Teammate gets the right answer.

 6       Q       Are you done now?

 7       A       Yes.

 8       Q       Okay.  So your testimony is that you're a

 9   Pharmacy Service Representative, but you're not trained

10   on the medications that you're trying to sell to the

11   patients?

12       A       We're not trying to sell medications.

13   We're the same as CVS or Rite-Aid.  We're not like a

14   we're not a one-name-brand med that we're trying to

15   promote.  We're a pharmacy.  You know, a normal

16   pharmacy, like Rite-Aid or CVS.

17       Q       Okay.

18       A       So we're not selling medications to a

19   patient or to a facility.  We're out there to talk to

20   the patients and let them know the option of having

21   their medications delivered to them at the facility.

22       Q       And the medications that would be delivered

23   to them, are those medications primarily dialysis

24   medications or is it any medication?

25       A       It's all medication.  It's not just
```

**Christopher W. Jones**

Page 69

1    dialysis.

2        Q        Now, can you explain to me what you -- what

3    your duties were when you first started this position, a

4    Pharmacy Services Representative position?

5        A        The duties were -- the first thing is

6    called a kick-off, going to the facilities and talking

7    to all the Teammates in the facility to let them

8    understand about the pharmacy, and that the patients

9    will be able to get their meds delivered there.

10               Then after that, you would go in the

11   following week and do your enrollment week, and that's

12   where you talk to each patient and let them know that

13   it's an option for them and they can get their

14   medications delivered to the facility.

15               And then the patients that are interested,

16   they would bring in their medications, and we'd write

17   the information off the bottles and make sure we have

18   their insurance information and address and phone

19   number, you know, patient information from the patient,

20   and then have them enroll so they can start getting

21   their medications delivered to the facility.

22       Q        And then did the -- did DaVita actually

23   deliver the medications to the facility for the

24   patients?

25       A        Yes.

**Christopher W. Jones**

Page 70

1          Q          Okay.  Now, what was your -- what was your

2    commission based on?

3          A          Commission is based on all the PSRs and a

4    total, what we all do as a total on patient enrollment,

5    training of the Teammates, but it's not done

6    individually, but it's as a group is what we get our

7    bonus -- get our bonuses from.

8          Q          So it's based on the entire group and not

9    an individual?

10          A          No, no.

11          Q          So you started this position in January of

12    2006, the Pharmacy Services Representative position in

13    January of 2006; is that correct?

14          A          Yes.

15          Q          And you remained in that position until

16    December of 2006?

17          A          I'm sorry.  I remained in what position?

18          Q          In the D.C./Northern Virginia area,

19    December of 2006?

20          A          Yes.

21          Q          When did you learn that you would be

22    working in the D.C./Northern Virginia area?

23          A          When I was hired.

24          Q          And who told you you would be working in

25    D.C./Northern Virginia?

**Christopher W. Jones**

Page 71

1    A    I was -- I was called a D.C./Northern

2  Virginia rep, so I knew when I was hired, from -- you

3  know, from Kim, that I would be the rep for that area.

4    Q    Did you speak to Mr. Mason at any point

5  after you were hired and tell him that you believed that

6  DaVita was still hiring Pharmacy Services Technicians --

7  I'm sorry -- Pharmacy Service Representatives?

8    A    No, I don't recall that.

9    Q    When's the last time you spoke to

10  Mr. Mason?

11    A    I believe the last day I worked there, but

12  the exact day that was my last day at the facility, I

13  cannot recall.  It was in January of --

14    Q    Of 2006?

15    A    Yes.

16    Q    Do you recall having any discussion with

17  him where you told him that there were at least 12

18  openings for PSRs?

19    A    No, I don't.

20    Q    And has your salary increased since you

21  started employment at -- in your current position?

22    A    With DaVita RX?

23    Q    Yes.

24    A    Yeah, I'm a trainer now.

25    Q    Okay.  When did you become a trainer?

**Christopher W. Jones**

Page 72

```
 1      A      I became a trainer in May.

 2      Q      Of what year?

 3      A      '06.

 4      Q      So you started the position in January of

 5  '06, and then you became a trainer in May of '06?

 6      A      Yes.

 7      Q      Are you still a PSR?

 8      A      Yes.

 9      Q      So you're a PSR and a trainer?

10      A      Yes.

11      Q      Okay.  And what did this training involve?

12      A      New hires -- when new hires start with

13  DaVita RX as a PSR, they work with me in the field to

14  learn the -- how to talk to the patients, and reports,

15  the normal job functions.  They're with me for a week to

16  two weeks.

17      Q      And how many people have you trained since

18  you started work?

19      A      Oh, wow.  I believe -- wait -- ten, nine or

20  ten, yeah.

21      Q      How did you come to be a trainer?

22      A      I was asked by my manager, George, if I

23  wanted to be the East Coast trainer.

24      Q      Did you apply for the position?

25      A      No, it was -- I was asked.
```