## STAR Rx JOB OPPORTUNITIES

### Pharmacy Services Representatives

Do you know of an outstanding PCT within your area that would love a new and exciting career development opportunity within DaVita? We have positions available for Pharmacy Services Representatives across the country!

A Pharmacy Services Representative (PSR) is responsible for helping to roll-out the Star Rx pharmacy service to DaVita facilities. S/he must have excellent communication skills, have a wonderful personality, be able to work independently, be able to manage their time effectively, and have an excellent work ethic.

S/he also needs to be willing to travel extensively, as the Star Rx roll-out process requires being on-site in dialysis facilities. Our current PSR's travel 75% of the time.

This is a perfect opportunity for PCTs who would love to move up within the company, but perhaps education or training is holding them back. For more information, the PSR job description can be viewed on the DaVita intranet at http://www.davita.com/careers/ in the administrative and clerical category under the job title "Pharmacy Services Representative"

Interested applicants should send their resume to: 

001

| | A Name | B First Name | C Race | D Original Territory | E Status | F Title | G PSR Hire Date | H Term Date | I Hourly Rate (Confidential) | J Interviewed by Joan Golomb | K Interviewed by Kim Easton |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Evans | Zondra | BLACK | CA | Active | Originally hired as Pharmacy Services Rep, promoted to Regional Sales Manager | 2/20/2005 | | 34.660000 | Yes | Yes |
| 4 | Tomczak (nee Myers) | Courtney | WHITE | CA | Active | Pharmacy Services Rep | 5/22/2005 | | 25.750000 | No | Yes |
| 5 | Richmond | Carol | WHITE | CA | Separated from DaVita RX | Pharmacy Services Rep | 5/22/2005 | 6/9/2005 | 28.850000 | No | Yes |
| 6 | Huey | Michael | WHITE | FL | Separated from DaVita RX | Pharmacy Services Rep | 5/31/2005 | 6/17/2005 | | Yes | Yes |
| 7 | Mayberry | Jessie | BLACK | CA | Active | Pharmacy Services Rep | 6/13/2005 | | 26.438500 | Yes | Yes |
| 8 | Jackson (nee Harmon) | Valerie | WHITE | CA | Active | Pharmacy Services Rep | 6/23/2005 | | 26.238500 | Yes | Yes |
| 9 | Rizzo | Elizabeth | WHITE | CA | Active | Pharmacy Services Rep | 6/23/2005 | | 24.758500 | Yes | Yes |
| 10 | Silva | Mariah | HISPA | CA | Transferred Back to DaVita | Pharmacy Services Rep | 7/21/2005 | 1/6/2006 | | No | Yes |
| 11 | Wendland | Carin | WHITE | WA | Transferred Back to DaVita | Pharmacy Services Rep | 7/23/2005 | 9/16/2005 | | Yes | Yes |
| 12 | Cross | Virginia | WHITE | OK, AK | Active | Pharmacy Services Rep | 9/29/2005 | | 24.760000 | No | Yes |
| 13 | Jimenez | Juan | HISPA | FL | Separated from DaVita RX | Pharmacy Services Rep | 10/25/2005 | 1/16/2007 | 24.038500 | Yes | Yes |
| 14 | Weinrich | Matt | WHITE | FL | Separated from DaVita RX | Pharmacy Services Rep | 10/25/2005 | 1/4/2007 | 24.038500 | Yes | Yes |

All Persons offered PSR positions as of December 18, 2006. Note: Information in column J is CONFIDENTIAL.

| | Last Name | First Name | Race | Original Territory | Status | Title | PSR Hire Date | Term Date | Hourly Rate (Confidential) | Interviewed By John Golumb Kim Easton | Interviewed by |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Platt | Kathy | WHITE | WA | Active | Pharmacy Services Rep | 10/26/2005 | | 24.038500 | Yes | Yes |
| 16 | Wales | Alexandra | WHITE | MN | Active | Originally hired as Pharmacy Services Rep, promoted to Regional Sales Manager | 1/3/2006 | | 30.284600 | Yes | Yes |
| 17 | Jones | Christopher | WHITE | DC | Active | Pharmacy Services Rep | 1/15/2006 | | 21.640000 | Yes | Yes |
| 18 | Lamberson | Patricia | WHITE | CO | Active | Pharmacy Services Rep | 1/23/2006 | | 27.170000 | Yes | Yes |
| 19 | Prieto | Jennifer | HISPA | FL | Separated from DaVita RX | Pharmacy Services Rep | 1/23/2006 | 1/23/2006 | 28.443000 | Yes | Yes |
| 20 | Todaro | Ronald | WHITE | PA | Separated from DaVita RX | Pharmacy Services Rep | 2/6/2006 | 2/22/2006 | 26.443000 | Yes | Yes |
| 21 | Jellison | Jackie | WHITE | SC | Separated from DaVita RX | Pharmacy Services Rep | 3/1/2006 | 9/16/2006 | 25.000000 | Yes | Yes |
| 22 | Hill | Reba | BLACK | PA | Active | Pharmacy Services Rep | 3/5/2006 | | 21.635000 | Yes | Yes |
| 23 | Becton | Andrea | WHITE | TX | Separated from DaVita RX | Pharmacy Services Rep | 4/3/2006 | 5/12/2006 | 22.596000 | Yes | Yes |
| 24 | Bridges | Debbie | WHITE | KS | Active Separated from DaVita RX | Pharmacy Services Rep | 4/3/2006 | 12/1/2006 | 25.000000 | Yes | No |
| 25 | Camper | Derrick | BLACK | MD | Active Separated from DaVita RX | Pharmacy Services Rep | 4/3/2006 | 12/1/2006 | 25.481000 | Yes | No |
| 26 | Nash | Paula | BLACK | MO | Active | Pharmacy Services Rep | 4/3/2006 | | 24.039000 | Yes | Yes |

All Persons offered PSR positions as of December 18, 2006. Note: Information in column J is CONFIDENTIAL

| | Last Name | First Name | Race | Original Territory | Status | Title | PSR Hire Date | Term Date | Hourly Rate (Confidential) | Interviewed by Jose Gonzalez | Interviewed by Kirt Easton |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H | I | J | K |
| 1 | | | | | | | | | | | |
| 27 | Ontiveros | Maria | HISPA | TX | Separated from DaVita RX | Pharmacy Services Rep | 4/3/2006 | | 25.000000 | Yes | No |
| 28 | Rosemond | Deidre | BLACK | MI | Active | Pharmacy Services Rep | 4/3/2006 | | 26.443000 | Yes | Yes |
| 29 | Snider | David | WHITE | MD | Active Separated from DaVita RX | Pharmacy Services Rep | 4/3/2006 | 5/12/2006 | 22.600000 | Yes | No |
| 30 | Sudano | Ian | WHITE | CA | Active | Pharmacy Services Rep | 4/4/2006 | 6/2/2006 | 26.443000 | Yes | No |
| 31 | Thorne | Helen | WHITE | FL | Active | Pharmacy Services Rep | 5/1/2006 | | 18.750000 | Yes | No |
| 33 | Sears | Suzanne | WHITE | GA | Active | Pharmacy Services Rep | 5/1/2006 | | 21.154000 | No | |
| 32 | Madden | Lynne | WHITE | IL | Active | Pharmacy Services Rep | 5/1/2006 | | 26.440000 | No | Yes |
| 34 | Kersey | David | WHITE | AL | Active | Pharmacy Services Rep | 5/22/2006 | | 21.634600 | No | Yes |
| 35 | Scioneaux | Monica | WHITE | LA | Active | Pharmacy Services Rep | 6/12/2006 | | 24.038500 | No | No |
| 36 | Monge | Luz | HISPA | CA | Active | Pharmacy Services Rep | 6/18/2006 | | 28.842700 | No | Yes |
| 37 | Watkins | Detrica | BLACK | NJ | Active | Pharmacy Services Rep | 7/8/2006 | | 25.000000 | No | No |
| 38 | Dannemiller | Amy | WHITE | OH | Active | Pharmacy Services Rep | 7/10/2006 | | 24.038600 | No | No |
| 39 | Brown | Garnaela | WHITE | AZ | Active | Pharmacy Services Rep | 7/28/2006 | | 24.040000 | No | Yes |
| 40 | Cooper | Tawana | BLACK | WI | Active | Pharmacy Services Rep | 8/21/2006 | | 24.038500 | No | Yes |
| 41 | Enriquez | Mary | HISPA | TX | Active | Pharmacy Services Rep | 8/21/2006 | | 24.038500 | No | No |

All Persons offered PSR positions as of December 18, 2006. Note: Information in column J is CONFIDENTIAL.

All Persons offered PSR positions as of December 18, 2006. Note: Information in column J is CONFIDENTIAL.

| | A Last Name | B First Name | C Race | D Original Territory | E Status | F Title | G PSR Hire Date | H Term Date | I Hourly Rate (Confidential) | J Interviewed by Josh/Salome | K Interviewed by Kim/Easton |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 42 | Epling | Rachael | WHITE | OH | Active | Pharmacy Services Rep | 8/21/2006 | | 24.040000 | No | |
| 43 | Puglisse | Sivana | HISPA | MD | Active | Pharmacy Services Rep | 8/21/2006 | | 21.635000 | No | No |
| 44 | Yeung | Shirley | ASIAN | CA | Active | Pharmacy Services Rep | 8/21/2006 | | 26.442300 | No | Yes |
| 45 | LaMoregese (nee Springer) | Sandra | WHITE | NY | Active | Pharmacy Services Rep | 10/23/2006 | | 24.038500 | No | Yes |
| 46 | McDuffie | Danielle | BLACK | NC | Separated from DaVita RX | Pharmacy Services Rep | 10/23/2006 | 1/4/2007 | 25.961500 | No | No |
| 47 | Nagrath | Arun | ASIAN | MA | Separated from DaVita RX | Pharmacy Services Rep | 10/23/2006 | 1/4/2007 | 26.442300 | No | Yes |
| 48 | Gonzalez | Teresa | HISPA | TN | Active | Pharmacy Services Rep | 11/19/2006 | | 24.038400 | No | No |



DAV-00007

DAV-00008

DAV-00009

**From:** Rosalva DePillo
**Sent:** Thu 9/29/2005 3:57 PM
**To:** Christopher Jones
**Subject:** RE: Star Rx Representative Position

Thank you for your interest in the Pharmacy Service Representative position.  We will review your resume and contact you within three to four days.

Rosalva

**From:** Christopher Jones
**Sent:** Thursday, September 29, 2005 1:12 PM
**To:** Rosalva DePillo
**Subject:** Star Rx Representative Position

Rosalva,
Attached is a copy of my Resume for your consideration for the Pharmacy Services Representative Position.
I thank you for your time.
Chris

Christopher Jones
Administrative Assistant
Davita 190
Georgetown on the Potomac
3223 K Street NW # 110
Washington DC 20007
(202) 333-5211
DaVita Inc.



**DAV-00010**

10-12-2006

**Christopher W. Jones**
**1401 N Street, NW # 807**
**Washington, DC 20005**
**(202) 248-1647**
**Email:** cwjones71@aol.com

## WORK HISTORY

DaVita- Administrative Assistant
July 2004-Present
- Filing, typing and other clerical duties as directed by Facility Administrator and Medical staff.
- Verify insurance, authorization, forwarding forms to corporate office.
- Prepare, organize and upkeep of patient files and obtaining consents on all new admissions.
- Maintain accurate accounting of all stock items kept in the facility to include hemodialysis, re-use and office supplies.
- Responsible for amending and correcting billing/credit problems and retain copies of all incoming invoices.
- Maintain employee files and ensuring that compliance is met with State regulations.
- Ensuring compliance with DaVita policy and procedures in accordance with state and federal regulations for patient care and services. (Medicare, OSHA, or other governing agencies).
- Ensuring compliance with state or federal regulations of the Injury Prevention and Safety Training Program.

Cesar A. Caceres, M.D., P.C.- Data Entry Clerk/Medical Assistant
January 2003- April 2004
- Enter laboratory data from outside labs into central computer.
- Finalize patient files, ensuring that all labs, x-rays, medical tests and Physicians notes are included for visit.
- Upkeep of the Physicians computers ensuring that all-patient information is downloaded on a daily basis.
- Responsible for calling outside laboratories for test results and retrieve results for patient files.
- Implement routine maintenance checks on the medical equipment, train other Medical Assistants on equipment procedures and upkeep.
- Responsible for daily administration of EKG, spiro, and bone density testing prior to the patients consultation with Physician.
- Ensuring that Medical Claims are processed and Insurance payments are paid to appropriate Physician.

Sunrise Assistant Living of Arlington- Assisted Living Coordinator/Reminiscence Coordinator
September 2000- January 2003
- Supervise Lead Managers and Care Providers
- Develop monthly work schedule for employees.
- Develop, schedule and conduct individual resident service meetings.
- Develop, schedule and conduct training seminars for staff according to Sunrise and State Health policies and procedures.
- Maintain department budgets on a monthly basis.
- Maintain resident and employee personnel file.
- Conduct monthly and employee performance reviews.



**DAV-00011**

United Cerebral Palsy of Central MD- Community Support Specialist
January 2000- August 2000
- Facilitate the development, implementation, documentation and monitoring of goals and objectives for participants in the residential units.
- Scheduled, attend and conduct internal and external meetings and in-services.
- Monitored household and participant records according to regulations and policies.
- Supervised all personal Development Assistants.

The Chimes, Inc.- Case Manager
October 1999- January 2000
- Provide care to adults with mental and physical disabilities.
- Schedule medical and dental visits.
- Develop goals and objectives for residential clients.
- Maintain banking and business transactions for clients.

Community Living, Inc.- Case Manager
July 1992- December 1998
- Supervised four group homes and outreach clients.
- Chaired weekly ITM and behavioral meeting.
- Trained support staff and responsible for job placement.
- Overlooked banking and business transactions for clients.

**SKILLS AND INTERESTS:**
MSOffice, WordPerfect, KlinLab, Type 55 wpm, Excellent interpersonal, communication and management skills. Support awareness and fundraising programs in the Baltimore/ Washington area for AIDS and Homeless.

DAV-00012

**PROPRIETARY AND CONFIDENTIAL**



OUR VILLAGE PHARMACY

**Position:  Pharmacy Services Representative ("PSR")**

Important Note:

ALL RECRUITING THROUGH THE FIRST ROUND OF INTERVIEWS MUST BE
DONE BLIND, i.e., no reference to DaVita or to dialysis.  We should be portrayed as a
Fortune 500 healthcare provider that is developing a pharmacy service to support our
1000+ healthcare clinics and 90,000+ patients nationwide.  We are recruiting Pharmacy
Services Representatives to sell the pharmacy service to our patients, our teammates, and
our affiliated physicians.

Recruiting Exclusion:

We cannot recruit candidates from CVS or any of their affiliates or subsidiaries,
including the various PharmaCare entities.

Background:

DaVita is the largest dialysis provider in the United States, with over 1,000 dialysis
facilities and nearly 100,000 patients.  In 2004 we created a new business called Star Rx.
The purpose of Star Rx is to provide a superior pharmacy service to our patients, thereby
improving the quality of care that we provide to our patients.  Star Rx delivers patients'
medications directly to their dialysis facility, where they go to receive treatment three
times each week.  Star Rx also provides a range of services that support greater access to
and appropriate use of medications, such as education and counseling, refill reminders,
insurance assistance, etc.

Position Description:

PSR's are responsible for selling the Star Rx service to patients, teammates (employees)
and physicians.  This involves working with Regional Directors and Facility
Administrators to explain Star Rx and to plan for facility implementations.

The first step in an implementation is to meet with the facility team, including the
Medical Director who is affiliated with the facility (typically a nephrologist), the Facility
Administrator, and key clinical staff in the facility.  The second step is to work with the
Facility Administrator to select one to three key teammates in the facility who will
support the ongoing pharmacy service and serve as liaisons to the facility.  The third step
is to meet with each individual patient to explain the Star Rx service and to determine
their interest in Star Rx.  This step is often complicated by the fact that many patients

1

DAV-00814

## PROPRIETARY AND CONFIDENTIAL

depend on caregivers – which may be a professional or a family member – to help coordinate their care. The fourth step is to help interested patients with the sign-up process. Last, PSR's are responsible for circling back to the facility to ensure that the implementation was successful.

Each PSR is responsible for a geographic territory, which can be as small as Northern or Southern California and as big as several states. The job involves extensive travel, since successful implementations require 1 to 2 weeks of time spent on-site (depending on the size of the facility). It is expected that PSR's will spend approximately 75% of their time traveling.

Reporting:

PSR's report to the PSR Manager. The PSR Manager position has not yet been finalized; in the interim, the position will report to Rachel Burgoyne, Director – Special Projects.

Timing:

We'd like to hire 2 PSR's ASAP, and at least 10 to 15 more by the end of the year.

Compensation:

We believe that most PSR's will be pharmacy techs. It appears that pharmacy techs typically make $20 – 22/hour.

We are continuing to assess our compensation plan, but our first take is that base compensation will be in the $45 - 50k range, which should be about the same or maybe a slight increase over what pharmacy techs are making today. Incentive compensation will be a significant component of the successful PSR's compensation, and will be based on the percent of patients signed up in each facility. A good PSR will be able to earn $20k or even $30k in incentive compensation. Upside will not be capped, so the upside is limited only by the person's capability and energy. We will provide cell phones and laptop computers, and will reimburse all job-related expenses.

Key Requirements:

- Must be able to travel 75% of their time.
- Must be willing to work 10 – 12 hour days while they're on the road. Have to be at the facilities when the patients are there, which typically starts at 6am.
- Must have complete integrity.
- Must have excellent communication skills – able to speak comfortably with patients who may have a 4th or 5th grade education, with teammates who are typically nurses, and with doctors.
- Must be very organized.
- They also have to have entrepreneurial zeal.

2

## PROPRIETARY AND CONFIDENTIAL

- My guess is that also asking for sales experience is asking too much, so we'll provide sales training. Of course, some sales experience would be a huge plus.

Additional Thoughts On Key Attributes:

- Positive Attitude
- Active seller (Needs to be able to ask direct questions)
- Personable
- Ability to train facility teammates
- Attentive to detail
- Patient
- Ability to speak with Physicians
- Organizational skills
- Self-direction
- Goal oriented
- Time management skills
- Problem solver
- Willingness to learn

Interview Process:

First round interview with Josh, Rachel, or Kim (by phone). Must have at least 4 interviews to hire, including me and Kim (by phone); additional potential interviewers include Frank, Doug, Lisa Joins.

3

Case 1:06-cv-01319-RMC   Document 29-6   Filed 08/06/2007   Page 15 of 25
Case 1:06-cv-01319-RMC   Document 17-4   Filed 05/17/2007   Page 1 of 8

Page 1 of 2

**Kim Easlon**

| | |
|---|---|
| **From:** | Kim Easlon [KEaslon@davita.com] |
| **To:** | Alex Dellon |
| **Cc:** | |
| **Subject:** | Re: Looking for PSRs to hire |
| **Attachments:** | |

**Sent:** Thu 3/3/2005 8:12 PM

Thanks Alex. Bill told me that Linda had just been promoted. All of the OVPs and several RDs are now aware of the program. Bill made a presentation at a meeting that several of them attended this week. I'll give Linda an email.

Are you tan?

Kim

>>> Alex Dellon 03/03/05 8:09 PM >>>
Hey Kim,
I'm doing great. Of course I just got back from vacation so I haven't really worked yet.

I think your idea is a good one regarding the PCTs. I don't know of any one off the top of my head but would definitely suggest contacting either Linda Lansing or Helen Como. Linda was just announced as the OVP for Sunsational Division so I would recommend you contact her 1st. She is aware of the Pharmacy Program (as is Helen) from when the pilot was discussed in Florida and should be able to recommend someone

I'll be in LA all next week. Hopefully we can catch up via telephone one evening

Alex


Alex Dellon
Facility Administrator
Center for Kidney Disease
Phone:  (305) 691-2144
Fax:  (305) 691-0362
Cell:  (561) 213-0337
Email:  ADellon@davita.com



>>> Kim Easlon 03/03 9:52 PM >>>
Hey Alex,

How is it going? I hope you're loving your new job. I have decided that the PCTs within the company might be great as PSRs. It would be a great promotion for them, they know dialysis, and they know how to deal with our patients.

I was wondering if you knew of anyone that might fit within the perameters of what I am looking for:

I need someone who is very outgoing and positive, someone who is very organized and can manage themselves, plus, of course, they need to be willing to travel A LOT! We are currently asking our PSRs to travel three weeks out and one in. They will be home every weekend. After about a year and a half, they will settle into territories where the travel will be reduced substantially.

What do you think? Do you know of anyone who fits into this mold? I know everyone knows down there, but you still' need to keep this quiet. Bill has told me that I can contact Linda Lansing and Helen Como. What do you think about them? Trust their judgement?

**DAV-00825**

## Kim Easlon

| | |
|---|---|
| **From:** | Kim Easlon [KEaslon@davita.com] |
| **To:** | Laura Mildenberger |
| **Cc:** | |
| **Subject:** | Hiring PSRs!!! |
| **Attachments:** | |

**Sent:** Thu 3/3/2005 7:03 PM

Hi Laura,

I hope things are going great with you and you are still laughing in your sleep.

I am hiring new pharmacy service representatives for Star RX. We were looking at Pharmacy Techs for the position, but my gut tells me that PCTs from within the company would do a great job. They know dialysis, they know how to approach the patients, they know about problems patients have with their prescriptions and pharmacies.

We are not allowed to post for positions within the company, but Bill Hughson told me that I could contact you and inquire discreetly. Do you know of anyone that might be interested in this position? I need someone who is very enthusiastic and positive. They also need to be well organized and able to work independently. Last of all, they need to be willing to travel A LOT!!! They will be travelling three weeks out and one week in - with them being home on weekends. This kind of travel will last for about a year and a half with each rep settling into a territory after the rollout is complete.

I would love to give "some of our own" this great opportunity. I trust DaVita's managers way more than the recruiters that I am currently working with.

Let me know if you have anyone I can speak with.

Kim

DAV-00827

Case 1:06-cv-01319-RMC   Document 29-6   Filed 08/06/2007   Page 17 of 25
Case 1:06-cv-01319-RMC   Document 17-4   Filed 05/17/2007   Page 2 of 8
Page 1 of 1

**Kim Easlon**

| | | | |
|---|---|---|---|
| **From:** | Kim Easlon [KEaslon@davita.com] | **Sent:** | Mon 3/14/2005 2:29 PM |
| **To:** | Josh Golomb | | |
| **Cc:** | | | |
| **Subject:** | Re: Lori's Interview | | |
| **Attachments:** | | | |

I guess I just want the standard barrage! Let me know what you think.

Kim

>>> Josh Golomb 03/14/05 9:43 AM >>>
I w'l mark it down

Let me know if there are any specific thigns you would like me to probe...if not, I'l give my standard barrage of questions.

Josh Golomb
DaVita
533 Airport Blvd, Suite 400
Burlingame, CA 94010
(650) 548-2540
(650) 373-2002 (fax)

>>> Kim Easlon 03/14/05 09:33AM >>>
Josh,

If you can see Lori at 10:00, that would be great. I am faxing her resume to Tina who will see that you get a copy.

Kim

DAV-00832

**Kim Easlon**

| | | | |
|---|---|---|---|
| **From:** | Kim Easlon [KEaslon@davita.com] | **Sent:** | Thu 3/17/2005 8:03 PM |
| **To:** | mab@stansburyjobs.com | | |
| **Cc:** | | | |
| **Subject:** | Re: DaVita & Katie Anderton | | |
| **Attachments:** | | | |

Melanie,

I'm sorry for the confusion with the position.  The travel is non-negotiable.  I plan to keep the east coast people travelling along the east coast, but can not promise anyone that they would be able to work only in Florida.

Sorry,

Kim


>>> Melanie <mab@stansburyjobs.com> 03/17/05 4:48 PM >>>
Hi Kim,


I just left you a voice message and wanted to follow up with an email.


Katie Anderton believes the PSR position is her dream job. She has a strong desire to do good work and contribute to the team. We believe Katie would be an exceptional employee.  She has been doing some soul searching on the travel requirements and before moving forward with more interviews would like to be forthcoming.


Her concern:

When we first approached her we told her the travel required would be concentrated in the Florida area. Since speaking with you, she has been informed it would require nation-wide travel. Katie let us know today that if the position is nation-wide, this would not be a match for her. If the travel were in Florida, she is interested in moving forward and we can schedule a 2nd interview.


Let me know if this is negotiable or not. We need to know not only for Katie, but for any of the candidates we are screening for this position.


Thank you Kim!

Melanie

**DAV-00833**

Case 1:06-cv-01319-RMC   Document 29-6   Filed 08/06/2007   Page 19 of 25
Case 1:06-cv-01319-RMC   Document 17-4   Filed 05/17/2007   Page 8 of 8

Page 1 of 1

## Josh Golomb

**From:**   Josh Golomb
**Sent:**   Thursday, February 09, 2006 6:52 AM
**To:**   Gail Gardner
**Subject:** RE: Confidential Privileged Information HR Matter We Discussed recently

Thanks Gail I am actually at the DaVita Medical Directors meetings today and tomorrow. I will try to sneak away and find time to call you, but it may not end up being until Monday.

Unless you advise me otherwise, I will assume it would be inappropriate for me to talk with Kim to try to get the details of the incident. I am guessing it is a case of poor communication on our part. I know that Kim did go on vacation and that we were interviewing a number of folks for different slots, but we did change our recruit plan around that time. I am confident that Kim did not intentionally discriminate if anything, we are trying to identify as diverse of a candidate pool as possible, but cognizant that our communication may have been poor and left the candidate with no other plausible explanation.

Josh

**From:** Gail Gardner
**Sent:** Thursday, February 09, 2006 6:40 AM
**To:** Josh Golomb
**Subject:** Confidential Privileged Information HR Matter We Discussed recently

Confidential Information

Hi Josh

Thanks for talking with me recently regarding the opening in the Maryland DC area. I have attached the client the complaint and would like to talk to you. I recently received a call in regard to the DC area and this may be connected. You can reach me at the office today 301 754-3021. I look forward to talking with you.
Thanks
Gail

## Gail Gardner

[illegible]

[illegible]
[illegible]

**DAV-01464**

## Josh Golomb

**From:** Josh Golomb
**Sent:** Sunday, March 12, 2006 12:16 PM
**To:** Rachel Burgoyne; Bruce Kraus
**Subject:** RE: LA Candidate

Rachel

Was other candidate strong also? I'm conscious that some candidates may be open to moving (if he's good, just not as good as Ian, it maybe worth a conversation).

---

**From:** Rachel Burgoyne
**Sent:** Saturday, March 11, 2006 7:26 AM
**To:** Bruce Kraus
**Cc:** Josh Golomb
**Subject:** LA Candidate

I met with 3 LA candidates yesterday and would like to recommend Ian Sudano for the final interview round. Of the two Priority reps he really stood out as someone that will make a great PSR. He is very passionate about making sure that patients get their meds and he also works on continuous improvement. He designed the enrollment form that they were using and suggested ideas to corporate or marketing items for patients. He is persistent and knows how to problem solve. He also has an accounting background and is detailed and organized.

He has an accent - English, but I only had a few occassions when I needed him to repeat himself or to clarify a point.

My PSR Summary is attached. I'll need to fax you a copy of his resume as it is in hard copy form.

Thanks
Rachel

DAV-01468

## Josh Golomb

| | |
|---|---|
| .om: | Josh Golomb |
| Sent: | Thursday, October 27, 2005 11:24 AM |
| To: | David Prather |
| Subject: | RE: Seeking job opportunity per conversations with Mary Comerford. |

Thanks for the feedback David.

The other thing I should clarify is that the sales position is primarily patient-centric. While part of the PSR job is to meet with facilities and physicians to get them excited about the program, 60% of the job is sitting chairside with patients to talk to them about our service and sign them up. I raise that because, while your physician experience will be of great help, it is a much different position.

If that still sounds interesting, I will forward your information to the person managing our recruiting process to schedule an interview.

Josh

-----Original Message-----
From: David Prather [mailto:drprath5?@earthlink.net]
Sent: Thursday, October 27, 2005 10:14 AM
To: Josh Golomb
Subject: RE: Seeking job opportunity per conversations with Mary Comerford...

Hello Josh,

Thanks for getting back to me and for your kind words.

    interest at this point is in a sales rep position leading potentially to advancement opportunities such as the Manager or Director positions you mentioned.

Although the compensation level you described is lower than my present income I would consider other benefits of joining your team as well. My current employer, American Renal expects to struggle next year due to reimbursement / CMS concerns and no product pipeline and is likely to continue reducing its sales force.

In light of this, job security, the chance to reunite with some of the old "Vivra Gang" and continuing my business relationships with the renal care professionals in Missouri, Kansas and Illinois, almost all of with whom I've established relationships makes for an exciting opportunity.

If this fits with your expectations for representation in the St. Louis area then perhaps we should talk.

Again, thanks for your consideration and feel free to circulate my resume to other departments as you see fit.

Continued success.

David Prather
St. Louis, Missouri
Cell: 314 541.91**

    -----Original Message-----
    m: Josh Golomb <Josh Golomb Davita.com>
    sent: Oct 27, 2005 11:52 AM
To: David Prather <drprath5@earthlink...net>
Subject: RE: Seeking job opportunity per conversations with Mary Comerford...

DAV-01475

David,

Thanks for forwarding your resume. You clearly have great experience (and we always love the ex-Vivra folks).

We are currently hiring sales representatives for our new division, but I do not think it is a good match with your experience. You have experience more commensurate with our Manager and Director level positions (which we have already filled). I would not guess that our rep-level positions would be of interest to you (fyi comp range for sales reps is ~$55K with 40% bonus potential).

However, please let me know if I am wrong in that assumption. If not, I will forward your resume to a few other departments that may have a need.

Thanks

Josh Golomb

-----Original Message-----
From: David Prather [mailto:drprath53@earthlink.net]
Sent: Friday, October 21, 2005 3:02 PM
To: Josh Golomb
Subject: Seeking job opportunity per conversations with Mary Comerford...

Hello Mr. Golomb,

My name is David Prather and I reside in St. Louis, Missouri. I am exploring career opportunities with Davita vis a vis my telephone conversations with Mary Comerford - Davita Recruiter.

Although it is my understanding that over the last several days Mary has forwarded my resume to you and/or Bill Hughson I have attached another copy for your consideration.

As my resume illustrates, I have current professional relationships with almost every nephrologist in Missouri, Kansas, Nebraska and Southern Illinois (and have done business with most of them over the last ten
years) as a result of my tenures with Vivra Renal Care (Kent Thiry - CEO), Gambro and American Regent Inc.

I am certain these relationships would serve Davita's interests should I be given the opportunity to represent your organization.

I look forward to speaking with you or your staff in the near future.

Continued success,

David Prather
Cell - 314.541.3177
Fax: 636.527.1958
Email: drprath53@earthlink.net
Davita Inc.

2

DAV-01476

## Josh Golomb

From:    Josh Golomb
Sent:    Tuesday, November 29, 2005 11:35 AM
To:      Deborah Borman
Cc:      Kim Eason
Subject: RE: DaVita Rx Program-Colorado

Deb

Thanks for your message

The job is a 75% travel job. I think the Village Voice materials may have been confusing. There are roles at the clinic but these are for existing clinic staff (e.g. the AA may play the role of "Pharmacy Coordinator" which is the logistical liaison support for Pharmacy).

The Pharmacy Services Representative (PSR) position travels throughout an area to meet with teammates and patients to tell them about the program, and sign up patents if they are interested. This position is ~75% travel.

Kim Eason is our Sales Manager and is heading up our recruiting. I have copied her on this email so that she can answer more detailed questions

Thanks!

Josh

---

**From:** Deborah Borman
**Sent:** Tuesday, November 29, 2005 8:05 AM
**To:** Josh Golomb
**Subject:** DaVita Rx Program-Colorado

I have questions regarding the DaVita Rx program in Colorado. A few months ago, we posted a job opening that was targeted to PCTs for what we thought was a local position. It stated the job required 75% travel. Now with the information out in the Village Voice, it looks like all roles are facility specific. Is there still a job position for someone in Colorado? What is it? Who would make a good candidate for this position...PCT? RN? AA? Is there travel involved and if so, how much? Would the travel be local or out of state or both?
Thanks!

Deb Borman, LCSW
Facility Administrator
Longmont Dialysis Center
ph 303-485-4084 fax: 303-485-4081

*"Creating a Legacy of Ultimate Community"*

**DAV-01547**



December 20, 2005

Christopher Jones
1401 N. Street, NW #807
Washington, DC 20005

Dear Christopher:

On behalf of DaVita Inc., I am pleased to confirm your offer of employment at DaVita. We look forward to your first day of work on January 16, 2006. You will be working as a Pharmacy Service Representative reporting to Kim Easlon, Pharmacy Services Manager. The following represents the terms and conditions in this regard:

As we discussed, your base salary for this position has been set at $45,000 per annum, less standard deductions and authorized withholdings. In addition, you will be eligible to receive a performance bonus between 0% and 40% of your base salary, which is a discretionary bonus and which is payable in a manner consistent with our practices and procedures. A portion of this bonus will be paid on a quarterly basis and the remainder will be paid annually. The performance bonus will be based on performance metrics jointly developed between you and your manager. Your position is exempt under the wage and hour laws. You will be paid bi-weekly pursuant to our normal payroll practices. Your status will be that of a regular full-time benefit eligible teammate. Any further salary increases will be based upon DaVita's compensation program and your performance.

You will be eligible to receive health and disability insurance benefits, as well as other related benefits, under the same terms and conditions generally applicable to DaVita teammates at the similar level of compensation and responsibility. You will be eligible to participate in DaVita's health and disability insurance plans on the first of the month after you have completed two (2) months of continuous employment. You will be receiving an enrollment kit outlining your choices. A summary of all of DaVita's benefits will be presented to you at the start of your employment.

Further, you agree that, during the term of your employment with DaVita and for a six-month period following termination of your employment with DaVita for any reason, you shall not, directly or indirectly, for yourself or on behalf of, or in conjunction with, any other person, company, partnership, corporation or business of whatever nature: (1) solicit any past or present customer of DaVita or any of its subsidiaries for the purpose of soliciting or selling any services or products in competition with those of DaVita or any of its subsidiaries; (2) solicit or hire any employee of DaVita or any of its subsidiaries to work for any business, individual, partnership, firm, corporation, or any other entity for any reason whatsoever; (3) take any action that results, or might reasonably result, (A) in any employee, independent contractor, or consultant ceasing

DAV-01755

Christopher Jones
December 20, 2005                                                Page 2 of 2

to perform services for DaVita or any of its subsidiaries or (B) in any patient or customer from
ceasing to purchase services or products from DaVita or any of its subsidiaries; or (4) establish,
enter into, be employed by or for, advise, consult with or become an owner in or a part of, any
company, partnership, corporation or other business entity or venture, or in any way engage in
business for yourself or for others, that competes in any way with DaVita or any of its
subsidiaries, within 100 miles of any location in which DaVita or any of its subsidiaries
conducts business. In addition, you agree that you will not, during or after the term of your
employment with DaVita, disclose or use, without the written consent of an officer or director
of DaVita, information relating to the customers, business plans, financial data, or other trade
secrets (whether in existence or proposed) of DaVita or any of its subsidiaries, or any other
confidential information of DaVita or any of its subsidiaries to any person, firm, partnership,
corporation or business for any reason or purpose whatsoever.

**Please note that this offer is contingent upon successful completion and receipt of our pre-
employment drug test and background check results before your first day of employment.
Please contact Rosalva De Pillo at (650) 696-8905 to arrange for a pre-employment drug
test.**

If you accept the terms of this offer, please sign the letter below and return it to me as soon as
possible. We look forward to your first day of work, and being a part of DaVita's efforts and
mission to be the Provider, Partner and Employer of Choice. If you have any questions, or if I
may provide further information, please do not hesitate to contact me directly.


Sincerely,


Josh Golomb, Director DaVita Rx
DaVita Inc.


I accept the position of Pharmacy Services Representative under the terms and conditions
outlined above.


_____          _____
Chrisopher Jones                          Date


cc:    Kim Easlon, Pharmacy Services Manager
       Lisa Joins, People Services Manager


**DAV-01756**