UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON ) | |
| 717 Ingraham Street, NW ) | |
| Washington, D.C. 20012, ) | |
| ) | Civil Action No. 06-1319 (RMC) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAVITA INC. ) | |
| 601 Hawaii Street ) | |
| El Segundo, CA 90245, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION BY DAVITA INC. FOR AN EXTENSION OF TIME TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON COUNT I OF THE SECOND AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Civil Rule 7, Defendant DaVita Inc. ("DaVita") moves for a three-day extension of time to file its Reply brief in support of its Motion for Summary Judgment on Count I of the Second Amended Complaint. This extension is necessary because Plaintiff James Mason filed his Memorandum in Opposition to the Motion for Summary Judgment three days after the date set by the Court, thereby depriving Davita of three days to prepare its Reply brief under the briefing schedule established by the Court on July 26, 2007. Plaintiff consents to the requested extension.

On May 31, 2007, the Court entered an order pursuant to which Plaintiff was required file his Memorandum in Opposition to DaVita's Motion for Summary Judgment

and supporting materials ("Plaintiff's Opposition") on June 25, 2007. On July 25, 2007, the day his Opposition was due, Mr. Mason requested an eight-day extension to August 3, 2007. On July 26, 2007, the Court granted the extension and further ordered that DaVita's Reply brief would be filed on or before August 18, 2007.

Plaintiff filed his Opposition on August 4, 2007, one day after the deadline set by the Court. The document that was filed contained virtually no record citations, no accompanying declarations, and no exhibits. On August 6, 2007, Plaintiff filed a Motion to Withdraw the filing he made on August 4, 2007, and then filed another Opposition with a new six-page declaration and five exhibits never before filed. In short, Plaintiff unilaterally gave himself a three-day extension to file his Opposition to DaVita's Motion for Summary Judgment without requesting leave from the Court.

As a result of Plaintiff's late filing, DaVita has lost three valuable days that it would have used to prepare its Reply brief under the current briefing schedule. DaVita respectfully requests a three-day extension to file its Reply brief so that it is not unfairly prejudiced by Plaintiff's actions. Such an extension would result in DaVita's brief being due on August 21, 2007.

                              Respectfully submitted,

Dated: August 7, 2007                __/s/ Minh N. Vu_____
                                            Minh N. Vu (Bar No. 444305)
                                            EPSTEIN BECKER & GREEN, P.C.
                                            1227 25th Street, N.W.
                                            Washington, D.C. 20037
                                            Tel: (202) 861-0900
                                            Fax: (202) 861-3541

    /s/ Joseph T. Ortiz
Joseph T. Ortiz
(admitted pro hac vice)
Epstein Becker & Green, P.C.
1875 Century Park East, Suite 500
Los Angeles, CA 90067-2506
(310) 557-9542
(310) 553-2165 (fax)

Counsel for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2007, a copy of DaVita Inc.'s Motion for Summary Judgment on Count I of the Second Amended Complaint was served through the Court's Electronic Court Filing system to counsel listed below:

    David A. Branch
    Law Office of David A. Branch
    1825 Connecticut Avenue, NW
    Suite 690
    Washington, D.C. 20009

                                                /s/ Minh N. Vu
                                               Minh N. Vu