# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PROPOSED ORDER**

AND NOW, this ___ day of _____, 2007, upon consideration of Defendant DaVita Inc.'s Consent Motion for an Extension of Time to File its Reply Brief in Support of its Motion for Summary Judgment on Count I of the Second Amended Complaint (the "Motion"), it is

ORDERED, that the Motion is granted, and it is

ORDERED, that Davita Inc. shall file its Reply Brief in Support of its Motion for Summary Judgment on Count I of the Second Amended Complaint on or before August 21, 2007.

Date: _____, 2007

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2007, a copy of DaVita Inc.'s Proposed Order was served through the Court's Electronic Court Filing system to counsel listed below:

>David A. Branch
>Law Office of David A. Branch
>1825 Connecticut Avenue, NW
>Suite 690
>Washington, D.C. 20009

                                             /s/ Minh N. Vu
                                           Minh N. Vu