**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| JAMES MASON ) | |
| ) | |
|     Plaintiff, ) | Civil Action No.:06-1319 (RMC) |
| ) | |
| v. ) | |
| ) | |
| DAVITA INC. ) | |
| ) | |
| ) | Jury Trial Demand |
|     Defendants. ) | |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY AND REQUEST FOR SANCTIONS**

Comes now Plaintiff James Mason, by and through counsel, and files Plaintiff's Motion to Strike Defendant's Consent Motion For Extension of Time to File Reply and Request for Sanctions, and in support thereof states as follows.

Defendant has filed a "consent" motion for extension of time to file reply. Plaintiff moves the court to strike the motion because Plaintiff did not consent to the content of the motion because it was never provided to Plaintiff's counsel before it was filed. Plaintiff did consent to Defendant's request for a three day extension of the deadline to file a reply but Plaintiff did not consent, and Defendant's counsel should have known that Plaintiff would never consent to her unnecessary and unfounded attacks on Plaintiff, contained in the motion. Rather than make a simple request for a three day extension, Defendant's counsel filed a vicious motion and then represented to the court that Plaintiff consented to the motion.

Plaintiff requests that the motion be stricken because it was not a consent motion and that Defendant's counsel be sanctioned for misrepresenting to the court that the

motion was a consent motion. Plaintiff requested that Defendant's counsel withdraw the motion immediately but she had not done so at the time this motion was filed.

                                            Respectfully submitted,

                                                    /s/
                                            David A. Branch #438764
                                            Law Offices of David A. Branch
                                            1825 Connecticut Avenue, NW
                                            Suite 690
                                            Washington, D.C. 20009
                                            (202) 785-2805

### Certificate of Service

I hereby certify this 7th day of August 2007 that a copy of the foregoing Plaintiff's Motion to Strike Defendant's Consent Motion for Extension of Time to File Reply was sent to Defendants' counsel listed below.

Minh N. Vu
Epstein Becker & Green, P.C.
1227 25th Street, NW, Suite 700
Washington, D.C. 20037-3541

                                                  /s/

                                            David A. Branch