UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| JAMES MASON | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.:06-1319 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| DAVITA INC. | ) | |
| | ) | |
| | ) | Jury Trial Demand |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT NUNC PRO TUNC TO AUGUST 6, 2007

Comes now Plaintiff James Mason, by and through counsel, and files Plaintiff's Motion For Extension of Time to File Opposition to Defendants' Motion for Summary Judgment Nunc Pro Tunc to August 6, 2006, and in support thereof states as follows.

Defendant filed a motion for summary judgment and Plaintiff's opposition was due on July 25, 2007 and extended until August 3, 2007. Plaintiff attempted to file the opposition before midnight on August 3, 2007, but there was a delay in the filing and it did not appear as filed until four minutes after midnight. It was necessary to edit typographical errors and Plaintiff needed to have the exhibits filed with the court and include additional citations to the record. Plaintiff filed a corrected opposition with the court on August 6, 2007 and the exhibits. Plaintiff was unable to file the motion earlier because Plaintiff was called to a hearing in the Circuit Court of Prince George's County the morning of August 3, 2007 and the judge was delayed and the hearing lasted longer than anticipated, which took away time previously scheduled to complete and file the

opposition. Plaintiff notes that since the Defendant's motion was filed, Plaintiff has appeared on two separate days for depositions in the office of Defendant's counsel in this case, and for the third day of deposition testimony for the Plaintiff. Plaintiff requests an extension until August 6, 2007 to file the opposition.

Defendant opposed any request for an extension and it is anticipated that Defendant will oppose this motion.

**Respectfully submitted,**

/s/
David A. Branch #438764
Law Offices of David A. Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009
(202) 785-2805

**Certificate of Service**

I hereby certify this 7th day of August 2007 that a copy of the foregoing Plaintiff's Motion for Extension to File Opposition to Defendants' Motion for Summary Judgment Nunc Pro Tunc to August 3, 2007 was sent to Defendants' counsel listed below.

Minh N. Vu
Epstein Becker & Green, P.C.
1227 25th Street, NW, Suite 700
Washington, D.C. 20037-3541

/s/

David A. Branch