UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>    Plaintiff**,**<br><br> v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>    Defendant**.** | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ERRATA CONCERNING CONSENT MOTION BY DAVITA INC. FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND PROPOSED ORDER**

  Earlier today, Defendant DaVita Inc. ("DaVita") filed a Consent Motion for an Extension of Time to file its Reply Brief in Support of its Motion for Summary Judgment on Count I of the Second Amended Complaint (the "Motion"). In the Motion, DaVita requested a three-day extension in which to file its Reply brief to which Plaintiff had consented in writing. Later in the day, Plaintiff filed a Motion to Strike the Motion and for Sanctions in which he acknowledged that he had consented to the three-day extension, but took issue with DaVita's use of the term "consent" in the title of the document because he had not consented to the contents of the motion. Although DaVita does not agree that the use of the word "consent" in the title was in any way inappropriate, to avoid unnecessary conflict in this matter, DaVita submits this Errata to strike the word

"consent" from the title of the Motion, and from the reference to the Motion in the Proposed Order filed therewith. The corrected title should read: "Motion for an Extension of Time to file its Reply Brief in Support of its Motion for Summary Judgment on Count I of the Second Amended Complaint."

                                        Respectfully submitted,

Dated: August 7, 2007               __/s/ Minh N. Vu_____
                                        Minh N. Vu (Bar No. 444305)
                                        EPSTEIN BECKER & GREEN, P.C.
                                        1227 25th Street, N.W.
                                        Washington, D.C. 20037
                                        Tel: (202) 861-0900
                                        Fax: (202) 861-3541

    /s/ Joseph T. Ortiz
Joseph T. Ortiz
(admitted pro hac vice)
Epstein Becker & Green, P.C.
1875 Century Park East, Suite 500
Los Angeles, CA 90067-2506
(310) 557-9542
(310) 553-2165 (fax)

Counsel for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2007, a copy of DaVita Inc.'s Errata was served through the Court's Electronic Court Filing system to counsel listed below:

>David A. Branch
>Law Office of David A. Branch
>1825 Connecticut Avenue, NW
>Suite 690
>Washington, D.C. 20009

_____/s/ Minh N. Vu_____
Minh N. Vu