## Minh Vu

| | |
|---|---|
| From: | dablaw@imap.mail.rcn.net |
| Sent: | Monday, August 06, 2007 9:07 PM |
| To: | Minh Vu |
| Subject: | RE: extension of time to file reply brief |

Sure, no problem. DAB
Original Message:
-----------------
From: Minh Vu MVu@ebglaw.com
Date: Mon, 6 Aug 2007 17:49:45 -0400
To: dablaw@erols.com
Subject: extension of time to file reply brief


David, since Mr. Mason's Opposition was not properly filed until today, three days after Friday's deadline, DaVita is going to move for a three day extension of time to file its Reply. Please let me know if Mr. Mason consents.

Minh N. Vu

Epstein Becker & Green, P.C.
1227 25th Street, N.W. Suite 700
Washington D.C. 20037-1175
(202) 861-1841 (direct)
(202) 861-3541 (fax)
mvu@ebglaw.com

--------------------------------------------------------

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call the Help Desk of Epstein Becker & Green at 212-351-4701 and destroy the original message and all copies.

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Pursuant to the CAN-SPAM Act this communication may be considered an advertisement or solicitation. If you would prefer not to receive future