## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PROPOSED ORDER**

Upon consideration of the Joint Motion of Plaintiff James Mason and Defendant Davita Inc. to Vacate the Court's Order to Show Cause, it is hereby

ORDERED that the portion of the Court's August 8, 2007 Order requiring the Parties' counsel to "SHOW CAUSE why the Court should not require them to submit to the Court all records for the time spent by Plaintiff's counsel on his second Opposition and his Motion to Strike; and all time records for time spent by Defendant's Counsel on the Consent Motion" is hereby vacated; and it is further

ORDERED that the Parties' counsel are not required to file a response to the August 8, 2007 Show Cause Order.

Date:_____     _____
　　　　　　　　　　　　　　U. S. District Judge