# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>        Plaintiff**,**<br><br>  v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>        Defendant**.** | )<br>)<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DAVITA INC.'S INDEX OF ADDITIONAL EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON COUNT I OF THE SECOND AMENDED COMPLAINT

 

Minh N. Vu (Bar No. 444305)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Washington, D.C. 20037
Tel: (202) 861-1841
Fax: (202) 861-3541

Joseph T. Ortiz
(admitted pro hac vice)
Epstein Becker & Green, P.C.
1875 Century Park East, Suite 500
Los Angeles, CA 90067-2506
(310) 557-9542
(310) 553-2165 (fax)

Counsel for Defendant DaVita Inc.

August 21, 2007

DC:1075950v1

**INDEX OF EXHIBITS**

| EXHIBIT DESCRIPTION | EXHIBIT NUMBER |
|---|---|
| | |
| Note: DaVita Exhibits 1-9 were filed with DaVita's Motion for Summary Judgment on Count I of the Second Amended Complaint. | 1-9 |
| Declaration of Randy Larson dated August 17, 2007 | 10 |
| E-mail by Rosalva DePillo dated February 22, 2006 transmitting Job Posting Form for Maryland Pharmacy Services Representative and Job Posting Form for same | 11 |
| Additional excerpts from deposition transcript of Joshua Golomb | 12 |
| Additional excerpts from deposition transcript of Kimberly Easlon | 13 |
| Unpublished decisions | 14 |
|     Alvarez v. Motorola, No. 97-17214, 1999 WL 65208 (9th Cir. Feb. 9, 1999) | |
|     Lamb v. Boeing Co., 213 F. App'x 175 (4th Cir. 2007) | |

DC:1075950v1

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2007, a copy of DaVita Inc.'s Index of Additional Exhibits was served through the Court's Electronic Court Filing system to counsel listed below:

> David A. Branch
> Law Office of David A. Branch
> 1825 Connecticut Avenue, NW
> Suite 690
> Washington, D.C. 20009

            _____/s/ Minh N. Vu_____
            Minh N. Vu

DC:1075950v1