DaVita Exhibit 10

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>    Plaintiff,<br><br>v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>    Defendant. | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF RANDY LARSON**

I, Randy Larson, declare as follows based on my personal knowledge:

1. I am currently a Manager, Recruiting Systems and Analytics, in the People Services Department in DaVita, Inc. Since February 2004, I have managed the system containing the database that maintains every job posting that was published on DaVita.com and on other Internet websites.

2. I have searched this above-referenced database for any postings for DaVita Rx Pharmacy Services Representative positions in Maryland, and the first posting for such a position was published on February 23, 2006. This database contains information going back to October 2002. There is no record of any postings prior to this date.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 17, 2007           _____
                              Randy Larson