DaVita Exhibit 11

## Rosalva DePillo

| | |
|---|---|
| **From:** | Rosalva DePillo |
| **Sent:** | Wednesday, February 22, 2006 5:04 PM |
| **To:** | RecruitmentCoordinator4 |
| **Subject:** | Pharmacy Services Rep Job Requisition |
| **Importance:** | High |
| **Attachments:** | Pharmacy PSR Job Description rev2.21.06.rtf; PSR Job Posting MI.xls; PSR Job Posting CT.xls; PSR Job Posting NJ.xls; PSR Job Posting MD.xls |

Please post the following job requisitions for MD, NJ, CT, MI

I've also attached the Job Description. Also, please add the requisition to my logon on the recruiter site.

Let me know if you have any questions.

*Rosalva De Pillo*
*Casa Del Norte*
*1350 Old Bayshore Hwy #777*
*Burlingame, CA 94010*
*Ph:650-698-8905*
*Fax:866-552-0423*
rosalva.depillo@davita.com

DAV-01881



# Job Posting Form

Hiring Manager: For posting, please complete all fields on this form and email to the Recruitment Coordinator covering your state. If you have questions when filling out this form, contact your appropriate Recruitment Coordinator. Once the position has been filled, please inform your Recruiter ASAP.

AZ, CA, NV, OR, UT, WA, Casa DaVita, The Grove, Team Evergreen: RecruitmentCoordinator1@DaVita.com
AL, AR, CO, KS, LA, MO, MS, NM, OK, TX, The Lodge: RecruitmentCoordinator2@DaVita.com
IA, IN, IL, FL, MN, NE, WI, Palms, Palms South: RecruitmentCoordinator3@DaVita.com
CT, DC, DE, KY, MA, MD, MI, NH, NJ, NY, PA, RI, WV, Team Liberty: RecruitmentCoordinator4@DaVita.com
GA, NC, OH, SC, TN, VA, Music City: RecruitmentCoordinator5@DaVita.com



## Facility Information

| Field | Value | Field | Value |
|---|---|---|---|
| Facility Number: | 1743-104 | Facility Name: | DaVita Rx |
| Division Name: | Star RX | Region Number / RD Name: | 1742 Davita Rx |
| Location (City, State, Zip): | Baltimore, MD 21214 | Facility Type: | Business Office |
| If DeNovo/Acquisition, Date Open(ed/s): | | Days of Clinic Operation: | Monday - Friday |
| Hiring Manager Name: | Rosalva De Pillo | Hiring Manager Email: | rosalva.depillo@davita.com |
| Secondary Manager Name: | Kim Easlon | Secondary Manager Email: | kim.easlon@davita.com |

## Position Information

| Field | Value | Field | Value |
|---|---|---|---|
| Position to Post (Job Title): | Pharmacy Services Representative | | |
| Recruiting Start Date: | 2/22/2006 | Employment Status: | Full-Time |
| License Required? | No | License / Certification Type: | |
| Level of Education Required: | Some College | Preferred Experience: | 3 years or more |
| Treatment Modality: | Corporate | Dialysis Experience? | If Yes, # Years: |
| Salary / Hourly Range: | $45,000 to $55,000 | Exemption: | Exempt/Salaried |
| Work Schedule (Shift/Days): | Monday - Friday | Number of Hours Per Week: | 40 |
| Is Travel Required? | Yes, 75 - 100% | Additional Languages Required/Preferred: | |

## New Position or Replacement of Teammate

| Field | Value | Field | Value |
|---|---|---|---|
| ● New Position, Choose Reason: Need Additional Staff | | Replaced Teammate's Last Day of Work (Date): | |
| ○ Replacement, Choose Reason: | | Replaced Teammate's Name: | |

## Posting Information

| Field | Value | Field | Value |
|---|---|---|---|
| Considering External Candidates? | Yes | Additional Posting Sites (Optional): | ● Monster ($125) |
| Print Ad (Optional): | ○ No Ad  ○ Print Ad  ○ Line Ad | Amount to Spend: | |
| Ad Run Begin Date: | 2/22/2006 | Newspaper Name: | |

## Approvals (REQUIRED)

| Field | Value |
|---|---|
| Hiring Manager: | Kim Easlon |
| Regional Director: | Josh Golomb |
| Vice President: | Executive at Large, Bill Hughson |

## Hiring Manager Notes

Comments / Special Requests (Bonus, Special Pay, etc.)


Bonus Potential

* All Positions must be posted internally for 7 calendar days before hiring a candidate.

DAV-01846