## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

JAMES MASON                           )
717 Ingraham Street, NW               )
Washington, D.C. 20012,               )
                                      )  Civil Action No. 06-1319 (RMC)
                 Plaintiff**,**        )
                                      )
        v.                            )
                                      )
DAVITA INC.                           )
601 Hawaii Street                     )
El Segundo, CA 90245,                 )
                                      )
                 Defendant**.**        )
_____)

### ERRATA CONCERNING DAVITA INC.'S EXHIBITS TO ITS REPLY MEMORANCUM OF POINTS AND AUTHORITIES IN SUPPORT OF SUMMARY JUDGMENT ON COUNT I OF THE SECOND AMENDED COMPLAINT

On August 21, 2007, Defendant DaVita Inc. ("DaVita") filed its Reply Memorandum of Points and Authorities in Support of Summary Judgment on Count I of the Second Amended Complaint, along with DaVita Exhibits 10 through 14. Counsel for DaVita subsequently determined that the wrong document had been uploaded as Exhibit 13. Attached hereto is the document that was intended to be Exhibit 13.

Respectfully submitted,

Dated:  August 22, 2007                 ___/s/ Minh N. Vu_____
                                        Minh N. Vu (Bar No. 444305)
                                        EPSTEIN BECKER & GREEN, P.C.
                                        1227 25th Street, N.W.
                                        Washington, D.C. 20037
                                        Tel: (202) 861-0900
                                        Fax: (202) 861-3541


                                        _____/s/ Joseph T. Ortiz_____
                                        Joseph T. Ortiz
                                        (admitted pro hac vice)
                                        Epstein Becker & Green, P.C.
                                        1875 Century Park East, Suite 500
                                        Los Angeles, CA 90067-2506
                                        (310) 557-9542
                                        (310) 553-2165 (fax)

                                        Counsel for Defendant

CERTIFICATE OF SERVICE


      I hereby certify that on this 22nd day of August, 2007, a copy of DaVita Inc.'s

Errata was served through the Court's Electronic Court Filing system to counsel listed

below:

          David A. Branch
          Law Office of David A. Branch
          1825 Connecticut Avenue, NW
          Suite 690
          Washington, D.C. 20009


                                            ____/s/ Minh N. Vu_____
                                            Minh N. Vu