DaVita Exhibit 13

```
 1      Q.    And what did you mean by that, you
 2   would talk to him at the first of the year?
 3      A.    I'm sure what I meant at the time is
 4   we would look into this further.
 5      Q.    When you said that we would talk at
 6   the first of the year, did you mean that you
 7   would conduct an in-person interview with him
 8   at the first of the year?
 9      A.    That was my intent.
10      Q.    You did not conduct an in-person
11   interview with Mr. Mason at any point, correct?
12      A.    That's correct.  The position had
13   been filled.
14      Q.    Were there other positions available
15   on the East Coast as of January 2006, other PSR
16   positions available on the East Coast as of
17   January 2006?
18      A.    I was only considering Mr. Mason for
19   the Washington, D.C. post.
20      Q.    But were there other positions,
21   other PSR positions available on the East Coast
22   in January of 2006?
```

```
 1     A.    We had not posted anything else for
 2  the East Coast at that time.
 3     Q.    Were you looking to hire other or
 4  fill other PSR positions in January of 2006 on
 5  the East Coast?
 6     A.    I don't believe we posted anything
 7  else on the East Coast at that time.  I hired
 8  in Minnesota and Colorado and Washington, D.C.
 9  all at the same time.  My next group of people
10  were St. Louis, Pittsburgh, and Detroit.
11     Q.    Did you hire folks at some point in
12  Maryland?
13     A.    I did not.
14     Q.    Who hired the people in Maryland?
15     A.    George Seiler.
16     Q.    And when were the positions filled
17  in Maryland?
18     A.    I believe they were filled in April.
19     Q.    Of 2006?
20     A.    Yes.
21     Q.    Were there other positions filled in
22  Pennsylvania after January 2006?
```

```
 1      A.      Yes.  Josh had asked my opinion.
 2      Q.      By Josh, you mean Josh Golomb?
 3      A.      Yes.
 4      Q.      What is it that Mr. Golomb asked
 5  you?
 6      A.      He asked me when he was going to
 7  interview Mr. Mason -- or he told me that he
 8  thought the right thing to do would be to
 9  interview Mr. Mason.  And I said I was not
10  considering Mr. Mason a candidate for any
11  position any longer based on the e-mail I had
12  received.
13      Q.      Did you tell him anything else about
14  the e-mail you received?
15      A.      No.
16      Q.      At that point, that was January of
17  2006; is that correct?
18      A.      Yes.
19      Q.      And you had sole responsibility for
20  all hirings at that point?
21      A.      Right.
22      Q.      Correct?
```

1          What was Josh Golomb's response to
2    your statement that you were not considering
3    Mr. Mason for any positions based on the
4    e-mail?
5          A.    He said he wanted to go ahead and
6    interview him anyway and arrive to his own
7    conclusions.
8          Q.    Was anything else said in this
9    conversation?
10         A.    Not that I can recall.
11         Q.    Did you have any other conversations
12   with anyone else concerning either Mr. Mason's
13   e-mail or concerning Mr. Mason at all after
14   that point?
15         A.    Yes, I did.  Josh called me after he
16   interviewed Mr. Mason and he told me I was
17   correct in my assessment that he didn't think
18   he was a candidate.
19         Q.    Did he tell you anything else in
20   that conversation?
21         A.    No.  Not that I recall.
22         Q.    Did he tell you why he believed

Page 132

```
 1    an offer to Mr. Mason over your objection?
 2              MR. BRANCH:  Objection.  Calls for
 3    speculation.
 4              BY MS. VU:
 5        Q.    Is it your understanding -- do you
 6    have an understanding as to whether
 7    Mr. Golomb had the authority to extend
 8    Mr. Mason an offer over your objection?
 9        A.    Josh is my boss.  He can do anything
10    he wants.  So if he wanted to hire someone over
11    my objection, he could.  That person would
12    still be working under me.
13        Q.    Now, if you make a recommendation
14    and send a PSR candidate to California, does
15    that candidate have to pass and receive the
16    approval of all the other interviewees in
17    California in order to receive an offer?
18        A.    Yes.
19        Q.    Has there been a time when you made
20    a recommendation for a PSR candidate who did go
21    to California who did not receive an offer
22    after that process in California?
```