# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>    Plaintiff**,**<br><br> v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>    Defendant**.** | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PROPOSED ORDER**

  AND NOW, this ___ day of _____, 2007, upon consideration of Defendant DaVita Inc.'s Motion for Summary Judgment on Count II of the Second Amended Complaint (the "Motion"), it is

  ORDERED, that DaVita Inc.'s Motion is hereby granted in its entirety.


Date: _____, 2007


                 _____
                 United States District Judge