# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>          Plaintiff,<br><br>     v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>          Defendant. | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DAVITA INC.'S INDEX OF EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON COUNT II OF THE SECOND AMENDED COMPLAINT

        Minh N. Vu (Bar No. 444305)
        EPSTEIN BECKER & GREEN, P.C.
        1227 25th Street, N.W.
        Washington, D.C. 20037
        Tel: (202) 861-1841
        Fax: (202) 861-3541

        Joseph T. Ortiz
        (admitted pro hac vice)
        Epstein Becker & Green, P.C.
        1875 Century Park East, Suite 500
        Los Angeles, CA 90067-2506
        (310) 557-9542
        (310) 553-2165 (fax)

        Counsel for Defendant DaVita Inc.

September 28, 2007

DC:1114249v1

## INDEX OF EXHIBITS

| EXHIBIT DESCRIPTION | EXHIBIT NUMBER |
|---|---|
| **Please note:** Exhibits 1-9 were filed on June 25, 2007 in support of DaVita's Motion for Summary Judgment on Count I of the Second Amended Complaint.<br><br>**Exhibits 10-14 were filed on August 21, 2007 with the Reply Memorandum in support of DaVita's Motion for Summary Judgment on Count I of the Second Amended Complaint.** | |
| Declaration of Janis Bonnet dated September 26, 2007 | 15 |
| Job description for DaVita Patient Care Technician | 15(A) |
| Job description for DaVita Patient Care Technician (Acute facilities) | 15(B) |
| Declaration of Theresa Jurd dated September 27, 2007 | 16 |
| E-mail dated July 18, 2006 | 16(A) |
| Record of patient procedures for DaVita's acute dialysis facility located in the George Washington University Hospital (the "GWUH Facility") for January 2006 through July 2007 (Billing amounts have been redacted) | 16(B) |
| Chart summarizing number of patient procedures performed at the GWUH Facility from January 2006 through July 2007 | 16(C) |
| Declaration of Omowunmi Oloyede dated September 27, 2007 | 17 |
| Excerpts from deposition transcript of Geraldine McGowan dated August 22, 2007 | 18 |
| Excerpts from deposition transcript of James Mason dated August 1, 2007 | 19 |
| Excerpts from deposition transcript of Omowunmi Oloyede dated August 16, 2007 | 20 |
| Declaration of Katherine Hulick dated August 9, 2007 | 21 |
| GWUH Health Clearance Process for Prospective Employees | 21(1) |
| James Mason file from GWUH Employee Health Service (File is not included in filing because it has confidential medical information) | 21(2) |

DC:1114249v1

| EXHIBIT DESCRIPTION | EXHIBIT NUMBER |
|---|---|
| Record of Complaint filed by James Mason dated January 27, 2006 | 22 |
| Unpublished decisions | 23 |
|     Murfree-Fleming v. Billington, No. 05-01180, 2007 WL 2071675 (D.D.C. July 17, 2007) | |
|     Williams v. Nicholson, No. 06-0845, 2007 WL 744727 (D.D.C. March 6, 2007) | |
|     Wada v. Tomlinson, No. 03-1488, 2007 WL 1378516 (D.D.C. May 9, 2007) | |
|     Bieber v. Runyan, No. 93-1391, 1996 WL 525372 (D.D.C. Sept. 9, 1996) | |
| Excerpts from deposition transcript of Kimberly Easlon dated April 3, 2007 | 24 |