# EXHIBIT 15

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>        Plaintiff,<br><br>v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>        Defendant. | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JANIS BONNET

I, Janis Bonnet, declare as follows based on my personal knowledge:

1.     I am the People Services Manager for DaVita Inc. ("Inc.") for the Atlantic Stars Division which includes Washington, D.C. "People Services" is DaVita's human resources department. I have been in this position since April 16, 2007. In this position, I have access to personnel information for all employees of DaVita's dialysis facilities, payroll information, as well as information concerning job vacancies and postings in DaVita's facilities.

2.     James Mason has been employed by DaVita as a Patient Care Technician (PCT) at various Washington D.C. locations since 1996. DaVita's PCTs perform hemodialysis therapy and data collection. Attached at Tab A is a true and accurate copy of the job description for a DaVita PCT.

3.  In 2006 and continuing to the present time, Mr. Mason has worked as a full-time employee at the DaVita dialysis facility located at 3223 K Street, N.W., Washington D.C. (the "Georgetown Facility").

4.  In June 2007, Mr. Mason received a raise from $17.49/hour to $18.01/hour.

5.  In July 2007, Mr. Mason received a positive performance evaluation.

6.  The last time that DaVita posted a vacancy for a PCT position for the DaVita acute dialysis facility at George Washington University Hospital (the "GWUH Facility") was in January 2006. That position was filled by Shanna McGill who began working full-time at the GWUH Facility in May 2006. Ms. McGill has continuously occupied this position to the present time. Her hourly rate of pay is $17/hour.

7.  A true and accurate copy of the job description for a PCT at an acute facility is at Tab B.

8.  Shanna McGill is the only PCT to have worked at the GWUH Facility (in any capacity) from May 2006 to the present. She splits her full time schedule between PCT and Administrative Assistant duties.

9.  There have been no PCT positions open and no vacancy announcements posted for the GWUH Facility at any time since Ms. McGill started work in May 2006.

10. A full-time DaVita PCT such as Mr. Mason would not receive any additional benefits if he were to work additional hours at another DaVita Facility because he already receives all benefits available to full-time employees.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 26, 2007

_____
Janis Bonnet

**EXHIBIT 15(A)**



Job Description

## PATIENT CARE TECHNICIAN

**JOB CODE:** 2090

Reports to: Facility Administrator        Exemption Status: Non-Exempt

### SUMMARY OF BASIC JOB FUNCTION:

The Dialysis Technician provides limited chronic or peritoneal dialysis treatment for the treatment of the ESRD patient

### JOB QUALIFICATIONS:

- High school Diploma or GED.
- Current CPR certification

### ESSENTIAL JOB FUNCTIONS:

#### Patient Care

1. Receive patient into treatment area  Weigh patient, take temperature and blood pressure pre and post dialysis Document on all dialysis flow sheets
2. Perform and record patient observation, vital signs and all other parameters of ESRD patients, obtains blood samples and culture specimens, and prepares for shipment.
3. Review dialysis orders, notes general physical & mental condition of patient through observations and interview, provide data to determine compliance to dietary or medication regimen.  Document observations appropriately.
4. Provide chronic hemodialysis therapy  recommends a dialysis plan for ultrafiltration to RN, initiate dialysis via approved accesses, observe all safety measures, monitor patient vital signs applicable to critically ill patients, administer fluid therapy or other appropriate treatments as directed, document activity appropriately.
5. Collect patient data: monitor and document status of vascular accesses, reviews lab work, patient observations, and seeks guidance when levels are out of "normal" range for ESRD patients
6. Perform the following only under the direction of an RN:
    a. Instruct patient in the care of fistulas and other open wounds.
    b. Review physician orders, and reinforce treatment care with patient.
7. Administer patient quality care in a considerate, respectful manner.

#### Equipment Care

1. Set up and monitor dialysis machines and systems: Observe dialysis machines and RO water system for correct functioning, respond to visual and audible alarms and makes appropriate adjustments pre, during and after the dialysis treatment
2. Ability to dismantle, clean and disinfect dialysis machines and equipment according to DAVITA procedure

DaVita, Inc.                           1

3. Understand all duties related to dialyzer reuse: dialyzer cleaning and sterilization and equipment using chemicals, rinses, priming the dialyzers, attachment and installation of all required tubing; positioning of dialyzer; preparation of dialysate delivery system for dialysis, dialyzer connection and all pumps, alarm checks, monitor settings, dialyzer tests.

### Quality Assurance

1. Complete flow sheets and charge vouchers in order to verify appropriate patient billing
2. Report inventories and supply shortage to Facility Administrator
3. Compliance with DAVITA policy and procedure in accordance with state and federal regulations for patient care and services (Medicare, OSHA, or other governing agencies.)
4. Compliance with state or federal regulations of the Injury Prevention and Safety Training Program
5. Participate in quality assurance and cost containment programs.

### Other Duties as Assigned

1. Perform other duties as assigned.
2. Able to work overtime with little or no notice.
3. Attend in-services, staff meetings and patient care conferences
4. Ability to lift minimum weight of 35 pounds, and able to perform repetitive standing, sitting, stooping, walking, stretching, reaching, and use full range of body motions.
5. Understand and follow DAVITA patient and teammate policy and procedure

## APPROVALS:

The above statements are intended to describe the general nature and level of work assignments for this job. The description is not intended to be an exhaustive list of all responsibilities, duties and skills required of the assigned personnel.

Teammate Signature: _____    _____
                            Please print name next to signature                Date

Supervisor Signature: _____    _____
                                                                                                   Date

JOB EXPOSURE TO PHYSICAL DEMANDS

POSITION

| ACTIVITY | % OF TIME | COMMENTS |
|---|---|---|
| Standing | 15 | |
| Walking | 35 | |
| Sitting | 15 | |
| Stooping/Bending | 35 | |

WEIGHT/FORCE: RECORD THE RANGE OF POUNDS INVOLVED

| ACTIVITY | NOT PRESENT | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|---|
| Lifting | | | | Weight of Patient |
| Carrying | | | Jugs 30-35 lbs. | |
| Pushing | | Wheelchairs, carts | | |
| Pulling | | | | |

CONTROLS USED: [X] HAND/ARM    [ ] FOOT

STRENGTH LEVEL: [ ] SEDENTARY  [ ] LIGHT  [ ] MEDIUM  [X] HEAVY  [ ] VERY HEAVY

FREQUENCIES:  N = NOT APPLICABLE   O = OCCASIONALLY   F = FREQUENTLY   C = CONSTANTLY

INDICATE FREQUENCY

| ACTIVITY | FREQ | ACTIVITY | FREQ |
|---|---|---|---|
| Climbing | N | Fine Hand Manipulation | C |
| Balancing | O | Handing | F |
| Stooping | F | Feeling | O |
| Kneeling | N | Talking | C |
| Crouching | N | Hearing | C |
| Crawling | N | Tasting/Smelling | O |
| Reaching | F | Near Acuity | O |
| Standing | C | Far Acuity | O |
| Walking | C | Depth Perception | N |
| Pushing | O | Color Vision | N |
| Pulling | O | Field Vision | O |
| Lifting | F | | |

COMMENTS:

_____

_____

_____

DaVita, Inc.                              3

JOB EXPOSURE TO ENVIRONMENTAL CONDITIONS

RECORD FREQUENCY TYPE IN FREQUENCY COLUMN

N = NOT PRESENT    O = OCCASIONALLY    F = FREQUENTLY    C = CONSTANTLY

| CONDITION | FREQ | COMMENTS |
|---|---|---|
| Temperature Change | N | |
| Noise Intensity Level | C | |
| Vibrations | O | |
| Exposure to Electrical Shock | O | |
| Exposure to Radiation | N | |
| Exposure to Toxic/Caustic Chemicals | F | |
| Exposure to Bloodborne Pathogens | C | |
| Communicable Diseases | C | |
| Work in Confined Area | C | |

PROTECTIVE CLOTHING OR PERSONAL DEVICES

| PROTECTIVE GEAR: | TO BE WORN WHEN: |
|---|---|
| Gloves | Choose appropriate piece for the task as outlined in the DAVITA Injury Prevention |
| Plastic Apron | And Safety Training Manual and the DAVITA Administrative Policy Manual. |
| Face Shield | |
| Eye Shield | |
| Goggles | |

EXPOSURE LEVEL:

[X] Level I      Highest Risk
Jobs in which required tasks routinely involve a potential for mucous membrane or skin contact with blood, body fluids, tissues or potential spills or splashes. Use of appropriate measures is required for every healthcare provider in these positions

[ ] Level II:     Minimal Risk
Jobs in which required tasks normally do not involve exposure to blood, body fluids or tissues, but may require performing unplanned Classification I tasks. In these jobs, the normal work routine involves no exposure to blood, body fluids or tissues  However, exposure or potential exposure may be required as a condition of employment

[ ] Level III:    Lowest Risk
Positions in which no required tasks involve no greater exposure to blood, body fluids or tissues than would be encountered by a visitor. The normal work routine involves no exposure to blood, body fluids or tissues and the worker can decline to perform tasks which involve a perceived risk without retribution.

**EXHIBIT 15(B)**



| Job Description: |
|---|
| **ACUTE PATIENT CARE TECHNICIAN** |

**REPORTS TO:** Acute/Facility Administrator      **Effective Date: 10/1/2006**

**FLSA STATUS: NON-EXEMPT**           **JOB CODE: 3111**

GENERAL PURPOSE OF THE JOB:
The Acute Patient Care Technician provides technical duties in various licensed Acute Hospitals and Sub-Acute Facilities, ("Acute Facility") that have contracted with DaVita to provide dialysis and other services to patients of the Acute Facility and under the license of the Acute Facility. At all times, the Acute Facility and the patient's Physician retain ultimate authority over and responsibility for each patient's care and treatment.

Performs duties under the direct supervision of a Registered Nurse in accordance with State regulations, Acute Facility policy, OSHA, JCAHO, AAMI, state, federal, local regulations and DaVita Acute Service agreement with the Acute Facility.

SUPERVISORY RESPONSIBILITIES: None

ESSENTIAL DUTIES AND RESPONSIBILITIES:
Demonstrates the values set forth by DaVita, the Acute Program, and the Acute Facility.

Demonstrates service excellence, integrity, continuous improvement, team, accountability, and all other DaVita Core Values.

Demonstrates a welcoming environment for patients, families and other interdisciplinary team members.

Demonstrates excellence in communication.

Demonstrates commitment to serving the customer.

Clinical duties and responsibilities:
Performs duties under the direct supervision of a Registered Nurse in accordance with State regulations, DaVita policy, Acute Facility policy and the DaVita Acute Service agreement with the Acute Facility.

Perform duties pertaining to priming the dialyzer, obtaining dialysate, monitoring the delivery system during treatment using all alarm systems, settings and appropriate tests.

Set-up and monitor dialysis equipment and systems. Observe equipment and RO water system for correct function, responds to visual and audible alarms and makes appropriate adjustments prior to, during, and following dialysis treatment.

Performs safety checks, dismantle, clean and disinfect equipment according to DaVita policy and procedure.

Other Duties:
1. Other duties as assigned.
2. Able to work overtime with little or no notice.
3. Able to work on-call schedule.
4. Able to work different and/or rotating shifts when required.
5. Understand and follow DaVita patient and employment Policies and Procedures

PLANNING, COORDINATING, AND ORGANIZING:
Regularly communicates with the Acute Program Office throughout the day in order to plan, confirm, coordinate and organize assignments.

May be required to communicate estimated time of arrival with the Acute Facility to confirm assigned patient's consent for treatment, treatment orders, presence and patency of vascular access, overall patient condition and patient availability for treatment in advance and prior to traveling to the Acute Facility.

Notifies the Acute Program Office of inventory and equipment needs.

Notifies Bio-Med Technician of any equipment malfunctions.

QUALITY ASSURANCE:
Daily performance demonstrates that the teammate is committed to optimal clinical outcomes, regulatory compliance for the Acute Facility, and operating efficiency for the Acute Program.

Attends Acute Facility orientation and mandatory in-services, as required.

Observes Acute Facility policies and procedures for infection control and safety.

Follows Acute Facility policies and procedures for signing in and out of Acute Facility.

Ensures accurate charges and documentation are submitted to the Acute Facility and Acute Program Office.

Participates in Acute Program Homeroom meetings, Quality Assurance meetings, and in-services as required.

MINIMUM QUALIFICATIONS:
High School diploma or equivalent.
Current dialysis technician certification, as required by state law.
One year of experience in a chronic dialysis facility or other related field.
Current BLS certification.
Computer and telephone skills are required.

LANGUAGE SKILLS:
Ability to read, writes, analyze, interpret and communicate verbally in English
Ability to communicate effectively with members of the health care team

MATHEMATICAL SKILLS:
Ability to add, subtracts, multiply and divide in all units of measurement

REASONING ABILITY:
Must be able to apply commonsense knowledge to carry out instructions furnished in written, oral, or diagram form.

PHYSICAL DEMANDS:
Physical requirements can vary. These must be reviewed with management. Amount of on-the-job time spent on the following physical activities:

Amount of time

|  | None | Under 1/3 | 1/3 To 2/3 | Over 2/3 |
|---|---|---|---|---|
| Stand |  |  | X |  |
| Walk |  |  | X |  |
| Sit |  |  | X |  |
| Use hands to finger, handle, or feel |  |  |  | X |
| Reach with hands and arms |  |  |  | X |
| Climb or balance |  |  | X |  |
| Stoop, kneel, crouch, or crawl |  | X |  |  |
| Talk or hear |  |  |  | X |
| Taste or smell | X |  |  |  |

Ability to lift minimum of 35 pounds, and able to perform repetitive standing, sitting, stooping, walking, stretching, reaching, and use full range of body motions.

Amount of time

|  | None | Under 1/3 | 1/3 To 2/3 | Over 2/3 |
|---|---|---|---|---|
| Up to 10 pounds |  |  |  | X |
| Up to 25 pounds |  |  | X |  |
| Up to 50 pounds | X |  |  |  |
| Up to 100 pounds | X |  |  |  |
| More than 100 pounds | X |  |  |  |

Vision requirements. Check all that apply.
__X__ Close vision (clear vision at 20 inches or less)
__X__ Distance vision (clear vision at 20 feet or more)
__X__ Color vision (ability to identify and distinguish colors)
__X__ Peripheral vision (ability to observe an area that can be seen up and down or to the left and right   while eyes are fixed on a given point)
_X___ Depth perception (three-dimensional vision, ability to judge distances and spatial relationships)
__X__ Ability to adjust focus (ability to adjust the eye to bring an object into sharp focus)
____No special vision requirements


WORK ENVIRONMENT:
Exposure to the following environmental conditions may exist.
Amount of time
Under    1/3 To    Over

Acute PCT Job Description            October, 2006                                    3/4

DAV-02549

|  | None | 1/3 | 2/3 | 2/3 |
|---|---|---|---|---|
| Communicable Diseases |  | X |  |  |
| Body fluids including blood | X |  |  |  |
| Needle stick exposure | X |  |  |  |
| Airborne particles/contagious diseases |  | X |  |  |
| Toxic or caustic chemicals |  | X |  |  |
| Risk of radiation | X |  |  |  |

DaVita Inc. is the largest provider of dialysis services in the United States for patients suffering from chronic kidney failure, also known as end stage renal disease, or ESRD. We currently operate or provide administrative services to approximately 1200-outpatient dialysis centers located in 46 states and the District of Columbia, serving approximately 94,500 patients.

All this makes us the largest independent provider of dialysis services in the United States. Though we're proud of this standing, we have set our sights on a higher goal. We want to be the greatest dialysis company the world has ever seen. And we're accomplishing this through a shared commitment to our mission and values.

We are proud to be an EEO/AA employer M/F/D/V. We maintain a drug-free workplace and perform pre-employment substance abuse testing and background verification checks. For more information about DaVita visit our website www.davita.com

APPROVALS:
The above statements are intended to describe the general nature and level of work assignments for this job. The description is not intended to be an exhaustive list of all responsibilities, duties and skills required of the assigned personnel.

TEAMMATE SIGNATURE: _____

DATE: _____

MANAGER
SIGNATURE: _____

DATE: _____

DaVita
October 2006