**EXHIBIT 16**

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>Plaintiff,<br><br>v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>Defendant. | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF THERESA JURD**

I, Theresa Jurd, declare as follows based on my personal knowledge:

1. I was the Regional Operations Director ("ROD") for the entire Washington, D.C. region for DaVita, Inc. ("DaVita") from mid-February 2006 to the end of July 2007 which included both chronic and acute dialysis facilities. From 1997 to mid February 2006, I was the ROD for the DaVita acute dialysis facilities located in various locations on the east coast, including Washington, D.C. The DaVita acute dialysis facility located within the George Washington University Hospital ("GWUH Facility") was in my territory.

2. I have an Associates Degree in Nursing.

3. As DaVita's ROD for the Washington D.C. region from February 2006, I oversaw the operations of thirteen DaVita dialysis facilities, including the "GWUH Facility, and the chronic dialysis facility located at 3223 K Street, N.W., Washington (the "Georgetown Facility"). Among other things, my office was responsible for overseeing

1

the operations of all the dialysis facilities in my territory. My office maintained data of the number of procedures performed at each dialysis facility in my territory. I was also responsible for approving: (1) awards to employees, (2) employee compensation, (3) and the hiring of employees.

4.     Historically, the GWUH Facility has had a very limited need for the services of Patient Care Technicians (PCTs), and I cannot recall a time when there was more than one PCT working at this facility.

5.     In 2006 and 2007, the GWUH Facility performed the following procedures for patients of the George Washington University Hospital (GWUH): (1) hemodialysis inside of the DaVita unit for patients who can be brought down to the unit; (2) hemodialysis in the hospital's Intensive Care Unit (ICU) which is performed at the patient's hospital bed; (3) hemodialysis for patients in isolation which is also performed at the patient's hospital bed; (4) Continual Renal Replacement Therapies (CRRTT) conducted in the ICU (of which CVVHDF is a type); and (5) apheresis, a plasma replacement therapy.

6.     Of all these procedures, a PCT can only perform limited patient care functions with regard to hemodialysis in the DaVita unit. Furthermore, a PCT's performance of these limited functions must be done under the direct supervision of a registered nurse.

7.     The limited patient care functions that a PCT can perform at the GWUH Facility under the direct supervision of a registered nurse for patients who receive dialysis in the unit consist of: (1) putting patients on the dialysis machine; (2) monitor vital signs; and (3) taking the patients off the machine. A registered nurse must be

present in the room at all times. The patient care functions that a PCT may not perform include: (1) receiving the physician's prescription for dialysis treatment (the PCT cannot take a verbal order, receive a written order, or write down the order), (2) conduct the mandatory patient assessment that must take place before and after each treatment; (3) give any medication to the patient during dialysis (some form of medication is administered to virtually every patient and there is always the possibility that additional medications will be ordered while the patient is on dialysis that must be administered during treatment); or (4) communicate with GWUH nurses who are caring for the patient.

8.    Because a PCT must always work under the direct supervision of a nurse when rendering patient care, DaVita will not use a PCT's services at the GWUH Facility until there are more than two patients being dialyzed at one time in the unit. Since a registered nurse must be present in the room, there is no point to also having a PCT attending to the first two patients. However, if there are more than two patients being dialyzed at the same time, a PCT can attend to these patients under the supervision of the one nurse who is already present in the room to attend to the first two patients.

9.    DaVita has one nurse on call during evenings and Sundays when the GWUH Facility is not staffed. Only registered nurses can be on-call during these times because the person on call must be able to perform all procedures provided by the GWUH Facility if the need arises.

10.    On July 18, 2006, the Facility Administrator of the Georgetown Facility, Geraldine McGowan, forwarded me as an "FYI" an e-mail concerning a lawsuit brought by James Mason relating to DaVita Rx. A true and accurate copy of the e-mail is attached at Tab A. Mr. Mason worked at the Georgetown Facility as a PCT.

3

11.    The e-mail did not make much of an impression on me because it did not concern me or any of the facilities under my oversight.

12.    I do not recall Ms. Oloyede asking me about using Mr. Mason's services at the GWUH Facility, but the conversation could have taken place. I know for certain that at no time did I ever tell Ms. Oloyede or anyone else that Mr. Mason could not work at the GWUH Facility.

13.    Attached as Tab B are billing records for the GWUH Facility for every month from January 2006 through July 2007. These records show the number of procedures performed by this facility each month, and break them down according to the type of procedures. Of the seven items listed on each bill, the five items that are actually patient procedures are (1) hemodialysis bedside –routine; (2) hemodialysis, routine (hospital); (3) tandem dialysis; (4) apheresis – routine; and (5) CVVHDF.

14.    Attached at Tab C is a chart prepared by DaVita's counsel totaling all of the patient procedures for each month from January 2006 to July 2007. I have reviewed this chart and the totals accurately reflect the numbers in the billing records set forth in Tab B. As shown in the chart at Tab C, the number of patient procedures in February 2007 when Mr. Mason alleges that the Facility Administrator of the GWUH Facility told him that she could not use him was 179, the lowest number in the preceding 12 months. The average number of patient procedures per month performed by the GWUH Facility in the 12 months preceding February 2007 was 243.1. (Id.)

I declare under penalty of perjury that the foregoing is true and correct.

Date:  September 27, 2007

Theresa Jurd

# EXHIBIT 16(A)

**Geraldine McGowan**

**From:**    Geraldine McGowan
**Sent:**    Tuesday, July 18, 2006 9:52 AM
**To:**      Terrie Jurd
**Subject:** FW: James Mason

Just FYI

**From:** Steven Cooper
**Sent:** Tuesday, July 11, 2006 7:46 PM
**To:** Geraldine McGowan
**Cc:** Minh Vu (MVU@ebglaw.com)
**Subject:** James Mason

Geraldine:

As you may or may not know, James Mason has filed suit against DaVita. It has absolutely nothing to do with his employment in your clinic. Rather it concerns his complaint about not being hired by DaVita Rx for a position. Could you please forward a copy of his personnel file to Minh Vu, our outside counsel handling this matter. Her address is:

Epstein Becker & Green LLP
1227 25th Street, N.W. Suite 600
Washington, D.C. 20037

Please remember that it is a violation of company policy to take any action against Mason because of this suit.

Thanks for your help.

Steven M. Cooper
Assistant General Counsel - Labor
DaVita Inc.
601 Hawaii St.
El Segundo, CA 90245
ph: (310) 536-2405
fax: (866) 275-1578

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**EXHIBIT**
McGowan #1
8-9-07 R.Rm

**EXHIBIT 16(B)**

08/20/2007
06:15:45
Date range : 01/01/2006 - 01/31/2006

ACUTE REVENUE REPORT
DaVita Inc.

Pag

CLINIC:  575 - Washington Northwest Acutes

| Hospital | Procedure | Qty | Billed Amt |
|---|---|---|---|
| 383 - GEORGE WASHINGTON UNIVERSITY HOSPITAL | 5023  MACHINE USE ONLY | 36 | |
| | 5145  HEMODIALYSIS BEDSIDE - ROUTINE | 43 | |
| | 5548  HEMODIALYSIS, ROUTINE (HOSPITAL) | 79 | |
| | 5725  TANDEM DIALYSIS - ROUTINE | 79 | |
| | 5823  APHERESIS-ROUTINE | 20 | |
| | 5852  CVVHDF | 30 | |
| | 5892  WAIT TIME/EXCESS 1/2 HR | 24 | |
| | Total for Hospital: | 311 | |
| | Total for Clinic: | 311 | |

<End of Report>

DAV-02979

```
08/20/2007                          ACUTE REVENUE REPORT                        Pag
04:16:24                                DaVita Inc.
Date range : 02/01/2006 - 02/28/2006

CLINIC: 575 - Washington Northwest Acutes


Hospital                            Procedure                        Qty    Billed Amt
. . . . . . . . . . . . . . . . . . . . . . . . . . . . .   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   -----   -----------

 383 - GEORGE WASHINGTON UNIVERSITY HOSPITAL    5023   MACHINE USE ONLY                 38
                                                5145   HEMODIALYSIS BEDSIDE - ROUTINE   45
                                                5548   HEMODIALYSIS, ROUTINE (HOSPITAL) 60
                                                5725   TANDEM DIALYSIS - ROUTINE        51
                                                5823   APHERESIS-ROUTINE                 3
                                                5824   APHERESIS-NON ROUTINE             3
                                                5852   CVVHDF                           37
                                                5892   WAIT TIME/EXCESS 1/2 HR           7
                                                                                       -----
                                                           Total for Hospital:         244
                                                                                       -----
                                                             Total for Clinic:         244


<End of Report>
```

```
08/20/2007                                      ACUTE REVENUE REPORT                              Pag
06:17:47                                            DaVita Inc.
Date range : 03/01/2006 - 03/31/2006

CLINIC: 575 - Washington Northwest Acutes

Hospital                                        Procedure                          Qty   Billed Amt
-------------------------------------           ---------------------------------  ----
```



```
383 - GEORGE WASHINGTON UNIVERSITY HOSPITAL     5023  MACHINE USE ONLY               27
                                                5145  HEMODIALYSIS BEDSIDE - ROUTINE 59
                                                5548  HEMODIALYSIS, ROUTINE (HOSPITAL) 79
                                                5725  TANDEM DIALYSIS - ROUTINE      51
                                                5852  CVVHDF                         32
                                                5892  WAIT TIME/EXCESS 1/2 HR         3
                                                                                    -----
                                                               Total for Hospital:  251
                                                                                    -----
                                                                 Total for Clinic:  251
```

<End of Report>

DAV-02981

08/20/2007
06:18:27
Date range : 04/01/2006 - 04/30/2006

CLINIC: 575 - Washington Northwest Acutes

ACUTE REVENUE REPORT
DaVita Inc.

Pag

| Hospital | Procedure | Qty | Billed Amt |
|----------|-----------|-----|------------|
| 383 - GEORGE WASHINGTON UNIVERSITY HOSPITAL | 5023  MACHINE USE ONLY | 33 | ████ |
| | 5145  HEMODIALYSIS BEDSIDE - ROUTINE | 95 | ████ |
| | 5548  HEMODIALYSIS, ROUTINE (HOSPITAL) | 72 | ████ |
| | 5725  TANDEM DIALYSIS - ROUTINE | 29 | ████ |
| | 5852  CVVHDF | 19 | ████ |
| | 5892  WAIT TIME/EXCESS 1/2 HR | 1 | ████ |
| | Total for Hospital: | 249 | ████ |
| | Total for Clinic: | 249 | ████ |

<End of Report>

DAV-02982

```
08/20/2007                              ACUTE REVENUE REPORT                              Pag
06:18:52                                    DaVita Inc.
Date range : 05/01/2006 - 05/31/2006

CLINIC:  575 - Washington Northwest Acutes

Hospital                                Procedure                          Qty    Billed Amt
..................................      ..................................  .....  ..........


383 - GEORGE WASHINGTON UNIVERSITY HOSPITAL   5023  MACHINE USE ONLY                41
                                              5145  HEMODIALYSIS BEDSIDE - ROUTINE  72
                                              5548  HEMODIALYSIS, ROUTINE (HOSPITAL) 94
                                              5725  TANDEM DIALYSIS - ROUTINE       90
                                              5852  CVVHDF                          45
                                                                                  -----
                                                           Total for Hospital:     342
                                                                                  -----
                                                            Total for Clinic:      342

<End of Report>
```

DAV-02983

```
08/20/2007                                   ACUTE REVENUE REPORT                              Pag
06:19:10                                          DaVita Inc.
Date range : 06/01/2006 - 06/30/2006

CLINIC:  575 - Washington Northwest Acutes

Hospital                                     Procedure                            Qty    Billed Amt
...........................................  ...........................................  .....  ....   ...

383 - GEORGE WASHINGTON UNIVERSITY HOSPITAL  5023  MACHINE USE ONLY                31
                                             5145  HEMODIALYSIS BEDSIDE - ROUTINE  51
                                             5548  HEMODIALYSIS, ROUTINE (HOSPITAL) 82
                                             5725  TANDEM DIALYSIS - ROUTINE       51
                                             5823  APHERESIS-ROUTINE                7
                                             5024  APHERESIS-NON ROUTINE            2
                                             5852  CVVHDF                          25
                                             5892  WAIT TIME/EXCESS 1/2 HR          6
                                                                                  -----
                                                           Total for Hospital:    255
                                                                                  -----
                                                             Total for Clinic:    255
```

<End of Report>

DAV-02984

08/20/2007
06:19:20
Date range : 07/01/2006 - 07/31/2006

ACUTE REVENUE REPORT
DaVita Inc.

Pag

CLINIC:  575 - Washington Northwest Acutes

| Hospital | Procedure | Qty | Billed Amt |
|---|---|---|---|
| 383 - GEORGE WASHINGTON UNIVERSITY HOSPITAL | 5023  MACHINE USE ONLY | 56 | |
| | 5145  HEMODIALYSIS BEDSIDE - ROUTINE | 60 | |
| | 5548  HEMODIALYSIS, ROUTINE (HOSPITAL) | 83 | |
| | 5725  TANDEM DIALYSIS - ROUTINE | 32 | |
| | 5823  APHERESIS-ROUTINE | 33 | |
| | 5024  APHERESIS-NON ROUTINE | 1 | |
| | 5852  CVVHDF | 56 | |
| | 5892  WAIT TIME/EXCESS 1/2 HR | 1 | |
| | Total for Hospital: | 322 | |
| | Total for Clinic: | 322 | |

08/20/2007                                      ACUTE REVENUE REPORT                                    Pag
06:19:51                                            DaVita Inc.
Date range : 08/01/2006 - 08/31/2006

CLINIC: 575 - Washington Northwear Acutes

Hospital                                        Procedure                                    Qty    Billed Amt
--------------------------------------          ----------------------------------------     ---    ----------

383 - GEORGE WASHINGTON UNIVERSITY HOSPITAL     5023  MACHINE USE ONLY                        52    ████████
                                                5145  HEMODIALYSIS BEDSIDE - ROUTINE          65    ████████
                                                5548  HEMODIALYSIS, ROUTINE (HOSPITAL)        76    ████████
                                                5725  TANDEM DIALYSIS - ROUTINE               54    ████████
                                                5823  APHERESIS-ROUTINE                       14    ████████
                                                5824  APHERESIS-NON ROUTINE                    1    ████████
                                                5852  CVVHDF                                  53    ████████
                                                                                            -----
                                                                   Total for Hospital:       315   ████████
                                                                                            -----
                                                                     Total for Clinic:       315   ████████

<End of Report>

DAV-02986

08/20/2007                          ACUTE REVENUE REPORT                        Pag
04:20:11                              Davita Inc.
Date range : 09/01/2006 - 09/30/2006

CLINIC:  575 - Washington Northwest Acutes

Hospital                                 Procedure                        Qty    Billed Amt
.................................        ............................     .....   ..............

383 - GEORGE WASHINGTON UNIVERSITY HOSPITAL    5023  MACHINE USE ONLY              19
                                               5145  HEMODIALYSIS BEDSIDE - ROUTINE    62
                                               5548  HEMODIALYSIS, ROUTINE (HOSPITAL)  69
                                               5725  TANDEM DIALYSIS - ROUTINE        64
                                               5823  APHERESIS-ROUTINE                22
                                               5852  CVVHDF                           22
                                               5892  WAIT TIME/EXCESS 1/2 HR           3
                                                                                   .....
                                                            Total for Hospital:   261
                                                                                   .....
                                                            Total for Clinic:     261

<End of Report>

DAV-02987

```
08/20/2007                          ACUTE REVENUE REPORT
06:20:34                              Davita Inc.                                    Pag
Date range : 10/01/2006 - 10/31/2006

CLINIC: 575 - Washington Northwest Acutes

Hospital                            Procedure                          Qty   Billed Amt
--------------------------------    ------------------------------     -----  ------------

383 - GEORGE WASHINGTON UNIVERSITY HOSPITAL   5023  MACHINE USE ONLY          30
                                    5145  HEMODIALYSIS BEDSIDE - ROUTINE       78
                                    5548  HEMODIALYSIS, ROUTINE (HOSPITAL)     91
                                    5725  TANDEM DIALYSIS - ROUTINE            45
                                    5852  CVVHDF                               33
                                    5892  WAIT TIME/EXCESS 1/2 HR               6
                                                                           -----
                                                Total for Hospital:        283
                                                Total for Clinic:          283
```

<End of Report>

DAV-02988

```
08/20/2007                           ACUTE REVENUE REPORT                              Pag
06:20:57                                 DaVita Inc.
Date range : 11/01/2006 - 11/30/2006

CLINIC:  575 - Washington Northwest Acutes

Hospital                             Procedure                              Qty   Billed Amt
-------------------------------      --------------------------------       -----  -------

383 - GEORGE WASHINGTON UNIVERSITY HOSPITAL   5023  MACHINE USE ONLY              28
                                     5145  HEMODIALYSIS BEDSIDE - ROUTINE    65
                                     5548  HEMODIALYSIS, ROUTINE (HOSPITAL)  79
                                     5725  TANDEM DIALYSIS - ROUTINE         49
                                     5823  APHERESIS-ROUTINE                  5
                                     5824  APHERESIS-NON ROUTINE              2
                                     5852  CVVHDF                            27
                                     5892  WAIT TIME/EXCESS 1/2 HR            2
                                                                            ..
                                               Total for Hospital:         257
                                                                         -----
                                               Total for Clinic:         257
```

08/20/2007                                    ACUTE REVENUE REPORT                                Pag
06:21:18                                          DaVita Inc.
Date range : 12/01/2006 ~ 12/31/2006

CLINIC:  575 - Washington Northwest Acutes

| Hospital | Procedure | Qty | Billed Amt |
|---|---|---|---|
| 383 - GEORGE WASHINGTON UNIVERSITY HOSPITAL | 5023  MACHINE USE ONLY | 9 | |
| | 5145  HEMODIALYSIS BEDSIDE - ROUTINE | 57 | |
| | 5548  HEMODIALYSIS, ROUTINE (HOSPITAL) | 82 | |
| | 5725  TANDEM DIALYSIS - ROUTINE | 95 | |
| | 5823  APHERESIS-ROUTINE | 11 | |
| | 5824  APHERESIS-NON ROUTINE | 1 | |
| | 5852  CVVHDF | 7 | |
| | 5892  WAIT TIME/EXCESS 1/2 HR | 13 | |
| | Total for Hospital: | 275 | |
| | Total for Clinic: | 275 | |

<End of Report>

DAV-02990

08/20/2007
06:22:37
Date range : 01/01/2007 - 01/31/2007

ACUTE REVENUE REPORT
DaVita Inc.

Pag

CLINIC: 575 - Washington Northwest Acutes

| Hospital | Procedure | Qty | Billed Amt |
|---|---|---|---|
| 383 - GEORGE WASHINGTON UNIVERSITY HOSPITAL | 5023  MACHINE USE ONLY | 16 | |
| | 5145  HEMODIALYSIS BEDSIDE - ROUTINE | 54 | |
| | 5548  HEMODIALYSIS, ROUTINE (HOSPITAL) | 87 | |
| | 5725  TANDEM DIALYSIS - ROUTINE | 98 | |
| | 5823  APHERESIS-ROUTINE | 16 | |
| | 5852  CVVHDF | 14 | |
| | 5892  WAIT TIME/EXCESS 1/2 HR | 5 | |
| | Total for Hospital: | 290 | |
| | Total for Clinic: | 290 | |

<End of Report>

DAV-02991

08/20/2007
06:23:09
Date range : 02/01/2007 - 02/28/2007

                                        ACUTE REVENUE REPORT
                                            DaVita Inc.                                        Pag

CLINIC:  575 - Washington Northwest Acutes

Hospital                                    Procedure                                Qty    Billed Amt
..........................................  ..........................................  -----  ..  ...

383 - GEORGE WASHINGTON UNIVERSITY HOSPITAL  5023  MACHINE USE ONLY                    21    ▮▮▮▮
                                            5145  HEMODIALYSIS BEDSIDE - ROUTINE       49    ▮▮▮▮
                                            5548  HEMODIALYSIS, ROUTINE (HOSPITAL)     58    ▮▮▮▮
                                            5725  TANDEM DIALYSIS - ROUTINE            42    ▮▮▮▮
                                            5823  APHERESIS-ROUTINE                     9    ▮▮▮▮
                                            5824  APHERESIS-NON ROUTINE                 1    ▮▮▮▮
                                            5852  CVVHDF                               20    ▮▮▮▮
                                            5892  WAIT TIME/EXCESS 1/2 HR              15    ▮▮▮▮
                                                                                      -----  ▮▮▮▮
                                                              Total for Hospital:     215   ▮▮▮▮
                                                                                      -----  ▮▮▮▮
                                                                Total for Clinic:     215   ▮▮▮▮

08/20/2007
06:23:31
Date range : 03/01/2007 - 03/31/2007

ACUTE REVENUE REPORT
DaVita Inc.

Pag

CLINIC:  575 - Washington Northwest Acutes

| Hospital | Procedure | Qty | Billed Amt |
|----------|-----------|-----|------------|
| 383 - GEORGE WASHINGTON UNIVERSITY HOSPITAL | 5023  MACHINE USE ONLY | 3 | |
| | 5145  HEMODIALYSIS BEDSIDE - ROUTINE | 66 | |
| | 5548  HEMODIALYSIS, ROUTINE (HOSPITAL) | 71 | |
| | 5725  TANDEM DIALYSIS - ROUTINE | 72 | |
| | 5823  APHERESIS-ROUTINE | 42 | |
| | 5824  APHERESIS-NON ROUTINE | 1 | |
| | 5852  CVVHDF | 2 | |
| | 5892  WAIT TIME/EXCESS 1/2 HR | 11 | |
| | Total for Hospital: | 268 | |
| | Total for Clinic: | 268 | |

<End of Report>

DAV-02993

```
08/20/2007                           ACUTE REVENUE REPORT                        Pag
06:24:07                                  DaVita Inc.
Date range : 04/01/2007 - 04/30/2007

CLINIC:  575 - Washington Northwest Acutes

Hospital                             Procedure                        Qty   Billed Amt
-----------------------------------  ------------------------------  -----  ----------

383 - GEORGE WASHINGTON UNIVERSITY HOSPITAL   5023  MACHINE USE ONLY                41
                                     5145  HEMODIALYSIS BEDSIDE - ROUTINE    65
                                     5548  HEMODIALYSIS, ROUTINE (HOSPITAL)  81
                                     5725  TANDEM DIALYSIS - ROUTINE         64
                                     5823  APHERESIS-ROUTINE                 35
                                     5852  CVVHDF                            35
                                     5892  WAIT TIME/EXCESS 1/2 HR            5
                                                                          -----
                                                Total for Hospital:        326
                                                                          -----
                                                Total for Clinic:          326
```

```
08/20/2007                              ACUTE REVENUE REPORT                        Pag
06:24:26                                    DaVita Inc.
Date range : 05/01/2007 - 05/31/2007

CLINIC: 575 - Washington Northwest Acutec


Hospital                                  Procedure                        Qty    Billed Amt
----------------------------------        -------------------------------  ----   ----------

383 - GEORGE WASHINGTON UNIVERSITY HOSPITAL  5023  MACHINE USE ONLY             18
                                             5145  HEMODIALYSIS BEDSIDE - ROUTINE  63
                                             5548  HEMODIALYSIS, ROUTINE (HOSPITAL)  82
                                             5725  TANDEM DIALYSIS - ROUTINE    70
                                             5823  APHERESIS-ROUTINE            14
                                             5824  APHERESIS-NON ROUTINE         1
                                             5852  CVVHDF                       17
                                             5892  WAIT TIME/EXCESS 1/2 HR      13
                                                                               -----
                                                         Total for Hospital:   278
                                                                               -----
                                                           Total for Clinic:   278
```

```
08/20/2007                          ACUTE REVENUE REPORT                          Pag
06:24:42                               DaVita Inc.
Date range : 06/01/2007 - 06/30/2007

CLINIC:  575 - Washington Northwest Acutes

Hospital                            Procedure                         Qty   Billed Amt
........................            ................................  .....  ...........

 383 - GEORGE WASHINGTON UNIVERSITY HOSPITAL    5023  MACHINE USE ONLY          23
                                    5145  HEMODIALYSIS BEDSIDE - ROUTINE   69
                                    5548  HEMODIALYSIS, ROUTINE (HOSPITAL) 66
                                    5725  TANDEM DIALYSIS - ROUTINE        82
                                    5823  APHERESIS-ROUTINE                19
                                    5824  APHERESIS-NON ROUTINE             2
                                    5852  CVVHDF                           16
                                    5892  WAIT TIME/EXCESS 1/2 HR          11

                                              Total for Hospital:        288
                                                                        -----
                                              Total for Clinic:         288

<End of Report>
```

DAV-02996

08/20/2007
06:25:09
Date range : 07/01/2007 - 07/31/2007

CLINIC:  575 - Washington Northwest Acutes

ACUTE REVENUE REPORT
DaVita Inc.

Pag

| Hospital | Procedure | | Qty | Billed Amt |
|---|---|---|---|---|
| 383 - GEORGE WASHINGTON UNIVERSITY HOSPITAL | 5023 | MACHINE USE ONLY | 5 | |
| | 5145 | HEMODIALYSIS BEDSIDE - ROUTINE | 44 | |
| | 5548 | HEMODIALYSIS, ROUTINE (HOSPITAL) | 68 | |
| | 5725 | TANDEM DIALYSIS - ROUTINE | 20 | |
| | 5823 | APHERESIS-ROUTINE | 15 | |
| | 5824 | APHERESIS-NON ROUTINE | 1 | |
| | 5852 | CVVHDF | 6 | |
| | 5892 | WAIT TIME/EXCESS 1/2 HR | 14 | |
| | | Total for Hospital: | 173 | |
| | | Total for Clinic: | 173 | |

<End of Report>

DAV-02997

**EXHIBIT 16(C)**

NUMBER OF PATIENT PROCEDURES PERFORMED AT
THE GEORGE WASHINGTON HOSPITAL FROM JANUARY 2006 - JULY 2007*

| 2006 | | | | | | | | | | | | | 2007 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | FEB | MAR | APRIL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | | JAN | FEB | MAR | APRIL | MAY | JUNE | JULY | | |
| 251 | 199 | 221 | 215 | 301 | 218 | 265 | 263 | 239 | 247 | 227 | 253 | | 269 | 179 | 254 | 280 | 247 | 254 | 154 | | |
| | | | | | | | | | | | | | Total for 12 months preceding Feb. 2007 | | | | | | | 2917 | |
| | | | | | | | | | | | | | Monthly average for 12 month preceding Feb. 2007 | | | | | | | 243.083 | |

*Numbers are based on billing reports for this facility for the following procedures: (1) hemodialysis bedside - routine; (2) hemodialysis, routine (hospital); (3) tandem dialysis - routine; (4) apheresis - routine; and (5) CVVHDF.

1103875v2