# EXHIBIT 18

COPY

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
 2     ─────────────────────────────────────

 3     JAMES MASON,                    x
                                       :
 4                       Plaintiff,    :
             vs.                       :   Civil Action
 5                                     :   No.: 06-1319 (RMC)
       DAVITA, INC.,                   :
 6                                     :
                         Defendant.    x
 7     ─────────────────────────────────────

 8                              Wednesday, August 22, 2007

 9                              Washington, D.C.

10

11

12     DEPOSITION OF:

13                   ANN GERALDINE MCGOWAN,

14     a witness, was called for examination by counsel

15     for the plaintiff, pursuant to Notice and agreement

16     of the parties as to time and date, beginning at

17     approximately 10:20 o'clock, a.m., taken at the law

18     offices of David A. Branch, Esquire, 1825 Connecticut

19     Avenue, N.W., Suite 690, Washington, D.C. 20009,

20     before Ronnie C. Palmer, a court reporter and Notary

21     Public in and for the District of Columbia, when were

22     present on behalf of the respective parties:
```



**CAROL J. THOMAS STENOTYPE
REPORTING SERVICES, INC.**
3162 MUSKET COURT
FAIRFAX, VIRGINIA 22030
(703) 273-9221

```
 1      Q      Do you recall any occasion where you
 2   spoke to Theresa Jurd about James Mason?
 3      A      There was one -- At one point, I did
 4   speak to Terrie.  We were told to increase our
 5   preceptors.  They are the people that teach the new
 6   teammates dialysis to increase our number of
 7   preceptors.
 8             And I told or asked, or requested,
 9   informed Terrie that I would like to send James Mason
10   to Preceptor University.
11      Q      When did this conversation occur?
12      A      Towards the end of '06, I believe.
13      Q      What was her response?
14      A      She approved the request.
15      Q      And did Mr. Mason go to this Preceptor
16   University?
17      A      Yes.  It was held in Nashville and that
18   was at the beginning -- it was at the very end of
19   2006 or the beginning of 2007.
20      Q      Did you have any other conversations with
21   Terrie Jurd concerning James Mason?
22      A      One other conversation I had.  Davita had
```

1    several award programs.  And at the end of the year,
2    they give a value award, and I was told I could
3    choose one of the teammates for the value award.
4        Q       Value awards?
5        A       Value awards.  That is the name of the
6    award.
7        Q       V-A-L-U-E?
8        A       That's correct.
9        Q       Is that the same as the star award?
10       A       No.
11       Q       It's different from the star award?
12       A       The star award --
13       Q       Or shining star?
14       A       I think the star is different from the
15   value award.
16       Q       Okay.  I'm sorry.  So, what was this
17   conversation concerning this value award?
18       A       I was told because of the size of my
19   clinic I could choose one teammate.  And so I asked
20   Terrie if there was any possibility I could have two
21   awards.  I named James Mason as one and one of the
22   other teammates as the other person.

```
 1      Q      Who was the other teammate?
 2      A      Herbert Mutts.
 3      Q      And what was her response?
 4      A      She approved it.  She approved them both
 5   to get an award.
 6      Q      And when was this?
 7      A      That was in December of 2006.
 8      Q      Did you have any other conversations with
 9   Theresa Jurd concerning James Mason?
10      A      Not specifically that I remember.  I may
11   have spoken on a daily basis about he was part of the
12   team, but I do not remember specific conversations.
13      Q      Have you had any discussions with anyone
14   concerning James Mason and the fact that he filed a
15   lawsuit against Davita?
16      A      Actually, it may have been in August of
17   2006 that Davita RX wanted to roll out a program at
18   the clinic, and I asked for input from Gail Gardener
19   and Theresa Jurd.
20             And I can't remember if I did it by
21   e-mail or telephone.  I do remember I sent an e-mail,
22   but I do not remember making a phone call.
```