**EXHIBIT 20**

Page 1

1          UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

3                  CIVIL BRANCH

4  -------------------------------- X

5  JAMES MASON,                     )

6          Plaintiff,               )   Case No.

7      vs.                          )      06-1319 (RMC)

8  DAVITA, INC.,                    )

9          Defendant.               )   Pages 1-112

10 -------------------------------- X

11

12

13         DEPOSITION OF OMOWUNMI OLOYEDE

14            Thursday, August 16, 2007

15                Washington, D.C.

16

17

18

19

20  Reported by:  Sara A. Watt

21  Job No. 182705

22                                     COPY

```
 1      A.   Yes.

 2      Q.   But you're the facility administrator,

 3 correct?

 4      A.   Yes.

 5           MR. BRANCH:  Okay, all right.  Those are

 6 all the questions that I have.  And we are -- we

 7 took a five-minute, what was supposed to be a

 8 five-minute break a few minutes ago.  Turned out to

 9 be a 15-minute break.  And now Ms. Vu is requesting

10 to take lunch and come back and question this

11 witness.  I just want to state that on the record.

12           Do you want to finish up now or what are

13 you going to do?

14           MS. VU:  I can finish up now.

15      EXAMINATION BY COUNSEL FOR DEFENDANT

16 BY MS. VU:

17      Q.   Ms. Oloyede, is there anything that would

18 refresh your recollection as to when you had a

19 third conversation with Mr. Mason regarding the

20 census at GW University Hospital, Davita facility?

21      A.   Yes.

22      Q.   What is that?
```

Page 83

1    A.   I remember Mr. Mason called me and I was
2  in a meeting. And the meeting was in Philadelphia
3  and it was in February 21st. That was when the
4  phone call was placed.
5    Q.   How do you know that it was February
6  21st? What year was that? I'm sorry.
7    A.   2007.
8    Q.   Okay. How do you know that it was on
9  February 21st, 2007?
10   A.   It was on my cell phone.
11   Q.   Do you have that cell phone with you?
12   A.   Yes.
13        MS. VU: Okay. For the record, this
14  morning prior to today's deposition I produced or
15  offered to produce to Mr. Mason's counsel the cell
16  phone for his inspection so that he could look at
17  this entry that we are now going to enter into the
18  record formally.
19  BY MS. VU:
20   Q.   Can you please take out your cell phone?
21        MS. VU: Off the record for a second.
22        (Discussion off the record at 12:21 p.m.)