**EXHIBIT 22**

|  |  |  |  |
|---|---|---|---|
|  | DAVI-06-01-0078    [1P21] | Received By: | GRAVEST |
| Call Report Type: | WPA Initial Report | Source: | Telephone |
| Awareness Resource: | Poster | Duration: | 00:26:29 |
| Language Used: | English | Reviewed By: | BURKERA |
| Date/Time Call Received: | 2006-01-27 09:05 AM  Eastern Time Zone | Investigator: | Elaine Page<br>Lisa Joins<br>Valerie Zolman |
| Call Back Date: | N/A | Case Status: | Open |
| Report Priority: | C |  |  |

## WORKPLACE ALERT INITIAL REPORT

| Allegation | Class | Priority | Primary? | Assigned By |
|---|---|---|---|---|
| Discrimination | Employee/Labor Relations | C | Yes | CIUS1\GravesT |

### Location Details

190

GEORGETOWN ON THE POTOMAC DIALYSIS CENTER

3223 K STREET NW

STE 110

WASHINGTON, DC 20007-4412

United States

| Party Type | Party Name | Party Job Title |
|---|---|---|
| Caller | James Mason | patient care technician |
|  | Phone: Home (202) 723-0245 |  |
|  | Phone: Other (202) 236-8609 |  |
| Other Involved Party | Chris Farr | pharmaceuticals representative |
| Subject | Kim Eastland | recruiter |

### Report Summary

DAV-00007

James Mason believes Kim Eastland discriminated against him because she did not give him an interview as promised.

**Report Details**

James Mason said he had a telephone interview with Kim Eastland in December 2005 (exact day unknown) for a pharmaceutical sales representative position. James said Kim told him she would set up an interview with him after she returned from her vacation two weeks later. At that time (exact day unknown), James received an e-mail from Kim informing him she had trained and hired a candidate for the position. She also stated there were no positions available on the east coast region.

James said Chris Farr, who received the pharmaceutical sales position, told him Kim said she needed to fill 12 more positions. James said on January 25, 2006 he checked the internet and saw positions still open on the east coast. James also said two other employees applied for an interview, but never received any response from Kim. One employee is African-American and the other is Filipino. James is African-American.

James believes Kim was not honest with him about the positions available, and about being on vacation, since she said she had trained and filled the position. James said he told Kim he had a family, and did not know if Kim thought this would be an issue, but also felt she could have given him an opportunity. James said he has been with the company 11 years, and Chris for about 11 months.

James was thanked for calling and was issued a report identification number.

| Special Information Requested Of Reporter | Responses |
|---|---|
| Would you mind telling me if the nature of this call relates to a general Human Resources, Payroll, and/or Benefits issue? | No |
| Have you already reported your concern to your local supervisor or People Services Manager for your particular region? | N/A |
| Would you like to share the date the issue was reported and/or the name of the person you spoke to? | N/A |
| CS Reads: "DaVita appreciates you reporting your concern. | Statement Read |

DAV-00008

We will investigate the issues you have raised and take appropriate action as needed.

**Report Number:** DAVI-06-01-0078

Client agrees and understands that Global Compliance Services neither warrants, vouches for, nor authenticates the reliability of the allegations provided in this report. Client agrees that it shall have the sole responsibility for investigating or otherwise evaluating these allegations and other information provided and to comply with all local, state and federal laws pertaining to the investigation and protection of such information, as well as the protection of all rights of any person or persons accused of any wrongdoing.