**EXHIBIT 24**

Page 1

```
 1
 2         UNITED STATES DISTRICT COURT FOR THE
 3                DISTRICT OF COLUMBIA
 4   JAMES MASON              )
                              )
 5      Plaintiff             )
                              )
 6      vs.                   )   C.A. No.
                              )   1:06cv01319(RMC)
 7   DAVITA, INC.             )
                              )
 8      Defendants            )
 9
10
11
12
13
14         Deposition of Kimberly Latham Easlon
15                  Washington, D.C.
16                   April 3, 2007
17
18
19
20
21   Reported by:  Bonnie L. Russo
22   JOB NO. 180005
```

```
 1     A.    I don't remember even thinking about
 2  it.
 3     Q.    So the question is did you suspect
 4  that Mr. Mason was African American --
 5     A.    No.
 6     Q.    -- when you talked to him on the
 7  phone?
 8     A.    No.
 9     Q.    Okay.  Do you recall what
10  Mr. Mason's e-mail address was?
11     A.    No.
12     Q.    Have you used any racial slur to
13  describe African Americans?
14     A.    No.
15     Q.    Have you ever used the word
16  "nigger"?
17     A.    No.
18     Q.    Have you referred to African
19  Americans in any derogatory manner?
20     A.    No.
21     Q.    Your testimony was that you did not
22  learn that Mr. Mason was African American until
```

Kimberly L. Easlon

Page 71

```
1    he filed the complaint?
2         A.    That's correct.
3         Q.    How did you learn Mr. Mason filed
4    the complaint?
5         A.    Josh Golomb told me there had been a
6    complaint filed.
7         Q.    And what did Josh Golomb tell you?
8         A.    He told me that Mr. Mason had filed
9    a complaint saying that he was not hired
10   because he was African American.
11        Q.    When did Josh Golomb tell you this?
12        A.    In January.
13        Q.    When was Mr. Jones offered the
14   position of PSR?
15        A.    In December.
16        Q.    Did he accept it?
17        A.    Yes.
18        Q.    Did you correspond with Mr. Mason
19   after Jones accepted the position?
20        A.    After Mr. Mason sent me an e-mail.
21        Q.    And why didn't you correspond with
22   Mr. Mason before he sent you an e-mail?
```

Kimberly L. Easlon

Page 72

```
 1      A.    I don't have a good reason for that.
 2   I should have.
 3            I hired Mr. Jones.  I went on
 4   vacation.  As soon as I came back from
 5   vacation, I was teaching a training class.
 6            Honestly it slipped my mind.  I
 7   should have let him know the position had been
 8   filled earlier.  As soon as I received an
 9   e-mail from him, I let him know that the
10   position had been filled.
11      Q.    When you spoke to Mr. Mason and he
12   told you that he could not come to Richmond for
13   the in-person interview, did you tell him that
14   you would set up an interview with him later?
15            MS. VU:  Asked and answered.
16   Objection.
17            THE WITNESS:  I believe what I told
18   him was we would talk at the first of the year.
19            BY MR. BRANCH:
20      Q.    That you would talk to Mr. Mason at
21   the first of the year?
22      A.    Sure.
```