# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>  Defendant. | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ERRATA CONCERNING DAVITA INC.'S EXHIBIT 6 TO ITS MOTION FOR SUMMARY JUDGMENT ON COUNT I OF THE SECOND AMENDED COMPLAINT

On June 25, 2007, Defendant DaVita Inc. ("DaVita") filed a Motion for Summary Judgment on Count I of the Second Amended Complaint, along with DaVita Exhibits 1-9. Counsel for DaVita recently determined that Exhibit 6 (Excerpts from the Deposition transcript of Kimberly Easlon), is missing page 70 of the transcript which was cited in DaVita's Statement of Material Facts. Attached hereto is this missing page.

                                             Respectfully submitted,

Dated: September 28, 2007          __/s/ Minh N. Vu_____
                                             Minh N. Vu (Bar No. 444305)
                                           EPSTEIN BECKER & GREEN, P.C.
                                           1227 25th Street, N.W.
                                           Washington, D.C. 20037
                                           Tel: (202) 861-0900
                                           Fax: (202) 861-3541


                                           _____/s/ Joseph T. Ortiz_____
                                           Joseph T. Ortiz
                                           (admitted pro hac vice)
                                           Epstein Becker & Green, P.C.
                                           1875 Century Park East, Suite 500
                                           Los Angeles, CA 90067-2506
                                           (310) 557-9542
                                           (310) 553-2165 (fax)

                                           Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2007, a copy of DaVita Inc.'s Errata was served through the Court's Electronic Court Filing system to counsel listed below:

>David A. Branch
>Law Office of David A. Branch
>1825 Connecticut Avenue, NW
>Suite 690
>Washington, D.C. 20009

                                                  /s/ Minh N. Vu
                                                Minh N. Vu