```
 1      A.      I don't remember even thinking about
 2  it.
 3      Q.      So the question is did you suspect
 4  that Mr. Mason was African American --
 5      A.      No.
 6      Q.      -- when you talked to him on the
 7  phone?
 8      A.      No.
 9      Q.      Okay.  Do you recall what
10  Mr. Mason's e-mail address was?
11      A.      No.
12      Q.      Have you used any racial slur to
13  describe African Americans?
14      A.      No.
15      Q.      Have you ever used the word
16  "nigger"?
17      A.      No.
18      Q.      Have you referred to African
19  Americans in any derogatory manner?
20      A.      No.
21      Q.      Your testimony was that you did not
22  learn that Mr. Mason was African American until
```