UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| JAMES MASON | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.:06-1319 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| DAVITA INC. | ) | |
| | ) | |
| | ) | Jury Trial Demand |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ONE WEEK EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Comes now Plaintiff James Mason, by and through counsel, and files Plaintiff's Unopposed Motion for One Week Extension of Time to File Opposition to Motion for summary Judgment, and in support thereof states as follows.

Defendants have filed a motion for summary judgment on Plaintiff's retaliation claims. Plaintiff's opposition is due on October 29, 2007. Plaintiff requests a one week extension of time to file the opposition, which Defendants do not oppose. Plaintiff requests a one week extension through November 5, 2007 because counsel is still working on the opposition and needs additional time to complete it. Counsel has been unable to complete the opposition because he was required to devote time to other matters over the past few weeks, including filing briefs before the D.C. and D.C. Circuit Court of Appeals, preparation for a two week trial scheduled for October 15, 2007 in the D.C. Superior Court before Judge Bartnoff, and other court hearings and depositions, and activity in two certified class actions which counsel is lead counsel, <u>Taylor et al. v.</u>

WASA, before Judge Kennedy and Armstrong v. Internal Revenue Service, which is pending before the EEOC.

Plaintiff sought the consent of Defendants' counsel response was that Defendant DaVita Inc. does not object to the requested extension, but if the extension is granted, respectfully requests that the Court extend the current deadline for its reply brief (November 13, 2007) by the same amount of time.

Respectfully submitted,

_____/s/_____
David A. Branch #438764
Law Offices of David A. Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009
(202) 785-2805

**Certificate of Service**

I hereby certify this 29th day of October 2007 that a copy of the foregoing Plaintiff's Unopposed Motion for One Week Extension to File Opposition to Motion for Summary Judgment was sent to Defendants' counsel listed below.

Minh N. Vu
Epstein Becker & Green, P.C.
1227 25th Street, NW, Suite 700
Washington, D.C. 20037-3541

/s/

_____
David A. Branch

2