UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JAMES MASON                                     ) | |
| ) | |
| Plaintiff,               ) | Civil Action No.:06-1319 (RMC) |
| ) | |
| v.                                          ) | |
| ) | |
| DAVITA INC.                                  ) | |
| ) | |
| ) | Jury Trial Demand |
| Defendants.              ) | |
| ) | |

### PLAINTIFF'S MOTION FOR ONE DAY EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Comes now Plaintiff James Mason, by and through counsel, and files Plaintiff's Motion for One Day Extension of Time to File Opposition to Motion for summary Judgment, and in support thereof states as follows.

Defendants have filed a motion for summary judgment on Plaintiff's retaliation claims. Plaintiff previously requested and was granted an extension until November 5, 2007 to file the opposition. Plaintiff requests a one day extension of time to file the opposition extension, through November 6, 2007. Counsel needs one additional day for final edits to the opposition and to prepare exhibits for filing with the court.

Plaintiff sought the consent of Defendants' counsel but due to the lateness of the hour of the request Defendants' counsel had not responded at the time the motion was filed. Defendant's counsel previously indicated that she did not object to an extension as long and the time for Defendant to file a reply was extended by the same period of time.

2

        Respectfully submitted,

        _____/s/_____
        David A. Branch #438764
        Law Offices of David A. Branch
        1825 Connecticut Avenue, NW
        Suite 690
        Washington, D.C. 20009
        (202) 785-2805

**Certificate of Service**

I hereby certify this 5th day of November 2007 that a copy of the foregoing Plaintiff's Motion for One Day Extension to File Opposition to Motion for Summary Judgment was sent to Defendants' counsel listed below.

Minh N. Vu
Epstein Becker & Green, P.C.
1227 25th Street, NW, Suite 700
Washington, D.C. 20037-3541

        /s/

        _____
        David A. Branch