PLAINTIFF'S EXHIBIT I NO.   PENGAD 800-631-6989

# May Dialysis Schedule

| May 2007 Name | Day | Tue | Wed | Th | FR | SAT | SUN | MO | TU | WE | TH | FR | SA | SU | MO | TU | WE | TH | FRI | SAT | SUN | MO | TU | WE | TH | FRI | SA | SU | MO | TU | WE | TH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Wunmi | | | X | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Shanna | | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | 730 | 730 | 730 | | 730 | | | 730 |
| Patricia | | | R | R | R | R | | R | 730 | 730 | 730 (?) | 730 | 730 | | 730 | 730 | 730 | 730 | 730 | 730 | | 730 | 730 | 730 | 730 | C 730 | 730 | | 730 | 730 | R | 730 |
| Tito | | 730 | 730 | 730 | 730 | G | | 730 | 730 | 730 | 730 | 730 | 730 | | 730 | 730 | 730 | 730 | 730 | 730 | | 730 | 730 | 730 | 730 | 7x? | R | | 730 | R | 730 | 730 |
| Irena | | 730 | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | R | 730 | | | 730 | 730 | 730 | R | R | | R | 730 | 730 | 730 |
| Lissa | | 730 | | | | 730 | | | 730 | | X 730 | X 730 | 730 | | | | | | | 730 | | | | | | | 730 | | | | | |
| Joan | | pm | pm | pm | pm | | | pm | pm | pm | pm | pm | pm | | pm | pm | pm | pm | pm | pm | | pm | pm | pm | pm | pm | | | pm | pm | pm | pm |
| Patty | | | | | | S | | | | | | | | | | | | | | X | | | | | 8 | 8 | | | | 8 | 8 | |
| Shift | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Key

Note:

Transportation Services for Saturday Shift time is 07:30

Final Schedule- Wunmi Olayode, RN    4/20

It's very important to strictly follow assigned time.

DAV-02971

## April Dialysis Schedule

| April Day 2007 Name | Sun 1 | Mon 2 | Tue 3 | Wed 4 | Thu 5 | Fri 6 | Sat 7 | Sun 8 | Mon 9 | Tue 10 | Wed 11 | Thu 12 | Fri 13 | Sat 14 | Sun 15 | Mon 16 | Tue 17 | Wed 18 | Thu 19 | Fri 20 | Sat 21 | Sun 22 | Mon 23 | Tue 24 | Wed 25 | Thu 26 | Fri 27 | Sat 28 | Sun 29 | Mon 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wunmi | | 730 | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | 730 | 730 | | | 730 |
| Shanna | | / | / | / | / | / | ✗ | | / | / | / | 730 | 730 | | | / | / | / | 730 | /30 | | | / | / | / | 730 | / | | | 730 |
| Patricia | | / | / | / | / | / | 730 | | / | / | / | / | / | | | / | 730 | 730 | / | / | 730 | | / | / | 730 | 730 | / | 730 | | / |
| Lito | | / | R | / | / | 8 | 730 | | / | / | / | 730 | 730 | 8 | | / | 8 | / | / | / | 8 | | / | / | / | / | 730 | 730 | | / |
| Irena | | | | | R | | R | | | 8 | / | 730 | | 730 | 730 | | | | | | 730 | | | | | | | | | |
| Lissa | | | 730 | | | | | | | | - | | - | | | | | | | | | | | | | | | | | |
| PRN | | | | | | | ✈ | | | | | | | | | | | | | | | | | | | | | | | |
| Patty | | | | | ✗ | | ✈ | | | | | | | | | | | | | | | | | | | | | | | |
| Staff | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Key ___  It is imperative to follow assigned times

Staff Meeting 25th and 26th

Final Schedule 3/22/07

DAV-02972

# March Dialysis Schedule

| March 2007 Name | Thu 1 | Fri 2 | Sat 3 | Sun 4 | Mon 5 | Tue 6 | Wed 7 | Thu 8 | Fri 9 | Sat 10 | Sun 11 | Mon 12 | Tue 13 | Wed 14 | Thu 15 | Fri 16 | Sat 17 | Sun 18 | Mon 19 | Tue 20 | Wed 21 | Thu 22 | Fri 23 | Sat 24 | Sun 25 | Mon 26 | Tue 27 | Wed 28 | Thu 29 | Fri 30 | Sat 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wunmi | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sharma | 8 | 8 | 730 | | 8 | 8 | 8 | 8 | 8 | 8 | | 8 | 8 | 8 | | R | | | 8 | 8 | 8 | 8 | 8 | 8 | | 8 | 8 | 8 | 8 | 8 | |
| Irena | | 730 | 730 | | 730 | | 730 | | 730 | 730 | | 730 | | 8 | | 8 | 730 | | 730 | | 730 | | 730 | 730 | | 730 | | 730 | | 730 | 8 |
| Patricia | | 730 | A | | 730 | | 730 | | 730 | | | 730 | 730 | 730 | 730 | 730 | | | 730 | 8 | 730 | 730 | 730 | | | 730 | 730 | 730 | | 8 | |
| Lito | 730 | 8 | | | | | | 730 | 8 | | | | | | | | 8 | | | | | | | | | | | | | 8 | 8 |
| Lissa | 730 | | 730 | | | 730 | | 730 | | 730 | | | 730 | | | | R | | | 730 | | 730 | | 8 | | | 730 | 730 | 730 | | 8 |
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Jean | | | | | | | | | | | | A | 4P | 730 | | | | | | 4P | | | | | | | | | | | X |
| Shift | | | | | 730 | | | | | A | | 8 | | A | | | 8 | | | | 8 | | 8 | | | | X | A | 8 | A | – |
| Patty | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Have | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Need | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Staff Meeting : March 22nd 23rd

DAV-02973

## April Dialysis Schedule

| April 2007 Day Name | Sun 1 | Mon 2 | Tue 3 | Wed 4 | Thu 5 | Fri 6 | Sat 7 | Sun 8 | Mon 9 | Tue 10 | Wed 11 | Thu 12 | Fri 13 | Sat 14 | Sun 15 | Mon 16 | Tue 17 | Wed 18 | Thu 19 | Fri 20 | Sat 21 | Sun 22 | Mon 23 | Tue 24 | Wed 25 | Thu 26 | Fri 27 | Sat 28 | Sun 29 | Mon 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wunmi | | 730 | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | 730 | 730 | | | 730 |
| Shanna | | / | / | / | / | / | X | | / | ⊙ | / | 730 | / | | | / | / | / | 730 | 730 | | | / | 730 | / | 730 | ✦ | ✦ | | 730 |
| Patricia | | / | / | / | / | 8 | ⊙ | | / | / | / | 730 | 730 | 8 | | / | / | 730 | 730 | / | 730 | | / | / | 730 | 730 | / | / | | / |
| Lito | | | R | / | R | | 730 | | / | / | / | / | 730 | 730 | | / | 730 | / | / | / | 8 | | / | / | 730 | / | 730 | 730 | | / |
| Irena | | | | | | | R | | | | | | | | | 730 | | | | | 730 | | | | | | | | | |
| Lissa | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Patty | | | | | ✦ | | ✦ | | | 8 | | | ✦ | | | | 8 | | 8 | | | | | | | | | | | |
| Staff | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Key:
It is imperative to follow assigned time
Staff Meeting 25th and 26th

Final Schedule 3/22/07

DAV-02972

February 2007 Dialysis Schedule

| Name | Thu 1 | Fri 2 | Sat 3 | Sun 4 | Mon 5 | Tue 6 | Wed 7 | Thu 8 | Fri 9 | Sat 10 | Sun 11 | Mon 12 | Tue 13 | Wed 14 | Thu 15 | Fri 16 | Sat 17 | Sun 18 | Mon 19 | Tue 20 | Wed 21 | Thu 22 | Fri 23 | Sat 24 | Sun 25 | Mon 26 | Tue 27 | Wed 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wunmi | | | | | | | | | | | | | | | | | | | | | | ✗ | ✗ | | | | ᴍ | |
| Shanna | 8 | 8 | 8 | | | ✗ | 8 | 8 | 8 | 8 | | 8 | 8 | 8 | 8 | 8 | 8 | | 8 | 8 | 8 | 8 | 8 | 8 | | 8 | 8 | 8 |
| Irena | | 730 | | | 730 | | 730 | | 730 | | | 730 | | 730 | | 730 | | | 730 | 730 | 730 | | 730 | | | 730 | | 730 |
| Patricia | 730 | 730 | 730 | | 730 | 730 | 730 | 730 | 730 | 730 | | 730 | 730 | 730 | 730 | 730 | 730 | | 730 | 730 | 730 | 730 | 730 | 730 | | 730 | 730 | 730 |
| Lissa | R | | R | | | | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | | | | | | |
| Lito | | | | | 8 | | | | | | | | | | | | | | | | | | | | | | | |
| PRN | | | | | ⋀ | | | | | | | | | | | | | | | | | ? | | | | | | |
| Jean | | | | | | | ✗ | ✗ | ✗ | | | ✗ | ✗ | ✗ | | ✗ | ✗ | | ✗ | ✗ | ✗ | | ✗ | ✗ | | | ✗ | ✗ |
| Shiff | | | 8 | | | ✗ | | | | 8 | | | | | | | | | | | 8 | | | | | 8 | | |
| Patty | 730 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NEED HAVE | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Staff Meeting: February 22nd & 23rd

DAV-02974

# Dialysis Schedule

## January 2007

| Name | Day | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Wunmi | | | | :30 | | | | | :30 | | :30 | | | | | | | :30 | | | | | :30 | | | | | | | :30 | :30 | |
| Irena | | :30 | :30 | | :30 | :30 | | | :30 | | :30 | | :30 | | | | | :30 | | :30 | 8 | | :30 | | 8 | | 8 | 8 | | | | |
| Patricia | | | :30 | | :30 | :30 | :30 | | :30 | :30 | :30 | :30 | :30 | :30 | :30 | :30 | | :30 | :30 | :30 | :30 | | :30 | | :30 | :30 | | :30 | | | :30 | :30 |
| Lito | | | | | 8 | 8 | | | | :30 | | :30 | | 8 | | :30 | 8 | | 8 | 8 | | | | | 8 | :30 | 8 | | | | | | |
| Lissa | | 8 | 8 | | 8 | | 8 | | 8 | 8 | 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | | | | 8 | |
| Shanna | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Jean | | | | | | | | | 8 | | :30 | | | | | :30 | | | 8 | | | 8 | | :30 | | 8 | | | | | | | |
| Shift | | | | | | :30 | | | | | | | | | | | | | 8 | | | | | | | | | | | | | | |
| Patty | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Key: Happy New Year!!!!

Notes: Starting this month all staff will be starting ICU Patients 1st before dialysis unit…

DAV-029975

December Dialysis Schedule

| December 2006 | Day | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Shanna | | R | | | | R | | 730 | 730 | | | 730 | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | 730 | 730 | | | C | 730 | 730 | 730 | 730 | | 7 |
| Irena | | 730 | 730 | | 730 | 730 | 730 | 730 | 730 | 730 | | 730 | | 730 | | 730 | 730 | | 730 | | 730 | | 8 | 8 | 7 | | | 8 | 730 | 8 | 8 | 730 | |
| Lito | | 730 | | | | 8 | | 730 | 730 | | | | 8 | | 730 | 8 | | | 730 | | | 730 | 730 | 730 | | 7 | | 8 | 730 | 730 | 730 | 730 | 7 |
| Lissa | | | 730 | | | 730 | 8 | 8 | | 730 | | | 730 | 730 | 730 | | 730 | | | 730 | | | 8 | 730 | | | | 730 | | 8 | | 730 | |
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | D | | | | | | |
| Jean | | | | | 730 | | 730 | | | | | 730 | A | 730 | 8 | | | | | 8 | 730 | 730 | | | | | | | 730 | 730 | | | 7 |
| Shiff | | | 8 | | | | | 730 | 8 | 730 | | 8 | 730 | 730 | | | 8 | | 8 | 8 | 730 | 8 | 8 | 8 | 7 | | 8 | | | | 730 | 730 | |
| Patricia | | 730 | | | | | | | | | | | | | | 730 | | | | | O | O | | | O | | | | O | O | | | |
| (Patricia) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 730 | 730 | | | |
| Have | | | | | | | | | | | | | | | | | | | | | | | | | | | | O | | O | | | |
| Need | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Key:
MWF = SUNDAY WEDNESDAY FRIDAY
For the week of Christmas and New Year
Every teammate must work one Sunday except PRN

Notes:
End of Year Staff Meeting 14th and 15th
Davita LMS
Christmas Party changed to Sunday 17th

Updated DECEMBER SCHEDULE 11/20/06
BY
WUNMI OLOYEDE RN

DAV-02976

## November Dialysis 06 Schedule

| November | Day | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| Wunmi | | | | | | | | | | | | | | | | | | | | | ✗ | | | | 1 | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Shanna | | 730 | 730 | R | | | 730 | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | ✗ | ✗ | | | 730 | 730 | 730 | 730 |
| Lito | | 8 | 730 | 730 | | | | 8 | | 730 | | 730 | | | 8 | | 730 | | 730 | | 730 | 730 | | | | 730 | | | 730 | | 8 |
| Irena | | 730 | | 730 | 730 | | 730 | | 730 | | 730 | 8 | | 8 | | 730 | | 1ST | R | R | R | R | R | R | R | R | | R | 730 | | 730 | |
| Lissa | | | 730 | | 8 | | | 730 | | R | | 730 | | | 730 | | 730 | | 730 | | | 730 | | 7 | R | 730 | | | | | 730 |
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Jean | | 8 | | 8 | | | 8 | | 8 | | | | | 730 | | 730 | | 730 | | | ✗ | ✗ | | ✗ | ✗ | | | | 730 | | 730 | |
| Shiff | | 8 | 8 | | 8 | | ✗ | | | 8 | ✗ | ✗ | | | ✗ | O | | | ✗ | | | | | | | | | | | ✗ | | ✗ |
| Elizabeth | | | | | | | | | | A | | | | | | | | | | | | | | | | | | | | | | |
| Patricia | | | | | | | | | | | | | | | | 730 | | 730 | | | 730 | | | | | 730 | | | | | |
| Have | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Need | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Key

Notes

DAV-02977

Original Copy 10/30/06

*Wunmi Oloyede*