Omowunmi Oloyede

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3                      CIVIL BRANCH

 4   -------------------------------- X

 5   JAMES MASON,

 6           Plaintiff,              Case No.

 7       vs.                          06-1319 (RMC)

 8   DAVITA, INC.,

 9           Defendant.               Pages 1-112

10   -------------------------------- X

11

12

13            DEPOSITION OF OMOWUNMI OLOYEDE

14              Thursday, August 16, 2007

15                  Washington, D.C.

16

17

18

19

20   Reported by:  Sara A. Watt

21   Job No. 182705

22
```

**PLAINTIFF'S EXHIBIT NO. J**

Omowunmi Oloyede

Page 42

1  Q. Okay. So your facility is open six days
2  a week from 7:00 a.m. to 5:00 p.m.?
3  A. Uh-huh.
4  Q. And on a typical day, how is it staffed?
5  A. Average, between two to five.
6  Q. What do you mean, two to five what?
7  A. Its the schedule-wise. I have --
8  sometimes I have three patient -- I mean three
9  staff, three RNs, mostly in the monthly, three RNs.
10 I can go down to two RNs if we don't have any
11 patient.
12 Q. Two to three RNs, and how many PCTs?
13 A. Only one.
14 Q. And what days does your PCT work?
15 A. My PCT works Monday through Friday.
16 Q. From what period of time?
17 A. Between 8:00 to 4:00.
18 Q. And what duties does the PCT perform?
19 A. The PCT duties are set up the machine;
20 put the patient on the machine; take the patient
21 off the machine; monitor the patient blood
22 pressure, pulse, heart rate, how much fluid removed

Page 43

1  during treatment.
2  Q. Anything else?
3  A. That's it.
4  Q. Okay. What duties do the RNs perform?
5  A. The RNs, the same, put the patient on the
6  machine --
7  Q. Do they do all the duties that the PCT
8  performs?
9  A. Plus.
10 Q. Plus what? First, do they do all the
11 duties that the PCTs perform?
12 A. Yes, sir.
13 Q. And what other duties?
14 A. Medication, give the medication during
15 treatment, medication; blood transfusion; order
16 from the doctors, doctor's orders; report from the
17 floors where the patient come from; ICU patient.
18 Q. What does that mean, ICU patient?
19 A. Patient in intensive care, bedside
20 patient.
21 Q. Can the PCT go into ICU?
22 A. No.

Page 44

1  Q. Anything else?
2  A. Isolation patient.
3  Q. Can the PCT go in to treat isolation
4  patients?
5  A. No.
6  Q. Okay. What else?
7  A. Apheresis, apheresis therapy that we
8  mentioned above.
9  Q. Okay. Anything else?
10 A. CRRTT, continual replacement mentioned
11 above.
12 Q. Okay. Anything else?
13 A. Get the -- its called hand-off
14 communication, hand-off, H-A-N-D off hand-off
15 communication, to the floor.
16 Q. Okay. Anything else?
17 A. The nurses are the only one that take
18 calls in the hospital, on call, on call.
19 Q. Okay. Anything else?
20 A. That's it. And supervise the -- and
21 before I finish, the PCT is still working under the
22 supervision of RN. So the PCT is not working by

Page 45

1  themself. They are working under the supervision
2  of RN. They are working under the RN license.
3  Q. Okay. Who performs the PCT duties on
4  Saturday?
5  A. Since I mentioned to you that the RN can
6  do the same thing the PCT are doing, so the RN do
7  the PCT duty on Saturday.
8  Q. So the RN does the PCT duties on
9  Saturday?
10 A. Uh-huh.
11 Q. Does DaVita employ RNs? Are there RNs
12 who are employees at your facility who are
13 employees of DaVita?
14 A. Yes.
15 Q. What is the rate of compensation that the
16 RNs receive?
17 A. I mean it varies.
18 Q. What does it vary from?
19 A. 29 to 35.
20 Q. 29 to $35 an hour?
21 A. Yes.
22 MS. VU: Just for the record, you have

ESQUIRE DEPOSITION SERVICES
DC 1-800-441-3376    MD 1-800-539-6398    VA 1-800-752-8979

Page 62

1  talked to Terry Jurd about a position. So I
2  believe it would be after having a conversation
3  with Mr. Terry Jurd.
4      Q.  So the third, you believe your third
5  conversation with Mr. Mason was after this
6  conversation with Terry Jurd?
7      A.  Yes.
8      Q.  Okay.  Did you have any other
9  conversations with Mr. Mason?
10     A.  I don't remember.
11     Q.  On the Saturdays when your PCT was not
12  there, how many people, how many staff members
13  worked?
14     A.  Three.
15     Q.  Three?
16     A.  Maximum of three, minimum of two.
17     Q.  And on during the week when your staff
18  member was there, how many -- when your PCT was
19  there, how many staff members would work?
20     A.  Average three.
21     Q.  Three?
22     A.  An average, it can go up to five and it

Page 63

1  can go as low as two.
2      Q.  Okay.  I'm going to show you what was
3  produced this morning by your counsel.  It's a
4  dialysis schedule.  And I'm looking at November,
5  2006.  It has a Bates number of 2977.  And I'll
6  just take a minute and copy this.
7          (Recess taken at 11:37 a.m.)
8          (Deposition resumed at 11:38 a.m.)
9          MR. BRANCH:  Let's mark this.
10             Exhibit 2
11             marked for identification.)
12  BY MR. BRANCH:
13     Q.  And the page is 2977, just so that -- the
14  Bates number there at the bottom right corner.
15  This is November, 2006, schedule.
16         First, there's a Shanna, that says 7:30.
17  What does that mean?
18     A.  That's the time she come in.
19     Q.  Okay.  And who are the individuals listed
20  under Shanna's name?
21     A.  Lito, that's an RN.
22     Q.  That's a what?

Page 64

1      A.  She's a nurse.
2      Q.  She's an RN?
3      A.  Yeah.
4      Q.  And Irena, who's that?
5      A.  RN
6      Q.  Is she an employee of Davita?
7      A.  Yeah, yes.
8      Q.  Is Lito an employee of Davita?
9      A.  Yes.
10     Q.  And Lissa, who's that?
11     A.  Employee of Davita.
12     Q.  Is she an RN?
13     A.  Yes.
14     Q.  What does prn mean?
15     A.  As needed.
16     Q.  Okay.  And next there's Jean.  Who's
17  that?
18     A.  As needed, RN
19     Q.  She's what?
20     A.  RN
21     Q.  RN as needed?
22     A.  Yes.

Page 65

1      Q.  Okay.  And Shiff, who's that?
2      A.  RN, as needed.
3      Q.  Okay.  And Elizabeth, who's that?
4      A.  RN, as needed.
5      Q.  And Patricia?
6      A.  RN, as needed.
7      Q.  Okay.  What does that have and need,
8  what does that mean?
9      A.  Is for me to keep, like in the past, I
10  do two rows of how many numbers of RNs I need and
11  what I have. I don't do in 2006, I didn't work.
12     Q.  There's a section under Shanna's name,
13  there's -- on Friday, November 3rd, there's an R.
14  What does that mean?
15     A.  Where?  Requested off.
16     Q.  So for Wednesday, November 1st, it
17  appears that Shanna worked at 7:30, Irena started
18  at 8:30, then you had --
19         MS. V.:  That misstates the record.  It
20  says 7:30 for Irena.
21  BY MR. BRANCH:
22     Q.  Irena started at 7:30, then Jean and

Omowunmi Oloyede

Page 70

1 Q. Who pays for the physical?
2 A. Davita.
3 Q. Okay. So for all of the people that you
4 interview for positions, you require them to
5 complete a physical before you hire them?
6 A. For all people that apply for the
7 position that we can -- we know their potential,
8 potential to work in the hospital, they have to do
9 the physical.
10 Q. But are all applicants required to
11 undergo a physical?
12 A. That accept a job? I don't understand.
13 Q. Are all applicants, people who apply for
14 positions, nurses or PCTs, are all the applicants
15 required to undergo a physical?
16    MS. VU: Objection. Vague and ambiguous.
17 Where? Davita generally or this facility?
18 BY MR. BRANCH:
19 Q. I'm talking about this facility.
20 A. The word "applicant" to me, meaning like
21 you can apply for a job and you don't get a job.
22 So if you can just break it down. Like because I

Page 72

1 A. No.
2    MS. VU: This is before?
3 BY MR. BRANCH:
4 Q. How is it determined who should undergo a
5 physical?
6 A. You apply for a job. You met with the
7 manager. The salary is decided, the job offer is
8 given. The teammate is already in Davita because
9 they have to do compliance. Then they can go for
10 the physical.
11 Q. Okay. So the physical only happens after
12 a person applies and a salary is determined --
13 A. No.
14 Q. -- and a job offer is made?
15 A. Uh-huh.
16 Q. Is that correct?
17 A. Yes.
18 Q. Now, was Mr. Mason required to undergo a
19 physical?
20 A. Yes.
21 Q. Now, you mentioned something about you
22 believe that Mr. Mason did not complete the

Page 71

1 can apply. I might have a lot of opening, people
2 came for the interview, doesn't have to go if right
3 there they're not suitable for the job, they don't
4 have. Because Davita pay for it. They cannot go
5 to get a physical done prior to the time working in
6 the hospital. So I don't really understand the
7 question.
8 Q. Wait, you're saying they can't -- they
9 don't go to the physical -- I don't understand what
10 you're saying.
11 A. I don't understand the question. Because
12 when you say "applicant," the applicant to me
13 meaning like anybody that apply for a job but the
14 job is not guaranteed they're going to be hired for
15 the job. Is that what you are saying?
16 Q. Yeah. I'm asking, anybody who applies for
17 the job, are they required to undergo a physical?
18 A. No.
19 Q. Okay. How is it that -- well, let me ask
20 you this.
21    Is everybody who interviews for a job
22 required to undergo a physical?

Page 73

1 physical or some part of the medical test?
2 A. I was told.
3 Q. Who told you that?
4 A. Employee health services, GW Hospital.
5 Q. And who told you that in employee health
6 services?
7 A. I don't remember their name.
8 Q. And when did they tell you this?
9 A. I think sometime in March, beginning of
10 March.
11 Q. March of 2006?
12 A. 2007.
13 Q. 2007?
14 A. Uh-huh.
15 Q. So did you contact Mr. Mason afterward to
16 tell him that he needed to complete the health,
17 some part of the health services requirements?
18 A. No, I did not.
19 Q. And in March of 2007 had you already told
20 Mr. Mason that the census was low?
21 A. I believe the conversation I have with
22 Mr. Mason was in February, so --

19 (Pages 70 to 73)