-----Original Message-----

From: Gail Gardner <Gail.Gardner@davita.com>

To: Mark Bishop <Mark.Bishop@davita.com>

Sent: Wed Mar 01 09:19:54 2006

Subject: FYI on a call from EEOC

Hi Mark.

I wanted to give you a heads up about a call I received form the EEOC. Mr.. Reeves of EEOC called our Georgetown. DC clinic to ask the name of highest level HR in management and location and I provided your contact information to him. He would not disclose any facts or the location of the claim. just that it was a claim of discrimination. & harassment.

Have you received any claims form the DC area?

The only recent issue at the Georgetown center was a recent hotline regarding an internal candidate J. Mason. for the Pharmacy Tech position. who did not get the interview he was told he would receive. This is being handled by Lisa Joins now. however I also spoke with the teammate and Josh Golomb in the Pharmacy Sales group . They were going to investigate. and also interview the candidate for the other open positions .

i have alerted Steven Cooper as well.

Please call me if you have any questions. I'm in the office all day today. 301 754-3021.

Thanks.

Gail

Gail Gardner

People Services Manager

Atlantic STARS

XTreme Teas East

301 754-3021

240 472-7001

"NON-RESPONSIVE"

PLAINTIFF'S EXHIBIT NO. K

7/21/2006

DAV-02272

## Geraldine McGowan

**From:** Geraldine McGowan
**Sent:** Wednesday, August 30, 2006 9:26 AM
**To:** Terrie Jurd; Gail Gardner
**Subject:** FW: DaVita Rx

Good Morning Ladies I realize Davita RX is a very good program but as James is suing them do you really think this is a good idea. I can tell you it will probably send the morale into the sink I could be wrong so I would like some input. Thanks Gerry

**From:** Kim Easlon
**Sent:** Tuesday, August 29, 2006 4:12 PM
**To:** Geraldine McGowan
**Subject:** FW: DaVita Rx

**From:** Kim Easlon
**Sent:** Tue 8/29/2006 1:11 PM
**To:** geraldine.mcgowen@davita.com
**Subject:** DaVita Rx

Hi Geraldine,

I tried to call you by phone, but was unsuccessful. I thought that I would leave you an email. I would very much like to go ahead and rollout DaVita Rx within your facility. I know that Derrick already called you. He kinda jumped the gun on that. However, I was hoping that we could go ahead with a kickoff presentation for your teammates over lunch this Friday. We would like to enroll your patients during the week of September 18th. Your pharmacy services representative will be Derrick Camper. He will do a good job for you. I was careful not to assign Chris to work there because of the person's hard feelings. Do you think we can go ahead?

Kim

8/9/2007

DAV-03001

## Geraldine McGowan

**From:** Geraldine McGowan
**Sent:** Wednesday, August 30, 2006 12:11 PM
**To:** Kim Easlon
**Cc:** Terrie Jurd
**Subject:** RE: DaVita Rx

No I do not think it should go ahead until I have cleared it through my boss Terri Jurd 410 229 4223  Thanks
Gerry

8/9/2007

DAV-03002

