```
                                                              Page 1
 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF COLUMBIA

 3                      CIVIL DIVISION

 4  -------------------------------x

 5  JAMES MASON,                   )

 6                  Plaintiff      )   Case No.:

 7         V.                      )   06-1319 (RMC)

 8  DAVITA, INC.                   )

 9                  Defendant      )   Pages 1-170

10  -------------------------------x

11

12

13

14

15        DEPOSITION OF JOSHUA MATTHEW GOLOMB

16              Wednesday, March 28, 2007

17                    Washington, DC

18

19

20

21  Reported by:  Sherry L. Brooks

22  Job No.  180183
```

PLAINTIFF'S EXHIBIT NO. ___

Page 98

1 wording I said, but I think the gist of what I tried
2 to communicate to him was being timely and attention
3 to detail is very important, but I was still going to
4 proceed with the interview.
5   Q.   And where were you headed when you spoke
6 to him?
7   A.   We have a pharmacy in Orlando, and I was
8 heading to that site.
9   Q.   And did you conduct this telephone
10 interview?
11  A.   Yes.
12  Q.   And where were you when you conducted the
13 telephone interview?
14  A.   Well, we started while I was in the car
15 and then -- I wasn't in the car the whole time. I
16 pulled off. I was halfway between destinations, so I
17 pulled off the road and finished the phone interview
18 from my car.
19  Q.   How long did this phone interview last?
20  A.   I would estimate probably around 45
21 minutes.
22  Q.   Okay. So you -- Mr. Mason called you and

Page 99

1 you were in the car driving and you started the
2 interview while you were driving?
3   A.   We started the discussion why he was late
4 when I was driving, and when it became clear that we
5 were going to do the interview here and that he had
6 time, I made the choice to pull over and to do the
7 interview via phone from my car.
8   Q.   What time was your appointment at the
9 pharmacy?
10  A.   I can't tell you offhand what time the
11 appointment was. I was there to spend the day with
12 our pharmacy team, so my plan was to spend the full
13 -- to try to be there for the full day.
14       MR. BRANCH: Ms. Vu, it's not appropriate
15 for you to nod your head or make any type of gestures
16 during the course of the deposition. I've noticed
17 that a couple of times.
18       MS. VU: If I'm doing it, I was not aware
19 of it. I will be more mindful of that, but I was not
20 aware that I was doing anything like that.
21       BY MR. BRANCH:
22  Q.   So how long did you talk to Mr. Mason

Page 100

1 while you were driving as part of this interview?
2   A.   I would estimate the first three to five
3 minutes.
4   Q.   So Mr. Mason called you, you were on the
5 road, you talked to him for three to five minutes.
6 Can you tell me exactly what happened during this
7 conversation?
8   A.   We had a phone interview.
9   Q.   Okay. Can you tell me what was said
10 during this phone interview?
11  A.   I asked him a number of different
12 questions about his experience and gave him a number
13 of situational questions about what he would do, and
14 he gave me his answers.
15  Q.   Okay. What were the questions that you
16 asked him?
17  A.   I can't go through -- I don't know the
18 detail of every single -- I can tell you that the
19 questions that I -- the content of the questions that
20 I asked were about his experience as a PCT, why he
21 received a shining star award.
22  Q.   Did you have a list of questions that you

Page 101

1 asked him or were you just asking him questions off
2 the top of your head?
3   A.   I had done enough second-round interviews
4 that I was asking questions off the top of my head,
5 similar to what you're doing now I think.
6   Q.   Okay. So you asked him about experience
7 as a PCT and his shining star award?
8   A.   Um-hum.
9   Q.   Is that a yes?
10  A.   Yes. Sorry.
11  Q.   Okay. Do you recall any other questions
12 that you asked him?
13  A.   I asked him about his understanding of
14 patient's pharmacy needs from a PCT perspective, what
15 he thought about the Davita RX service, why he was
16 applying to get this position, and then we went
17 through a number of situational -- what I call
18 situational questions of how he would deal -- what he
19 would do in various situations that a typical PSR
20 might encounter.
21  Q.   What were those situational questions?
22  A.   It was set around patients, so how would

Page 102

1 he approach selling the concept to patients, how he
2 would approach selling the concept to teammates, and
3 how he would approach selling the concept to
4 physicians.
5    Q.  Did you take any notes from this
6 interview?
7    A.  No, unfortunately because of him being
8 late and me having to do this in the car, I did not
9 take notes.
10   Q.  You didn't have a note pad or anything in
11 the car with you?
12   A.  I had one in the trunk, but I did not go
13 to get it out.
14   Q.  Did you stop at a rest stop?
15   A.  I believe it was a Dunkin' Donuts parking
16 lot in Orlando.
17   Q.  What was Mr. -- strike that.
18       Did you ask him any other questions?
19   A.  Those are the ones that are the top of
20 mind for me today that I remember asking him.
21   Q.  And how did he respond to the question of
22 how he would sell to the patients?

Page 103

1    A.  I remember him telling me about the
2 convenience factor emphasizing how great it would be
3 to not have to worry about getting a ride to the
4 pharmacy or wait in line or really emphasizing that
5 aspect of the service to patients.
6    Q.  And how did he respond to the question of
7 how he would sell it to his teammates?
8    A.  He focused on the financial aspect and
9 said that he would make sure that teammates knew that
10 this was -- they were all part of Davita and I
11 believe -- I won't get the exact wording right here,
12 but that a lot of them owned stock in Davita, a lot
13 of them are a part of Davita's incentive compensation
14 programs and so them supporting a new business within
15 Davita could have financial awards to them.
16   Q.  And how did he say he would sell it to
17 doctors?
18   A.  I believe he talked about emphasizing that
19 this is good for patients.
20   Q.  Did you ask him any other questions?
21   A.  I think I've answered that already. These
22 are the ones that I remember being top of mind as

Page 104

1 most salient in my memory.
2    Q.  Okay.
3    A.  Oh, I actually asked him about travel as
4 well. I know that's always an issue that I go
5 through --
6    Q.  And what did you ask him about travel?
7    A.  If he had considered -- first it was
8 actually about moving because that was -- as he had
9 flagged earlier, as a result of his flagging this
10 issue, we had not up to that point had standard
11 practice to consider that, but threw out the idea to
12 him and he said that he would be interested in
13 moving.
14       And Number 2 was travel around, how
15 thoughtfully he had considered the 75 percent travel
16 aspect.
17   Q.  And so what is this 75 percent travel --
18 what does that mean, 75 percent travel? Does that
19 mean you're away from your home 75 percent of the
20 time or --
21   A.  Yes.
22   Q.  -- within your territory or some other

Page 105

1 place? What does that mean?
2    A.  It means that you would not sleep in your
3 own bed on average about 75 percent of the time.
4    Q.  And what was Mr. Mason's response to your
5 questions about moving and travel -- the possibility
6 of moving and travel?
7    A.  He had relatively short, curt answers
8 saying, yes, it's fine from my memory. I believe --
9 I think on the traveling he might have said he had
10 talked to his wife and they said they were fine with
11 it.
12   Q.  So for traveling and moving, Mr. Mason
13 said yes, travel is fine. And for moving, he said
14 yes it's fine. And for travel, he said he had talked
15 to his wife and it was fine?
16   A.  That is my recollection. Again, the
17 wording might not be exact, but that was the gist of
18 what he was communicating.
19   Q.  Okay. Do you recall any other questions
20 that you asked Mr. Mason?
21   A.  I don't recall any other questions.
22   Q.  Okay. Did you have any concerns about how