# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>    Plaintiff**,**<br><br>  v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>    Defendant**.** | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DAVITA INC.'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR ITS REPLY MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT ON COUNT II OF THE SECOND AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Civil Rule 7, defendant DaVita Inc. ("DaVita") moves for leave to exceed the 25-page limitation for its Reply Memorandum in Support of Its Motion for Summary Judgment on Count II of the Second Amended Complaint (the "Reply Memorandum"). DaVita estimates that the Reply Memorandum will be 30 pages long, including approximately five pages which address Mr. Mason's Statement of Facts. The additional pages are necessary because (1) Mr. Mason made many factual assertions in his Opposition Memorandum that require a response; and (2) This motion concerns two separate allegedly retaliatory events involving different business units and decision makers that, as a result, require a longer discussion.

  Counsel for Mr. Mason has stated that he does not consent to this motion.

         Respectfully submitted,

By:   /s/ Minh N. Vu
     Minh N. Vu (Bar No. 444305)
     EPSTEIN BECKER & GREEN, P.C.
     1227 25th Street, N.W.
     Washington, D.C. 20037
     Tel: (202) 861-0900
     Fax: (202) 296-2882

      /s/ Joseph T. Ortiz
     Joseph T. Ortiz
     (admitted pro hac vice)
     Epstein Becker & Green, P.C.
     1875 Century Park East, Suite 500
     Los Angeles, CA 90067-2506
     (310) 557-9542
     (310) 553-2165 (fax)

Dated:  November 19, 2007  Counsel for Defendant