# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>            Plaintiff,<br><br>      v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>            Defendant. | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PROPOSED ORDER**

AND NOW, this ___ day of _____, 2007, upon consideration of Defendant DaVita Inc.'s Motion for Leave To exceed the Page Limit for its Reply Memorandum in Support of its Motion for Summary Judgment on Count II of the Second Amended Complaint (the "Reply Memorandum"), it is

ORDERED, that DaVita Inc.'s motion is hereby granted in its entirety and that DaVita may file a Reply Memorandum that is up to 30 pages in length.

Date: _____, 2007

_____
United States District Judge