# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>                    Plaintiff**,**<br><br>           v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>                    Defendant**.** | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### **DAVITA INC.'S INDEX OF EXHIBITS FILED WITH ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON COUNT II OF THE SECOND AMENDED COMPLAINT**

Minh N. Vu (Bar No. 444305)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Washington, D.C. 20037
Tel: (202) 861-1841
Fax: (202) 861-3541

Joseph T. Ortiz
(admitted pro hac vice)
Epstein Becker & Green, P.C.
1875 Century Park East, Suite 500
Los Angeles, CA 90067-2506
(310) 557-9542
(310) 553-2165 (fax)

Counsel for Defendant DaVita Inc.

November 20, 2007

DC:1203560v1

**INDEX OF EXHIBITS**

| EXHIBIT DESCRIPTION | EXHIBIT NUMBER |
|---|---|
| **Please note:  Exhibits 1-9 were filed on June 25, 2007 in support of DaVita's Motion for Summary Judgment on Count I of the Second Amended Complaint.**<br><br>**Exhibits 10-14 were filed on August 21, 2007 with the Reply Memorandum in support of DaVita's Motion for Summary Judgment on Count I of the Second Amended Complaint.**<br><br>**Exhibits 15-24 were filed on September 28, 2007 in support of DaVita's Motion for Summary Judgment on Count II of the Second Amended Complaint.** | |
| Excerpts from Transcript of Deposition of James Mason dated February 1, 2007<br><br>Excerpts from Transcript of Deposition of James Mason dated August 1, 2007. | 25 |
| Excerpt of Transcript from Deposition of Ignacio Washington dated May 7, 2007 | 26 |
| Second Declaration of Theresa Jurd dated November 18, 2007 | 27 |
| Declaration of Joan Guest dated November 20, 2007 | 28 |
| Second Declaration of Omowunmi Oloyede dated November 18, 2007 | 29 |
|     Work Schedules for the GWUH Facility created by Ms. Oloyede for November 2006 through May 2007 | 29(A) |
|     Certificate of Award to GWUH Facility for having the lowest overtime percentage in its Division for 2006 | 29(B) |
| Excerpts from Transcript of Deposition of Omowunmi Oloyede dated August 16, 2007 | 30 |
| Corrected Declaration of Katherine Hulick dated August 23, 2007 and Attachments 1 and 2 (parts of Attachment 2 have not been included because they contain medical information) (Note:  The August 9, 2007, Declaration of Katherine Hulick was mistakenly filed because Ms. Hulik had signed a corrected declaration on August 23, 2007 which should have been file instead.  This corrected declaration was provided to Mr. Mason's counsel on | 31 |

DC:1203560v1

| | |
|---|---|
| August 23, 2007. | |
|     GWUH Health Clearance Process for Prospective Employees | 31(1) |
|     James Mason file from GWUH Employee Health Service (Most of the file is not included in filing because it has confidential medical information) | 31(2) |
| Declaration of Jason Peek dated November 20, 2007 | 32 |
|     Payroll records of James Mason from November 5, 2006 to November 3, 2007 | 32(A) |
| Transcript excerpts from Deposition of Geraldine McGowan dated August 22, 2007 | 33 |
| Transcript excerpts from Deposition of Christopher Jones dated March 23, 2007 | 34 |

DC:1203560v1