# EXHIBIT 26

BEFORE THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - x

JAMES MASON, :

Plaintiff, : Civil Action No.

vs. : 06-1319(RMC)

DAVITA, INC., :

Defendant. :

- - - - - - - - - - - - x

DEPOSITION OF IGNACIO WASHINGTON

Washington, D.C.

Monday, May 7, 2007

REPORTED BY:

JULIE BAKER, RPR, CRR

Q But it's the head of your facility?

A Head of my facility.

Q What race is she?

A She's African-American.

Q So Ms. Underwood came to you and said there's this position and you submitted an application?

A Yeah.

Q Did she give you any materials concerning the position?

A Yes. It was a package explaining what the person would be doing, so it was, I guess, a package of prerequisites and duties of the position. It was an envelope. I read through it. The application was a part of the packet.

Q How long was the application?

A Maybe two pages because it wasn't anything thick or anything.

Q And you're certain this was for the pharmacy services representative position?

A Yes.

Q Was it an application that had been

printed out from the intranet possibly?

A To my knowledge, I don't remember.

Q So you filled out a paper application, and did you attach a resume?

A No, because I think what I remember doing is just like you're asking me, I think I put my -- all the positions that I've held at DaVita and what I've been doing at DaVita.

Q Did you put any other jobs on the application other than the jobs you held for DaVita?

A I'm sure I did. I'm sure I did, because it was a normal application. It was an application.

Q If I showed you an application form, would you be able to tell whether it was the one you filled out?

A Sure.

MS. VU: Let's take a quick break.

(Recess.)

(Washington Exhibit 1 identified.)

BY MS. VU:

Q Mr. Washington, I'm going to hand you what's been marked as Deposition Exhibit Number 1.

This is an application form that was filled out by somebody else, so obviously it's not your form. But I want to just show you the format to see if this is the application that you filled out, the form of the application. Did you fill out a document that looks like what's been marked as Exhibit Number 1?

A Looks like it. It looks like it.

Q You look a little perplexed.

A Because now I'm thinking it had -- I'm thinking it had other things on there pertaining to the position itself.

Q The actual application?

A Yeah. It looks like it.

Q Well, that's okay. If you don't remember, you don't remember.

A I don't really remember.

Q So you filled out a paper application. You did not have a resume?

A No.

Q What did you do with the application?

A Gave it to Gloria, and I remember I didn't have a resume to go with it because she even said --

I'm quoting her -- she even said "it would be nicer if you had a resume that I could attach to this." I remember. She said see, that's your problem. You don't do anything you're supposed to do. I'm talking to the man and sitting in her office. And she was fussing at me that I did not have a resume.

Q What was your understanding of what she did with it?

A My understanding is she sent it out. She submitted it as is because we didn't talk about me giving her -- we didn't talk about her holding it until I gave her a resume, so my understanding is that she did.

Q Did you ever talk to Ms. Underwood again about this application?

A No.

Q You don't know whether she really sent it in or not?

A No.

Q Did you take any steps to follow up?

A No.

Q And I believe you said that was because it