**EXHIBIT 27**

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>         Plaintiff,<br><br>    v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>         Defendant. | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SECOND DECLARATION OF THERESA JURD

I, Theresa ("Terri") Jurd, declare as follows based on my personal knowledge:

1.      I was the Regional Operations Director ("ROD") for the entire Washington, D.C. region for DaVita, Inc. ("DaVita") from mid-February 2006 to the end of July 2007 which included both chronic and acute dialysis facilities.    From 1997 to mid February 2006, I was the ROD for the DaVita acute dialysis facilities located in various locations on the east coast, including and Washington, D.C.  The DaVita acute dialysis facility located within the George Washington University Hospital ("GWUH Facility") was in my territory for ten years until July 2007.

2.      As DaVita's ROD for the Washington D.C. region from February 2006, I oversaw the operations of thirteen DaVita dialysis facilities, including the GWUH Facility, and the chronic dialysis facility located at 3223 K Street, N.W., Washington (the "Georgetown Facility").

November 2006 to the present under which a DaVita employee is automatically entitled to a higher hourly rate of compensation whenever that employee works at a facility that is not his or her home base. Some Facility Administrators have, at various times, paid a premium rate for DaVita employees based at other facilities if such pay was necessary to attract employees to their facility and fill a need. However, these decisions have been made on a case-by-case basis by the relevant Facility Administrator and must have the approval of the ROD.

4.     I have never been asked to approve, nor have I ever approved, a higher hourly rate for Mr. Mason to work at the GWUH Facility.

I declare under penalty of perjury that the foregoing is true and correct.


Date: November 18, 2007               _Theresa Jurd_____
                                       Theresa Jurd