**EXHIBIT 28**

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>              Plaintiff,<br><br>      v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>             Defendant. | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF JOAN GUEST

I, Joan Guest, declare as follows based on my personal knowledge:

1.      I have been the Regional Operations Director ("ROD") for the

Washington, D.C. and Maryland regions for DaVita, Inc. ("DaVita") from July 2007 to

the present. In this position, I have overseen the operations of both acute and outpatient

dialysis facilities, including the acute dialysis facility located in the George Washington

University Hospital. From January 2006 to July 2007, I was the ROD for the Maryland

region for both acute and outpatient dialysis facilities. From February 2003 to January

2006, I was the ROD for all outpatient dialysis facilities the Washington D.C. region.

2.      As a ROD, I have been and continue to be responsible for overseeing the

operations of all the dialysis facilities in my territories and approving employee

compensation for employees who work at dialysis facilities within my territories.

3.      I have never heard of any employee compensation program or policy

called "DaVita Agency." In addition, I am not aware of any DaVita policy in effect from

November 2006 to the present under which a DaVita employee is automatically entitled
to a higher hourly rate of compensation whenever that employee works at a facility that is
not his or her home base.  Having been a ROD for more than four years with
responsibilities for approving employee compensation, I would be in a position to know
about such a policy.  Some Facility Administrators have, at times, paid a premium rate
for DaVita employees based at other facilities if such pay was necessary to attract
employees to their facility and fill a need.  However, these decisions have been made on a
case-by-case basis by the Facility Administrator and must have the approval of the ROD.

　　　　I declare under penalty of perjury that the foregoing is true and correct.


Date:  November 20, 2007　　　　　　　　_____Joan Guest /s/_____