**EXHIBIT 29**

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>      Plaintiff,<br><br>v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>      Defendant. | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SECOND DECLARATION OF OMOWUNMI OLOYEDE**

I, Omowunmi Oloyede, declare as follows based on my personal knowledge:

1.  I am the Facility Administrator for the acute dialysis facility operated by DaVita Inc. ("DaVita") within the George Washington University Hospital ("GWUH") located at 900 23rd Street, Room 403, Washington, D.C. 20037 (the "GWUH Facility"). The GWUH Facility provides dialysis and other patient care services for patients of the hospital. I have occupied this position since 2003. As the Facility Administrator, I am responsible for the day-to-day operations of the GWUH Facility, including all matters relating to hiring, staffing, and patient care.

2.  The hours of operation at the GWUH Facility are 7:00 a.m. to 5:00 p.m., Mondays through Saturday.

3.  As I stated in my prior Declaration dated September 27, 2007, I have not had a need for the services of another PCT such as James Mason from November 2, 2006

1

(the only time I met with Mr. Mason) to the present. No PCT other than Shanna McGill has worked at the GWUH Facility since November 2, 2006. All other employees who have performed patient care duties at the GWUH Facility have been nurses. Staffing the GWUH Facility with nurses and one PCT was a practice that had been in place long before Mr. Mason met with me on November 2, 2006.

4. Attachment A to this Declaration are true and accurate copies of the monthly work schedules that I created for November 2006 through May 2007. The handwritten notes on the schedules were made by me. The only PCT on these schedules is Shanna McGill who worked a full time schedule Mondays through Fridays. All the other employees on the schedules are nurses. In 2006 and continuing to the present, it has been my practice to create the work schedule for the next month at least one week in advance of the beginning of that month so that all of my employees, including those who work on "PRN" status (i.e. as needed) know when they are expected to work. I usually indicate the start time for each person on the schedule. "730" for example, means that the person is expected to start work at 7:30 a.m. As the month progresses, I make notes on the schedule to indicate any changes to the schedule. For example, if I cross out someone's entry or mark it with a "C", that means that I took the person off the schedule. If I mark the entry with an "R", it means that the person requested time off. If I mark the entry with an "O", that means that the person was attending orientation and was not working. "A" means that the person was available to work, but does not necessarily mean that the person actually worked. "S" means that the person was sick.

5. The schedule does not identify the nurse who is on call when the facility is not open because that information is in a different document.

2

6. The schedule in February 2007 shows that, after initially scheduling shifts for my PRN nurses, I wound up cancelling a number of them because we did not have many patients. I also cancelled a number of shifts for PRN nurses in March 2007, as can be seen from the schedule.

7. The schedules show that, from Mondays through Fridays, I usually staffed the facility with one PCT (Shanna McGill) and two to three nurses. I was also present and working in the GWUH facility Mondays through Fridays, although I did not usually include myself on the schedule. Since I am a nurse, I also provided patient care whenever the demand exceeded what my nurses could handle. On Saturdays, when Ms. McGill and I did not work, I also usually staffed the facility with two to three nurses, so there was not really an increase in the number of nurses to make up for Ms. McGill's absence as I understand Mr. Mason contends. I also note that because I am not present on Saturdays, having three nurses on duty would not result in having more nurses at the Facility than during the week when Ms. McGill is working.

8. The work schedules also show that the number of nurses that I used to staff my facility has not varied substantially since November 2, 2006.

9. I understand that Mr. Mason claims that had he split his time between the GWUH Facility and his home facility, he would have been paid $3/hour more under a program called "DaVita Agency." I have been a Facility Administrator at the GWUH Facility for four years and have never heard of such a program or practice. I never agreed to pay Mr. Mason any more than his current hourly rate in my discussions with him, and I never spoke to my Regional Operations Director (ROD), Theresa Jurd, about paying Mr. Mason a higher hourly rate. Such a rate would have had to have been approved by my

3

ROD. Had I used Mr. Mason's services, I would not have paid him a rate higher than his hourly rate, nor would I have used his services if I had to pay him overtime. Minimizing overtime pay is a top priority of mine. In 2006, my facility received the award for having the lowest overtime percentage in my division, and Attachment B is a true and accurate copy of the award certificate.

    I declare under penalty of perjury that the foregoing is true and correct.

Date: November 18, 2007                       _____
                                                     Omowunmi Oloyede

**EXHIBIT 29(A)**

Exhibit A of Oloyode Declaration

# May Dialysis Schedule

| May 2007 Name | Day Date | Tue 1 | wed 2 | Th 3 | FR 4 | SAT 5 | SUN 6 | MO 7 | TU 8 | WE 9 | TH 10 | FR 11 | SA 12 | SU 13 | MI 14 | TU 15 | WE 16 | TH 17 | FRI 18 | SAT 19 | SUN 20 | MO 21 | TU 22 | WE 23 | TH 24 | Fri 25 | SA 26 | SU 27 | MO 28 | TU 29 | WE 30 | TH 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wunmi | | | x | | | x | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Shanna | | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | 730 | 730 | | | 730 | R | R | |
| Patricia | | 7 | R | R | R | R | | 12 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lito | | | 730 | 730 | 730 | | | | 730 | 730 | 730 | 730 | | | | 730 | 730 | 730 | 730 | | | 730 | 730 | | 730 | | R | | | | 730 | 730 |
| Irena | | | 730 | 730 | | | | | 730 | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | 730 | R | | R | R | R | |
| Lissa | | 730 | 730 | 730 | 730 | 730 | | | 730 | | | 730 | 730 | | | 730 | | | | 730 | | | 730 | | 730 | | 730 | | | 730 | | 730 |
| Joan | | pm | pm | pm | pm | 730 | | pm | | | pm | pm | 730 | Daw/m | pm | pm | pm | pm | pm | 730 | | pm | pm | pm | pm | pm | | pm | pm | R | pm | pm |
| Patty | | | | | | 8 | | 8 | 8 | | | | | | 8 | 8 | | 8 | x | | | | | | 8 | 8 | | | | | 8 | |
| Shiff | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Key:

Transportation Services for Saturday Start time is 0730
It is very important to strictly follow assigned time

Notes:
Final Schedule: Wunmi Oloyede, RN    4/20

4/24/06

DAV-02971

## April Dialysis Schedule

| April 2007 Name | Sun 1 | Mon 2 | Tue 3 | Wed 4 | Thu 5 | Fri 6 | Sat 7 | Sun 8 | Mon 9 | Tue 10 | Wed 11 | Thu 12 | Fri 13 | Sat 14 | Sun 15 | Mon 16 | Tue 17 | Wed 18 | Thu 19 | Fri 20 | Sat 21 | Sun 22 | Mon 23 | Tue 24 | Wed 25 | Thu 26 | Fri 27 | Sat 28 | Sun 29 | Mon 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wunmi | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Shanna | | 730 | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | 730 | 730 | | | 730 |
| Patricia | | 7 | 7 | 7 | 7 | 7 | ✗ | | 7 | ⓑ | 7 | 7 | 730 | | | 7 | 7 | 7 | 730 | 730 | | | 7 | 7 | 7 | | ✗ | ✗ | | ✗ |
| Lito | | | | | | | 730 | | | | | 730 | 7 | | | | | | 730 | | 730 | | | | | 730 | | | | |
| Irena | | 7 | | 7 | | 8 | 730 | | 7 | 7 | 7 | 7 | 730 | 8 | | 7 | 730 | 730 | 7 | 7 | 8 | | 7 | 7 | 730 | 7 | 7 | 730 | | 7 |
| Lissa | | R | | R | R | | R | | | | | | | 730 | | | 730 | | | | 730 | | | | | | | 730 | | |
| PRN | | | | | | | | | | | | | | | | 730 | | | | | | | | | | | | | | |
| Patty | | | | | ✗ | | ⑧ | | | | | 730 | ✔ | | | 8 | 8 | | 8 | | | | | | | | | | | |
| Shiff | | | 730 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Key: It is imperative to follow assigned time.
Staff Meeting 25th and 26th

Final Schedule: 3/22/07

DAV-02972

# March Dialysis Schedule

| March 2007 Name | Day Date | Thu 1 | Fri 2 | Sat 3 | Sun 4 | Mon 5 | Tue 6 | Wed 7 | Thu 8 | Fri 9 | Sat 10 | Sun 11 | Mon 12 | Tue 13 | Wed 14 | Thu 15 | Fri 16 | Sat 17 | Sun 18 | Mon 19 | Tue 20 | Wed 21 | Thu 22 | Fri 23 | Sat 24 | Sun 25 | Mon 26 | Tue 27 | Wed 28 | Thu 29 | Fri 30 | Sat 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wunmi | | 8 | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Shanna | | | | | | 8 | 8 | 8 | J | 8 | 8 | | 8 | 8 | 8 | ⸺ | R | ⸺ | | 8 | 8 | 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | 8 | 8 |
| Irena | | | 730 | 730 | | 730 | | 730 | | 730 | 730 | | 730 | 730 | 8 | | 8 | 730 | | 730 | | 730 | 730 | 730 | B | | 730 | 730 | 730 | 730 | 730 | |
| Patricia | | 730 | 730 | A | | 730 | 730 | 730 | 730 | | 730 | | 730 | 730 | 730 | 730 | 730 | | | | 730 | 730 | 730 | 730 | 730 | | 730 | 730 | 730 | | | |
| Lito | | 730 | 8 | | | 8 | | | | 8 | | | | | | | | 8 | | | 8 | | 730 | | 8 | | | | | 730 | 8 | |
| Lissa | | 730 | | 730 | | | 730 | 730 | 730 | | 730 | | | | | | | R | | | 730 | | | | | | | | | | | 8 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Jean | | | | 6 | | | 6 | 6 | | | 6 | | | 4R 730 | | | | | | | 4P | 8 | | | | | | | | | A | X |
| Shiff | | | 6 | 6 | | | 6 | 6 | | | | | 8 | | A | | 8 | 8 | | | 1 | | ↓ | 8 | | | | X | A | 8 | A | |
| Patty | | | | | | 730 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Have | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Need | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Staff Meeting : March 22nd 23rd

DAV-02973

February 2007 Dialysis Schedule

| Day | Thur | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| Name | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wunmi | | | | | | | | | | | | | | | | | | | | | | ✈ | ✈ | | | | M | |
| Shanna | 8 | 8 | | | S | S | 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | 8 | 8 | | 8 | 8 | 8 |
| Irena | | 730 | 8 | | 730 | | 730 | | 730 | 8 | | 730 | | 730 | | 730 | 8 | | 730 | | 730 | | 730 | | | 730 | | 730 |
| Patricia | | | 730 | | 730 | | 730 | 1 | 730 | | | 730 | | 730 | ↑ | 730 | | | 730 | | 730 | ● | 730 | | | 730 | | 730 |
| Lissa | R | | R | | | 730 | | 730 | | 730 | | | 730 | | 730 | | 730 | | | 730 | | 730 | | 730 | | | 730 | |
| Lito | 730 | 730 | | | | 730 | | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | R | | | | 730 | |
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Jean | | | | | 8 | — | C | | | | | C | C | C | | C | C | | C | C | C | | | C | | | | C |
| Shiff | | | 8 | | A | ✗ | ✗ | ✗ | ✈ | | | ✈ | ✗ | C | | | C | | | C | ✗ | ? | C | C | | | ✈ | |
| Patty | 730 | | | | | ✗ | | | | | | | | | | | | | | | | | | | | 8 | | |
| NEED | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HAVE | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Staff Meeting: February 22nd & 23rd

DAV-02974

## Dialysis Schedule

| January 2007 Name | Day | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Wunmi | | C | | 730 | | 730 | | | 730 | | 730 | | 730 | | | | | 730 | | 730 | | | | | 730 | | | | | 730 | | |
| Irena | | | 730 | | 730 | 8 | 8 | | 730 | | 730 | | 8 | ✗ | | ✗ | | 730 | | 730 | 8 | | | 730 | | 8 | 8 | | | 730 | | |
| Patricia | | L | 730 | 730 | 730 | | 730 | | 730 | 730 | | 8 | 8 | 10 | | 730 | | 730 | | 8 | | | 730 | | | | 730 | 730 | | 730 | | 730 |
| Lito | | | | | 730 | 8 | | | | 730 | | 8 | | 730 | | | 8 | | 730 730 | | | | | | | 8 | 730 | 730 | | | | |
| Lissa | | O | 730 | | 730 | | 730 | | 730 | 730 | | 730 | | R | | | 730 | | 8 | | | | | | | 730 | | | | | | |
| Shanna | | | 8 | 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | 8 | 8 | | 8 | | 8 | 8 | 8 | | | 8 | 8 | 8 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRN | | S | | | | | | | 8 | | 730 | | | | | | | A | 8 | | 8 | | 730 | 8 | | | | | | | 8 | |
| Jean | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Shiff | | E | | | | 730 | | | | | | | | | 730 | | | 8 | | | | | | | | | 730 | | | | | |
| Patty | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Key:
Happy New Year!!!

Notes:

Starting this month all staff will be starting ICU Patients 1st before dialysis unit p Shanna will set up machines in the room and follow up with patients before Wunmi arrives

DAV-02975

## December Dialysis Schedule

| December 2006 Name | Day Date | Fri 1 | Sat 2 | Sun 3 | Mon 4 | Tue 5 | Wed 6 | Thu 7 | Fri 8 | Sat 9 | Sun 10 | Mon 11 | Tue 12 | Wed 13 | Thu 14 | Fri 15 | Sat 16 | Sun 17 | Mon 18 | Tue 19 | Wed 20 | Thu 21 | Fri 22 | Sat 23 | Sun 24 | Mon 25 | Tue 26 | Wed 27 | Thu 28 | Fri 29 | Sat 30 | Sun 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shanna | | R | | | 730 | R | 730 | 730 | 730 | | | 730 | 730 | 730 | 730 | 730 | | | | | | 730 | | | C | 730 | 730 | 730 | 730 | | | |
| Irena | | 730 | 730 | | 730 | | 730 | 730 | 730 | 730 | | 730 | 730 | 730 | | 730 | 730 | | | | | 8 | 8 | | L | | | 730 | | 8 | 730 | |
| Lito | | 730 | | | | 8 | | 730 | 730 | | | | 8 | | 730 | 8 | | | | | | 730 | 730 | 7 | O | 8 | | | 730 | 730 | | |
| Lissa | | | 730 | | | 730 | | 8 | | 730 | | | 730 | 730 | 730 | | 730 | | | 730 | | 8 | | | S | 730 | | | 8 | | 730 | 7 |
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | E | | | | | | | |
| Jean | | | | | | | | | | | | 730 | A | 730 | 8 | | | | | | 730 | | | | D | | | | | | | |
| Shiff | | | 8 | | 730 | | 730 | | 8 | 730 | | 8 | 8 | 730 | | | 8 | | 8 | 8 | | 8 | 8 | 7 | | | 730 | | 8 | 730 | | 7 |
| Patricia | | 730 | | | | | | | | | | | | | | 730 | | | 8 | | | | | | | | | | | | | |
| (prun) | | | | | | | | | | | | | | | | | | | | | 730 | | | | | 730 | 730 | 730 | | | | |
| Have | | | | | | | | | | | | | | | | | | | | | | | 0 | | | | | | | 0 | | |
| Need | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Key: MWF= SUNDAY WEDNESDAY FRIDAY
For the week of Christmas and New Year
Every teammate must work one Sunday except PRN

Notes: End of Year Staff Meeting 14th and 15th
Davita LMS
Christmas Party changed to Sunday 17th

Updated DECEMBER SCHEDULE 11/20/06
BY
WUNMI OLOYEDE RN

DAV-02976

Lito December 15th → 10A SBIR CLASS (Jefferson Room Bergen)
Irena/Jean - Dec 15th 8AM
Shift — Dec 19th - 3PM
December 18th → 1PM

*November Dialysis 06 Schedule*

| November | Day | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| Wunmi | | | | | | | | | | | | | | | | | | | | | | | | H | 1 | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | X | | 1 | | | | | | | | |
| Shanna | | 730 | 730 | R | | | 730 | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | 730 | 730 | | | 730 | 730 | 730 | | | | | 730 | 730 | 730 | 730 |
| Lito | | | 730 | 730 | | | | | | | | | | | 8 | | | | | | | 730 | | 730 | 730 | 730 | | | 730 | | | 8 |
| Irena | | 730 | | 730 | 730 | | 730 | 8 | 730 | 730 | 730 | 8 | | 8 | | 730 | 730 | 1ST | R | R | R | R | R | R | R | R | R | | | | | |
| Lisa | | | 730 | | 8 | | | 730 | | R | | 730 | | | 730 | | 730 | | 730 | 730 | | | 730 | 7 | | 730 | | | | | | 730 |
| PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Jean | | 8 | | 8 | | | 8 | | 8 | 8 | | | | 730 | | 730 | | 730 | | | | | 730 | | | | | | | | | |
| Shiff | | 8 | 8 | | 8 | | | | | 8 | 8 | | | | | | | | | | | | | 7 | | | | | | | | |
| Elizabeth | | | | | | | | | | A | | | | | | | | | | | | | | | | | | | | | | |
| Patricia | | | | | | | | | | | | | | | 730 | | | 730 | | | 730 | | | | | | | | | | | |
| Have | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Need | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Key:

Notes:

DAV-02977

Original Copy 10/30/06

Wunmi Oloyede

**EXHIBIT 29(B)**

Exhibit B of O. Oloyode Declaration

# Atlantic Stars Division
## 2006 Award Recipient

For

**Lowest Overtime Percentage YTD**

To

# Washington NW Acute Program

_____
Divisional Vice President

_____
Regional Operations Director

DAV-02978