**EXHIBIT 30**

Page 1

1       UNITED STATES DISTRICT COURT

2       FOR THE DISTRICT OF COLUMBIA

3              CIVIL BRANCH

4  ------------------------------- X

5  JAMES MASON,                    )

6       Plaintiff,                 )   Case No.

7  vs.                             )   06-1319 (RMC)

8  DAVITA, INC.,                   )

9       Defendant.                 )   Pages 1-112

10 ------------------------------- X

11

12

13        DEPOSITION OF OMOWUNMI OLOYEDE

14           Thursday, August 16, 2007

15              Washington, D.C.

16

17

18

19

20 Reported by: Sara A. Watt

21 Job No. 182705

22                                          COPY

Page 43

```
 1   during treatment.
 2        Q.   Anything else?
 3        A.   That's it.
 4        Q.   Okay.  What duties do the RNs perform?
 5        A.   The RNs, the same, put the patient on the
 6   machine --
 7        Q.   Do they do all the duties that the PCT
 8   performs?
 9        A.   Plus.
10        Q.   Plus what?  First, do they do all the
11   duties that the PCTs perform?
12        A.   Yes, sir.
13        Q.   And what other duties?
14        A.   Medication, give the medication during
15   treatment, medication; blood transfusion; order
16   from the doctors, doctor's orders; report from the
17   floors where the patient come from; ICU patient.
18        Q.   What does that mean, ICU patient?
19        A.   Patient in intensive care, bedside
20   patient.
21        Q.   Can the PCT go into ICU?
22        A.   No.
```

Page 44

```
 1      Q.   Anything else?
 2      A.   Isolation patient.
 3      Q.   Can the PCT go in to treat isolation
 4  patients?
 5      A.   No.
 6      Q.   Okay.  What else?
 7      A.   Apheresis, apheresis therapy that we
 8  mentioned above.
 9      Q.   Okay.  Anything else?
10      A.   CRRTT, continual replacement mentioned
11  above.
12      Q.   Okay.  Anything else?
13      A.   Get the -- it's called hand-off
14  communication, hand-off, H-A-N-D off, hand-off
15  communication, to the floor.
16      Q.   Okay.  Anything else?
17      A.   The nurses are the only one that take
18  calls in the hospital, on call, on call.
19      Q.   Okay.  Anything else?
20      A.   That's it.  And supervise the -- and
21  before I finish, the PCT is still working under the
22  supervision of RN.  So the PCT is not working by
```

```
 1   them self.  They are working under the supervision
 2   of RN.  They are working under the RN license.
 3       Q.  Okay.  Who performs the PCT duties on
 4   Saturday?
 5       A.  Since I mentioned to you that the RN can
 6   do the same thing the PCT are doing, so the RN do
 7   the PCT duty on Saturday.
 8       Q.  So the RN does the PCT duties on
 9   Saturday?
10       A.  Uh-huh.
11       Q.  Does Davita employ RNs?  Are there RNs
12   who are employees at your facility who are
13   employees of Davita?
14       A.  Yes.
15       Q.  What is the rate of compensation that the
16   RNs receive?
17       A.  I mean it varies.
18       Q.  What does it vary from?
19       A.  29 to 35.
20       Q.  29 to $35 an hour?
21       A.  Yes.
22           MS. VU:  Just for the record, you have
```

1  employee health services, based on the physical,
2  immunization record, PPD, then the orientation. So
3  that's why.
4      Q.  Why did -- okay.  After you call --
5  strike that.
6          After you learned from employee health
7  service that Mr. Mason had not completed his health
8  clearance process with the service, why did you not
9  call him to tell him that he had not finished the
10 process?
11     A.  Because there was no need to do so
12 because there was no -- I did not need his services
13 at that time.  Because as I told you, we're still
14 low in census.  I mean we still don't have that
15 much patient.  So I don't really need him.
16         If it was needed, definitely I will have
17 followed up on him to get it done because it can
18 still be completed.  That's the main reason.
19     Q.  Did there come a time when you became
20 more reluctant to use PCTs in your facility?
21     A.  Oh, yes, yes.
22     Q.  When was that?

```
 1       A.    I believe that was in March when Joint
 2   Commission was in the hospital.
 3       Q.    Okay.  What is the Joint Commission?
 4       A.    It's JCAHO, it's joint -- it's
 5   accreditation for the hospital.  They are the one
 6   that license all the hospital.  They can take the
 7   license away from the hospital from practicing or
 8   they can actually write them up or suspend them.
 9   So there are so many guideline according to JCAHO.
10   So and they came to George Washington Hospital in
11   March.
12       Q.    March of which year?
13       A.    March of 2007.  And they have all my
14   employee files, all the teammate that work in
15   Davita clinic, I mean GW clinic, and they are
16   more -- there was more focus on patient care
17   technician job description using in dialysis unit.
18       Q.    What concern did the Joint Commission
19   express about the patient care technician that you
20   used in your unit?
21       A.    I was told it appeared to them the
22   patient care technician is working independently by
```

1   them self.  Even though they are supervised, they

2   put the patient on the machine.  Their concern was

3   like putting the needle in, it has to be more

4   skilled.

5           It has to be more skilled person doing

6   it.  It has to be more licensed person doing it, to

7   just put the needle in, because it's more like ICU

8   nurses, we are initiate, we're putting the needle

9   on the patient fistula or we are open the site on

10  the catheter where the patient after dialysis.

11  They need more degree to do so than being a patient

12  care technician.

13      Q.   So did this concern impact your view

14  about whether you would use additional PCTs at your

15  facility?

16      A.   Sure, yes.

17           MS. VU:  Take a break for a second.

18           (Recess taken at 12:52 p.m.)

19           (Deposition resumed at 12:57 p.m.)

20  BY MS. VU:

21      Q.   Ms. Oloyede, if you only have two other

22  patient care staff with you at any given time, do