**EXHIBIT 32**

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>          Plaintiff,<br><br>v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>          Defendant. | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF JASON PEEK**

I, Jason Peek, declare as follows based on my personal knowledge:

1.      I am currently a Payroll Coordinator for DaVita Inc. I have been in this position for two years. In this position, I coordinate all incoming time card information and payroll data from various DaVita dialysis facilities. I also have access to and have experience in retrieving data from DaVita's timekeeping and payroll systems.

2.      Attachment A is a true and accurate copy of a chart containing data from DaVita's payroll system concerning Mr. Mason. I personally obtained this information. It shows the number of hours for which Mr. Mason has been paid for the 51 weeks between the weeks starting on November 5, 2006 through November 3, 2007, and the classification of those hours (i.e., overtime, regular, or paid time off).

3.      In this period of 51 weeks, there were 26 weeks in which Mr. Mason worked overtime (i.e. more than 40 hours) at the Georgetown on the Potomac Facility in Washington,

D.C. When he worked overtime in these 26 weeks, Mr. Mason sometimes logged as many as six overtime hours per week. He worked a total of 116.28 hours of overtime in these 26 weeks.

4. In 11 of the 51 weeks, Mr. Mason was paid for a full 40 hours. Such hours consisted of either (a) of time worked or (b) time worked and paid time off. I also reviewed Mr. Mason's time card records to see whether any of Mr. Mason's paid time off was due to the shortening of a scheduled workday. The timecards show that, with one exception when Mr. Mason took an entire morning off, Mr. Mason's paid time off was always taken for entire days and not for shortened days.

5. In 7 of these 51 weeks, Mr. Mason was paid for more than 39 hours.

6. In the remaining 7 of these 51 weeks, Mr. Mason was paid for anywhere from 35.95 to 39 hours.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 20 2007

_____
Jason Peek

-2-

**EXHIBIT 32(A)**

JASON PEEK DECLARATION ATTACHMENT A

| ID | Name | Co | Group | Pay Period End | Earn Code | Oth Hrs | Descr | Earns Begin | Earns End | Job Family Descrip |
|---|---|---|---|---|---|---|---|---|---|---|
| 004771 | Mason,James | TRC | HRL | 11/18/2006 | 100 | 40.00 | Regular | | 11/11/2006 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 11/18/2006 | 500 | 1.83 | Over Time | 11/5/2006 | 11/11/2006 | Pt Care Tech |
| | | | | | | 41.83 | | 11/5/2006 Total | | |
| 004771 | Mason,James | TRC | HRL | 11/18/2006 | 100 | 40.00 | Regular | | 11/18/2006 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 11/18/2006 | 500 | 5.88 | Over Time | 11/12/2006 | 11/18/2006 | Pt Care Tech |
| | | | | | | 45.88 | | 11/12/2006 Total | | |
| 004771 | Mason,James | TRC | HRL | 12/2/2006 | 100 | 40.00 | Regular | | 11/25/2006 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 12/2/2006 | 500 | 1.32 | Over Time | 11/19/2006 | 11/25/2006 | Pt Care Tech |
| | | | | | | 41.32 | | 11/19/2006 Total | | |
| 004771 | Mason,James | TRC | HRL | 12/2/2006 | 100 | 40.00 | Regular | | 12/2/2006 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 12/2/2006 | 500 | 5.30 | Over Time | 11/26/2006 | 12/2/2006 | Pt Care Tech |
| | | | | | | 45.30 | | 11/26/2006 Total | | |
| 004771 | Mason,James | TRC | HRL | 12/16/2006 | 100 | 40.00 | Regular | | 12/9/2006 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 12/16/2006 | 500 | 5.10 | Over Time | 12/3/2006 | 12/9/2006 | Pt Care Tech |
| | | | | | | 45.10 | | 12/3/2006 Total | | |
| 004771 | Mason,James | TRC | HRL | 12/16/2006 | 100 | 30.20 | Regular | | 12/16/2006 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 12/16/2006 | 300 | 9.80 | Paid Time Off | 12/10/2006 | 12/16/2006 | Pt Care Tech |
| | | | | | | 40.00 | | 12/10/2006 Total | | |
| 004771 | Mason,James | TRC | HRL | 12/30/2006 | 100 | 40.00 | Regular | | 12/23/2006 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 12/30/2006 | 500 | 6.00 | Over Time | 12/17/2006 | 12/23/2006 | Pt Care Tech |
| | | | | | | 46.00 | | 12/17/2006 Total | | |
| 004771 | Mason,James | TRC | HRL | 12/30/2006 | 100 | 13.00 | Regular | | 12/30/2006 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 12/30/2006 | 300 | 27.00 | Paid Time Off | 12/24/2006 | 12/30/2006 | Pt Care Tech |
| | | | | | | 40.00 | | 12/24/2006 Total | | |
| 004771 | Mason,James | TRC | HRL | 1/27/2007 | 300 | 40.00 | Paid Time Off | 12/31/2006 | 1/6/2007 | Pt Care Tech |
| | | | | | | 40.00 | | 12/31/2006 Total | | |
| 004771 | Mason,James | TRC | HRL | 1/13/2007 | 100 | 40.00 | Regular | | 1/13/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 1/13/2007 | 500 | 5.26 | Over Time | 1/7/2007 | 1/13/2007 | Pt Care Tech |
| | | | | | | 45.26 | | 1/7/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 1/27/2007 | 100 | 40.00 | Regular | | 1/20/2007 | Pt Care Tech |
| | | | | | | 40.00 | | 1/14/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 1/27/2007 | 100 | 40.00 | Regular | | 1/27/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 1/27/2007 | 500 | 5.68 | Over Time | 1/21/2007 | 1/27/2007 | Pt Care Tech |
| | | | | | | 45.68 | | 1/21/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 2/10/2007 | 100 | 40.00 | Regular | | 2/3/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 2/10/2007 | 500 | 6.04 | Over Time | 1/28/2007 | 2/3/2007 | Pt Care Tech |
| | | | | | | 46.04 | | 1/28/2007 Total | | |

JASON PEEK DECLARATION ATTACHMENT A

| ID | Name | Co | Group | Pay Period End | Earn Code | Oth Hrs | Descr | Earns Begin | Earns End | Job Family Descrip |
|---|---|---|---|---|---|---|---|---|---|---|
| 004771 | Mason,James | TRC | HRL | 2/10/2007 | 100 | 40.00 | Regular | 2/4/2007 | 2/10/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 2/10/2007 | 500 | 5.41 | Over Time | 2/4/2007 | 2/10/2007 | Pt Care Tech |
| | | | | | | 45.41 | | 2/4/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 2/24/2007 | 100 | 39.30 | Regular | 2/11/2007 | 2/17/2007 | Pt Care Tech |
| | | | | | | 39.30 | | 2/11/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 2/24/2007 | 100 | 40.00 | Regular | 2/18/2007 | 2/24/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 2/24/2007 | 500 | 5.39 | Over Time | 2/18/2007 | 2/24/2007 | Pt Care Tech |
| | | | | | | 45.39 | | 2/18/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 3/10/2007 | 100 | 40.00 | Regular | 2/25/2007 | 3/3/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 3/10/2007 | 500 | 4.84 | Over Time | 2/25/2007 | 3/3/2007 | Pt Care Tech |
| | | | | | | 44.84 | | 2/25/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 3/10/2007 | 100 | 40.00 | Regular | 3/4/2007 | 3/10/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 3/10/2007 | 500 | 3.57 | Over Time | 3/4/2007 | 3/10/2007 | Pt Care Tech |
| | | | | | | 43.57 | | 3/4/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 3/24/2007 | 100 | 40.00 | Regular | 3/11/2007 | 3/17/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 3/24/2007 | 500 | 6.45 | Over Time | 3/11/2007 | 3/17/2007 | Pt Care Tech |
| | | | | | | 46.45 | | 3/11/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 3/24/2007 | 100 | 40.00 | Regular | 3/18/2007 | 3/24/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 3/24/2007 | 500 | 5.60 | Over Time | 3/18/2007 | 3/24/2007 | Pt Care Tech |
| | | | | | | 45.60 | | 3/18/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 4/7/2007 | 100 | 40.00 | Regular | 3/25/2007 | 3/31/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 4/7/2007 | 500 | 5.25 | Over Time | 3/25/2007 | 3/31/2007 | Pt Care Tech |
| | | | | | | 45.25 | | 3/25/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 4/7/2007 | 100 | 40.00 | Regular | 4/1/2007 | 4/7/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 4/7/2007 | 500 | 5.83 | Over Time | 4/1/2007 | 4/7/2007 | Pt Care Tech |
| | | | | | | 45.83 | | 4/1/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 4/21/2007 | 100 | 40.00 | Regular | 4/8/2007 | 4/14/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 4/21/2007 | 500 | 3.73 | Over Time | 4/8/2007 | 4/14/2007 | Pt Care Tech |
| | | | | | | 43.73 | | 4/8/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 4/21/2007 | 100 | 40.00 | Regular | 4/15/2007 | 4/21/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 4/21/2007 | 500 | 5.15 | Over Time | 4/15/2007 | 4/21/2007 | Pt Care Tech |
| | | | | | | 45.15 | | 4/15/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 5/5/2007 | 100 | 40.00 | Regular | 4/22/2007 | 4/28/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 5/5/2007 | 500 | 4.12 | Over Time | 4/22/2007 | 4/28/2007 | Pt Care Tech |
| | | | | | | 44.12 | | 4/22/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 5/5/2007 | 100 | 11.05 | Regular | 4/29/2007 | 5/5/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 5/5/2007 | 300 | 26.00 | Paid Time Off | 4/29/2007 | 5/5/2007 | Pt Care Tech |

JASON PEEK DECLARATION ATTACHMENT A

| ID | Name | Co | Group | Pay Period End | Earn Code | Oth Hrs | Descr | Earns Begin | Earns End | Job Family Descrip |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 4/29/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 5/19/2007 | 100 | 37.05 | Regular | | 5/12/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 5/19/2007 | 300 | 28.98 | Regular | 5/6/2007 | 5/12/2007 | Pt Care Tech |
| | | | | | | 13.00 | Paid Time Off | 5/6/2007 | 5/12/2007 | Pt Care Tech |
| | | | | | | 41.98 | | 5/6/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 5/19/2007 | 100 | 37.16 | Regular | 5/13/2007 | 5/19/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 5/19/2007 | 300 | 13.00 | Paid Time Off | 5/13/2007 | 5/19/2007 | Pt Care Tech |
| | | | | | | 50.16 | | 5/13/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 6/2/2007 | 100 | 39.88 | Regular | 5/20/2007 | 5/26/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 6/2/2007 | 300 | -1.00 | Paid Time Off | 5/20/2007 | 5/26/2007 | Pt Care Tech |
| | | | | | | 38.88 | | 5/20/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 6/2/2007 | 100 | 25.58 | Regular | 5/27/2007 | 6/2/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 6/2/2007 | 500 | 0.17 | Over Time | 5/27/2007 | 6/2/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 6/2/2007 | 5W0 | 14.42 | Holiday Worked | 5/27/2007 | 6/2/2007 | Pt Care Tech |
| | | | | | | 40.17 | | 5/27/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 6/16/2007 | 100 | 39.30 | Regular | 6/3/2007 | 6/9/2007 | Pt Care Tech |
| | | | | | | 39.30 | | 6/3/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 6/16/2007 | 100 | 22.95 | Regular | 6/10/2007 | 6/16/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 6/16/2007 | 300 | 13.00 | Paid Time Off | 6/10/2007 | 6/16/2007 | Pt Care Tech |
| | | | | | | 35.95 | | 6/10/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 6/30/2007 | 100 | 28.80 | Regular | 6/17/2007 | 6/23/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 6/30/2007 | 300 | 13.50 | Paid Time Off | 6/17/2007 | 6/23/2007 | Pt Care Tech |
| | | | | | | 42.30 | | 6/17/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 6/30/2007 | 100 | 14.68 | Regular | 6/24/2007 | 6/30/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 6/30/2007 | 300 | 26.00 | Paid Time Off | 6/24/2007 | 6/30/2007 | Pt Care Tech |
| | | | | | | 40.68 | | 6/24/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 7/14/2007 | 100 | 29.02 | Regular | 7/1/2007 | 7/7/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 7/14/2007 | 5W0 | 9.86 | Holiday Worked | 7/1/2007 | 7/7/2007 | Pt Care Tech |
| | | | | | | 38.88 | | 7/1/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 7/14/2007 | 100 | 39.27 | Regular | 7/8/2007 | 7/14/2007 | Pt Care Tech |
| | | | | | | 39.27 | | 7/8/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 7/28/2007 | 100 | 39.16 | Regular | 7/15/2007 | 7/21/2007 | Pt Care Tech |
| | | | | | | 39.16 | | 7/15/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 7/28/2007 | 100 | 39.43 | Regular | 7/22/2007 | 7/28/2007 | Pt Care Tech |
| | | | | | | 39.43 | | 7/22/2007 Total | | |
| 004771 | Mason,James | TRC | HRL | 8/11/2007 | 100 | 29.41 | Regular | 7/29/2007 | 8/4/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 8/11/2007 | 300 | 13.00 | Paid Time Off | 7/29/2007 | 8/4/2007 | Pt Care Tech |
| | | | | | | 42.41 | | 7/29/2007 Total | | |

JASON PEEK DECLARATION ATTACHMENT A

| ID | Name | Co | Group | Pay Period End | Earn Code | Oth Hrs | Descr | Earns Begin | Earns End | Job Family Descrip |
|---|---|---|---|---|---|---|---|---|---|---|
| 004771 | Mason,James | TRC | HRL |  |  | 39.51 | Regular | 8/5/2007 | 8/11/2007 | Pt Care Tech |
|  |  |  |  |  |  | 39.51 |  | 8/5/2007 Total |  |  |
| 004771 | Mason,James | TRC | HRL | 8/25/2007 | 100 | 36.52 | Regular | 8/12/2007 | 8/18/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 8/25/2007 | 300 | 4.00 | Paid Time Off | 8/12/2007 | 8/18/2007 | Pt Care Tech |
|  |  |  |  |  |  | 40.52 |  | 8/12/2007 Total |  |  |
| 004771 | Mason,James | TRC | HRL | 8/25/2007 | 100 | 38.62 | Regular | 8/19/2007 | 8/25/2007 | Pt Care Tech |
|  |  |  |  |  |  | 38.62 |  | 8/19/2007 Total |  |  |
| 004771 | Mason,James | TRC | HRL | 9/8/2007 | 100 | 39.74 | Regular | 8/26/2007 | 9/1/2007 | Pt Care Tech |
|  |  |  |  |  |  | 39.74 |  | 8/26/2007 Total |  |  |
| 004771 | Mason,James | TRC | HRL | 9/8/2007 | 100 | 25.79 | Regular | 9/2/2007 | 9/8/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 9/8/2007 | 500 | 2.28 | Over Time | 9/2/2007 | 9/8/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 9/8/2007 | 5W0 | 14.21 | Holiday Worked | 9/2/2007 | 9/8/2007 | Pt Care Tech |
|  |  |  |  |  |  | 42.28 |  | 9/2/2007 Total |  |  |
| 004771 | Mason,James | TRC | HRL | 9/22/2007 | 100 | 28.53 | Regular | 9/9/2007 | 9/15/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 9/22/2007 | 300 | 13.00 | Paid Time Off | 9/9/2007 | 9/15/2007 | Pt Care Tech |
|  |  |  |  |  |  | 41.53 |  | 9/9/2007 Total |  |  |
| 004771 | Mason,James | TRC | HRL | 9/22/2007 | 100 | 14.40 | Regular | 9/16/2007 | 9/22/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 9/22/2007 | 300 | 26.00 | Paid Time Off | 9/16/2007 | 9/22/2007 | Pt Care Tech |
|  |  |  |  |  |  | 40.40 |  | 9/16/2007 Total |  |  |
| 004771 | Mason,James | TRC | HRL | 10/6/2007 | 100 | 40.00 | Regular | 9/23/2007 | 9/29/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 10/6/2007 | 500 | 3.36 | Over Time | 9/23/2007 | 9/29/2007 | Pt Care Tech |
|  |  |  |  |  |  | 43.36 |  | 9/23/2007 Total |  |  |
| 004771 | Mason,James | TRC | HRL | 10/6/2007 | 100 | 40.00 | Regular | 9/30/2007 | 10/6/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 10/6/2007 | 500 | 4.64 | Over Time | 9/30/2007 | 10/6/2007 | Pt Care Tech |
|  |  |  |  |  |  | 44.64 |  | 9/30/2007 Total |  |  |
| 004771 | Mason,James | TRC | HRL | 10/20/2007 | 100 | 24.49 | Regular | 10/7/2007 | 10/13/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 10/20/2007 | 300 | 14.00 | Paid Time Off | 10/7/2007 | 10/13/2007 | Pt Care Tech |
|  |  |  |  |  |  | 38.49 |  | 10/7/2007 Total |  |  |
| 004771 | Mason,James | TRC | HRL | 10/20/2007 | 100 | 37.88 | Regular | 10/14/2007 | 10/20/2007 | Pt Care Tech |
|  |  |  |  |  |  | 37.88 |  | 10/14/2007 Total |  |  |
| 004771 | Mason,James | TRC | HRL | 11/3/2007 | 100 | 40.00 | Regular | 10/21/2007 | 10/27/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 11/3/2007 | 500 | 2.79 | Over Time | 10/21/2007 | 10/27/2007 | Pt Care Tech |
|  |  |  |  |  |  | 42.79 |  | 10/21/2007 Total |  |  |
| 004771 | Mason,James | TRC | HRL | 11/3/2007 | 100 | 40.00 | Regular | 10/28/2007 | 11/3/2007 | Pt Care Tech |
| 004771 | Mason,James | TRC | HRL | 11/3/2007 | 500 | 5.29 | Over Time | 10/28/2007 | 11/3/2007 | Pt Care Tech |
|  |  |  |  |  |  | 45.29 |  | 10/28/2007 Total |  |  |
|  |  |  |  |  |  | 2197.72 |  | Grand Total |  |  |