# EXHIBIT 33

# 🗋 COPY

1    UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLUMBIA
2    _____

3    JAMES MASON,                    x
                                     :
4              Plaintiff,            :
       vs.                          :    Civil Action
5                                    :    No.: 06-1319 (RMC)
     DAVITA, INC.,                   :
6                                    :
               Defendant.           x
7    _____

8                      Wednesday, August 22, 2007

9                      Washington, D.C.

10

11

12   DEPOSITION OF:

13             <u>ANN GERALDINE MCGOWAN,</u>

14   a witness, was called for examination by counsel

15   for the plaintiff, pursuant to Notice and agreement

16   of the parties as to time and date, beginning at

17   approximately 10:20 o'clock, a.m., taken at the law

18   offices of David A. Branch, Esquire, 1825 Connecticut

19   Avenue, N.W., Suite 690, Washington, D.C. 20009,

20   before Ronnie C. Palmer, a court reporter and Notary

21   Public in and for the District of Columbia, when were

22   present on behalf of the respective parties:



**CAROL J. THOMAS STENOTYPE**
**REPORTING SERVICES, INC.**
3162 MUSKET COURT
FAIRFAX, VIRGINIA 22030
(703) 273-9221

1    first of all did you know who Kim Easion was at that

2    time?

3         A       Yes.

4         Q       How did you know her?

5         A       I had spoken to her a long time ago.

6         Q       And what did you speak to her about?

7         A       The Davita RX program.

8         Q       Did you on any occasion speak to Kim

9    Easion about James Mason?

10        A       No.

11        Q       Now, the final line of this e-mail begins

12   with two sentences.  The next to the final sentence

13   begins with I was careful not to assign Chris to work

14   there because of the person's hard feelings.  Do you

15   see that?

16        A       Uh-huh.

17        Q       Do you know who is she is referring to

18   when she says the person's hard feelings?

19        A       Yes.

20        Q       Who is she referring to?

21        A       Well, I guess James.

22        Q       When you say James, you mean James Mason?

1       A       Yes.

2       Q       Why do you believe she was saying that

3   Mr. Mason had hard feelings?

4       A       Because at this point in time, I was

5   aware that James had applied for a job with Davita

6   RX.

7       Q       Did you have any discussions with Kim

8   Easion which would lead her to characterize Mr. Mason

9   as having hard feelings?

10      A       No.

11      Q       At that point, had you discussed with

12  Theresa Jurd any suspicion that Mr. Mason had hard

13  feelings?

14      A       No.

15      Q       The e-mail that follows is an e-mail from

16  you to Terrie -- to Theresa Jurd and Gail Gardener.

17  Is that correct?

18      A       That's correct.

19      Q       All right.  And is this the e-mail that

20  you referenced earlier where you indicated that you

21  wanted to get some type of response?

22      A       Yes.

1    clinic.  And if James was suing Davita, then I don't

2    think it would have his full support.  It was an

3    assumption on my part.

4        Q        And did you get a response from this?

5        A        Not that I remember.  I just know Davita

6    RX is not at Georgetown.

7        Q        Okay.  Now, this first e-mail is -- the

8    e-mail at the top of the page is dated August 1,

9    2006, at 9:26 a.m.?  Is that correct?

10       A        Uh-huh.

11       Q        And the next -- if you will turn to the

12   next page.  Turn to the next page, please.  Well,

13   first let me ask you this.  Do you know where these

14   e-mails came from?

15       A        This one that we're looking at was sent

16   from me.

17       Q        Okay.  But how did it come to be printed

18   and provided in this litigation?

19       A        I was asked to provide e-mails.

20       Q        And when did you provide them?

21       A        Yesterday.

22       Q        Were you asked before yesterday to