**EXHIBIT 34**

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3                    CIVIL DIVISION

 4   _____

 5   JAMES MASON,                        )

 6              Plaintiff,               )

 7        V.                             ) Civil Action No:

 8   DAVITA, INC.,                       ) 06-1319(RMC)

 9              Defendant.               )

10   _____

11         Deposition of Christopher W. Jones

12               Virginia Beach, Virginia

13                Friday, March 23, 2007

14

15

16

17

18

19

20

21

22

23

24   Reported by:  Jean B. Speights, RPR, RMR, CCR

25   Job. No. 180017
```

```
1      Q      How long have you been in this position?
2      A      Let's see.  About a year and three months.
3      Q      So this is March of 2007.  So would that be
4  January of 2006?
5      A      Yes.
6      Q      Have you held the same position, Pharmacy
7  Services Representative position, since you started
8  employment?
9      A      Yes.
10     Q      Are you assigned to a particular territory?
11     A      Yes, I have the Virginia Beach, Southern
12 Virginia, North Carolina, and I'm also covering the
13 Tampa area of Florida.
14     Q      Virginia Beach; North Carolina?
15     A      Yeah.  Southern Virginia, which is the
16 Virginia Beach area, North Carolina, and the Tampa,
17 Florida, area.
18     Q      And what services do you provide in this
19 position?
20     A      I'm the Pharmacy Service Representative, so
21 I do territory management for facilities that are open,
22 to make sure the facilities and the patients are happy
23 with the pharmacy service, and to enroll new patients.
24     Q      Is this a position that -- well, strike
25 that.
```

**Christopher W. Jones**

Page 22

```
1                 When did you start employment in this
2    position?  Was it January of 2006?
3         A      Yeah, yes.
4         Q      And did you have this territory in January
5    of 2006?
6         A      No, I used to have the D.C./Northern
7    Virginia territory.
8         Q      So you started out in D.C./Northern
9    Virginia?
10        A      Yes.
11        Q      And how long were you -- how long did you
12   have that territory?
13        A      Well, I transferred from the D.C./Northern
14   Virginia territory to the Virginia Beach/North Carolina
15   territory in December.
16        Q      December of what year?
17        A      Last December, 2006.
18        Q      December 2006?
19        A      Yes.  So I started --
20        Q      Did you -- hold on -- all right.  Go ahead.
21        A      I started the Virginia Beach/North Carolina
22   territory at the end of December.  I moved, and then
23   had -- this was my new territory after Christmas.
24        Q      Did your responsibilities change?
25        A      No, no.  Same responsibilities, just
```

```
1    different territory.
2        Q        So when you started this position you were
3    in the D.C./Northern Virginia --
4        A        Yes.
5        Q        That's the territory that you covered?
6        A        Yes.
7        Q        Okay.  Do you know how you came to be
8    placed in the D.C./Northern Virginia territory?
9        A        I interviewed for DaVita RX and then was
10   hired for that region, for that territory.
11       Q        Okay.  Did you specifically request
12   D.C./Northern Virginia or was that just assigned to you?
13       A        It was -- it was assigned.  There was no
14   request at the time.  I just never thought one way or
15   the other -- I live in D.C., and I interviewed for a
16   position, I just figured it was D.C.  It was never said
17   one way or the other.
18       Q        Okay.  And I understand that for D.C., but
19   what about this Northern Virginia?  How did that become
20   part of it?
21       A        I requested.
22       Q        You requested Northern Virginia?
23       A        Yeah, I wanted to transfer to another
24   territory.
25       Q        All right.  So -- well not to Southern
```