## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON <br> 717 Ingraham Street, NW <br> Washington, D.C. 20012, <br><br> Plaintiff**,** <br><br> v. <br><br> DAVITA INC. <br> 601 Hawaii Street <br> El Segundo, CA 90245, <br><br> Defendant**.** | ) <br> ) <br> ) <br> ) Civil Action No. 06-1319 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DAVITA INC.'S NOTICE OF FILING COPY OF ORIGINAL SIGNATURE PAGE FOR DECLARATION OF JOAN GUEST IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON COUNT II OF THE SECOND AMENDED COMPLAINT

On November 20, 2007, Defendant DaVita Inc. ("DaVita") filed the Declaration of Joan Guest as Exhibit 28 in support of its Motion for Summary Judgment on Count II of the Second Amended Complaint. The Declaration was filed with an electronic signature because Ms. Guest was traveling on the day of the filing and was unable to fax her executed declaration to counsel for DaVita. She has since provided the original signed declaration to the undersigned counsel and DaVita is hereby filing at Attachment A copy of this declaration with Ms. Guest's actual signature for the record.

DC:1222398v1

|   |   |
|---|---|
|   | Respectfully submitted, |
| By: | ___/s/ Minh N. Vu_____ |
|   | Minh N. Vu (Bar No. 444305) |
|   | EPSTEIN BECKER & GREEN, P.C. |
|   | 1227 25th Street, N.W. |
|   | Washington, D.C. 20037 |
|   | Tel: (202) 861-0900 |
|   | Fax: (202) 296-2882 |
|   |   |
|   | ___/s/ Joseph T. Ortiz_____ |
|   | Joseph T. Ortiz |
|   | (admitted pro hac vice) |
|   | Epstein Becker & Green, P.C. |
|   | 1875 Century Park East, Suite 500 |
|   | Los Angeles, CA 90067-2506 |
|   | (310) 557-9542 |
|   | (310) 553-2165 (fax) |
| Dated: December 7, 2007 | Counsel for Defendant |

DC:1222398v1