UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVITA INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1319 (RMC) |

### ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment on Count I of the Second Amended Complaint [Dkt. #24] is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant's Motion for Summary Judgment on Count II of the Second Amended Complaint [Dkt. #39] is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** that summary judgment is **DENIED** as to Mr. Mason's claim that Davita retaliated against him when it did not allow him to work at the GW Hospital Facility.

**SO ORDERED.**

                                                           _____/s/_____
                                                        ROSEMARY M. COLLYER
                                                        United States District Judge

DATE: March 31, 2008