REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-H

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO:<br>06-1319 | DATE REFERRED:<br>4/8/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Mediation | JUDGE:<br>Rosemary M. Collyer | MAG. JUDGE<br>John F. Facciola |

| PLAINTIFF (S) :<br>JAMES MASON | DEFENDANT(S):<br>DAVITA INC. |
|---|---|

ENTRIES:

This matter is for mediation for a period of 60 days, beginning 4/8/08 and ending 6/9/08.