A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JAMES MASON,

        Plaintiff(s)

vs.

DAVITA INC.,

        Defendant(s)

**APPEARANCE**

CASE NUMBER   1:06-cv-01319-RMC

To the Clerk of this court and all parties of record:

Please enter the appearance of   Frank C. Morris, Jr.   as counsel in this
                                  (Attorney's Name)

case for:   DAVITA INC.
            (Name of party or parties)

May 28, 2008
Date

211482
BAR IDENTIFICATION

*/s/ Frank C. Morris, Jr.*
Signature

Frank C. Morris, Jr.
Print Name

1227 - 25th Street, NW
Address

Washington, DC    20037
City          State          Zip Code

202 861 1880
Phone Number