UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>            Plaintiff,<br><br>     v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>            Defendant. | )<br>)<br>)<br>) Civil Action No. 06-1319 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT ON SETTLEMENT CONFERENCE**

Pursuant to the Court's order dated April 8, 2008, Plaintiff James Mason and Defendant DaVita Inc. are submitting this report concerning their settlement conference with Magistrate Judge John M. Facciola on May 27, 2008.

The conference did not result in a settlement between the parties.

Dated: June 13, 2007                              Respectfully submitted,

                                                                    _____/s/  Minh N. Vu_____
                                                                    Minh N. Vu (Bar No. 444305)
                                                                    Frank C. Morris, Jr. (Bar No. 211482)
                                                                    EPSTEIN BECKER & GREEN, P.C.
                                                                    1227 25th Street, N.W.
                                                                    Washington, D.C. 20037
                                                                    Tel: (202) 861-0900
                                                                    Fax: (202) 296-2882

                                                                    Counsel for Defendant

                                                                    _____/s/_____
                                                                    David A. Branch (Bar No. 438764)
                                                                    Law Offices of David A. Branch, PC
                                                                    1825 Connecticut Avenue, NW, Suite 690
                                                                    Washington, DC 20009
                                                                    Tel:  (202) 785-2805
                                                                    Fax: (202) 785-0289

DC:1428181v1

Counsel for Plaintiff