UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES MASON,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DAVITA, INC.,** )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1319 (RMC) |

## SCHEDULING ORDER

Pursuant to a status conference held in open Court on July 22, 2008, it is hereby **ORDERED** that:

1. Defendant's motion to exclude evidence relating to 2008 facts shall be filed no later than August 22, 2008. Plaintiff's response shall be filed no later than September 19, 2008. Defendant's reply may be filed no later than October 3, 2008.

2. All other motions in limine shall be filed no later than October 20, 2008; oppositions and replies shall be filed according to the Local Rules of this Court. A motion for extension of time to file a motion, opposition, or reply will be denied except upon a showing of good cause. The page limitations for briefs referenced in LCvR 7(e) are to be strictly followed by the parties.

3. A pretrial conference is set for November 6, 2008 at 9:30 a.m.

4. A five-day jury trial is set to commence on December 1, 2008 at 9:30 a.m.

**SO ORDERED.**

Date: July 23, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge