UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MASON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-1319 (RMC) |
| v. ) | |
| ) | |
| DAVITA INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

**PROPOSED ORDER**

AND NOW, this ___ day of _____, 2008, upon consideration of Defendant DaVita Inc.'s Motion *In Limine* To Preclude Evidence Regarding 2008 Employee Staffing at the Davita George Washington University Hospital Acute Facility, it is

ORDERED, that DaVita's Motion is hereby granted in its entirety. No evidence regarding employee staffing matters at the DaVita George Washington University Hospital Acute Facility from 2008, including but not limited to any use of Patient Care Technicians at that facility by DaVita, shall be admitted into evidence at trial.

Date: _____, 2008

_____
United States District Judge

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of August, 2008, a copy of the foregoing Proposed Order was served via the Court's ECF system to counsel below:

David A. Branch
Law Office of David A. Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009

                                                                _____
                                                                 Minh N. Vu