Exhibit 2

| HOME | | | DAVITA INC. - Atlantic Stars - 5021.00 | | | | | | | | PROFILE | LOG OFF | | *Davita.* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TASKS ▼ | SUMMARIES ▼ | MAINTENANCE ▼ | HELP ▼ | | | | | | | | | | | |
| «BACK | | | Employee: [...] ▼ | Week Ending: 03/01/2008 ▼ | Closed Period | | | | | | | | | |
| << PREVIOUS EMPLOYEE | | | | | | | | | | | | | NEXT EMPLOYEE >> | |

| Aprvl | Site | Dpt | Sft | Date | Src | --In--<br>Day | Time | Src | --Out--<br>Day | Time | Adjustment | Total<br>Hrs | Reg | OT | DT | Adj.<br>$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/2008 | Home Site/Department: 190(Georgetown on the Potomac)/27(CPCT) | | | | | | | | | | | | | | | |
| 1 | 190 | 27 | 1 | 02/25/08 | Emp | Mon | 05:04 | Emp | Mon | 20:35 | | 15.52 | 15.52 | | | |
| | | | | | | | | | | | Daily Total | 15.52 | 15.52 | | | |
| | 190 | 27 | 1 | 02/27/08 | Emp | Wed | 04:52 | Emp | Wed | 16:26 | | 11.57 | 11.57 | | | |
| | 190 | 27 | 1 | 02/27/08 | GW | Wed | | | | | B  BREAK | -.50 | -.50 | | | |
| | | | | | | | | | | | Daily Total | 11.07 | 11.07 | | | |
| 4 | 190 | 27 | 1 | 02/29/08 | Emp | Fri | 04:47 | Emp | Fri | 20:34 | | 15.78 | 13.91 | 1.87 | | |
| 5 | 190 | 27 | 1 | 02/29/08 | GW | Fri | | | | | B  BREAK | -.50 | -.50 | | | |
| | | | | | | | | | | | Daily Total | 15.28 | 13.41 | 1.87 | | |
| | | | | | | | | | | | Weekly Total | 41.87 | 40.00 | 1.87 | | |
| 03/08/2008 | | | | | | | | | | | | | | | | |
| 6 | 190 | 27 | 1 | 03/03/08 | GW | Mon | | | | | 2  PTO | 13.00 | 13.00 | | | |
| | | | | | | | | | | | Daily Total | 13.00 | 13.00 | | | |
| 7 | 190 | 27 | 1 | 03/05/08 | GW | Wed | 05:00 | Emp | Wed | 20:39 | | 15.65 | 15.65 | | | |
| 8 | 190 | 27 | 1 | 03/05/08 | GW | Wed | | | | | B  BREAK | -.50 | -.50 | | | |
| | | | | | | | | | | | Daily Total | 15.15 | 15.15 | | | |
| 9 | 190 | 27 | 1 | 03/07/08 | Emp | Fri | 04:54 | Emp | Fri | 15:32 | | 10.63 | 10.63 | | | |
| | | | | | | | | | | | Daily Total | 10.63 | 10.63 | | | |
| | | | | | | | | | | | Weekly Total | 38.78 | 38.78 | | | |
| | | | | | | | | | | | Period Total | 80.65 | 78.78 | 1.87 | | |

| PRINT | COMMENTS |

Show Rounded Times    Hide Daily Totals

Current User: JASON PEEK  Cluster: - Atlantic Stars    Quick Search: [...]  ⦿ File No ○ SSN    Time Card | Emp Setup

DAV-03176



DAV-03178



DAV-03179