Exhibit 3

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES MASON<br>717 Ingraham Street, NW<br>Washington, D.C. 20012,<br><br>Plaintiff,<br><br>v.<br><br>DAVITA INC.<br>601 Hawaii Street<br>El Segundo, CA 90245,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-1319 (RMC) |

## DECLARATION OF MATT WEISSERT

I, Matt Weissert, declare as follows based on my personal knowledge:

1.    I have been the Atlantic Stars Region 2 Regional Operations Director ("ROD") for DaVita Inc. ("DaVita") since January 1, 2008. Region 2 includes all DaVita dialysis centers in the Washington, D.C. From October 28, 2007 (when I first began working for DaVita) and December 31, 2008, I was in training to be ROD and had not been assigned a region.

2.    On February 19, 2008, Omowunmi Oloyede, the Facility Administrator for the DaVita acute dialysis center at George Washington University (the "GWUH Facility") informed me that she urgently needed nurses to help out at the facility due to a increase in the patient census. I sent out an e-mail on February 19, 2008, to the Facility Administrators ("FA") in my region to see if they knew of any DaVita nurses who could help. Based on a response that I had received from one FA, Cora Benedicito, I knew that Ms. Oloyede was getting some help as a result of my e-mail but I did not know

1

specifically which DaVita employees had volunteered or what their positions were. I only learned after April 14, 2008 that, as a result of my e-mail, several nurses and three Patient Care Technicians from other DaVita facilities in the D.C. area, Edsel Basco, Titilayo Lawal, and Tsehaye Retta, had worked several shifts at the GWUH Facility to help out. The payroll records indicate that the last date on which any of these PCTs worked at the GWUH Facility was April 11, 2008.

3.     On or about April 14, 2008, I learned for the first time that James Mason had asserted a claim of retaliation against DaVita. Prior to this date, I had no knowledge about any internal complaints of discrimination or any lawsuits that Mr. Mason had filed against DaVita. I also had no knowledge prior to April 14, 2008, that Mr. Mason wanted to work extra hours at the GWUH Facility. I know that since I have been the ROD for the Washington, D.C. DaVita facilities and continuing to the present time, DaVita has not sought to hire a PCT on a full-time or part-time basis at the GWUH Facility because a PCT's utility in an acute dialysis center is limited.

Date: August 21, 2008

Matt Weissert

2